UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ALLSTATE INSURANCE COMPNAY, ALLSTATE
INDEMNITY COMPANY, DEERBROOK INSURANCE
COMPANY, ALLSTATE NEW JERSEY INSURANCE
COMPANY AND ALLSTATE PROPERTY
CASUALTY INSURANCE COMPANY,

                        Plaintiffs,

- against-

MARK MIRVIS, MARK LUPOLOVER, MICHAEL
BEZENYAN, RUVEN KATZ, IGOR ZHURAVSKY,
GEORGY STATNROSH a/k/a GEORGY STATNIGROSH,
a/k/a GEORGY STATNIGROSH, OCEAN L.
MANAGEMENT GROUP INC., FLATLANDS
BEST MANAGEMENT GROUP, INC., HILLMED
MANAGEMENT, INC. f/k/a 97-12 ASSOCIATES, INC.,
B-WAY MANAGEMENT, INC., FLAT-80
MANAGEMENT, INC., NORTMED MANAGEMENT,
INC., L&B MEDICAL, P.C., LAMED MEDICAL, P.C.,
825 BROADWAY MEDICAL CARE, P.C., DOVER
MEDICAL, P.C., FLATLANDS 78 MEDICAL, P.C.,
GENERAL MEDICAL CARE, P.C., S&L MEDICAL,
P.C., ZDR MEDICAL , P.C., DEL PRADO ONE, LLC,
DEL PRADO TWO, LLC, DEL PRADO THREE, LLC,
DEL PRADO FOUR, LLC, EL DORADO ONE, LLC,
M&M OCEANFRONT, LLC, NE 10, LLC, NE 24, LLC,
TROPICANA ONE, LLC, YAKOV RAUFOV, M.D.,
SOFIA BENTSIANOV, M.D., EMMA BENJAMIN, M.D.,
AUDREY IVANUSHKIN a/k/a ANDREW INVANSON,
M.D, LEV BENTSIANOV, M.D., LEONID SLUTSKY,
LYUBOV MOYSIK, M.D., YEFIM SOSONKIN,
GRIGORY SHTENDER, M.D., ALEXANDER ISRAELI,
M.D., MIKHAIL MIRER, M.D., ZHANNA ROIT, M.D.,
RENAT SUKHOV, M.D., HUIKANG DANIEL LAI, M.D.,
JEAN FRANCOIS, M.D., JOHN DOES 1 THROUGH 20,
ABC CORPORATIONS 1 THROUGH 20, AND XYZ
CORPORATIONS 1 THROUGH 20,

                        Defendants.
------------------------------------------------------------------X

08-CV-4405 (SLT)(MJP)

**DEFENDANT'S INITIAL
DISCLOSURE RESPONSE
PURSUANT TO
F.R.C.P. 26(a)(1)**

PLEASE TAKE NOTICE, that pursuant to Federal Rules of Civil Procedure § 26(a)(1), defendants Gary Tsirelman, M.D. and Lamed Medical, P.C., by their attorneys Hoffman Polland & Furman, PLLC, for their Initial Disclosure Response, state as follows:

A. [Provide] that name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information[.]

1. Gary Tsirelman, M.D., c/o his attorneys
   Mark L. Furman, Esq.
   Hoffman Polland & Furman, PLLC
   220 East 42nd Street, Suite 435
   New York, New York 10017

2. Lamed Medical, P.C., c/o its attorneys
   Mark L. Furman, Esq.
   Hoffman Polland & Furman, PLLC
   220 East 42nd Street, Suite 435
   New York, New York 10017

3. Allstate Insurance Company

4. Co-Defendants Mikhail Mirer, M.D.,
   Alexander Israeli, M.D., Andrey Ivanushkin a/k/a Andrew Ivanson, M.D., Sofia Benstianov, M.D., Grigory Schtender, M.D., Lev Bentsianov, M.D., Irena Shperling, M.D. and Zhanna Roit, M.D., c/o their attorneys
   Mark L. Furman, Esq.
   Hoffman Polland & Furman, PLLC
   220 East 42nd Street, Suite 435
   New York, New York 10017

