Gary Tsirelman, Esq. (GT3489)
Gary Tsirelman P.C.
65 Jay St. Third Floor
Brooklyn NY 11201
Tel 718 438 1200

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Allstate Insurance Company,**<br><br>Plaintiff,<br><br>- against -<br><br>**Mark Mirvis et al**<br><br>Defendants. | Index No.: **08-CV-4405**<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE, that the undersigned, Gary Tsirelman, Esq., hereby enters his appearance in the above entitled action. Gary Tsirelman is admitted to practice in this district.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests that copies of all notices and other papers in this case be sent to:

Gary Tsirelman P.C.
65 Jay Street, Third Floor
Brooklyn NY 11201
Email: gtsirelman@gtmdjd.com; jpaskaloff@gtmdjd.com

Dated: Brooklyn, New York
       December 11, 2009

                                          Respectfully Submitted,

                                              /s/
                                          _____

                                          Gary Tsirelman, Esq.
                                          65 Jay St. Third Fl.
                                          Brooklyn NY 11201
                                          Email: gtsirelman@gtmdjd.com