UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
ALLSTATE INSURANCE COMPANY, et al.,

                Plaintiffs,

      - v -

MARK MIRVIS, et al.,

                Defendants.
----------------------------------------------------------------x

**ORDER**

CV-08-4405 (SLT)(VVP)

      The defendant Gary Tsirelman has objected to providing responses to some of the interrogatories served upon him on the ground that they exceed the numerical limit of 50 interrogatories established by the court. The court has reviewed the interrogatories served on him and has determined that interrogatories 4, 6, 9, 11, 27, 28, 31, and 32 should each be considered as two interrogatories. However, when so considered, the number of interrogatories served thus far on Tsirelman totals only 40, and his objection that they exceed the numerical limit is accordingly OVERRULED. Gary Tsirelman must therefore supplement his answers to the plaintiffs' interrogatories in accordance with the deadlines set by the court's order of June 24, 2010.

                                      **SO ORDERED:**

                                      *Viktor V. Pohorelsky*
                                      VIKTOR V. POHORELSKY
                                      United States Magistrate Judge

Dated:      Brooklyn, New York
               June 25, 2010