## HOFFMAN POLLAND & FURMAN PLLC
Attorneys At Law
220 EAST 42nd STREET, SUITE 435
NEW YORK, NEW YORK 10017
(212) 338-0700
FAX (212) 338-0093
www.HPF-Law.com

September 1, 2010

Robert Stern, Esq.
Stern & Monatana, LLP
Trinity Centre
115 Broadway
New York, New York 10006

Emma L. Charles, Esq.
8008 20th Avenue
Brooklyn, New York 11214

Joseph C. Schioppi, Esq.
123-35 82nd Road, Suite 2L
Kew Gardens, New York 11354

Re:   <u>Allstate v. Mirvis, et al</u>

Greetings:

Please be advised that Dr. Israeli's EMG/NCV laptop is available for discovery and inspection at our offices. Please contact the undersigned to schedule an appointment to inspect same.

Do not hesitate to call me with any questions or comments you might have.

Very truly yours,

Christopher Hanscom, Esq.