BEFORE:     VIKTOR V. POHORELSKY                        DATE:      10/28/10
            U.S. MAGISTRATE JUDGE                  START TIME:     2:45 p.m.
                                                      SUSPEND:     3:30 p.m.

DOCKET NO.     CV-08-4405                                JUDGE:     SLT

CASE NAME:      Allstate Insurance Co., et al. v. Mirvis, et al.

<u>CIVIL CONFERENCE</u>

PURPOSE OF CONFERENCE:     Status and Scheduling

APPEARANCES:     Plaintiff        Robert Stern, Daniel Marvin

                 Defendants     See Annexed List

SCHEDULING AND RULINGS:

1.      The plaintiffs have produced all documents other than claims files, and are
        producing claims files on a rolling basis.  The defendant Emma Benjamin has yet to
        complete her production and is required to do so on or before November 12, 2010.

2.      The deadline for taking the depositions of any defendants is February 28, 2011; a
        deadline for depositions of non-parties will be set once it is determined how many
        of the remaining defendants will not enter into settlement agreements; it is
        anticipated that the answer to that question will be known by the time of the next
        conference.

3.      The deadline for serving notices of deposition on the plaintiff is January 10, 2011.
        Any motions for a protective order concerning such notices are to be made by
        January 19, 2011; opposition is to be filed by January 26, 2011; argument will be
        heard at the conference scheduled below.

4.      The next conference will be held on **January 27, 2011 at 2:00 p.m.**

ALLSTATE INSURANCE CO., ET AL. V. MIRVIS, ET AL.
CV-08-4405 (SLT)

APPEARANCES

| PARTY | ATTORNEY |
|---|---|
| Sofia Bentsianov, M.D.; Andrey Ivanushkin; Lev B. Bentsianov, M.D.; Gary Tsirelman; Irena Shperling, M.D.; Grigory Shtender, M.D.; Alexander Israeli, M.D.; Mikhail Mirer, M.D.; Zhanna Roit, M.D.; L&B Medical, P.C.; Lamed Medical, P.C.; S&L Medical, P.C.; ZDR Medical, P.C.; Dover Medical, P.C. | Mark L. Furman, Esq. |
| Emma Benjamin, M.D. | No Appearance (Excused) |
| Yakov Raufov | No Appearance (Excused) |
| Lyubov Moysik, M.D. | No Appearance (Excused) |