UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ALLSTATE INSURANCE COMPANY, et al.,

                Plaintiffs,

- v -

MARK MIRVIS, et al.,

                Defendants.
-----------------------------------------------------------------x

**ORDER**

CV-08-4405 (SLT)(VVP)

      The court has conducted an *in camera* review of the tax returns of the defendant Gary Tsirelman for the years 2001 through 2009, and has determined that the returns for the years 2001 and 2002 are to be produced to the plaintiffs for inspection and copying. The returns for the later years need not be produced. The returns for 2001 and 2002 are to be maintained in strict confidence and are for attorneys' eyes only. They shall not be disclosed to any person other than counsel for the plaintiffs and support staff who are actually engaged in work in connection with this action.

      The tax return for the year 2000 was supposed to have been submitted, but was not submitted for review. The defendant Gary Tsirelman shall submit that return to the court for *in camera* review within fourteen days.

                                                      **SO ORDERED:**

                                                      */s/ Viktor V. Pohorelsky*
                                                      VIKTOR V. POHORELSKY
                                                      United States Magistrate Judge

Dated:       Brooklyn, New York
                November 9, 2010