FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 05 2015 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALLSTATE INSURANCE COMPANY, et al.,

                Plaintiffs,

-against-

MARK MIRVIS, et al.,

                Defendants.
------------------------------------------------------------X

CORRECTED
JUDGMENT
08-CV- 4405 (SLT)

      A Memorandum and Order of Honorable Sandra L. Townes, United States District Judge, having been filed on March 31, 2015, adopting in its entirety the Report and Recommendation of Magistrate Judge Viktor V. Pohorelsky, dated March 2, 2015; directing the Clerk of Court to enter judgment in favor of Plaintiffs and against Defendants Mark Mirvis, Mark Lupolover, Michael Bezenyan, Ruven Katz, Igor Zhuravsky, Georgy Statnrosh, Leonid Slutsky, 825 Broadway Medical Care, P.C., Ocean L. Management Group Inc., Flatlands Best Management Group, Inc., Hillmed Management, Inc., B-Way Management, Inc., Flat-80 Management, Inc., Nortmed Management, Inc., Del Prado One, LLC, Del Prado Two, LLC, Del Prado Three, LLC, Del Prado Four, LLC, El Dorado One, LLC, M&M Oceanfront, LLC, NE 10, LLC, NE 24, LLC, and Tropicana One, LLC, awarding Plaintiffs trebled damages of $45,657,401.01, for which Defendants are jointly and severally liable; and vacating the default notation entered against Defendant Yefim Sosonkin and dismissing Defendant Yefim Sosonkin from the case; it is

      ORDERED and ADJUDGED that judgment is hereby entered in favor of

**JUDGMENT** 08-CV- 4405 (SLT)

Plaintiffs Allstate Insurance Company, Allstate Indemnity Company, Deerbrook Insurance Company, Allstate New Jersey Insurance Company and Allstate Property & Casualty Insurance Company awarding $45,657,401.01 in trebled damages jointly and severally against Defendants Mark Mirvis, Mark Lupolover, Michael Bezenyan, Ruven Katz, Igor Zhuravsky, Georgy Statnrosh, Leonid Slutsky, 825 Broadway Medical Care, P.C., Ocean L. Management Group Inc., Flatlands Best Management Group, Inc., Hillmed Management, Inc., B-Way Management, Inc., Flat-80 Management, Inc., Nortmed Management, Inc., Del Prado One, LLC, Del Prado Two, LLC, Del Prado Three, LLC, Del Prado Four, LLC, El Dorado One, LLC, M&M Oceanfront, LLC, NE 10, LLC, NE 24, LLC, and Tropicana One, LLC; and that it is further,

ORDERED and ADJUDGED that the default notation entered against Defendant Yefim Sosonkin is vacated and that Defendant Yefim Sosonkin is dismissed from the case.

Dated: Brooklyn, New York
May 05, 2015

Douglas C. Palmer
Clerk of Court

by:   */s/ Janet Hamilton*
Deputy Clerk