UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
ALLSTATE INSURANCE COMPANY, ALLSTATE
INDEMNITY COMPANY, DEERBROOK INSURANCE
COMPANY, ALLSTATE NEW JERSEY INSURANCE
COMPANY AND ALLSTATE PROPERTY & CASUALTY
INSURANCE COMPANY,

                Plaintiffs,

                -against-

MARK MIRVIS, MARK LUPOLOVER, MICHAEL BEZENYAN, RUVEN KATZ, IGOR ZHURAVSKY, GEORGY STATNROSH a/k/a GARY STATNIGROSH a/k/a GEORGY STATNIGROSH, OCEAN L. MANAGEMENT GROUP INC., FLATLANDS BEST MANAGEMENT GROUP, INC., HILLMED MANAGEMENT, INC. f/k/a 97-12 ASSOCIATES, INC., B-WAY MANAGEMENT, INC., FLAT-80 MANAGEMENT, INC., NORTMED MANAGEMENT, INC., L&B MEDICAL, P.C., LAMED MEDICAL, P.C., 825 BROADWAY MEDICAL CARE, P.C., DOVER MEDICAL, P.C., FLATLANDS 78 MEDICAL, P.C., GENERAL MEDICAL CARE, P.C., S&L MEDICAL, P.C., ZDR MEDICAL, P.C., DEL PRADO ONE, LLC, DEL PRADO TWO, LLC, DEL PRADO THREE, LLC, DEL PRADO FOUR, LLC, EL DORADO ONE, LLC, M&M OCEANFRONT, LLC, NE 10, LLC, NE 24, LLC, TROPICANA ONE, LLC, YAKOV RAUFOV, M.D., DALE ALEXANDER a/k/a ALEXANDER DALE, M.D., SOFIA BENTSIANOV, M.D., EMMA BENJAMIN, M.D., AUDREY IVANUSHKIN a/k/a ANDREW IVANSON, M.D., LEV BENTSIANOV, M.D., LEONID SLUTSKY, GARY TSIRELMAN, IRENA SHPERLING, M.D., LYUBOV MOYSIK, M.D., YEFIM SOSONKIN, GRIGORY SHTENDER, M.D., ALEXANDER ISRAELI, M.D., MIKHAIL MIRER, M.D., ZHANNA ROIT, M.D., RENAT SUKHOV, M.D., HUIKANG DANIEL LAI, M.D., JEAN FRANCOIS, M.D., JOHN DOES 1 THROUGH 20, ABC CORPORATIONS 1 THROUGH 20, AND XYZ CORPORATIONS 1 THROUGH 20,

                Defendants.
---------------------------------------------------------------X

2008 CV 4405 (ST/VVP)

STIPULATION AND
ORDER OF VOLUNTARY
DISMISSAL WITH
PREJUDICE AS TO GARY
TSIRELMAN, ONLY

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.

★ JUN 0 8 2015

BROOKLYN OFFICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, as follows:

1. Any and all claims and defenses by and between Allstate Insurance Company, Allstate Indemnity Company, Deerbrook Insurance Company, Allstate New Jersey Insurance Company and Allstate Property & Casualty Insurance Company, on the one hand, and Gary Tsirelman, on the other, are hereby voluntarily dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(2).

2. Plaintiffs and the Defendant shall pay their own costs and attorneys' fees.

3. This Stipulation and Order of Voluntary Dismissal is solely limited to discontinuing claims by and between the parties hereto.

Dated: New York, New York
June 28, 2011

Stern & Montana, LLP

By: _____
Robert A. Stern (RAS - 1282)
Daniel S. Marvin (DM-7106)
Attorneys for Plaintiffs
Trinity Centre
115 Broadway
New York, New York 10006
212-532-8100

Hoffman, Polland & Furman, PLLC

By: _____
Mark Furman ( 4456 )
Attorneys for Defendant Gary Tsirelman
220 East 42nd Street, Suite 435
New York, New York 10017
212-338-0700

SO ORDERED

/s/ Sandra L. Townes
_____
U.S.D.J.

Dated: June 5, 2015