UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ALLSTATE INSURANCE COMPANY, *et al.*,

                                                 Plaintiffs,

-against-

MARK MIRVIS, *et al.*,

                                                 Defendants.

08-CV-4405 (SLT) (PK)

NOTICE OF PLAINTIFFS' MOTION TO AVOID FRAUDULENT CONVEYANCE BY JUDGMENT DEBTOR MARK MIRVIS PURSUANT TO FED. R. CIV. P. 69(a), C.P.L.R. § 5225(b) AND D.C.L. §§ 273-a AND 278

---

**PLEASE TAKE NOTICE** that upon the annexed declaration of Daniel S. Marvin, Esq., dated February 23, 2016, and the exhibits attached thereto, the accompanying Memorandum of Law in support of this motion, and upon all prior pleadings and proceedings herein, Plaintiffs Allstate Insurance Company, Allstate Indemnity Company, Deerbrook Insurance Company, Allstate New Jersey Insurance Company, and Allstate Property & Casualty Insurance Company ("Plaintiffs") will move this Court before the Honorable Sandra L. Townes, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, 11201, Courtroom 4B S, for an Order pursuant to Rule 69(a)(1) of the Federal Rules of Civil Procedure, Section 5225(b) of the New York Civil Practice Law and Rules, and Sections 273-a and 276 of the New York Debtor and Creditor Law, setting aside a fraudulent conveyance made by defendant and judgment debtor Mark Mirvis (the "Judgment Debtor") or disregarding such conveyance and levying execution upon the property conveyed and any proceeds thereof to the extent of the Judgment Debtor's interest therein.

Dated: New York, New York,
       February 23, 2016

                            Stern & Montana, LLP

By: _____
      Robert A. Stern (RAS-1282)
      Sandra P. Burgos (SB-6856)
      Daniel S. Marvin (DM-7106)
      One World Financial Center, 30th Floor
      New York, New York 10281
      T: (212) 532-8100
      F: (212) 532-7271
      *Attorneys for Plaintiffs-Judgment Creditors*