# EXHIBIT A

Re: <u>Allstate Insurance Company, et al., v. Mark Mirvis, et al.</u>

Case Number: 08-CV-4405 (SLT)

| Name(s) and Address(es) of Parties against whom Judgment(s) have been obtained | Name(s) and Address(es) of Parties in whose favor Judgment(s) have been obtained |
|---|---|
| See Addendum, attached. | Allstate Insurance Company, Allstate Indemnity Company, Deerbrook Insurance Company, Allstate New Jersey Insurance Company and Allstate Property & Casualty Insurance Company:<br><br>2775 Sanders Road<br>Northbrook, IL 60062 |

| Amount of Judgment(s) | Name(s) and Address(es) of Attorney(s) | Entry Date of Judgment(s) |
|---|---|---|
| $ 45,657,401.01<br><br>(As against all Defendants listed on Addendum, jointly and severally) | Stern & Montana LLP<br>One World Financial Center<br>30th Floor<br>New York, New York 10281 | May 5, 2015<br><br>RECEIVED<br>MAY 29 2015<br>NASSAU COUNTY<br>COUNTY CLERK'S OFFICE |

UNITED STATES OF AMERICA,
CLERK'S OFFICE U.S. DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

I CERTIFY that the foregoing is a correct Abstract of the Judgment

Dated:                              , New York

DOUGLAS C. PALMER, Clerk of Court

_____
By, Deputy Clerk

# ADDENDUM
## ABSTRACT OF JUDGMENT

United Stated District Court for the Eastern District of New York

Allstate Insurance Company, et al. v. Mark Mirvis, *et al.*

Index No. CV-08 4405 (SLT) (VVP)

| DEFENDANTS | |
|---|---|
| MARK MIRVIS<br>289 BAYBERRY DR.<br>HEWLETT, NY 11557-2721 | B-WAY MANAGEMENT, INC.<br>825 BROADWAY AVE.<br>BROOKLYN, NY 11206 |
| MARK LUPOLOVER<br>248 NAVESINK CT.<br>HOLMDEL, NJ 07733-2506 | 825 BROADWAY MEDICAL CARE<br>825 BROADWAY<br>BROOKLYN, NY 11206 |
| MICHAEL BENZENYAN<br>73 KINGFISHER CT<br>MARLBORO, NJ 07746-2504 | OCEAN L. MANAGEMENT GROUP, INC.<br>C/O JULIAN KAPLAN, ESQ.<br>200 OLD COUNTRY ROAD SUITE 510<br>MINEOLA, NY 11501 |
| RUVEN KATZ<br>1250 PARK ST.<br>ATLANTIC BEACH, NY 11509-1619 | FLATLANDS BEST MANAGEMENT GROUP, INC.<br>7804 FLATLANDS AVE.<br>BROOKLYN, NY 11236 |
| IGOR ZHURAVSKY<br>72 LAGUNA HILLS CT.<br>HOLMDEL, NJ 07733-2554 | HILLMED MANAGEMENT, INC.<br>153-25 HILLSIDE AVE.<br>JAMAICA, NY 11432 |
| GARY STATNROSH<br>A/K/A GEORGY STATNROSH<br>353 BERNARD DR.<br>MORGANVILLE, NJ 07751-2218 | LEONID SLUTSKY<br>3260 CONEY ISLAND AVE APT D16<br>BROOKLYN, NY 11235-6635 |

# ADDENDUM

United Stated District Court for the Eastern District of New York

Allstate Insurance Company, et al. v. Mark Mirvis, et al.

Index No. CV-08 4405 (SLT) (VVP)

| DEFENDANTS | |
|---|---|
| FLAT-80 MANAGEMENT, INC.<br>8008 FLATLANDS AVENUE<br>BROOKLYN, NY 11236 | NORTMED MANAGEMENT, INC.<br>79-09 B NORTHERN BLVD.<br>JACKSON HEIGHTS, NY 11372 |
| DEL PRADO ONE, LLC<br>C/O ALAYA INC.<br>2753 CONEY ISLAND AVENUE, # 208<br>BROOKLYN, NY 11235 | DEL PRADO TWO, LLC<br>C/O I. ZHURAVSKY<br>2753 CONEY ISLAND AVE<br>2ND FLOOR<br>BROOKLYN, NY 11235 |
| DEL PRADO THREE, LLC<br>528 BURGUNDY K<br>DELRAY BEACH, FL 33484 | DEL PRADO FOUR, LLC<br>528 BURGUNDY K<br>DELRAY BEACH, FL 33484 |
| EL DORADO ONE, LLC<br>C/O ALAYA INC.<br>2753 CONEY ISLAND AVE. # 208<br>BROOKLYN, NY 11235 | M&M OCEANFRONT, LLC<br>C/O ALAYA INC.<br>2753 CONEY ISLAND AVE. # 208<br>BROOKLYN, NY 11235 |
| NE 10, LLC<br>C/O ALAYA INC.<br>2753 CONEY ISLAND AVE. # 208<br>BROOKLYN, NY 11235 | NE 24, LLC<br>C/O ALAYA INC.<br>2753 CONEY ISLAND AVE. # 208<br>BROOKLYN, NY 11235 |
| TROPICANA ONE, LLC<br>C/O ALAYA INC.<br>2753 CONEY ISLAND AVE. # 208<br>BROOKLYN, NY 11235 | |