# EXHIBIT B



| | |
|---|---|
| Nassau County Clerk<br>RECORDS OFFICE<br>RECORDING PAGE | Deed Number (RETT):<br>RERE    006059 |

Type of Instrument: Deed

Control No: 199910081878

AL
STEINBERG

MARK
MIRVIS

Recorded: 10/08/1999
At:            4:15:08 PM
In Liber: 11116
Of: Deed Book
From Page:      0493
Through Page: 0497

Refers to Liber: 00000
Of:
Page: 0000

| Location: | Section: | Block: | Lot: | Unit: |
|---|---|---|---|---|
| Hempstead (2820) | 00000042 | 00266-00 | 00001 | |

### EXAMINED AND CHARGED AS FOLLOWS:

Consider Amt    $    740,000.00

Received The Following Fees For Above Instrument

|  | | Exempt | | | Exempt |
|---|---|---|---|---|---|
| Recording $ | 30.00 | NO | Equal/Cty $ | 5.00 | NO |
| Cty RETT $ | | YES | State Fee $ | 4.75 | NO |
| St,Fee/Cty $ | .25 | NO | Trans Tax $ | 2,960.00 | NO |
| | | | Surchg/NYS $ | 22.00 | NO |
| Surchg/Cty $ | 3.00 | NO | | | |

Fees
Paid:             $      3,025.00

Deed Number (RETT):   RERE   006059

THIS PAGE IS A PART OF THE INSTRUMENT

Karen V. Murphy
County Clerk, Nassau County

KAL001



199910081878





Reorder Form No. 38002
Form 8002\*5-Bargain and Sale Deed, with Covenant against Grantor's Acts - Individual or Corporation. (single sheet)

Belle-11532N

**CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT—THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.**

**THIS INDENTURE**, made the 24ᵗʰ day of September, nineteen hundred and ninety-nine

**BETWEEN**
AL STEINBERG and BEULA STEINBERG, his wife, both residing at 289 Bayberry Drive, Hewlett Harbor, N.Y.

party of the first part, and   MARK MIRVIS and LYUBOV MIRVIS, his wife, both residing at 4232 Bedford Avenue, Brooklyn, N.Y.

party of the second part,

**WITNESSETH**, that the party of the first part, in consideration of Ten Dollars and other valuable consideration paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the

As more particularly described on Schedule A

SAID premises being known as 289 Bayberry Drive, Hewlett Harbor, N.Y. and as Section 42, Block 266, Lot 1

BEING the same premises described in the deed to the parties of the first part herein by deed from Michael Ashkin and Sheila Ashkin, his wife, dated 10/15/85, recorded 11/11/85 in Liber 9679 Page 148.

SUBJECT TO any state of facts an accurate survey may show.
SUBJECT TO covenants, restrictions, easements, agreements of record, if any, now in force and effect.

TAX MAP
DESIGNATION
Dist.  N/A
Sec.   42
Blk.   266
Lot(s) 1

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.
AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.
The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.
**IN WITNESS WHEREOF**, the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

_____
AL STEINBERG

_____
BEULA STEINBERG

STATE OF NEW YORK  } ss.:
COUNTY OF Nassau  }

On the 24th day of September in the year 1999, before me, the undersigned, a notary public in and for said state, personally appeared AL STEINBERG and BEULA STEINBERG, to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) are subscribed to the within instrument and acknowledged to me that they executed the same in their capacities, and that by their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

Notary Public

PATRICK POYLE
Notary Public, State of New York
No. 01605941141
Qualified in Nassau County
Commission Expires August 15, 2000

| STATE OF NEW YORK, COUNTY OF ss.: | STATE OF NEW YORK, COUNTY OF ss.: |
|---|---|
| On the _____ day of _____ 19__, before me personally came _____ to me known, who, being by me duly sworn, did depose and say that he resides at No. _____ that he is the _____ of _____, the corporation described in and which executed the foregoing instrument; that he knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the board of directors of said corporation, and that he signed h__ name thereto by like order. | On the _____ day of _____ 19__, before me personally came _____ the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he resides at No. _____ that he knows _____ to be the individual described in and who executed the foregoing instrument; that he, said subscribing witness, was present and saw execute the same; and that he, said witness, at the same time subscribed h__ name as witness thereto. |

**Bargain and Sale Deed**
WITH COVENANT AGAINST GRANTOR'S ACTS
TITLE NO. Belle - 11532N

Beula Steinberg and Al Steinberg
TO
Mark Mirvis and Lyubov Mirvis

**BELLE**
ABSTRACT CORP.
TELEPHONE (888) 635-0200

SECTION 42
BLOCK 266
LOT 1
COUNTY OR TOWN Hempstead
TAX BILLING ADDRESS

Recorded At Request of Ticor Title Guarantee Company
**RETURN BY MAIL TO:**

Jay W. Rosen, P.C.
600 Old Country Rd
Garden City NY 11530

Zip No.

