# EXHIBIT C



NASSAU COUNTY (http://www.nassaucountyny.gov)
LONG ISLAND

Search (/)    ◄ Land Records Viewer ▾    ASIE (https://apps.nassaucountyny.gov/ASIE/)

Tax Map Verification (/tmv/)                                    Login (/login/)



12

**Address:** 289 BAYBERRY DR. HEWLETT, 11557
**Village:** Incorporated Village of Hewlett Harbor -
**School:** Hewlett - Woodmere - 14
**Town:** Hempstead

**Section:** 42
**Block:** 266
**Lot:** 1
**Condo:**
**Unit:**

Values    General and School Taxes    Property Description    Recent Sales    My Nassau Info

| Values Used for This Class 1 Property | 2018 - School ('17-18) and County/Town '18' | 2017 - School ('16-17) and County/Town '17' | 2016 - School ('15-16) and County/Town '16' | 2015 - School ('14-15) and County/Town '15' |
|---|---|---|---|---|

Case 1:08-cv-04405-PKC-PK   Document 335-5   Filed 04/04/16   Page 3 of 3 PageID #: 9056

| Values Used for This Class 1 Property | 2018 - School ('17-18) and County/Town '18' | 2017 - School ('16-17) and County/Town '17' | 2016 - School ('15-16) and County/Town '16' | 2015 - School ('14-15) and County/Town '15' |
|---|---|---|---|---|
| Fair Market Values | $1,020,000 | $1,020,000 | $1,020,000 | $1,020,000 |
| Level of Assessment (% of Market Value) | .25% | .25% | .25% | .25% |
| Assessed Value | 2550 | 2550 | 2550 | 2550 |
| Tax Roll Status | TENTATIVE as of 1/4/16 | TENTATIVE as of 1/2/15 | Final as of 4/1/15 | Final as of 4/1/14 |
| Taxable Status Date | January 2, 2016 | January 2, 2015 | January 2, 2014 | January 2, 2013 |

The Assessed Value for Class I residential properties (excluding new construction and renovations) cannot be increased by more than 6% per year or 20% over 5 years.

Note: Fair Market Value is the value determined by the Department of Assessment, which reflects the amount of money a buyer would be willing to pay a seller for property offered for sale on an open market, over a reasonable amount of time, where both the buyer and seller are well informed and neither is under undue pressure to act.

| View Appeals Process | ARC (http://www.nassaucountyny.gov/3742/If-You-Disagree-With-Your-Assessment) | SCAR (http://www.nassaucountyny.gov/3763/Small-Claims-Assessment-Review) | CERTIORARI (http://www.nassaucountyny.gov/3764/Writs-of-Certiorari) |
|---|---|---|---|

View Value Changes To Current, Prior or Tentative Assessment Roll (/getappeals.php?id=42266++00010)

2/12/2016 4:28 PM