# EXHIBIT D

NC CLERK



NASSAU COUNTY CLERK'S OFFICE
ENDORSEMENT COVER PAGE

Recorded Date: 09-03-2013
Recorded Time: 11:44:29 a

Liber Book: D  12986
Pages From:      350
       To:      353

Control
Number:  1643
Ref #: RE  002465
Doc Type: D01  DEED

Record and Return To:
EXCLUSIVE LAN SERVICES INC
313 SAND LANE
2ND FLOOR FRONT
STATEN ISLAND, NY  10305

Location:                    Section  Block      Lot      Unit
HEMPSTEAD (2820)             0042     00266-00   00001

GJS001

Taxes Total             .00
Recording Totals     340.00
Total Payment        340.00

THIS PAGE IS NOW PART OF THE INSTRUMENT AND SHOULD NOT BE REMOVED
MAUREEN O'CONNELL
COUNTY CLERK


2013090301643

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT-THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY

THIS INDENTURE, made the 20th day of May, 2013

BETWEEN **Mark Mirvis and Lyubov Mirvis**, as husband and wife, both residing at 289 Bayberry Drive North, Hewlett Harbor, NY 11557

party of the first part, and **Mark Mirvis, Lyubov Mirvis and Tatyana Mirvis** all residing at 289 Bayberry Drive North, Hewlett Harbor, NY 11557

party of the second part,
**WITNESSETH**, that the party of the first part, in consideration of
dollars paid
by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the

SEE ATTACHED SCHEDULE A

Section 42
Block 266
Lot 0001

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

IN WITNESS WHEREOF, the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

_____
Mark Mirvis

_____
Lyubov Mirvis

Standard N.Y.B.T.U. Form 8001- Bargain and Sale Deed, without Covenant against Grantor's Acts – Uniform Acknowledgment
Form 3264

NC CLERK

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Incorporated Village of Hewlett Harbor, Town of Hempstead, County of Nassau and State of New York, known and designated as and by lot 1 in Block 266 on a certain map entitled, "Map of Carvel Homes at Hewlett, August, 1950, Vandewater & Lapp, Engineers and Surveyors" and filed in the Office of the Clerk of the County of Nassau on January 8, 1951, under file #5132, which said lot according to said map is bounded and described as follows:

BEGINNING at a point on the westerly side of Auerbach Avenue at the extreme southerly end of an arc connecting the westerly side of Auerbach Avenue with the southerly side of Baybeery North;

RUNNING THENCE along the westerly side of Auerbach Avenue, South 6 degrees 03 minutes East, 119.07 feet;

THENCE South 78 degrees 43 minutes 50 seconds West, 118.42 feet;

THENCE North 11 degrees 16 minutes 10 seconds West, 140.23 feet to the southerly side of Bayberry North;

THENCE along the southerly side of Bayberry North, North 83 degrees 52 minutes East, 120.50 feet to the extreme westerly end of the above mentioned arc;

THENCE southeasterly along said arc of a circle bearing to the right, having a radius of 10 feet, a distance of 15.71 feet to the point or place of BEGINNING.

SAID PREMISES being known as 289 Bayberry Drive North, Hewlett Harbor, N.Y. and as Section 42, Block 256 Lot 1

RECEIVED IN
THIS CONDITION

SCHEDULE A

| ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE | ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE |
|---|---|
| State of New York, County of Richmond , ss: | State of New York, County of , ss: |
| On the 20th day of May, 2013 in the year before me, the undersigned, personally appeared MARK Mirvis and Lyubov Mirvis , personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument. | On the day of in the year before me, the undersigned, personally appeared , personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument. |

YEKATERINA MAYDANIK
Notary Public, State of New York
No. 01MA6267378
Qualified in Richmond County
Commission Expires August 28, 2018

| ACKNOWLEDGEMENT OF SUBSCRIBING WITNESS TAKEN IN NEW YORK STATE | ACKNOWLEDGEMENT TAKEN OUTSIDE NEW YORK STATE |
|---|---|
| State of New York, County of , ss: On the day of in the year , before me, the undersigned, a Notary Public in and for said State, personally appeared , the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he/she/they reside(s) in (if the place of residence is in a city, include the street and street number if any, thereof); that he/she/they know(s) to be the individual described in and who executed the foregoing instrument; that said subscribing witness was present and saw said execute the same; and that said witness at the same time subscribed his/her/their name(s) as a witness thereto | *State of , County of , ss: *(Or insert District of Columbia, Territory, Possession or Foreign County) On the day of in the year , before me the undersigned personally appeared Personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual make such appearance before the undersigned in the (add the city or political subdivision and the state or country or other place the acknowledgement was taken). |

## Bargain and Sale deed
## Without covenants

SECTION: 42
BLOCK: 266
LOT: 1

Title No._____

COUNTY OR TOWN: Nassau

**Mark Mirvis and Lyubov Mirvis**

TO

**Mark Mirvis, Lyubov Mirvis and Tatyana Mirvis**

**RETURN BY MAIL TO:**

Exclusive Lan Services, Inc
313 Sand Lane 2nd Floor Front

Staten Island, NY 10305