# EXHIBIT E

NC CLERK



NASSAU COUNTY CLERK'S OFFICE
ENDORSEMENT COVER PAGE

Recorded Date: 01-24-2014
Recorded Time: 12:05:38 p

Liber Book: D   13039
Pages From:        378
        To:        381

        Control
        Number:  1157
         Ref #: RE   012046
    Doc Type: D01   DEED

Record and Return To:
EXCLUSIVE LAND SERVICE INC
313 SAND LANE
2ND FLOOR FRONT
STATEN ISLAND, NY   10305

Location:                    Section Block     Lot     Unit
HEMPSTEAD (2820)             0042    00266-00 00001

GFH001

Taxes Total              .00
Recording Totals       340.00
Total Payment          340.00

THIS PAGE IS NOW PART OF THE INSTRUMENT AND SHOULD NOT BE REMOVED
MAUREEN O'CONNELL
COUNTY CLERK



20140124011157

NC CLERK

Dq 1/4

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT-THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY

*October*

THIS INDENTURE, made the 20th day of ~~May~~ , 2013

BETWEEN

**Mark Mirvis, Lyubov Mirvis and Tatyana Mirvis**, all residing at 269 Bayberry Drive North, Hewlett Harbor, NY 11557

party of the first part, and

**Mark Mirvis and Lyubov Mirvis**, both residing at 269 Bayberry Drive North, Hewlett Harbor, NY 11557

party of the second part,

WITNESSETH, that the party of the first part, in consideration of

0.00      dollars paid

by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the

SEE ATTACHED SCHEDULE A

Section   42
Block   206
Lot   0001

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

IN WITNESS WHEREOF, the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

Mark Mirvis

Lyubov Mirvis

Tatyana Mirvis

Standard N.Y.B.T.U. Form 8001- Bargain and Sale Deed, without Covenant against Grantor's Acts – Uniform Acknowledgement
Form 3284

NC CLERK

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the incorporated Village of Hewlett Harbor, Town of Hempstead, County of Nassau and State of New York, known and designated as and by lot 1 in Block 266 on a certain map entitled, "Map of Carvel Homes at Howell, August, 1950, Vandewater & Lapp, Engineers and Surveyors" and filed in the Office of the Clerk of the County of Nassau on January 8, 1952, under file #5132, which said lot according to said map is bounded and described as follows:

BEGINNING on the westerly side of Auerbach Avenue at the extreme southerly point and connecting the westerly side of Auerbach Avenue with the southerly side of Bayberry North;

RUNNING THENCE along the westerly side of Auerbach Avenue, South 6 degrees 03 minutes East, 119.07 feet;

THENCE south 78 degrees 43 minutes 50 seconds west, 118.42 feet;

THENCE north 11 degrees 16 minutes 10 seconds west, 140.23 feet to the southerly side of Bayberry North;

THENCE along the southerly side of Bayberry North, north 83 degrees 52 minutes east, 120.50 feet to the extreme westerly end of the above mentioned are;

THENCE southeasterly along said are of a circle bearing to the right, having a radius of 10 feet, a distance of 15.71 feet to the point or place of BEGINNING.

SAID PREMISES being known as 289 Bayberry Drive North, Hewlett Harbor, NY and as Section 42 Block 266 Lot 1.

SCHEDULE A

NC CLERK

ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE

State of New York, County of Richmond. ss

On the 20th day of October in the year 2013
before me, the undersigned, personally appeared
**Mark Mirvis**
, personally known to me or proved to me on the
basis of satisfactory evidence to be the individual(s) whose name(s) is
(are) subscribed to the within instrument and acknowledged to me
that he/she/they executed the same in his/her/their capacity(ies), and
that by his/her/their signature(s) on the instrument, the individual(s),
or the person upon behalf of which the individual(s) acted, executed
the instrument.

**YEKATERINA MAYDANIK**
**Notary Public, State of New York**
**No. 01MA6267378**
ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE
**Qualified in Richmond County**
**Commission Expires August 20, 2016**   Richmond ss

On the 20th day of October in the year 2013
before me, the undersigned, personally appeared
**Tatyana Mirvis**
, personally known to me or proved to me on the
basis of satisfactory evidence to be the individual(s) whose name(s) is
(are) subscribed to the within instrument and acknowledged to me
that he/she/they executed the same in his/her/their capacity(ies), and
that by his/her/their signature(s) on the instrument, the individual(s),
or the person upon behalf of which the individual(s) acted, executed
the instrument.

**YEKATERINA MAYDANIK**
**Notary Public, State of New York**
**No. 01MA6267378**
**Qualified in Richmond County**
**Commission Expires August 20, 2016**

ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE

State of New York, County of Richmond. ss

On the 20th day of October in the year 2013
before me, the undersigned, personally appeared
**Lyubov Mirvis**
, personally known to me or proved to me on the
basis of satisfactory evidence to be the individual(s) whose name(s) is
(are) subscribed to the within instrument and acknowledged to me
that he/she/they executed the same in his/her/their capacity(ies), and
that by his/her/their signature(s) on the instrument, the individual(s),
or the person upon behalf of which the individual(s) acted, executed
the instrument.

**YEKATERINA MAYDANIK**
**Notary Public, State of New York**
**No. 01MA6267378**
ACKNOWLEDGEMENT TAKEN IN NEW YORK **Qualified in Richmond County**
STATE **Commission Expires August 20, 2016**

*State of , County of , ss
*(Or insert District of Columbia, Territory, Possession or Foreign
County)

On the day of in the year
, before me the undersigned, personally appeared

Personally known to me or proved to me on the basis of satisfactory
evidence to be the individual(s) whose name(s) is (are) subscribed to
the within instrument and acknowledged to me that he/she/they
executed the same in his/her/their capacity(ies), that by his/her/their
signature(s) on the instrument, the individual(s) or the person upon
behalf of which the individual(s) acted, executed the instrument, and
that such individual made such appearance before the undersigned in
the

(add the city or political subdivision and the state or country or other
place the acknowledgement was taken).

## Bargain and Sale deed
## Without covenants

**Mark Mirvis, Lyubov Mirvis and**
**Tatyana Mirvis**
TO
**Mark Mirvis and Lyubov Mirvis**

SECTION 42

BLOCK 266

LOT 1

COUNTY OR TOWN Nassau

RETURN BY MAIL TO:

Exclusive Land Service, Inc
313 Sand Lane, 2nd Floor Front,
Staten Island, NY 10305