# EXHIBIT F

Bk D13222 Pg678 #259
06-19-2015 @ 09:53a



## NASSAU COUNTY CLERK'S OFFICE

### ENDORSEMENT COVER PAGE

Recorded Date: 06-19-2015
Recorded Time: 09:53:20 a

Liber Book: D 13222
Pages From:      678
         To:      683

Control
Number:   259
Ref #: RE   020239
Doc Type: D01   DEED

| Location: | Section | Block | Lot | Unit |
|---|---|---|---|---|
| HEMPSTEAD (2820) | 0042 | 00266-00 | 00001 | |

JTWADM

Taxes Total              .00
Recording Totals      350.00
Total Payment         350.00

THIS PAGE IS NOW PART OF THE INSTRUMENT AND SHOULD NOT BE REMOVED.
MAUREEN O'CONNELL
County Clerk

Bk D13222 Pg679 #259
M5597

## BARGAIN AND SALE DEED

THIS INDENTURE, made May 11, 2015, among

MARK MIRVIS, LYUBOV MIRVIS, and TATYANA MIRVIS, each having an address at 289 Bayberry Drive, Hewlett Harvor, NY 11557 (collectively hereinafter referred to as "Grantors"), and
TATYANA MIRVIS, having an address at 289 Bayberry Drive North, Hewlett Harbor, NY 11557 ("Grantee").

WITNESSETH, that Grantors, in consideration of Ten Dollars and other valuable consideration, the receipt and sufficiency of which hereby are acknowledged, do hereby grant and release unto Grantee and the heirs, executors, administrators, legal representatives, successors and assigns of Grantee forever,

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in Hewlett Harbor, the County of Nassau and the State of New York, being more particularly described in Exhibit A attached hereto and made a part hereof,

TOGETHER with all right, title and interest, if any, of Grantors in and to any streets and roads abutting the above described premises to the center lines thereof,

TOGETHER with the appurtenances and all the estate and rights of Grantors in and to said premises,

Premises being the same as described in Deed to Grantors dated 10/20/13 recorded 9/3/13 in Liber 12986 page 350. Premises being commonly known as Section 42, Lot 266, Lot 1.

Premises: 289 Bayberry Drive North, Hewlett Harbor, NY
TO HAVE AND TO HOLD the premises herein granted unto Grantee and the heirs, executors, administrators, legal representatives, successors and assigns of Grantee forever.

Grantors are the owners of said premises. Grantors covenant that Grantors have not done or suffered anything whereby said premises have been encumbered in any way whatever, except as set forth herein.

Grantors, in compliance with Section 13 of the Lien Law, covenant that Grantors will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement before using any part of the total of the same for any other purpose.

Bk D13222 Pg680 #259

SCHEDULE A DESCRIPTION

Section: 42  Block: 266  Lot: 1

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the incorporated Village of Hewlett Harbor, Town of Hempstead, County of Nassau and State of New York, known and designated as and by lot 1 in Block 266 on a certain map entitled, "Map of carvel Homes as Howell, August, 1950, Vandewater & Lapp, Engineers and Surveyors" and filed in the Office of the Clerk of the County of Nassau on January 8, 1952, under file #5132, which said lot according to said map is bounded and described as follows:

BEGINNING on the westerly side of Auerbach Avenue at the extreme southerly point and connecting the westerly side of Auerbach Avenue with the southerly side of Bayberry North;

RUNNING THENCE along the westerly side of Auerbach Avenue, South 6 degrees 03 minutes East, 119.07 feet;

THENCE south 78 degrees 43 minutes 50 seconds west, 118.42 feet;

THENCE north 11 degrees 16 minutes 10 seconds west, 140.23 feet to the southerly side of Bayberry North;

THENCE along the southerly side of Bayberry North, north 83 degrees 52 minutes east, 120.50 feet to the extreme westerly end of the above mentioned are;

THENCE southeasterly along said are of a circle bearing to the right, having a radius of 10 feet, a distance of 15.71 feet to the point or place of BEGINNING.

Bk D13222 Pg681 #259

        **IN WITNESS WHEREOF** Grantors have duly executed this deed on the date first above written.

_M. Mirvis_
MARK MIRVIS

_L. Mirvis_
LYUBOV MIRVIS

_T. Mirvis_
TATYANA MIRVIS

2

Bk D13222 Pg682 #259

STATE OF NEW YORK,
COUNTY OF NASSAU, ss.

On the 11th day of May, 2015, before me, the undersigned notary public, personally appeared MARK MIRVIS, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

OLEH N. DEKAJLO
Notary Public, State of New York
Reg. # 01DE4704584 - Qualified in Nassau County
Commission expires December 31, 20__

Notary Public

STATE OF NEW YORK,
COUNTY OF NASSAU, ss.

On the 11th day of May, 2015, before me, the undersigned notary public, personally appeared LYUBOV MIRVIS, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

OLEH N. DEKAJLO
Notary Public, State of New York
Reg. # 01DE4704584 - Qualified in Nassau County
Commission expires December 31, 20__

Notary Public

STATE OF NEW YORK,
COUNTY OF NASSAU, ss.

On the 11th day of May, 2015, before me, the undersigned notary public, personally appeared TATYANA MIRVIS, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

OLEH N. DEKAJLO
Notary Public, State of New York
Reg. # 01DE4704584 - Qualified in Nassau County
Commission expires December 31, 20__

Notary Public

Bk D13222 Pg683 #259

## BARGAIN AND SALE DEED

dated
May 11, 2015

from

MARK MIRVIS
LYUBOV MIRVIS
TATYANA MIRVIS

Grantors

to

TATYANA MIRVIS

Grantee

Section: 42
Block: 266
Lot: 1
County: Nassau

**Please record and return to:**

Tatyana Mirvis
289 Bayberry Drive
Hewlett Harbor, NY 11557

MAUREEN O'CONNELL COUNTY CLERK
NASSAU COUNTY CLERK'S OFFICE
RECORDED

STATE OF NEW YORK  
COUNTY OF NASSAU } SS:  
COUNTY CLERK'S OFFICE

I, MAUREEN O'CONNELL, County Clerk of the County of Nassau and the Supreme and County Courts, Courts of Record thereof,

DO HEREBY CERTIFY, that I have compared the annexed with the original

DEED: D13222                PAGES: 678-683

FILED AND RECORDED in my office 06/19/2015 and the same is a true transcript thereof and of the whole of such original.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the official seal of said County at Mineola, N.Y. this 22nd day of SEPTEMBER, 2015.

*Maureen O'Connell*  
County Clerk