# EXHIBIT H

OCWEN 001

OCWEN 002

Detail Transaction History

OCWEN 003

| EFFDATE | TIME | RV TRN DESCRIPTION | MAS DUE/REF | REVERSED | * AFTER TRANS PRINCIPAL | BALANCES- ESCROW | TOTAL AMOUNT | PRINCIPAL | INTEREST | --- APPLIED --- ESCROW | SUSPENSE | OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/23/2015 | 20:03:37 | PRP Principal Payment | | | 150,874.47 | .00 | .07 | .07 | .00 | .00 | 3.36 | 3.30 |
| 09/30/2015 | 16:14:14 | PRP Regular/Spread | 08/01/2015 | | 150,740.01 | .70 | 1,306.92 | 932.62 | 374.33 | .00 | 3.00 | 3.00 |
| 07/30/2015 | 16:14:17 | PRP Principal Payment | | | 150,866.11 | .00 | .08 | .08 | .00 | .00 | 0.00 | 3.30 |
| 09/01/2015 | 10:12:52 | PRP Regular/Spread | 10/01/2015 | | 150,393.00 | .00 | 1,306.92 | 932.27 | 737.65 | .00 | 0.00 | 3.00 |
| 09/14/2015 | 15:12:55 | PRP Principal Payment | | | 150,393.02 | .01 | .08 | .08 | .00 | .00 | 0.00 | 3.00 |
| 09/29/2015 | 15:59:29 | PRP Regular/Spread | 11/01/2015 | | 152,106.02 | .06 | 1,313.44 | 928.70 | 384.54 | .00 | 0.00 | 3.00 |
| 11/29/2015 | 15:59:32 | PRP Principal Payment | | | 152,105.96 | .06 | 1.24 | 1.34 | .00 | .00 | 0.00 | 3.00 |
| 10/24/2015 | 15:20:00 | ESP Regular/Spread | 12/01/2015 | | 151,174.72 | .00 | 1,313.44 | 928.06 | 385.28 | .00 | 0.00 | 3.00 |
| 10/29/2015 | 15:20:06 | PRP Principal Payment | | | 151,173.54 | | 1.26 | 1.36 | .00 | .00 | 0.00 | 3.00 |
| 10/30/2015 | 12:01:52 | ECO Insurance Escrow Dis 57 Lender pi | | | 151,175.06 | 1,375.63- | 1,375.63- | .00 | .00 | 1,375.63- | 0.00 | 0.00 |
| 11/02/2015 | 11:53:44 | IVT Investor Pool/Pool 7 0 | | | .02 | 1,375.43 | 152,551.19 | 151,175.56 | .00 | 1,373.63 | 0.00 | 3.00 |
| 11/03/2015 | 11:59:44 | IVT Investor Pool/Pool 7 0 | | | 151,175.56 | 1,375.63- | 152,551.19- | 151,175.56- | .00 | 1,375.63- | 0.00 | 3.00 |
| 11/03/2015 | 15:57:32 | ECO Insurance Escrow Dis 57 Lender pi | | | 151,175.54 | 2,736.64- | 1,359.01- | .00 | .00 | 1,359.01- | 0.00 | 3.00 |
| 11/04/2015 | 09:52:32 | ECO Insurance Escrow Dis 57 Lender pi | | | 151,175.54 | 1,359.01- | 1,375.63 | .00 | .00 | 1,375.63 | 0.00 | 5.00 |
| 11/04/2015 | 09:52:34 | ECO Insurance Escrow Dis 57 Lender pi | | | 151,175.54 | 1,359.01- | 1,359.01 | .00 | .00 | 1,359.01 | 0.00 | 0.00 |
| 11/30/2015 | 13:31:32 | ASP Regular/Spread | 01/01/2016 | | 150,245.38 | .06 | 1,313.44 | 930.16 | 383.65 | .00 | .00 | 0.00 |
| 11/30/2015 | 13:31:35 | PRP Principal Payment | | | 150,245.01 | .00 | .07 | .07 | .00 | .00 | 0.00 | 0.00 |