# EXHIBIT J

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____ X

ALLSTATE INSURANCE COMPANY, *et al.*,

                        Plaintiffs,

        -against-

MARK MIRVIS, *et al.*,

                      Defendants.
_____ X

CV-08 4405
(SLT) (VVP)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                             ) :ss
COUNTY OF NEW YORK )

Charles Binning, duly deposes and says:

That I am not a party to the action, am over 18 years of age, am not a party to the action, reside in the State of New York, and am an employee of the law firm of Stern & Montana, LLP, located at One World Financial Center, New York, New York 10281.

On November 5, 2015, at approximately 1:15 p.m., I personally served a true copy of the Plaintiff's Subpoena Duces Tecum, dated November 5, 2015, regarding Judgment Debtor, Mark Mirvis, upon:

JPMorgan Chase Bank, N.A.
331-337 South End Avenue
New York, New York 10280

<mark>by hand delivery. Deponent describes the individual served as follows:

Sex:   Male           Skin color: Black           Hair Color:   Black

Height: 5' 8'          Weight: 150                 Name: Alseny Sow


Dated: New York, New York
       November 5, 2015

By: _____
    Charles Binning

Sworn to before me this

5th day of November, 2015

_____
Notary Public

Kwesi R. Disney
Notary Public State Of New York
Qualified In Westchester County
Lic. #01DI6048256
Commission Expires September 25, ~~2040~~ 2018

2



CHASE

Alseny Sow
Relationship Banker
NMLS ID: 599378

Consumer Banking
331-337 South End Avenue
New York, NY 10280

Telephone: 212 912 1882
Facsimile:  855 323 0322
alseny.sow@chase.com

JPMorgan Chase Bank, N.A.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————— X
ALLSTATE INSURANCE COMPANY, *et al.*,           )
                                                )
                        Plaintiffs,             )
                                                )
                -against-                       )        CV-08 4405
                                                )        (SLT) (VVP)
MARK MIRVIS, *et al.*,                          )
                                                )
                                                )
                                                )
                        Defendants.             )
                                                )
                                                )
———————————————————— X

## AFFIDAVIT OF SERVICE

**STERN & MONTANA, LLP**
ATTORNEYS FOR PLAINTIFF
ALLSTATE INSURANCE COMPANY
ONE WORLD FINANCIAL CENTER
30TH FLOOR
NEW YORK, NEW YORK 10281
TELEPHONE: (212) 532-8100