# EXHIBIT K

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ALLSTATE INSURANCE COMPANY, *et al.*,

                Plaintiffs,

-against-

MARK MIRVIS, *et al.*,

                Defendants.

CV-08 4405
(SLT) (VVP)

AFFIDAVIT OF SERVICE

---

STATE OF NEW YORK   )
                              )..:ss
COUNTY OF NEW YORK )

I, Charles Binning, duly deposes and says:

1. That I am not a party to the action, am over 18 years of age and am a employee of the law firm of Stern & Montana, LLP, located at One World Financial Center, 30th Floor, New York, New York 10281.

2. On July 9, 2015, I served true and correct copies of the Restraining Notice to Judgment Debtor and Information Subpoena to Judgment Debtor for Mark Mirvis, Ruven Katz and Igor Zhuravsky, dated July 9, 2015, on:

| JUDGMENT DEBTORS | |
|---|---|
| MARK MIRVIS<br>289 BAYBERRY DR<br>HEWLETT, NY 11557-2721<br>RRR# 7015 0640 0007 2671 3034 | IGOR ZHURAVSKY<br>72 LAGUNA HILLS CT<br>HOLMDEL, NJ 07733-2554<br>RRR# 7015 0640 0007 2671 3010 |

| JUDGMENT DEBTORS | |
|---|---|
| RUVEN KATZ<br>1250 PARK ST<br>ATLANTIC BEACH, NY 11509-1619<br>RRR# 7015 0640 0007 2671 3027 | |

by depositing true and correct copies thereof in an official depository of the United States Postal Service within the State of New York, addressed to the Judgment Debtors at their last known addresses as indicated herein.

Dated: New York, New York
July 10, 2015

                                                    Charles Binning

Sworn to before me this

10th Day of July, 2015

_____
Notary Public

> Kwesi R. Disney
> Notary Public State Of New York
> Qualified In Westchester County
> Lic. #01DI6048256
> Commission Expires September 25, ~~2016~~ 2018



### SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mark Mirvis
289 Bayberry DR
Hewlett, NY 11557-2721

### COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____  ☒ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery 7/13/15

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail®   ☐ Priority Mail Express™
   ☐ Registered         ☒ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7015 0640 0007 2671 3034

PS Form 3811, July 2013                  Domestic Return Receipt