# EXHIBIT L

| | | |
|---|---|---|
| (212) 619-0728<br>FAX: (212) 619-2288 | **UNITED PROCESS SERVICE, INC.**<br>THIRD FLOOR<br>315 BROADWAY<br>NEW YORK, NY 10007-1121 | E-Mail: info@unitedprocess.com<br>Web: www.unitedprocess.com |

Date Received    02/03/16

STERN & MONTANA, LLP- ATTN: KILEY EDGELY
1 WORLD FINANCIAL CENTER
30TH FL
NEW YORK, NY 10281

*Andrew Midgett*

Client Code: 2659

(212) 532-8100

**JOEL GRABER**

Index # 08-CV-4405 (ST)(VVP)

Invoice #    642065

Plaintiff: ALLSTATE INSURANCE COMPANY, ETAL

Defendant: MARK MIRVIS, ETAL

Serve by    02/15/16

Copies    Yes

**\*\*\*\*\***

Recipient(s):

1) MARK MIRVIS **6420651**        MOTOR VEHICLE SEARCH

Location:

SERVED Date:_____ Time:_____ Serve Sec'y of State_____ Adv. Fee_____ Att. Sending_____

New Address_____

Served on:_____ Title/Relationship_____

Desc: Sex:_____ Skin Color_____ Hair Color_____ Approx Age_____ Height_____ Weight_____

Remarks: **DO NOT SERVE, PLEASE CONDUCT A DMV SEARCH ON:
MARK MIRVIS - DOB:▮▮▮1959
AS PER ATTORNEY, RETURN THE RESULT TO OUR OFFICE ON OR ABOUT 2/15/16**

*results attached*

**REASON FOR RETURN**
UNKNOWN____ MOVED____ NEED APARTMENT #____
NO SUCH NUMBER____ NO LONGER EMPLOYED____
HELD AWAITING INSTRUCTIONS____ OUT OF BUSINESS____
**POSTAL SEARCH**_____
GOOD AS ADDRESSED____ UNKNOWN AT ADDRESS GIVEN____
MOVED, NO FWD ADD____ FORWARDING ORDER EXPIRED____
**MOTOR VEHICLE SEARCH** X
D.O.B, VIN OR PLATE #_____
NO HIT____ SAME ADDRESS____ NEW ADDRESS____

CODE _B_ CHARGE _51_ CODE____ CHARGE____
CODE____ CHARGE____ CODE____ CHARGE____
CODE____ CHARGE____ CODE____ CHARGE____
CODE____ CHARGE____ CODE____ CHARGE____

DO NOT PAY FROM THIS INVOICE. A STATEMENT WILL FOLLOW

```
TODAY'S DATE:  2/03/2016    TIME: 15:45:12
            *RECORD EXPANSION FOR: MIRVIS,MARK


                                          CLIENT ID#: 550768011
MIRVIS,MARK                         DOB:           1959    SEX: M
289 BAYBERRY DR                     HEIGHT: 6-0     EYE COLOR: BLUE
HEWLETT HARBOR NY 11557             COUNTY: NASS
                                    MI #: M09676 96885 344859-59

NAME ON LICENSE/ID:    MIRVIS
                            MARK




LICENSE CLASS: *E*              STATUS:VALID       EXPIRATION:       2017

*******************             ACTIVITY          *******************
CLASS CHANGE: 12/18/1992     NEW: *E*      OLD: PERMIT
```

**BALANCE:   818.00**

MENU | NEXT | ABSTRACT

( RECORD CONTINUED ON FOLLOWING PAGE )

```
ACCIDENT PREVENTION COURSE COMPLETED ON: 02/16/2013
POINT REDUCTION ELIGIBLE FOR VIOLATIONS OCCURRING FROM  08/16/2011 - 02/16/2013
N/A - NON 19-A DRIVER OR COURSE PRIOR TO 01/01/94

******************       CONVICTIONS/BAIL FORFEITURES          ******************
 CONVICTION: OP MV - MOBILE PHONE
  VIOLATION: 02/05/2012        CONVICTED ON: 12/18/2013
  LOCATION: NEW YORK COUNTY, MANHATTAN S. ADM. ADJ.
 PENALTY: FINE- $50                    POINTS: 3
 COMM VEH: NO        HAZMAT: NO


******************                ACCIDENTS                    ******************
ACCIDENT DATE: 02/15/2013 PROPERTY DAMAGE   COUNTY: NASS  CASE #: 34-659951
  POLICE REPORT FILED

                         *** END OF RECORD ***
```

**MENU**     **ABSTRACT**     **REDO**