# EXHIBIT M

# MARK MIRVIS
289 BAYBERRY DR, HEWLETT, NY 11557-2721 | NASSAU County



**SSN:**

■-XXXX

**DOB:**

■1959 (Age: 56)

**Gender:**

MALE

**Employers:**

WEICHERT REALTORS - FRANKLIN L

**Email Addresses:**

mmirvis@gmail.com
MMIRVIS@GMAIL.COM

**AKAs:**

MARK MIRIVS
MARK MIRUJS
MARK MIRUIS SR
MARK IRVIS
MARK MURVIS
ARK MIRVIS M
MIRVIS LYUBOV & MARK
MARK & LYUBOV MIRVIS
MARK LUPOLOVER

**Phone Numbers:**

516-295-7681
516-426-2327
718-891-4871
968-8484

**Known Addresses:**

289 BAYBERRY DR, HEWLETT, NY 11557-2721 | NASSAU County
**First Reported 01/01/1999 Last Reported 04/17/2015**
By Experian Credit Header 11/11/1999 - 04/17/2015
By Phone Records 01/15/2015
By People Household 01/01/1999 - 05/31/2013
By Motor Vehicle 08/05/2011
By People Find 03/01/2000 - 01/23/2003
By Corporate Filings - Secretary of State
By Liens and Judgments
By People Email
By Real Property Deeds
By Real Property Foreclosure
By Real Property Tax Assessor
By Work Affiliations

100 OCEANA DR W APT 5D, BROOKLYN, NY 11235-6658 | KINGS County
**Last Reported 05/15/2008**
By Phone Records 05/15/2008
By Real Property Deeds
By Real Property Tax Assessor

1 CENTRE DR, MONROE TOWNSHIP, NJ 08831-1564 | MIDDLESEX County
**First Reported 03/16/2006 Last Reported 03/16/2006**
By Motor Vehicle 03/16/2006

528 BURGUNDY K, DELRAY BEACH, FL 33484-5441 | PALM BEACH County
**First Reported 02/24/2005 Last Reported 08/26/2005**
By Experian Credit Header 02/24/2005 - 08/26/2005
By Corporate Filings - Secretary of State

248 NAVESINK CT, HOLMDEL, NJ 07733-2506 | MONMOUTH County
**First Reported 10/05/2004 Last Reported 10/05/2004**
By Experian Credit Header 10/05/2004
By Real Property Tax Assessor

103 IGOE RD, MORGANVILLE, NJ 07751-4609 | MONMOUTH County
**First Reported 02/18/2004 Last Reported 02/18/2004**
By Experian Credit Header 02/18/2004

41 AVON RD, HEWLETT, NY 11557-1529 | NASSAU County
**First Reported 09/21/1999 Last Reported 01/23/2003**
By People Find 11/13/2000 - 01/23/2003
By Experian Credit Header 09/21/1999 - 03/22/2000

4232 BEDFORD AVE, BROOKLYN, NY 11229-4911 | KINGS County
**First Reported 01/01/1996 Last Reported 01/23/2003**

By People Find 11/13/2000 - 01/23/2003
By Experian Credit Header 09/18/1996 - 05/09/1999
By People Historical 01/01/1996 - 12/31/1996
By Real Property Deeds

100 OCEAN PKWY, BROOKLYN, NY 11218-1755 | KINGS County
**First Reported 03/29/2001 Last Reported 03/29/2001**
By Experian Credit Header 03/29/2001

289 BAY BERRY DR, HEWLETT NY, NY 11581
**First Reported 03/24/2000 Last Reported 03/24/2000**
By Experian Credit Header 03/24/2000

740 KEARNY DR, VALLEY STREAM, NY 11581-3625 | NASSAU County
**First Reported 11/07/1998 Last Reported 01/01/2000**
By Experian Credit Header 11/07/1998 - 01/01/2000

4122 SW 27TH PL, CAPE CORAL, FL 33914-5482 | LEE County
**Reported Date N/A**
By Real Property Foreclosure

71 SAMMIS AVE, DEER PARK, NY 11729-6717 | SUFFOLK County
**Reported Date N/A**
By Motor Vehicle

PO BOX 680020, FRANKLIN, TN 37068-0020 | WILLIAMSON County
**Reported Date N/A**
By Motor Vehicle

825 BROADWAY, BROOKLYN, NY 11206-7306 | KINGS County
**Reported Date N/A**
By Corporate Filings - Secretary of State

7804 FLATLANDS AVE, HEWLETT, NY 11557 | NASSAU County
**Reported Date N/A**
By Unclaimed Asset

289 BAYBERRY NORTH DR, HEWLETT, NY 11557 | NASSAU County
**Reported Date N/A**
By Unclaimed Asset

2803 SW 35TH LN, CAPE CORAL, FL 33914-4845 | LEE County
**Reported Date N/A**
By Real Property Deeds
By Real Property Tax Assessor

19333 COLLINS AVE APT 2509, SUNNY ISLES BEACH, FL 33160-2374 | MIAMI-DADE County
**Reported Date N/A**

By Real Property Deeds

925 NE 23RD AVE, CAPE CORAL, FL 33909-1708 | LEE County
**Reported Date N/A**
By Real Property Foreclosure

1000 NE 24TH AVE, CAPE CORAL, FL 33909 | LEE County
**Reported Date N/A**
By Real Property Foreclosure

2320 DIPLOMAT PKWY W, CAPE CORAL, FL 33993 | LEE County
**Reported Date N/A**
By Real Property Foreclosure

1236 NW 000023RD AVE, CAPE CORAL, FL 33993 | LEE County
**Reported Date N/A**
By Real Property Foreclosure

1228 NW 000023RD AVE, CAPE CORAL, FL 33993 | LEE County
**Reported Date N/A**
By Real Property Foreclosure

1222 NW 000023RD AVE, CAPE CORAL, FL 33993 | LEE County
**Reported Date N/A**
By Real Property Foreclosure

2407 SW 52ND ST, CAPE CORAL, FL 33914-6655 | LEE County
**Reported Date N/A**
By Real Property Foreclosure

2754 CONEY ISLAND AVE, BROOKLYN, NY 11235-5016 | KINGS County
**Reported Date N/A**
By Real Property Foreclosure

928 NE 24TH AVE, CAPE CORAL, FL 33909 | LEE County
**Reported Date N/A**
By Real Property Foreclosure

2753 CONEY ISLAND AVE, BROOKLYN, NY 11235-5015 | KINGS County
**Reported Date N/A**
By Real Property Foreclosure

2305 NE PINE ISLAND RD, CAPE CORAL, FL 33909 | LEE County
**Reported Date N/A**
By Real Property Foreclosure

924 NE 24TH AVE, CAPE CORAL, FL 33909 | LEE County
**Reported Date N/A**

By Real Property Foreclosure