(212) 619-0728  **UNITED PROCESS SERVICE, INC.**  E-Mail: info@unitedprocess.com
FAX: (212) 619-2288  THIRD FLOOR  Web: www.unitedprocess.com
315 BROADWAY
NEW YORK, NY 10007-1121

Date Received    02/23/16

STERN & MONTANA, LLP- ATTN: KILEY EDGELY    Client Code: 2659    **BRUCE KUSTKA**
1 WORLD FINANCIAL CENTER
30TH FL    (212) 532-8100    Index # 08-CV-4405 (SLT)(PK)
NEW YORK, NY 10281

UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK    Invoice #    643426

Plaintiff:  ALLSTATE INSURANCE COMPANY, ETAL    Serve by    02/29/16
Defendant: MARK MIRVIS, ETAL
Copies    Yes

*****

Recipient(s):

1) MARK MIRVIS **6434261**    NOTICE OF PLAINTIFFS' MOTION TO AVOID FRAUDULENT CONVEYANCE BY JUDGMENT DEBTOR MARK MIRVIS PURSUANT TO FED. R. CIV. P. 69(A),*

2) LYUBOV MIRVIS **6434262**    NOTICE OF PLAINTIFFS' MOTION TO AVOID FRAUDULENT CONVEYANCE BY JUDGMENT DEBTOR MARK MIRVIS PURSUANT TO FED. R. CIV. P. 69(A),*

3) TATYANA MIRVIS **6434263**    NOTICE OF PLAINTIFFS' MOTION TO AVOID FRAUDULENT CONVEYANCE BY JUDGMENT DEBTOR MARK MIRVIS PURSUANT TO FED. R. CIV. P. 69(A),*

Location:    Business: 289 BAYBERRY DRIVE
HEWLETT, NY 11557

SERVED Date: 2/26    Time: 11:12A    Serve Sec'y of State_____    Adv. Fee_____    Att. Sending_____
New Address_____
Served on: ₤1_____    Title/Relationship_____
Desc: Sex: M    Skin Color: W    Hair Color: Blk    Approx Age: 65    Height: 6'0    Weight: 185
Glasses

**REASON FOR RETURN**
UNKNOWN____ MOVED____ NEED APARTMENT #____
NO SUCH NUMBER____ NO LONGER EMPLOYED____
HELD AWAITING INSTRUCTIONS____ OUT OF BUSINESS____
**POSTAL SEARCH**_____    CODE R CHARGE 95    CODE____ CHARGE____
GOOD AS ADDRESSED____ UNKNOWN AT ADDRESS GIVEN____
MOVED, NO FWD ADD____ FORWARDING ORDER EXPIRED____    CODE B CHARGE 120    CODE____ CHARGE____
**MOTOR VEHICLE SEARCH**_____    CODE____ CHARGE____ CODE____ CHARGE____
D.O.B, VIN OR PLATE #_____    CODE M CHARGE 16    CODE____ CHARGE____
NO HIT____ SAME ADDRESS____ NEW ADDRESS____

DO NOT PAY FROM THIS INVOICE. A STATEMENT WILL FOLLOW

(212) 619-0728
FAX: (212) 619-2288

**UNITED PROCESS SERVICE, INC.**
THIRD FLOOR
315 BROADWAY
NEW YORK, NY 10007-1121

E-Mail: info@unitedprocess.com
Web: www.unitedprocess.com

Remarks: **SERVE BY 2/29/16
NO COURT DATE
*C.P.L.R. PARAGRAPH 5225 (B) AND D.C.L. PARAGRAPH 273-A AND 278, DECLARATION OF DANIEL S. MARVIN IN SUPPORT OF PLAINTIFF'S MOTION TO AVOID FRAUDULENT CONVEYANCES BY JUDGMENT DEBTOR MARK MIRVIS PURSUANT TO F.R.C.P. 69(A), C.P.L.R. PARAGRAPH 5225(B), AND D.C.L. PARAGRAPH 273-A AND 278, MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION TO AVOID FRAUDULENT CONVEYANCES BY JUDGMENT DEBTOR MARK MIRVIS PURSUANT TO F.R.C.P. 69(A), C.P.L.R. PARAGRAPH 5225(B), AND D.C.L. PARAGRAPH 273-A AND 278; DECLARATION IN SUPPORT OF MOTION; EXHIBITS**

