(212) 619-0728  **UNITED PROCESS SERVICE, INC.**  E-Mail: info@unitedprocess.com
FAX: (212) 619-2288  
THIRD FLOOR  
315 BROADWAY  
NEW YORK, NY 10007-1121  
Web: www.unitedprocess.com

Date Received  02/23/16

STERN & MONTANA, LLP- ATTN: KILEY EDGELY  
1 WORLD FINANCIAL CENTER  
30TH FL  
NEW YORK, NY 10281

Client Code: 2659

(212) 532-8100

**BRUCE KUSTKA**

Index # 08-CV-4405 (SLT)(PK)

UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK

Invoice #  643426

Plaintiff: ALLSTATE INSURANCE COMPANY, ETAL  
Defendant: MARK MIRVIS, ETAL

Serve by  02/29/16

Copies  Yes

*****

Recipient(s):

1) MARK MIRVIS **6434261**   NOTICE OF PLAINTIFFS' MOTION TO AVOID FRAUDULENT CONVEYANCE BY JUDGMENT DEBTOR MARK MIRVIS PURSUANT TO FED. R. CIV. P. 69(A),*

2) LYUBOV MIRVIS **6434262**   NOTICE OF PLAINTIFFS' MOTION TO AVOID FRAUDULENT CONVEYANCE BY JUDGMENT DEBTOR MARK MIRVIS PURSUANT TO FED. R. CIV. P. 69(A),*

3) TATYANA MIRVIS **6434263**   NOTICE OF PLAINTIFFS' MOTION TO AVOID FRAUDULENT CONVEYANCE BY JUDGMENT DEBTOR MARK MIRVIS PURSUANT TO FED. R. CIV. P. 69(A),*

Location:   Business: 289 BAYBERRY DRIVE  
HEWLETT, NY 11557

SERVED Date: 2/26   Time: 11:12A   Serve Sec'y of State_____ Adv. Fee_____ Att. Sending_____
New Address_____
Served on: M1 _____ Title/Relationship_____
Desc: Sex: M   Skin Color: W   Hair Color: Blk   Approx Age: 55   Height: 6'0   Weight: 185
Glasses

**REASON FOR RETURN**
UNKNOWN___ MOVED___ NEED APARTMENT #___
NO SUCH NUMBER___ NO LONGER EMPLOYED___
HELD AWAITING INSTRUCTIONS___ OUT OF BUSINESS___

**POSTAL SEARCH** _____
GOOD AS ADDRESSED___ UNKNOWN AT ADDRESS GIVEN___
MOVED,NO FWD ADD___ FORWARDING ORDER EXPIRED___

**MOTOR VEHICLE SEARCH** _____
D.O.B, VIN OR PLATE #_____
NO HIT___ SAME ADDRESS___ NEW ADDRESS___

CODE R  CHARGE 95  CODE___ CHARGE___
CODE B  CHARGE 120  CODE___ CHARGE___
CODE___ CHARGE___ CODE___ CHARGE___
CODE M  CHARGE 10  CODE___ CHARGE___

DO NOT PAY FROM THIS INVOICE. A STATEMENT WILL FOLLOW

(212) 619-0728  
FAX: (212) 619-2288

**UNITED PROCESS SERVICE, INC.**  
THIRD FLOOR  
315 BROADWAY  
NEW YORK, NY 10007-1121

E-Mail: info@unitedprocess.com  
Web: www.unitedprocess.com

Remarks: **SERVE BY 2/29/16**
**NO COURT DATE**
**\*C.P.L.R. PARAGRAPH 5225 (B) AND D.C.L. PARAGRAPH 273-A AND 278, DECLARATION OF DANIEL S. MARVIN IN SUPPORT OF PLAINTIFF'S MOTION TO AVOID FRAUDULENT CONVEYANCES BY JUDGMENT DEBTOR MARK MIRVIS PURSUANT TO F.R.C.P. 69(A), C.P.L.R. PARAGRAPH 5225(B), AND D.C.L. PARAGRAPH 273-A AND 278, MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION TO AVOID FRAUDULENT CONVEYANCES BY JUDGMENT DEBTOR MARK MIRVIS PURSUANT TO F.R.C.P. 69(A), C.P.L.R. PARAGRAPH 5225(B), AND D.C.L. PARAGRAPH 273-A AND 278; DECLARATION IN SUPPORT OF MOTION; EXHIBITS**

