AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
для the
Eastern District of New York

Allstate Insurance Co., et al. )
           *Plaintiff* )
    v. )   Civil Action No. CV 08-4405(SLT)(PK)
       )
Mark Mirvis, et al. )   (If the action is pending in another district, state where:
           *Defendant* )   )

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  JPMorgan Chase Bank, N.A.
     c/o CT Corporation
     111 Eighth Avenue, 13th Floor
     New York, NY 10011

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

See Attached Rider

| Place: Stern & Montana, LLP<br>One World Financial Center, 30th Floor<br>New York, New York 10281 | Date and Time:<br>April 18, 2016, at 10:00 a.m. |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: March 28, 2016

            *CLERK OF COURT*
                                       OR                  *[signature]*
      *Signature of Clerk or Deputy Clerk*                *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Plaintiffs , who issues or requests this subpoena, are:

Andrew Midgett, Esq. - Stern & Montana, LLP     a.midgett@stern-montana.com
One World Financial Center, 30th Floor              (212) 532-8100
New York, New York 10281

<u>RIDER TO SUBPOENA</u>

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CASE NO.: CV-08-4405 (SLT)(PK)

---

ALLSTATE INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, DEERBROOK INSURANCE COMPANY, ALLSTATE NEW JERSEY INSURANCE COMPANY AND ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY,

                Plaintiffs,

-against-

MARK MIRVIS, MARK LUPOLOVER, MICHAEL BEZENYAN, RUVEN KATZ, IGOR ZHURAVSKY, GEORGY STATNROSH a/k/a GARY STATNIGROSH a/k/a GEORGY STATNIGROSH, OCEAN L. MANAGEMENT GROUP INC., FLATLANDS BEST MANAGEMENT GROUP, INC., HILLMED MANAGEMENT, INC. f/k/a 97-12 ASSOCIATES, INC., B-WAY MANAGEMENT, INC., FLAT-80 MANAGEMENT, INC., NORTMED MANAGEMENT, INC., L&B MEDICAL, P.C., LAMED MEDICAL, P.C., 825 BROADWAY MEDICAL CARE, P.C., DOVER MEDICAL, P.C., FLATLANDS 78 MEDICAL, P.C., GENERAL MEDICAL CARE, P.C., S&L MEDICAL, P.C., ZDR MEDICAL, P.C., DEL PRADO ONE, LLC, DEL PRADO TWO, LLC, DEL PRADO THREE, LLC, DEL PRADO FOUR, LLC, EL DORADO ONE, LLC, M&M OCEANFRONT, LLC, NE 10, LLC, NE 24, LLC, TROPICANA ONE, LLC, YAKOV RAUFOV, M.D., DALE ALEXANDER a/k/a ALEXANDER DALE, M.D., SOFIA BENTSIANOV, M.D., EMMA BENJAMIN, M.D., AUDREY IVANUSHKIN a/k/a ANDREW IVANSON, M.D., LEV BENTSIANOV, M.D., LEONID SLUTSKY, GARY TSIRELMAN, IRENA SHPERLING, M.D., LYUBOV MOYSIK, M.D., YEFIM SOSONKIN, GRIGORY SHTENDER, M.D., ALEXANDER ISRAELI, M.D., MIKHAIL MIRER, M.D., ZHANNA ROIT, M.D., RENAT SUKHOV, M.D., HUIKANG DANIEL LAI, M.D., JEAN FRANCOIS, M.D., JOHN DOES 1 THROUGH 20, ABC CORPORATIONS 1 THROUGH 20, AND XYZ CORPORATIONS 1 THROUGH 20,

                Defendants.

---

BLACKED-OUT SECTIONS REPRESENTS
CONFIDENTIAL INFORMATION REDACTED

## DOCUMENTS REQUESTED[1]

1. Any and all documents concerning any account in the name of **Queens Billing, Inc.** ("**Queens Billing**"), a corporation having an address located at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, at any time from October 1, 2008, through the present date (the "Relevant Time Period"), <u>including but not limited to</u> an account designated by account number ▮▮▮▮▮▮▮[2] Such requested records include, but are not limited to, account opening and (if applicable) closing documents, monthly or other periodical statements, signature cards, corporate resolutions, powers of attorney, and copies of checks deposited to and drawn on such accounts, as well as all correspondence concerning any action, activity, direction, or instruction with respect to all such accounts.

2. Any and all documents concerning any account in the name of **Yuri Nisnevich** ("**Nisnevich**"), an individual with a Social Security Number ("SSN") ending in ▮▮▮ whose last known address is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, during the Relevant Time Period, <u>including but not limited to</u> an account designated by account number ▮▮▮▮▮▮▮. Such requested records include, but are not limited to, account opening and (if applicable) closing documents, monthly or other periodical statements, signature cards, corporate resolutions, powers of attorney, and copies of checks deposited to and drawn on such accounts, as well as all correspondence concerning any action, activity, direction, or instruction with respect to all such accounts.

3. Any and all documents concerning any account in the name of **Isaac Shapson**, SSN ending in ▮▮▮▮, whose last known address is ▮▮▮▮▮▮▮▮▮▮▮▮,

---

1. Because copies of all checks may be voluminous, Plaintiffs hereby request that only checks in an amount greater than or equal to (≥) **$1,000.00** be included in the initial production, and if Plaintiffs' review of statements and other documents reveals the need for additional checks, Plaintiffs will make a supplemental future request.

2. Plaintiffs hereby request that initial production for **Queens Billing** be limited to the period of **July 20, 2015, through the present date**. If Plaintiffs' review reveals the need for additional documents, Plaintiffs will make a supplemental future request.

• BLACKED-OUT SECTIONS REPRESENTS •
CONFIDENTIAL INFORMATION REDACTED

████████████████████████, during the Relevant Time Period, <u>including but not limited to</u> an account designated by ████████. Such requested records include, but are not limited to, account opening and (if applicable) closing documents, monthly or other periodical statements, signature cards, corporate resolutions, powers of attorney, and copies of checks deposited to and drawn on such accounts, as well as all correspondence concerning any action, activity, direction, or instruction with respect to all such accounts.