4/27/2016 Page 1

Account Transactions
Open Accounts

1/1/2014 Through 12/31/2016

| Num | Date | Payee | Category | Amount |
|---|---|---|---|---|
| **Month Ending 8/31/2014** | | | | |
| 1581 | 8/1/2014 | NORTHMED MGMT INC | MANAGEMENT SERVICES : NORTHMED MGMT | (1,403.00) |
| 1593 | 8/29/2014 | NORTHMED MGMT INC | MANAGEMENT SERVICES : NORTHMED MGMT | (2,500.00) |
| | Total Month Ending 8/31/2014 | | | (3,903.00) |
| **Month Ending 10/31/2014** | | | | |
| 1607 | 10/10/2014 | NORTHMED MGMT INC | MANAGEMENT SERVICES : NORTHMED MGMT | (963.00) |
| 1713 | 10/24/2014 | NORTHMED MGMT INC | MANAGEMENT SERVICES : NORTHMED MGMT | (921.00) |
| | Total Month Ending 10/31/2014 | | | (1,884.00) |
| **Month Ending 11/30/2014** | | | | |
| 1722 | 11/26/2014 | NORTHMED MGMT INC | MANAGEMENT SERVICES : NORTHMED MGMT | (1,500.00) |
| | Total Month Ending 11/30/2014 | | | (1,500.00) |
| **Month Ending 2/28/2015** | | | | |
| 1760 | 2/13/2015 | NORTHMED MGMT INC | MANAGEMENT SERVICES : NORTHMED MGMT | (1,914.50) |
| 1766 | 2/26/2015 | NORTHMED MGMT INC | MANAGEMENT SERVICES : NORTHMED MGMT | (1,047.11) |
| | Total Month Ending 2/28/2015 | | | (2,961.61) |
| **Month Ending 3/31/2015** | | | | |
| 1775 | 3/27/2015 | NORTMED INC | MANAGEMENT SERVICES : NORTHMED MGMT | (1,580.00) |
| | Total Month Ending 3/31/2015 | | | (1,580.00) |
| **Month Ending 4/30/2015** | | | | |
| 1782 | 4/17/2015 | NORTMED INC | MANAGEMENT SERVICES : NORTHMED MGMT | (841.00) |
| 1784 | 4/17/2015 | NORTMED INC | MANAGEMENT SERVICES : NORTHMED MGMT | (1,304.00) |
| | Total Month Ending 4/30/2015 | | | (2,145.00) |
| **Month Ending 5/31/2015** | | | | |
| 1793 | 5/1/2015 | NORTHMED MGMT INC | MANAGEMENT SERVICES : NORTHMED MGMT | (1,824.25) |
| 1794 | 5/8/2015 | NORTHMED MGMT INC | MANAGEMENT SERVICES : NORTHMED MGMT | (1,556.00) |
| 1798 | 5/27/2015 | NORTHMED MGMT INC | MANAGEMENT SERVICES : NORTHMED MGMT | (2,081.00) |
| | Total Month Ending 5/31/2015 | | | (5,461.25) |
| **Month Ending 6/30/2015** | | | | |
| 1806 | 6/26/2015 | NORTMED INC | MANAGEMENT SERVICES : NORTHMED MGMT | (532.00) |
| | Total Month Ending 6/30/2015 | | | (532.00) |
| **Month Ending 7/31/2015** | | | | |
| 1807 | 7/7/2015 | NORTMED INC | MANAGEMENT SERVICES : NORTHMED MGMT | (2,081.00) |
| 1816 | 7/28/2015 | NORTMED INC | MANAGEMENT SERVICES : NORTHMED MGMT | (1,597.00) |
| | Total Month Ending 7/31/2015 | | | (3,678.00) |
| **Grand Total** | | | | **(23,644.86)** |