UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE CO., et al.,<br><br>Plaintiffs,<br><br>-against-<br><br>MARK MIRVIS, et al.<br><br>Defendants,<br><br>TATYANA MIRVIS<br><br>Non-Party Movant. | Civil Action No.: CV 08-4405 (SLT) (PK)<br><br>**AFFIDAVIT** |

STATE OF NEW YORK  )
                   ss:
COUNTY OF NASSAU   )

TATYANA MIRVIS being duly sworn, deposes and says:

1. I am the daughter of Judgment Debtor Mark Mirvis and his wife, Lyubov Mirvis. I submit this affirmation in opposition to Plaintiffs' Motion to Avoid Fraudulent Conveyances by Judgment.

2. I am the owner of the real property that is the subject of this dispute located at 289 Bayberry Drive North, Hewlett Harbor, New York 11557 in Nassau County on Long Island ("Subject Property").

3. Since 2010, I have been paying all of the carrying costs on the Subject Property. Such costs include but are not limited to the mortgage, the home equity line of credit, the home owner's insurance, and property taxes.

4. On May 20, 2013 Mark and Lyubov Mirvis transferred part of their interest (50%)

in the Subject Property to me. This transfer took place because I was already paying all of the carrying costs of the Subject Property and I wanted some type of security protecting my payments.

5. On October 20, 2013, I transferred my interest in the Subject Property back to Mark and Lyubov Mirvis because I could not obtain a mortgage for the Subject Property.

6. On May 11, 2015, we executed another deed giving me a one hundred percent (100%) interest in the Subject Property. Again, this transfer took place because I was still paying all of the carrying costs on the Subject Property, and wanted to protect the payments I have made.

7. Since 2010, I have paid close to $355,779.58 in costs associated with the Subject Property. Attached as Exhibit 1 are samples of the payments made to: a) the mortgage; b) taxes; c) utilities; and, d) insurance.

8. The current value of the Subject Property is $1,020,000.00.

9. The amount outstanding on the mortgage is $146,520.76.

10. The amount outstanding on the Home Equity Line of Credit is $714,408.47.

11. The equity I have in the Subject Property is $159,070.77.

12. I had no knowledge of my father's underlying conduct or of this lawsuit when the property was transferred to me.

13. If this court grants Plaintiffs' Application, I will lose all equity I, alone, have paid. My father's conduct should not deprive me of what I now rightfully own.

_____
Tatyana Mirvis

Sworn to on this 19 day of May 2016.

_____
Notary Public

EMMA F. FORD
Notary Public State of New York
No. 01FO6129734
Qualified in Nassau County
Commission Expires 07/05/17

2