5. Co-Defendant Yakov Raufov, M.D., c/o his attorneys
   Mark S. Mulholland, Esq.
   Matthew Didora, Esq.
   Ruskin Moscou & Faltischek, P.C.
   1425 RexCorp Plaza – East Tower, 15th Floor
   Uniondale, NY 11556-1425

6. Co-Defendant Renat Sukhov, M.D., c/o her attorneys
   Craig D. Bloom, Esq.
   Weiss & Zarett, P.C.
   3333 New Hyde Park Road, Suite 211
   New Hyde Park, NY 11042

7. Co-Defendant Jean Francois, M.D., c/o his attorneys
   Matthew Levy, Esq.
   Kern Augustine Conroy & Schoppmann, P.C.
   1325 Franklin Avenue
   Garden City, New York 11530

8. Co-Defendant Lyubov Moysik, M.D., c/o his attorneys
   Jeff Granat, Esq.
   Jacobson, Goldberg, Kulb, LLP
   585 Stewart Avenue, Suite 720
   Garden City, New York 11530

9. Co-Defendant Yefim Sosonkin, c/o his attorneys
   Rex Whitehorn, Esq.
   Rex Whitehirn & Associate
   98 Culter Road
   Great Neck, New York 11021

10. Co-Defendant Dale Alexander a/k/a
    Alexander Dale, M.D., c/o his attorneys
    Joseph Corozzo, Esq.
    Rubinstein & Corozzo, LLP
    260 Madison Avenue, 2nd Floor
    New York, New York 10016

11. Co-Defendant Emma Benjamin, M.D., c/o her attorneys
    Joseph C. Scioppi, Esq.
    123-35 82nd Road, Suite 2L
    Kew Gardens, New York 11354

12. Co-Defendant Huikang Daniel Lai, M.D., c/o his attorneys
    Edward R. Hopkins, Esq.
    Kern Augustine Conroy & Schoppmann, P.C.
    1325 Franklin Avenue
    Garden City, New York 11530

13. Mark Mirvis

14. Mark Lupolover

15. Michael Bezenyan

16. Ruven Katz

17. Igor Zhuravsky

      18.     Georgy Statnrosh a/k/a Georgy Statnigrosh

      19.     Leonid Slutsky, M.D.

B. [Provide] a copy of, or a description by category and location, of all documents. Data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment[.]

      1.     Patient medical records are a category of documents known to defendants Gary Tsirelman, M.D. and Lamed Medical, P.C., at this time which contain information which they might use to support their claims or defenses.

C. [Provide] a computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34, the documents or other evidentiary materials, not privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered[.]

      1.     Gary Tsirelman, M.D. and Lamed Medical, P.C., are unaware of any categories of damages at this time.

D. [Provide] for inspection and copying, as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

      1.     At the present time, Gary Tsirelman, M.D. and Lamed Medical, P.C., are unaware of any insurance agreements that should be disclosed pursuant to Rule 26(a)(1)(A)(iv).

These disclosures may not contain all possibly relevant information and will be periodically supplemented. Moreover, these disclosures are intended to include all relevant witnesses and information that defendants Gary Tsirelman, M.D. and Lamed Medical, P.C.,

4

may obtain in the course of developing and investigating the claims alleged in this action or the defenses thereto.

Dated: New York, New York
      October 19, 2009

                                Yours, etc.,

                                HOFFMAN POLLAND & FURMAN PLLC

                                By: _____
                                   MARK L. FURMAN (MLF-4456)

*Attorneys for defendants Gary Tsirelman, M.D. and Lamed Medical, P.C.*
220 East 42nd Street, Suite 435
New York, NY 10017
(212) 338-0700