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Incorporated Village of Hewlett Harbor, Town of Hempstead, County of Nassau and State of New York, known and designated as and by lot 1 in Block 266 on a certain map entitled, "Map of Carvel Homes at Hewlett, August, 1950, Vandewater & Lapp, Engineers and Surveyors" and filed in the Office of the Clerk of the County of Nassau on January 8, 1951, under file #5132, which said lot according to said map is bounded and described as follows:

BEGINNING at a point on the westerly side of Auerbach Avenue at the extreme southerly end of an arc connecting the westerly side of Auerbach Avenue with the southerly side of Bayberry North;

RUNNING THENCE along the westerly side of Auerbach Avenue, South 6 degrees 03 minutes East, 119.07 feet;

THENCE South 78 degrees 43 minutes 50 seconds West, 118.42 feet;

THENCE North 11 degrees 16 minutes 10 seconds West, 140.23 feet to the southerly side of Bayberry North;

THENCE along the southerly side of Bayberry North, North 83 degrees 52 minutes East, 120.50 feet to the extreme westerly end of the above mentioned arc;

THENCE southeasterly along said arc of a circle bearing to the right, having a radius of 10 feet, a distance of 15.71 feet to the point or place of BEGINNING.

SAID PREMISES being known as 289 Bayberry Drive North, Hewlett Harbor, N.Y. and as Section 42 Block 266 Lot 1

**SCHEDULE A**



## NC-6-5    EXEMPTION FROM REAL ESTATE TRANSFER TAX AFFIDAVIT

STATE OF NEW YORK        )
                         )  ss.:
COUNTY OF NASSAU         )

The undersigned being duly sworn depose and say that we submit this Affidavit in support of the exemption from the COUNTY OF NASSAU REAL ESTATE TRANSFER TAX on the grounds that this conveyance was made pursuant to a binding written contract made between Grantor and Grantee prior to August 15, 1999, as follows:

(A) A binding contract was entered into between Grantor and Grantee on (date) __May 27__, 1999 (must be prior to August 15, 1999); and

(B) A downpayment in the sum of (amount) $74,000.00 xxx was deposited on (date) 5/27/99, 1999 in an account maintained at __Chase__ Bank, in the name of (account holder) __IOLA Rosenberg+Fortuna, LLP__

The undersigned further certify that a complete copy of the fully executed contract of sale and the record of downpayment deposit shall be maintained for a period of three years from the date of this affidavit.

Wherefore, we respectfully request that this conveyance be declared exempt from taxation pursuant to Article 32-E of the Tax Law and Title 34 of the Miscellaneous Laws of Nassau County.

_(signature)_
Grantor(s) Signature

_(signature)_

__Al Steinberg__
Grantor(s) Name

Beula Steinberg

__289 Bayberry Drive, Hewlett Harbor__
Grantor(s) Address

_(signature)_
Grantee(s) Signature

_(signature)_

__Mark Mirvis__
Grantee(s) Name

Lyubov Mirvis

__4232 Bedford Ave, Brooklyn__
Grantee(s) Address

_(signature)_
Grantor's Attorney Signature

__David L. Rosenberg__
Grantor's Attorney Name

666 Old Country Rd
Garden City NY 11530
Grantor's Attorney Address

_(signature)_
Grantee's Attorney Signature

__Jay W. Rosen__
Grantee's Attorney Name

600 Old Country Rd
Garden City NY 11530
Grantee's Attorney Address

Sworn to before me this
24th day of September, 1999

_(signature)_
Notary Public

PATRICK BOYLE
Notary Public, State of New York
No. 01BO4941141
Qualified in Nassau County
Commission Expires August 15, 1999 2000

LEGIBLE
FOR