---

**REASON FOR RETURN**
UNKNOWN_____ MOVED_____ NEED APARTMENT #_____
NO SUCH NUMBER_____ NO LONGER EMPLOYED_____
HELD AWAITING INSTRUCTIONS_____ OUT OF BUSINESS_____

**POSTAL SEARCH**_____
GOOD AS ADDRESSED____ UNKNOWN AT ADDRESS GIVEN____
MOVED,NO FWD ADD____ FORWARDING ORDER EXPIRED____

**MOTOR VEHICLE SEARCH**_____
D.O.B, VIN OR PLATE #_____
NO HIT_____ SAME ADDRESS_____ NEW ADDRESS_____

CODE_____ CHARGE_____ CODE_____ CHARGE_____
CODE_____ CHARGE_____ CODE_____ CHARGE_____
CODE_____ CHARGE_____ CODE_____ CHARGE_____
CODE_____ CHARGE_____ CODE_____ CHARGE_____

**DO NOT PAY FROM THIS INVOICE. A STATEMENT WILL FOLLOW**

UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK   Attorney: STERN & MONTANA, LLP- ATTN: KILEY EDGELY

ALLSTATE INSURANCE COMPANY, ETAL

Plaintiff(s)

Index # 08-CV-4405 (SLT)(PK)

- against -

MARK MIRVIS, ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

BRUCE KUSTKA BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on February 26, 2016 at 11:12 AM at

289 BAYBERRY DRIVE
HEWLETT, NY 11557

deponent served the within NOTICE OF PLAINTIFFS' MOTION TO AVOID FRAUDULENT CONVEYANCE BY JUDGMENT DEBTOR MARK MIRVIS PURSUANT TO FED. R. CIV. P. 69(A),* on LYUBOV MIRVIS therein named,

**SUITABLE AGE**   by delivering thereat a true copy of each to MARK MIRVIS a person of suitable age and discretion. Said premises is Respondent's actual place of business within the state. He identified himself as the RELATIVE of the Respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BLACK | 55 | 6' | 185 |

GLASSES

*C.P.L.R. PARAGRAPH 5225 (B) AND D.C.L. PARAGRAPH 273-A AND 278, DECLARATION OF DANIEL S. MARVIN IN SUPPORT OF PLAINTIFF'S MOTION TO AVOID FRAUDULENT CONVEYANCES BY JUDGMENT DEBTOR MARK MIRVIS PURSUANT TO F.R.C.P. 69(A), C.P.L.R. PARAGRAPH 5225(B), AND D.C.L. PARAGRAPH 273-A AND 278, MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION TO AVOID FRAUDULENT CONVEYANCES BY JUDGMENT DEBTOR MARK MIRVIS PURSUANT TO F.R.C.P. 69(A), C.P.L.R. PARAGRAPH 5225(B), AND D.C.L. PARAGRAPH 273-A AND 278; DECLARATION IN SUPPORT OF MOTION; EXHIBITS

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Respondent in this action.

Sworn to me on: March 1, 2016

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2019

RALPH MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in New York County
Commission Expires April 11, 2019

VINETTA BREWER
Notary Public, State of New York
No. 4949206
Qualified in Bronx County
Commission Expires April 3, 2019

**BRUCE KUSTKA**

Invoice #: 643426

UNITED PROCESS SERVICE, INC. 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007  (212) 619-0728  NYCDCA#1102045

UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK   Attorney: STERN & MONTANA, LLP- ATTN: KILEY EDGELY

ALLSTATE INSURANCE COMPANY, ETAL

Plaintiff(s)

Index # 08-CV-4405 (SLT)(PK)

- against -

MARK MIRVIS, ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BRUCE KUSTKA BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on February 26, 2016 at 11:12 AM at