---

**REASON FOR RETURN**
UNKNOWN_____ MOVED_____ NEED APARTMENT #_____
NO SUCH NUMBER_____ NO LONGER EMPLOYED_____
HELD AWAITING INSTRUCTIONS_____ OUT OF BUSINESS_____

**POSTAL SEARCH**_____
GOOD AS ADDRESSED____ UNKNOWN AT ADDRESS GIVEN____
MOVED, NO FWD ADD____ FORWARDING ORDER EXPIRED____

**MOTOR VEHICLE SEARCH**_____
D.O.B, VIN OR PLATE #_____
NO HIT_____ SAME ADDRESS_____ NEW ADDRESS_____

CODE_____ CHARGE_____ CODE_____ CHARGE_____
CODE_____ CHARGE_____ CODE_____ CHARGE_____
CODE_____ CHARGE_____ CODE_____ CHARGE_____
CODE_____ CHARGE_____ CODE_____ CHARGE_____

**DO NOT PAY FROM THIS INVOICE. A STATEMENT WILL FOLLOW**

UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK  Attorney: STERN & MONTANA, LLP- ATTN: KILEY EDGELY

ALLSTATE INSURANCE COMPANY, ETAL

Plaintiff(s)

Index # 08-CV-4405 (SLT)(PK)

- against -

MARK MIRVIS, ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BRUCE KUSTKA BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on February 26, 2016 at 11:12 AM at

289 BAYBERRY DRIVE
HEWLETT, NY 11557

deponent served the within NOTICE OF PLAINTIFFS' MOTION TO AVOID FRAUDULENT CONVEYANCE BY JUDGMENT DEBTOR MARK MIRVIS PURSUANT TO FED. R. CIV. P. 69(A),* on TATYANA MIRVIS therein named,

**SUITABLE AGE** by delivering thereat a true copy of each to MARK MIRVIS a person of suitable age and discretion. Said premises is Respondent's actual place of business within the state. He identified himself as the RELATIVE of the Respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BLACK | 55 | 6' | 185 |

GLASSES

*C.P.L.R. PARAGRAPH 5225 (B) AND D.C.L. PARAGRAPH 273-A AND 278, DECLARATION OF DANIEL S. MARVIN IN SUPPORT OF PLAINTIFF'S MOTION TO AVOID FRAUDULENT CONVEYANCES BY JUDGMENT DEBTOR MARK MIRVIS PURSUANT TO F.R.C.P. 69(A), C.P.L.R. PARAGRAPH 5225(B), AND D.C.L. PARAGRAPH 273-A AND 278, MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION TO AVOID FRAUDULENT CONVEYANCES BY JUDGMENT DEBTOR MARK MIRVIS PURSUANT TO F.R.C.P. 69(A), C.P.L.R. PARAGRAPH 5225(B), AND D.C.L. PARAGRAPH 273-A AND 278; DECLARATION IN SUPPORT OF MOTION; EXHIBITS

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Respondent in this action.

Sworn to me on: March 1, 2016

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2019

RALPH MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in New York County
Commission Expires April 11, 2019

VINETTA BREWER
Notary Public, State of New York
No. 4949206
Qualified in Bronx County
Commission Expires April 3, 2019

**BRUCE KUSTKA**

Invoice #: 643426

UNITED PROCESS SERVICE, INC. 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 (212) 619-0728 NYCDCA#1102045

| | |
|---|---|
| UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK | Attorney: STERN & MONTANA, LLP- ATTN: KILEY EDGELY |

ALLSTATE INSURANCE COMPANY, ETAL

                                                          Plaintiff(s)

         Index # 08-CV-4405 (SLT)(PK)

- against -

MARK MIRVIS, ETAL

                                                          Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

BRUCE KUSTKA BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on February 26, 2016 at 11:12 AM at

289 BAYBERRY DRIVE
HEWLETT, NY 11557

deponent served the within NOTICE OF PLAINTIFFS' MOTION TO AVOID FRAUDULENT CONVEYANCE BY JUDGMENT DEBTOR MARK MIRVIS PURSUANT TO FED. R. CIV. P. 69(A),* on TATYANA MIRVIS therein named,