289 BAYBERRY DRIVE
HEWLETT, NY 11557

deponent served the within NOTICE OF PLAINTIFFS' MOTION TO AVOID FRAUDULENT CONVEYANCE BY JUDGMENT DEBTOR MARK MIRVIS PURSUANT TO FED. R. CIV. P. 69(A),* on LYUBOV MIRVIS therein named,

**SUITABLE AGE** by delivering thereat a true copy of each to MARK MIRVIS a person of suitable age and discretion. Said premises is Respondent's actual place of business within the state. He identified himself as the RELATIVE of the Respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BLACK | 55 | 6' | 185 |

GLASSES

*C.P.L.R. PARAGRAPH 5225 (B) AND D.C.L. PARAGRAPH 273-A AND 278, DECLARATION OF DANIEL S. MARVIN IN SUPPORT OF PLAINTIFF'S MOTION TO AVOID FRAUDULENT CONVEYANCES BY JUDGMENT DEBTOR MARK MIRVIS PURSUANT TO F.R.C.P. 69(A), C.P.L.R. PARAGRAPH 5225(B), AND D.C.L. PARAGRAPH 273-A AND 278, MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION TO AVOID FRAUDULENT CONVEYANCES BY JUDGMENT DEBTOR MARK MIRVIS PURSUANT TO F.R.C.P. 69(A), C.P.L.R. PARAGRAPH 5225(B), AND D.C.L. PARAGRAPH 273-A AND 278; DECLARATION IN SUPPORT OF MOTION; EXHIBITS

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Respondent in this action.

Sworn to me on: March 1, 2016

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2019

RALPH MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in New York County
Commission Expires April 11, 2019

VINETTA BREWER
Notary Public, State of New York
No. 4949206
Qualified in Bronx County
Commission Expires April 3, 2019

**BRUCE KUSTKA**

Invoice #: 643426

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007   (212) 619-0728   NYCDCA#1102045

# UNITED PROCESS SERVICE, INC.

(212) 619-0728  
FAX: (212) 619-2288  

THIRD FLOOR  
315 BROADWAY  
NEW YORK, NY 10007-1121  

E-Mail: info@unitedprocess.com  
Web: www.unitedprocess.com  

Date Received: 02/23/16

STERN & MONTANA, LLP- ATTN: KILEY EDGELY  
1 WORLD FINANCIAL CENTER  
30TH FL  
NEW YORK, NY 10281  

Client Code: 2659  
(212) 532-8100  

BRUCE KUSTKA  

Index # 08-CV-4405 (SLT)(PK)

UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK  

Invoice # 643426

Plaintiff: ALLSTATE INSURANCE COMPANY, ETAL  
Defendant: MARK MIRVIS, ETAL  

Serve by: 02/29/16  
Copies: Yes  

\*\*\*\*\*

Recipient(s):

1) MARK MIRVIS **6434261** — NOTICE OF PLAINTIFFS' MOTION TO AVOID FRAUDULENT CONVEYANCE BY JUDGMENT DEBTOR MARK MIRVIS PURSUANT TO FED. R. CIV. P. 69(A),*

2) LYUBOV MIRVIS **6434262** — NOTICE OF PLAINTIFFS' MOTION TO AVOID FRAUDULENT CONVEYANCE BY JUDGMENT DEBTOR MARK MIRVIS PURSUANT TO FED. R. CIV. P. 69(A),*

3) TATYANA MIRVIS **6434263** — NOTICE OF PLAINTIFFS' MOTION TO AVOID FRAUDULENT CONVEYANCE BY JUDGMENT DEBTOR MARK MIRVIS PURSUANT TO FED. R. CIV. P. 69(A),*

Location:  
Business: 289 BAYBERRY DRIVE  
HEWLETT, NY 11557

SERVED Date: 2/26  Time: 11:12A  Serve Sec'y of State _____  Adv. Fee _____  Att. Sending _____  
New Address _____  
Served on: #1 _____  Title/Relationship _____  
Desc: Sex: M  Skin Color: W  Hair Color: Blk  Approx Age: 65  Height: 6'0  Weight: 185  
Glasses