**SUITABLE AGE**    by delivering thereat a true copy of each to MARK MIRVIS a person of suitable age and discretion. Said premises is Respondent's actual place of business within the state. He identified himself as the RELATIVE of the Respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BLACK | 55 | 6' | 185 |

GLASSES

*C.P.L.R. PARAGRAPH 5225 (B) AND D.C.L. PARAGRAPH 273-A AND 278, DECLARATION OF DANIEL S. MARVIN IN SUPPORT OF PLAINTIFF'S MOTION TO AVOID FRAUDULENT CONVEYANCES BY JUDGMENT DEBTOR MARK MIRVIS PURSUANT TO F.R.C.P. 69(A), C.P.L.R. PARAGRAPH 5225(B), AND D.C.L. PARAGRAPH 273-A AND 278, MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION TO AVOID FRAUDULENT CONVEYANCES BY JUDGMENT DEBTOR MARK MIRVIS PURSUANT TO F.R.C.P. 69(A), C.P.L.R. PARAGRAPH 5225(B), AND D.C.L. PARAGRAPH 273-A AND 278; DECLARATION IN SUPPORT OF MOTION; EXHIBITS

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Respondent in this action.

Sworn to me on:  March 1, 2016

| | | | |
|---|---|---|---|
| JOSEPH KNIGHT<br>Notary Public, State of New York<br>No. 01KN6178241<br>Qualified In New York County<br>Commission Expires November 26, 2019 | RALPH MULLEN<br>Notary Public, State of New York<br>No. 01MU6238632<br>Qualified in New York County<br>Commission Expires April 11, 2019 | VINETTA BREWER<br>Notary Public, State of New York<br>No. 4949206<br>Qualified in Bronx County<br>Commission Expires April 3, 2019 | **BRUCE KUSTKA**<br><br>Invoice #: 643426 |

UNITED PROCESS SERVICE, INC. 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007  (212) 619-0728  NYCDCA#1102045

# UNITED PROCESS SERVICE, INC.

(212) 619-0728  
FAX: (212) 619-2288

THIRD FLOOR  
315 BROADWAY  
NEW YORK, NY 10007-1121

E-Mail: info@unitedprocess.com  
Web: www.unitedprocess.com

Date Received: 02/23/16

STERN & MONTANA, LLP- ATTN: KILEY EDGELY  
1 WORLD FINANCIAL CENTER  
30TH FL  
NEW YORK, NY 10281

Client Code: 2659  
(212) 532-8100

BRUCE KUSTKA

Index # 08-CV-4405 (SLT)(PK)

UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK

Invoice # 643426

Plaintiff: ALLSTATE INSURANCE COMPANY, ETAL  
Defendant: MARK MIRVIS, ETAL

Serve by: 02/29/16  
Copies: Yes

*****

Recipient(s):

1) MARK MIRVIS **6434261** — NOTICE OF PLAINTIFFS' MOTION TO AVOID FRAUDULENT CONVEYANCE BY JUDGMENT DEBTOR MARK MIRVIS PURSUANT TO FED. R. CIV. P. 69(A),*

2) LYUBOV MIRVIS **6434262** — NOTICE OF PLAINTIFFS' MOTION TO AVOID FRAUDULENT CONVEYANCE BY JUDGMENT DEBTOR MARK MIRVIS PURSUANT TO FED. R. CIV. P. 69(A),*

3) TATYANA MIRVIS **6434263** — NOTICE OF PLAINTIFFS' MOTION TO AVOID FRAUDULENT CONVEYANCE BY JUDGMENT DEBTOR MARK MIRVIS PURSUANT TO FED. R. CIV. P. 69(A),*

Location:

Business: 289 BAYBERRY DRIVE  
HEWLETT, NY 11557

SERVED Date: 2/26  Time: 11:12A  Serve Sec'y of State ____  Adv. Fee ____  Att. Sending ____

New Address: ____

Served on: ___ 1  Title/Relationship ____

Desc: Sex: M  Skin Color: W  Hair Color: Blk  Approx Age: 65  Height: 6'0  Weight: 185