**REASON FOR RETURN**  
UNKNOWN ___ MOVED ___ NEED APARTMENT # ___  
NO SUCH NUMBER ___ NO LONGER EMPLOYED ___  
HELD AWAITING INSTRUCTIONS ___ OUT OF BUSINESS ___  
**POSTAL SEARCH** _____  
GOOD AS ADDRESSED ___ UNKNOWN AT ADDRESS GIVEN ___  
MOVED, NO FWD ADD ___ FORWARDING ORDER EXPIRED ___  
**MOTOR VEHICLE SEARCH** _____  
D.O.B, VIN OR PLATE # _____  
NO HIT ___ SAME ADDRESS ___ NEW ADDRESS ___

CODE: B  CHARGE: 95  CODE: ___ CHARGE: ___  
CODE: B  CHARGE: 120  CODE: ___ CHARGE: ___  
CODE: ___ CHARGE: ___ CODE: ___ CHARGE: ___  
CODE: M  CHARGE: 16  CODE: ___ CHARGE: ___  

DO NOT PAY FROM THIS INVOICE. A STATEMENT WILL FOLLOW

(212) 619-0728     **UNITED PROCESS SERVICE, INC.**     E-Mail: info@unitedprocess.com

FAX: (212) 619-2288            THIRD FLOOR            Web: www.unitedprocess.com
315 BROADWAY
NEW YORK, NY 10007-1121

Remarks: **SERVE BY 2/29/16
NO COURT DATE
*C.P.L.R. PARAGRAPH 5225 (B) AND D.C.L. PARAGRAPH 273-A AND 278, DECLARATION OF DANIEL S. MARVIN IN SUPPORT OF PLAINTIFF'S MOTION TO AVOID FRAUDULENT CONVEYANCES BY JUDGMENT DEBTOR MARK MIRVIS PURSUANT TO F.R.C.P. 69(A), C.P.L.R. PARAGRAPH 5225(B), AND D.C.L. PARAGRAPH 273-A AND 278, MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION TO AVOID FRAUDULENT CONVEYANCES BY JUDGMENT DEBTOR MARK MIRVIS PURSUANT TO F.R.C.P. 69(A), C.P.L.R. PARAGRAPH 5225(B), AND D.C.L. PARAGRAPH 273-A AND 278; DECLARATION IN SUPPORT OF MOTION; EXHIBITS**

---

**REASON FOR RETURN**
UNKNOWN_____ MOVED_____ NEED APARTMENT #_____
NO SUCH NUMBER_____ NO LONGER EMPLOYED_____
HELD AWAITING INSTRUCTIONS_____ OUT OF BUSINESS_____

**POSTAL SEARCH**_____
GOOD AS ADDRESSED____ UNKNOWN AT ADDRESS GIVEN____
MOVED,NO FWD ADD____ FORWARDING ORDER EXPIRED____

**MOTOR VEHICLE SEARCH**_____
D.O.B, VIN OR PLATE #_____
NO HIT_____ SAME ADDRESS_____ NEW ADDRESS_____

CODE_____ CHARGE_____ CODE_____ CHARGE_____
CODE_____ CHARGE_____ CODE_____ CHARGE_____
CODE_____ CHARGE_____ CODE_____ CHARGE_____
CODE_____ CHARGE_____ CODE_____ CHARGE_____

**DO NOT PAY FROM THIS INVOICE. A STATEMENT WILL FOLLOW**

UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK    Attorney: STERN & MONTANA, LLP-
ATTN: KILEY EDGELY

ALLSTATE INSURANCE COMPANY, ETAL

Plaintiff(s)

Index # 08-CV-4405 (SLT)(PK)

- against -

MARK MIRVIS, ETAL

Defendant(s)

Mail Date February 29, 2016

**AFFIDAVIT OF MAILING**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

DEBBIE CRUZ BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on February 29, 2016 at a regular depository maintained by the United States Post Office deponent mailed a copy of the NOTICE OF PLAINTIFFS' MOTION TO AVOID FRAUDULENT CONVEYANCE BY JUDGMENT DEBTOR MARK MIRVIS PURSUANT TO FED. R. CIV. P. 69(A),* to LYUBOV MIRVIS at