Glasses

**REASON FOR RETURN**  
UNKNOWN ___ MOVED ___ NEED APARTMENT # ___  
NO SUCH NUMBER ___ NO LONGER EMPLOYED ___  
HELD AWAITING INSTRUCTIONS ___ OUT OF BUSINESS ___

**POSTAL SEARCH** ___  
GOOD AS ADDRESSED ___ UNKNOWN AT ADDRESS GIVEN ___  
MOVED, NO FWD ADD ___ FORWARDING ORDER EXPIRED ___

**MOTOR VEHICLE SEARCH** ___  
D.O.B, VIN OR PLATE # ___  
NO HIT ___ SAME ADDRESS ___ NEW ADDRESS ___

CODE R  CHARGE 95  CODE ___  CHARGE ___  
CODE B  CHARGE 120  CODE ___  CHARGE ___  
CODE ___  CHARGE ___  CODE ___  CHARGE ___  
CODE M  CHARGE 16  CODE ___  CHARGE ___

DO NOT PAY FROM THIS INVOICE. A STATEMENT WILL FOLLOW

(212) 619-0728  
FAX: (212) 619-2288

**UNITED PROCESS SERVICE, INC.**  
THIRD FLOOR  
315 BROADWAY  
NEW YORK, NY 10007-1121

E-Mail: info@unitedprocess.com  
Web: www.unitedprocess.com

Remarks: **SERVE BY 2/29/16**
**NO COURT DATE**
**\*C.P.L.R. PARAGRAPH 5225 (B) AND D.C.L. PARAGRAPH 273-A AND 278, DECLARATION OF DANIEL S. MARVIN IN SUPPORT OF PLAINTIFF'S MOTION TO AVOID FRAUDULENT CONVEYANCES BY JUDGMENT DEBTOR MARK MIRVIS PURSUANT TO F.R.C.P. 69(A), C.P.L.R. PARAGRAPH 5225(B), AND D.C.L. PARAGRAPH 273-A AND 278, MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION TO AVOID FRAUDULENT CONVEYANCES BY JUDGMENT DEBTOR MARK MIRVIS PURSUANT TO F.R.C.P. 69(A), C.P.L.R. PARAGRAPH 5225(B), AND D.C.L. PARAGRAPH 273-A AND 278; DECLARATION IN SUPPORT OF MOTION; EXHIBITS**

**REASON FOR RETURN**
UNKNOWN_____ MOVED_____ NEED APARTMENT #_____
NO SUCH NUMBER_____ NO LONGER EMPLOYED_____
HELD AWAITING INSTRUCTIONS_____ OUT OF BUSINESS_____

**POSTAL SEARCH** _____
GOOD AS ADDRESSED_____ UNKNOWN AT ADDRESS GIVEN_____
MOVED,NO FWD ADD_____ FORWARDING ORDER EXPIRED_____

**MOTOR VEHICLE SEARCH** _____
D.O.B, VIN OR PLATE #_____
NO HIT_____ SAME ADDRESS_____ NEW ADDRESS_____

CODE_____ CHARGE_____ CODE_____ CHARGE_____
CODE_____ CHARGE_____ CODE_____ CHARGE_____
CODE_____ CHARGE_____ CODE_____ CHARGE_____
CODE_____ CHARGE_____ CODE_____ CHARGE_____

**DO NOT PAY FROM THIS INVOICE. A STATEMENT WILL FOLLOW**

| | |
|---|---|
| UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK | Attorney: STERN & MONTANA, LLP- ATTN: KILEY EDGELY |

ALLSTATE INSURANCE COMPANY, ETAL

                                       Plaintiff(s)

                                       Index # 08-CV-4405 (SLT)(PK)

                    - against -

MARK MIRVIS, ETAL

                                       Defendant(s)    Mail Date February 29, 2016

**AFFIDAVIT OF MAILING**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

DEBBIE CRUZ BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on February 29, 2016 at a regular depository maintained by the United States Post Office deponent mailed a copy of the NOTICE OF PLAINTIFFS' MOTION TO AVOID FRAUDULENT CONVEYANCE BY JUDGMENT DEBTOR MARK MIRVIS PURSUANT TO FED. R. CIV. P. 69(A),* to TATYANA MIRVIS at