289 BAYBERRY DRIVE
HEWLETT, NY 11557

Copy was mailed REGULAR FIRST CLASS MAIL, and was marked personal & confidential and not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

*C.P.L.R. PARAGRAPH 5225 (B) AND D.C.L. PARAGRAPH 273-A AND 278, DECLARATION OF DANIEL S. MARVIN IN SUPPORT OF PLAINTIFF'S MOTION TO AVOID FRAUDULENT CONVEYANCES BY JUDGMENT DEBTOR MARK MIRVIS PURSUANT TO F.R.C.P. 69(A), C.P.L.R. PARAGRAPH 5225(B), AND D.C.L. PARAGRAPH 273-A AND 278, MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION TO AVOID FRAUDULENT CONVEYANCES BY JUDGMENT DEBTOR MARK MIRVIS PURSUANT TO F.R.C.P. 69(A), C.P.L.R. PARAGRAPH 5225(B), AND D.C.L. PARAGRAPH 273-A AND 278; DECLARATION IN SUPPORT OF MOTION; EXHIBITS

Sworn to me on: February 29, 2016

| JOSEPH KNIGHT | RALPH MULLEN | VINETTA BREWER | **DEBBIE CRUZ** |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1282011 |
| No. 01KN6178241 | No. 01MU6238632 | No. 4949206 | Invoice #: 643426 |
| Qualified In New York County | Qualified in New York County | Qualified in Bronx County | |
| Commission Expires November 26, 2019 | Commission Expires April 11, 2019 | Commission Expires April 3, 2019 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 (212) 619-0728 NYCDCA#1102045

| | |
|---|---|
| UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK | Attorney: STERN & MONTANA, LLP- ATTN: KILEY EDGELY |

ALLSTATE INSURANCE COMPANY, ETAL

Plaintiff(s)

Index # 08-CV-4405 (SLT)(PK)

- against -

MARK MIRVIS, ETAL

Defendant(s)

Mail Date February 29, 2016

**AFFIDAVIT OF MAILING**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

DEBBIE CRUZ BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on February 29, 2016 at a regular depository maintained by the United States Post Office deponent mailed a copy of the NOTICE OF PLAINTIFFS' MOTION TO AVOID FRAUDULENT CONVEYANCE BY JUDGMENT DEBTOR MARK MIRVIS PURSUANT TO FED. R. CIV. P. 69(A),* to LYUBOV MIRVIS at

289 BAYBERRY DRIVE
HEWLETT, NY 11557

Copy was mailed REGULAR FIRST CLASS MAIL, and was marked personal & confidential and not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

*C.P.L.R. PARAGRAPH 5225 (B) AND D.C.L. PARAGRAPH 273-A AND 278, DECLARATION OF DANIEL S. MARVIN IN SUPPORT OF PLAINTIFF'S MOTION TO AVOID FRAUDULENT CONVEYANCES BY JUDGMENT DEBTOR MARK MIRVIS PURSUANT TO F.R.C.P. 69(A), C.P.L.R. PARAGRAPH 5225(B), AND D.C.L. PARAGRAPH 273-A AND 278, MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION TO AVOID FRAUDULENT CONVEYANCES BY JUDGMENT DEBTOR MARK MIRVIS PURSUANT TO F.R.C.P. 69(A), C.P.L.R. PARAGRAPH 5225(B), AND D.C.L. PARAGRAPH 273-A AND 278; DECLARATION IN SUPPORT OF MOTION; EXHIBITS

Sworn to me on: February 29, 2016

| JOSEPH KNIGHT | RALPH MULLEN | VINETTA BREWER | **DEBBIE CRUZ** |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1282011 |
| No. 01KN6178241 | No. 01MU6238632 | No. 4949206 | Invoice #: 643426 |
| Qualified In New York County | Qualified in New York County | Qualified in Bronx County | |
| Commission Expires November 26, 2019 | Commission Expires April 11, 2019 | Commission Expires April 3, 2019 | |

UNITED PROCESS SERVICE, INC. 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 (212) 619-0728 NYCDCA#1102045