289 BAYBERRY DRIVE
HEWLETT, NY 11557

Copy was mailed REGULAR FIRST CLASS MAIL, and was marked personal & confidential and not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

*C.P.L.R. PARAGRAPH 5225 (B) AND D.C.L. PARAGRAPH 273-A AND 278, DECLARATION OF DANIEL S. MARVIN IN SUPPORT OF PLAINTIFF'S MOTION TO AVOID FRAUDULENT CONVEYANCES BY JUDGMENT DEBTOR MARK MIRVIS PURSUANT TO F.R.C.P. 69(A), C.P.L.R. PARAGRAPH 5225(B), AND D.C.L. PARAGRAPH 273-A AND 278, MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION TO AVOID FRAUDULENT CONVEYANCES BY JUDGMENT DEBTOR MARK MIRVIS PURSUANT TO F.R.C.P. 69(A), C.P.L.R. PARAGRAPH 5225(B), AND D.C.L. PARAGRAPH 273-A AND 278; DECLARATION IN SUPPORT OF MOTION; EXHIBITS

Sworn to me on: February 29, 2016

| | | | |
|---|---|---|---|
| JOSEPH KNIGHT | RALPH MULLEN | VINETTA BREWER | **DEBBIE CRUZ** |
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1282011 |
| No. 01KN6178241 | No. 01MU6238632 | No. 4949206 | Invoice #: 643426 |
| Qualified In New York County | Qualified in New York County | Qualified in Bronx County | |
| Commission Expires November 26, 2019 | Commission Expires April 11, 2019 | Commission Expires April 3, 2019 | |

UNITED PROCESS SERVICE, INC, 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 (212) 619-0728 NYCDCA#1102045

| | |
|---|---|
| UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK | Attorney: STERN & MONTANA, LLP- ATTN: KILEY EDGELY |

ALLSTATE INSURANCE COMPANY, ETAL

                                                      Plaintiff(s)

                 - against -

Index # 08-CV-4405 (SLT)(PK)

MARK MIRVIS, ETAL

                                                 Defendant(s)

Mail Date February 29, 2016

**AFFIDAVIT OF MAILING**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

DEBBIE CRUZ BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on February 29, 2016 at a regular depository maintained by the United States Post Office deponent mailed a copy of the NOTICE OF PLAINTIFFS' MOTION TO AVOID FRAUDULENT CONVEYANCE BY JUDGMENT DEBTOR MARK MIRVIS PURSUANT TO FED. R. CIV. P. 69(A),* to TATYANA MIRVIS at

289 BAYBERRY DRIVE
HEWLETT, NY 11557

Copy was mailed REGULAR FIRST CLASS MAIL, and was marked personal & confidential and not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

*C.P.L.R. PARAGRAPH 5225 (B) AND D.C.L. PARAGRAPH 273-A AND 278, DECLARATION OF DANIEL S. MARVIN IN SUPPORT OF PLAINTIFF'S MOTION TO AVOID FRAUDULENT CONVEYANCES BY JUDGMENT DEBTOR MARK MIRVIS PURSUANT TO F.R.C.P. 69(A), C.P.L.R. PARAGRAPH 5225(B), AND D.C.L. PARAGRAPH 273-A AND 278, MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION TO AVOID FRAUDULENT CONVEYANCES BY JUDGMENT DEBTOR MARK MIRVIS PURSUANT TO F.R.C.P. 69(A), C.P.L.R. PARAGRAPH 5225(B), AND D.C.L. PARAGRAPH 273-A AND 278; DECLARATION IN SUPPORT OF MOTION; EXHIBITS

Sworn to me on: February 29, 2016

| JOSEPH KNIGHT | RALPH MULLEN | VINETTA BREWER | **DEBBIE CRUZ** |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1282011 |
| No. 01KN6178241 | No. 01MU6238632 | No. 4949206 | Invoice #: 643426 |
| Qualified In New York County | Qualified in New York County | Qualified in Bronx County | |
| Commission Expires November 26, 2019 | Commission Expires April 11, 2019 | Commission Expires April 3, 2019 | |

UNITED PROCESS SERVICE, INC. 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007  (212) 619-0728  NYCDCA#1102045