# EXHIBIT  1

# CHASE ○

Home Equity Line Of Credit Statement
Statement Period: 01-27-16 through 02-24-16

**Account Number:** ▆▆▆▆▆▆▆

| | | | |
|---|---|---|---|
| Last Payment Received: 02-11-16 | $5,222.00 | **Line Information as of 02-24-16** | |
| New Minimum Payment Due: | 03-15-16 | Credit Line: | $0.00 |
| New Minimum Payment Amount: | $5,098.87 | Available for use: | $0.00 |
| | | Prior Year Interest Paid: | $24,053.81 |

ǁıǁı·ǁıı·ǁǁıǁ·ǁı·ǁǁ·ıǁǁ·ǁǁǁǁǁǁ·ǁǁǁǁǁǁ·ǁǁǁǁ

0035622 HLS 001 05516 D - BRM P1

MARK MIRVIS
LYUBOV MIRVIS
289 BAYBERRY DR
HEWLETT, NY 11557-2721

## News You Can Use

Your line of credit is suspended. This means that you can't draw from your line of credit at this time. However, it's important that you make your monthly payments by your scheduled due date. If you have any questions, please call us at 1-800-836-5656 Monday through Friday from 8 a.m.–midnight or Saturday from 8 a.m.–8 p.m. Eastern Time.

Starting March 2016, when making a cash payment at a Chase Branch on your business or consumer accounts, be ready to show ID.  For consumer accounts only: make cash payments on accounts that list your name or where you have authorization on file with Chase.  Contact us to discuss other payment options.

Choose your payment—your way: automatic payments, online and mobile bill pay, over the phone, by mail, or in person at any Chase branch. Visit **chase.com** to find a branch near you or to manage your account online.

*YOUR ACCOUNT IS CURRENT. THANK YOU.*

| | | To Contact Us: | |
|---|---|---|---|
| Previous Statement Balance | $720,625.10 | By Phone: | (800) 836-5656 |
| (-) Payments/Credits | $5,222.00 | Para Español: | (800) 800-5626 |
| (+) Debits/Advances | $0.00 | Hearing Impaired: | (800) 582-0542 |
| (+) Debits/Fees/Finance Charges | $1,988.43 | Internet: | www.chase.com |
| (=) Current Statement Balance** | $717,391.53 | | |

**This is not a payoff amount. Please contact us to request a payoff quote.

## Activity Since Your Last Statement

| Post Date | Description | Payments/ Credits | Debits/ Advances/Fees | Principal Balance After Transaction |
|---|---|---|---|---|
| 01-27-16 | Balance Forward | | | $718,513.59 |
| 01-27-16 | Beginning **ANNUAL PERCENTAGE RATE**     3.50% Daily Periodic Rate .00009562 | | | |
| 02-11-16 | **Payment - Thank You (Principal $3110.49, Interest $2111.51)** | -$5,222.00 | | $715,403.10 |
| 02-24-16 | **FINANCE CHARGE** (Interest) Accrued 01-27-16 Thru 02-24-16 | | $1,988.43 | |
| | **Total** | **$5,222.00** | **$1,988.43** | **$715,403.10** |

| Current Statement Balance | = | Current Fees and Finance Charges | + | Previous Fees and Finance Charges | + | Principal Balance |
|---|---|---|---|---|---|---|
| $717,391.53 | | $1,988.43 | | $0.00 | | $715,403.10 |

**CHASE**

**Home Equity Line Of Credit Statement**
Statement Period: 12-27-15 through 01-26-16

Account Number: ███████

| | | **Line Information as of 01-26-16** | |
|---|---|---|---|
| Last Payment Received: 01-14-16 | $5,050.41 | Credit Line: | $0.00 |
| New Minimum Payment Due: | 02-15-16 | Available for use: | $0.00 |
| New Minimum Payment Amount: | $5,221.95 | Prior Year Interest Paid: | $24,053.81 |



0035837 HLS 001 02616 D - BRM

MARK MIRVIS
LYUBOV MIRVIS
289 BAYBERRY DR
HEWLETT, NY 11557-2721

## News You Can Use

Your line of credit is suspended. This means that you can't draw from your line of credit at this time. However, it's important that you make your monthly payments by your scheduled due date. If you have any questions, please call us at 1-800-836-5656 Monday through Friday from 8 a.m.–midnight or Saturday from 8 a.m.–8 p.m. Eastern Time.

Starting March 2016, when making a cash payment at a Chase Branch on your business or consumer accounts, be ready to show ID.  For consumer accounts only: make cash payments on accounts that list your name or where you have authorization on file with Chase.  Contact us to discuss other payment options.

*YOUR ACCOUNT IS CURRENT. THANK YOU.*

| | | | **To Contact Us:** | |
|---|---|---|---|---|
| Previous Statement Balance | $723,564.00 | | By Phone: | (800) 836-5656 |
| (-) Payments/Credits | $5,050.41 | | Para Español: | (800) 800-5626 |
| (+) Debits/Advances | $0.00 | | Hearing Impaired: | (800) 582-0542 |
| (+) Debits/Fees/Finance Charges | $2,111.51 | | Internet: | www.chase.com |
| (=) Current Statement Balance** | $720,625.10 | | | |

**This is not a payoff amount. Please contact us to request a payoff quote.

# national**grid**

289 BAYBERRY DR
HEWLETT NY 11557

| | ACCOUNT NUMBER | PLEASE PAY BY | AMOUNT DUE |
|---|---|---|---|
| | ▆▆▆▆▆▆▆ | Apr 21, 2016 | $ 326.45 |

www.nationalgridus.com

**CUSTOMER SERVICE**
1-800-930-5003
*Monday-Friday, 8AM-8PM*

**GAS EMERGENCIES**
1-800-490-0045
*24 Hours/Day - 7 Days/Week*
*(Does not replace 911 emergency*
*medical services)*

**PARA ESPANOL**
1-800-930-5003

**CORRESPONDENCE ADDRESS**
Accounts Processing KEDLI
One MetroTech Center
Brooklyn, NY 11201-3948

**PAYMENT ADDRESS**
PO Box 11791
Newark, NJ 07101-9991

**DATE BILL ISSUED**
Mar 28, 2016

## ACCOUNT BALANCE

| | | |
|---|---|---|
| Previous Balance | | 423.30 |
| Payment Received on MAR 15 (*ACH*) | *THANK YOU* | - 423.30 |
| Current Charges | | + 326.45 |
| | Amount Due ▶ | $ 326.45 |

*To avoid late payment charges of 1.5%, $ 326.45 must be received by Apr 21 2016.*

## SUMMARY OF CURRENT CHARGES

| | DELIVERY SERVICES | SUPPLY SERVICES | TOTAL |
|---|---|---|---|
| Gas Service | 203.00 | 123.45 | 326.45 |
| Total Current Charges | $ 203.00 | $ 123.45 | $ 326.45 |

### GAS USAGE HISTORY (Therms)



M A M J J A S O N D J F M
15                    16

| Daily Averages | Mar 15 | Mar 16 |
|---|---|---|
| Therms | 18.4 | 13.5 |
| Cost | $ 15.75 | $ 10.53 |

■ Actual      Estimated

KEEP THIS PORTION FOR YOUR RECORDS

RETURN THIS PORTION WITH YOUR PAYMENT

# national**grid**

| ACCOUNT NUMBER | PLEASE PAY BY | AMOUNT DUE |
|---|---|---|
| ▆▆▆▆▆▆▆ | Apr 21, 2016 | $ 326.45 |

Accounts Processing KEDLI
One MetroTech Center
Brooklyn NY 11201

ENTER AMOUNT ENCLOSED

$

*Write account number on check and make payable*
*to National Grid*

*AUTO**SCH 5-DIGIT 11516
MARK MIRVIS
289 BAYBERRY DR
HEWLETT NY 11557-2721                006251

NATIONAL GRID
PO BOX 11791
NEWARK NJ 07101-9991

**national grid**

289 BAYBERRY DR
HEWLETT NY, 11557

| ACCOUNT NUMBER | PLEASE PAY BY | AMOUNT DUE |
|---|---|---|
| ▇▇▇▇▇▇ | May 18, 2016 | $ 231.51 |

www.nationalgridus.com

**CUSTOMER SERVICE**
1-800-930-5003
*Monday-Friday  8AM-8PM*

**GAS EMERGENCIES**
1-800-490-0045
*24 Hours/Day · 7 Days/Week
(Does not replace 911 emergency
medical services)*

**PARA ESPANOL**
1-800-930-5003

**CORRESPONDENCE ADDRESS**
Accounts Processing KEDLI
One MetroTech Center
Brooklyn, NY 11201-3948

**PAYMENT ADDRESS**
PO Box 11791
Newark, NJ 07101-9991

**DATE BILL ISSUED**
Apr 22, 2016

## ACCOUNT BALANCE

| | | |
|---|---|---|
| Previous Balance | | 326.45 |
| Payment Received on APR 19 (*ACH*) | *THANK YOU* | - 326.45 |
| Current Charges | | + 231.51 |
| | Amount Due ▶ | $ 231.51 |

*To avoid late payment charges of 1.5%, $ 231.51 must be received by May 18 2016.*

## SUMMARY OF CURRENT CHARGES

| | DELIVERY SERVICES | SUPPLY SERVICES | TOTAL |
|---|---|---|---|
| Gas Service | 141.39 | 90.12 | 231.51 |
| Total Current Charges | $ 141.39 | $ 90.12 | $ 231.51 |

**GAS USAGE HISTORY (Therms)**



A M J J A S O N D J F M A
15                    16

| Daily Averages | Apr 15 | Apr 16 |
|---|---|---|
| Therms | 10.4 | 10.4 |
| Cost | $ 9.22 | $ 7.98 |

■ Actual          Estimated

KEEP THIS PORTION FOR YOUR RECORDS

RETURN THIS PORTION WITH YOUR PAYMENT

**national grid**

| ACCOUNT NUMBER | PLEASE PAY BY | AMOUNT DUE |
|---|---|---|
| ▇▇▇▇▇▇ | May 18, 2016 | $ 231.51 |

Accounts Processing KEDLI
One MetroTech Center
Brooklyn NY 11201

ENTER AMOUNT ENCLOSED

$

*Write account number on check and make payable
to National Grid*

ɪ|ɪ|ɪ|ɪ|ɪɪɪ||||ɪ|ɪ|ɪ|ɪɪ|ɪ|ɪɪ|||ɪɪ|ᵖ|ɪ|ɪ|ᵖɪ|ᵖɪ|ɪ|ɪ|ɪ|ɪ|ɪ

*AUTO**SCH 5-DIGIT 11516
MARK MIRVIS
289 BAYBERRY DR                    004746
HEWLETT NY 11557-2721

NATIONAL GRID
PO BOX 11791
NEWARK NJ 07101-9991

ɪ|ɪ|ɪ|ᵖ|ɪɪ|ᵖ|ɪ|ɪ|ᵖɪ|ɪ|ɪ|ᵖᵖ|ɪ|ɪɪ|ᵖɪ|ɪᵖɪ||ɪᵖᵖ||ᵖ||ᵖ|ᵖɪᵖ

# national**grid**

289 BAYBERRY DR
HEWLETT NY 11557

| ACCOUNT NUMBER | PLEASE PAY BY | AMOUNT DUE |
|---|---|---|
| ████████ | Mar 18, 2016 | $ 423.30 |

www.nationalgridus.com

**CUSTOMER SERVICE**
1-800-930-5003
Monday-Friday, 6AM-8PM

**GAS EMERGENCIES**
1-800-490-0045
24 Hours/Day - 7 Days/Week
(Does not replace 911 emergency medical services)

**PARA ESPANOL**
1-800-930-5003

**CORRESPONDENCE ADDRESS**
Accounts Processing KEDLI
One MetroTech Center
Brooklyn, NY 11201-3948

**PAYMENT ADDRESS**
PO Box 11791
Newark, NJ 07101-9991

**DATE BILL ISSUED**
Feb 23, 2016

## ACCOUNT BALANCE

| | |
|---|---:|
| Previous Balance | 410.41 |
| Payment Received on FEB 12 (*ACH*)     *THANK YOU* | - 410.41 |
| Current Charges | + 423.30 |
| Amount Due ▶ | $ 423.30 |

*To avoid late payment charges of 1.5%, $ 423.30 must be received by Mar 18 2016.*

## SUMMARY OF CURRENT CHARGES

| | DELIVERY SERVICES | SUPPLY SERVICES | TOTAL |
|---|---|---|---|
| Gas Service | 232.74 | 190.56 | 423.30 |
| Total Current Charges | $ 232.74 | $ 190.56 | $ 423.30 |



GAS USAGE HISTORY (Therms)

F M A M J J A S O N D J F
15             16

| Daily Averages | Feb 15 | Feb 16 |
|---|---|---|
| Therms | 23.0 | 18.5 |
| Cost | $ 19.56 | $ 13.65 |

■ Actual     Estimated

KEEP THIS PORTION FOR YOUR RECORDS

---

RETURN THIS PORTION WITH YOUR PAYMENT

# national**grid**

| ACCOUNT NUMBER | PLEASE PAY BY | AMOUNT DUE |
|---|---|---|
| ████████ | Mar 18, 2016 | $ 423.30 |

Accounts Processing KEDLI
One MetroTech Center
Brooklyn NY 11201

ENTER AMOUNT ENCLOSED

$

*Write account number on check and make payable to National Grid*

*AUTO**SCH 5-DIGIT 11516
MARK MIRVIS
289 BAYBERRY DR
HEWLETT NY 11557-2721

003665

NATIONAL GRID
PO BOX 11791
NEWARK NJ 07101-9991

# national**grid**

289 BAYBERRY DR
HEWLETT NY 11557

| ACCOUNT NUMBER | PLEASE PAY BY | AMOUNT DUE |
|---|---|---|
| ▇▇▇▇▇▇ | Feb 18, 2016 | $ 410.41 |

www.nationalgridus.com

**CUSTOMER SERVICE**
1-800-930-5003
*Monday-Friday, 8AM-8PM*

**GAS EMERGENCIES**
1-800-490-0045
*24 Hours/Day - 7 Days/Week
(Does not replace 911 emergency
medical services)*

**PARA ESPANOL**
1-800-930-5003

**CORRESPONDENCE ADDRESS**
Accounts Processing KEDLI
One MetroTech Center
Brooklyn, NY 11201-3948

**PAYMENT ADDRESS**
PO Box 11791
Newark, NJ 07101-9991

**DATE BILL ISSUED**
Jan 25, 2016

## ACCOUNT BALANCE

| | | |
|---|---|---|
| Previous Balance | | 326.30 |
| Payment Received on JAN 15 (ACH) | *THANK YOU* | - 326.30 |
| Current Charges | | + 410.41 |
| | Amount Due ▶ | $ 410.41 |

*To avoid late payment charges of 1.5%, $ 410.41 must be received by Feb 18 2016.*

## SUMMARY OF CURRENT CHARGES

| | DELIVERY SERVICES | SUPPLY SERVICES | TOTAL |
|---|---|---|---|
| Gas Service | 233.45 | 176.96 | 410.41 |
| Total Current Charges | $ 233.45 | $ 176.96 | $ 410.41 |



**GAS USAGE HISTORY (Therms)**

| | Jan 15 | Jan 16 |
|---|---|---|
| Daily Averages | | |
| Therms | 17.9 | 15.7 |
| Cost | $ 16.12 | $ 12.82 |

■ Actual     Estimated

KEEP THIS PORTION FOR YOUR RECORDS

RETURN THIS PORTION WITH YOUR PAYMENT

# national**grid**

| ACCOUNT NUMBER | PLEASE PAY BY | AMOUNT DUE |
|---|---|---|
| ▇▇▇▇▇▇ | Feb 18, 2016 | $ 410.41 |

Accounts Processing KEDLI
One MetroTech Center
Brooklyn NY 11201

ENTER AMOUNT ENCLOSED

$

*Write account number on check and make payable
to  National Grid*

*AUTO**SCH 5-DIGIT 11516
MARK MIRVIS
289 BAYBERRY DR          003472
HEWLETT NY 11557-2721

NATIONAL GRID
PO BOX 11791
NEWARK NJ 07101-9991

# national**grid**

289 BAYBERRY DR
HEWLETT NY 11557

Nov 19, 2015 to Dec 21, 2015

| ACCOUNT NUMBER | PLEASE PAY BY | AMOUNT DUE |
|---|---|---|
| ▓▓▓▓▓ | Jan 15, 2016 | $ 326.30 |

www.nationalgridus.com

**CUSTOMER SERVICE**
1-800-930-5003
*Monday-Friday: 8AM-8PM*

**GAS EMERGENCIES**
1-800-490-0045
*24 Hours/Day - 7 Days/Week
(Does not replace 911 emergency
medical services)*

**PARA ESPAÑOL**
1-800-930-5003

**CORRESPONDENCE ADDRESS**
Accounts Processing KEDLI
One MetroTech Center
Brooklyn, NY 11201-3948

**PAYMENT ADDRESS**
PO Box 11791
Newark, NJ 07101-9991

**DATE BILL ISSUED**
Dec 22, 2015

## ACCOUNT BALANCE

| | | |
|---|---|---|
| Previous Balance | | 210.26 |
| Payment Received on DEC 11 *(ACH)* | *THANK YOU* | - 210.26 |
| Current Charges | | + 326.30 |
| | Amount Due ▶ | $ 326.30 |

*To avoid late payment charges of 1.5%, $ 326.30 must be received by Jan 15 2016.*

## SUMMARY OF CURRENT CHARGES

| | DELIVERY SERVICES | SUPPLY SERVICES | TOTAL |
|---|---|---|---|
| Gas Service | 191.65 | 134.65 | 326.30 |
| Total Current Charges | $ 191.65 | $ 134.65 | $ 326.30 |



**GAS USAGE HISTORY (Therms)**

| Daily Averages | Dec 14 | Dec 15 |
|---|---|---|
| Therms | 13.5 | 10.5 |
| Cost | $ 11.56 | $ 10.10 |

■ Actual     Estimated

KEEP THIS PORTION FOR YOUR RECORDS

RETURN THIS PORTION WITH YOUR PAYMENT

# national**grid**

| ACCOUNT NUMBER | PLEASE PAY BY | AMOUNT DUE |
|---|---|---|
| ▓▓▓▓▓ | Jan 15, 2016 | $ 326.30 |

Accounts Processing KEDLI
One MetroTech Center
Brooklyn NY 11201

ENTER AMOUNT ENCLOSED

$

*Write account number on check and make payable
to National Grid*

*AUTO**SCH 5-DIGIT 11516
MARK MIRVIS
289 BAYBERRY DR
HEWLETT NY 11557-2721

003678

NATIONAL GRID
PO BOX 11791
NEWARK NJ 07101-9991

## AMERICAN WATER
PO Box 371332, Pittsburgh PA 15250-7332

| Account Number | |
|---|---|
| Due Date | May 4, 2016 |
| Total Due | $55.31 |
| If Paid After Due Date | $56.16 after 5/4/16 |

**For Service To:** 289 BAYBERRY DR

☐ Check this box for address changes and note new address on back.

Amount Enclosed   $

002844 1 AV 0 273     02844 002844 002859 11 01 ACTTEC 001

MARK MIRVIS
289 BAYBERRY DR
HEWLETT, NY 11557-2721



**NEW YORK AMERICAN WATER**
PO BOX 371332
PITTSBURGH PA 15250-7332

Please tear along the dotted line and return this portion with your payment.

---

### BILLING PERIOD AND METER READINGS
- Billing date: April 12, 2016
- Due Date: **May 4, 2016**
- Billing period: Mar 10 to Apr 09 (31 Days)
- Next reading on or about: May 10, 2016
- Customer Type: Residential
- Meter Reading Measurement:
  1 unit = 100 gallons of water
- Billing Measurement: 100 gallons (CGL)

| Meter No. | 17193855 |
|---|---|
| Size of meter | 3/4" |
| Current Read | 18,637 (Actual) |
| Previous Read | 18,551 (Actual) |
| Total water used this billing period | 86 units (8,600 gallons) |

**Total Water Use Comparison** (in 100 gallons)
- Current billing period 2016:          86.00 CGL
- Same billing period 2015:             99.00 CGL

**Billed Use Graph (100 gallons)**



### BILLING SUMMARY
**For Service To:** 289 BAYBERRY DR
**For Account**

| Prior Balance | | 53.38 |
|---|---|---|
| • Balance from last bill | | 53.38 |
| • Payments as of Mar30. Thank you! | | -53.38 |
| **Balance Forward** | | **0.00** |
| **Current Water Service** | | 11.92 |
| • Water Service Charge | | 33.52 |
| • Water Usage Charge ($0.38974000 x 86.00) | | 45.44 |
| • **Total Water Service Related Charges** | | **45.44** |
| **Other Charges** | | 0.44 |
| • System Improvement Surcharge | | 2.53 |
| • System Improvement Surcharge | | 5.92 |
| • RAC/PTR Surcharge | | 8.89 |
| • **Total Other Charges** | | **8.89** |
| **Taxes** | | 0.48 |
| • Gross Receipts Tax | | 0.50 |
| • Temporary State Assessment Surcharge | | 0.98 |
| • **Total Taxes** | | **0.98** |
| **TOTAL CURRENT CHARGES** | | **55.31** |

**TOTAL AMOUNT DUE**    **$55.31**

---

### Important messages from New York American Water
- ***IMPORTANT WATER QUALITY MESSAGE:** Your annual Water Quality Report can be viewed electronically at www.amwater.co lynbrook.pdf If you prefer a paper copy to be sent to you, please contact our Customer Service Center at 877-426-6999.
- The System Improvement Charge (SIC) helps to fund improvements that have been made by New York American Water to its treatment facilities and information systems. All charges related to this program have been approved by the New York State Public Commission. Effective March 15, 2016, the SIC will be equivalent to 6.63% of the customer's current water charges. For more infori visit www.newyorkamwater.com.





# AMERICAN WATER

PO Box 371332, Pittsburgh PA 15250-7332

**For Service To:** 289 BAYBERRY DR

☐ Check this box for address changes and note new address on back.

| Account Number | |
|---|---|
| Due Date | April 5, 2016 |
| Total Due | $53.38 |
| If Paid After Due Date | $54.20 after 4/5/16 |

**Amount Enclosed** $

003261 2 AV 0 393      03261 003261 003277 16 01 ACTRM7 001

MARK MIRVIS
289 BAYBERRY DR
HEWLETT, NY 11557-2721

**NEW YORK AMERICAN WATER**
PO BOX 371332
PITTSBURGH PA 15250-7332

Please tear along the dotted line and return this portion with your payment.

## BILLING PERIOD AND METER READINGS

- Billing date: March 14, 2016
- Due Date: **April 5, 2016**
- Billing period: Feb 10 to Mar 09 (29 Days)
- Next reading on or about: Apr 11, 2016
- Customer Type: Residential
- Meter Reading Measurement:
  1 unit = 100 gallons of water
- Billing Measurement: 100 gallons (CGL)

| Meter No. | 17193855 |
|---|---|
| Size of meter | 3/4" |
| Current Read | 18,551 (Actual) |
| Previous Read | 18,469 (Actual) |
| Total water used this billing period | 82 units (8,200 gallons) |

**Total Water Use Comparison** (in 100 gallons)
- Current billing period 2016: 82.00 CGL
- Same billing period 2015: 88.00 CGL

**Billed Use Graph (100 gallons)**



## BILLING SUMMARY

**For Service To:** 289 BAYBERRY DR
**For Account**

| Prior Balance | |
|---|---|
| Balance from last bill | 52.96 |
| Payments as of Mar1. Thank you! | -52.96 |
| **Balance Forward** | **0.00** |
| **Current Water Service** | |
| Water Service Charge | 11.92 |
| Water Usage Charge ($0.38974000 x 82.00) | 31.96 |
| **Total Water Service Related Charges** | **43.88** |
| **Other Charges** | |
| System Improvement Surcharge | 2.63 |
| RAC/PTR Surcharge | 5.92 |
| **Total Other Charges** | **8.55** |
| **Taxes** | |
| Gross Receipts Tax | 0.47 |
| Temporary State Assessment Surcharge | 0.48 |
| **Total Taxes** | **0.95** |
| **TOTAL CURRENT CHARGES** | **53.38** |

**TOTAL AMOUNT DUE** ➡ **$53.38**

### Important messages from New York American Water

- \*\*\*IMPORTANT WATER QUALITY MESSAGE: Your annual Water Quality Report can be viewed electronically at www.amwater.com/lynbrook.pdf If you prefer a paper copy to be sent to you, please contact our Customer Service Center at 877-426-6999.



Customer Service: **1-877-426-6999**      M-F 7am to 7pm   Emergency: 24/7      www.newyorkamwater.com

618751192886

005499 003277 ACTRM7 ETM1C00001 1 94      (ACTRM7 0054990101D00)



DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER "VOID" FEATURE, SIMULATED WATERMARK (REVERSE SIDE) MICRO-PRINT BORDER

Account:                    PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER              $5,150.62

Please Direct Any Questions To                    309/111
Online Bill Payment Processing Center                    0000995163
(800) 243-2508

TATYANA MIRVIS
289 BAYBERRY DR
HEWLETT HARBOR, NY 11557                    TD BANK NA                    May 13, 2016

Pay FIVE THOUSAND ONE HUNDRED FIFTY AND 62/100 ——————————————————————    DOLLARS

                                                                          $ *****5,150.62

TO          CHASE
THE         PO BOX 78035                                    Void After 180 DAYS
ORDER       PHOENIX, AZ 85062-8035                          Signature On File
OF                                                         This check has been authorized
                                                           by your depositor

DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER. COLOR FEATURES SIMULATED WATERMARK ON REVERSE

| Account: | PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER | $5,227.38 |

Please Direct Any Questions To
Online Bill Payment Processing Center
(800) 243-2506

TD BANK NA

309/111

0000995151

April 14, 2016

Pay FIVE THOUSAND TWO HUNDRED TWENTY SEVEN AND 38/100 -------------------------------------- **DOLLARS**

$ *****5,227.38

TATYANA MIRVIS
289 BAYBERRY DR
HEWLETT HARBOR, NY 11557

TO          CHASE
THE         PO BOX 78035
ORDER       PHOENIX, AZ 85062-8035
OF

Void After 180 DAYS
*Signature On File*
This check has been authorized
by your depositor

**ALEXANDER BORISKIN**
**TATYANA MIRVIS**

135

1-1367/260
3089

Date: 05/08/16

Pay to the
Order of: Donald X. Clann Jr., Reciever of Taxes    $ 17,795.70

Seventeen Thousand Seven hundred ninety five $1700    Dollars

**TD Bank**

America's Most Convenient Bank®

For S.D. 014, Sec. 42, BLK 266 Lot 0001

Harland Clarke                                          TD Bank, N.A.

Ocwen Loan Servicing
`0783

**Pay From**  TD CONVENIENCE CHECKING
*8848

**Amount**  $1,230.50

**Withdraw On**  Apr 27, 2016

**Category**  Consumer Loan

**Confirmation**  KDMB4-TT0M4

*ELECTRONIC*

DELIVERED

Apr 27





Ocwen Loan Servicing
*0783

**Pay From** TD CONVENIENCE CHECKING
*8848

**Amount** $1,222.09

**Withdraw On** Apr 1, 2016

**Category** Consumer Loan

**Confirmation** K9SH8-8BM1Y

*ELECTRONIC*
DELIVERED
Apr 1





Ocwen Loan Servicing
*0783

**Pay From**  TD CONVENIENCE CHECKING
*8848

**Amount**  $1,222.09

**Withdraw On**  Mar 1, 2016

**Category**  Consumer Loan

**Confirmation**  K6F3G-083HN

*ELECTRONIC*
DELIVERED
Mar 1





Ocwen Loan Servicing
*0783

**Pay From** TD CONVENIENCE CHECKING
*8848

**Amount** $1,213.61

**Withdraw On** Feb 1, 2016

**Category** Consumer Loan

**Confirmation** K3DVD-V5SBC

*ELECTRONIC*
DELIVERED

Feb 1

 



Ocwen Loan Servicing
'0783

**Pay From** TD CONVENIENCE CHECKING
*8848

**Amount** $1,213.63

**Withdraw On** Dec 29, 2015

**Category** Consumer Loan

**Confirmation** K06ZN-0Z7GY

*ELECTRONIC*
DELIVERED
Dec 29

Pending                    Processing                    Delivered



nationalgrid  **National Grid**
              *3006

|                 |                              |  |
|-----------------|------------------------------|--|
| **Pay From**    | TD CONVENIENCE CHECKING *8848 | *ELECTRONIC* DELIVERED Aug 19 |
| **Amount**      | $194.73                      |  |
| **Withdraw On** | Info Not Available           |  |
| **Category**    | Utilities                    |  |
| **Confirmation**| JKLGN-J24GR                  |  |

| Pending | Processing | Delivered |  |

nationalgrid   **National Grid**
·3006

**Pay From**   TD CONVENIENCE CHECKING
*0319

**Amount**   $201.62

**Withdraw On**   Info Not Available

**Category**   Utilities

**Confirmation**   JNMQ3-0SYPQ

*ELECTRONIC*
**DELIVERED**

Sep 18

| Pending | Processing | Delivered |
|---------|-----------|-----------|

nationalgrid   **National Grid**
              *3006

**Pay From**   TD CONVENIENCE CHECKING
              *8848

**Amount**    $253.74

**Withdraw On**   Info Not Available

**Category**   Utilities

**Confirmation**   JRP3R-D121G

*ELECTRONIC*
DELIVERED
Oct 19

| Pending | Processing | Delivered |

nationalgrid   National Grid
*3006

**Pay From** TD CONVENIENCE CHECKING
*8848

**Amount** $210.26

**Withdraw On** Dec 11, 2015

**Category** Utilities

**Confirmation** JYD98-09KKS

*ELECTRONIC*
DELIVERED

Dec 11

| Pending | Processing | Delivered |
|---------|------------|-----------|

nationalgrid **National Grid**
*3006

**Pay From** TD CONVENIENCE CHECKING
*8848

**Amount** $326.30

**Withdraw On** Jan 15, 2016

**Category** Utilities

**Confirmation** K1C2R-MMMKC

*ELECTRONIC*
DELIVERED
Jan 15

| Pending | Processing | Delivered |
|---------|------------|-----------|

nationalgrid **National Grid**
`3006

**Pay From** TD CONVENIENCE CHECKING
*8848

**Amount** $410.41

**Withdraw On** Feb 12, 2016

**Category** Utilities

**Confirmation** K4MDJ-9DP2V

*ELECTRONIC*
DELIVERED

Feb 12

| Pending | Processing | Delivered |
|---|---|---|

nationalgrid   **National Grid**
‎3006

**Pay From**   TD CONVENIENCE CHECKING
*8848

**Amount**   $423.30

**Withdraw On**   Mar 15, 2016

**Category**   Utilities

**Confirmation**   K7M45-5JLD2

*ELECTRONIC*
DELIVERED
Mar 15

| Pending | Processing | Delivered |
|---|---|---|

nationalgrid  **National Grid**
*3006

**Pay From**  TD CONVENIENCE CHECKING
*0319

**Amount**  $326.45

**Withdraw On**  Apr 19, 2016

**Category**  Utilities

**Confirmation**  KCGF5-40X8B

*ELECTRONIC*
DELIVERED
Apr 19

Pending | Processing | Delivered

nationalgrid   National Grid
*3006

**Pay From**   TD CONVENIENCE CHECKING
*8848

**Amount**   $231.51

**Withdraw On**   May 16, 2016

**Category**   Utilities

**Confirmation**   KG1FG-H6LS2

*ELECTRONIC*
DELIVERED

May 16

| Pending | Processing | Delivered |  |

○ PSEG Long Island

PSEG Long Island
'0759

**Pay From** TD CONVENIENCE CHECKING
*0319

**Amount** $586.93

**Withdraw On** Info Not Available

**Category** Utilities

**Confirmation** JNMQ3-VNX84

*ELECTRONIC*
DELIVERED
Sep 18

○ PSEG

PSEG Long Island
'0759

**Pay From** TD CONVENIENCE CHECKING
*8848

**Amount** $481.71

**Withdraw On** Info Not Available

**Category** Utilities

**Confirmation** JRP3R-D3N9X

*ELECTRONIC*
DELIVERED

Oct 19

| Pending | Processing | Delivered |

○ PSEG

**PSEG Long Island**
'0759

**Pay From** TD CONVENIENCE CHECKING
*8848

**Amount** $600.86

**Withdraw On** Nov 16, 2015

**Category** Utilities

**Confirmation** JVKCQ-K6TTQ

*ELECTRONIC*
DELIVERED
Nov 16

| Pending | Processing | Delivered |

O **PSEG**

**PSEG Long Island**
*0759

**Pay From** TD CONVENIENCE CHECKING
*8848

**Amount** $237.90

**Withdraw On** Dec 11, 2015

**Category** Utilities

**Confirmation** JYD98-0BSQ0

**ELECTRONIC**
**DELIVERED**

Dec 11

| Pending | Processing | Delivered |



PSEG Long Island
'0759

**Pay From** TD CONVENIENCE CHECKING
*8848

**Amount** $321.02

**Withdraw On** Jan 15, 2016

**Category** Utilities

**Confirmation** K1C2R-MN3C9

*ELECTRONIC*
DELIVERED

Jan 15

| Pending | | Processing | | Delivered |
|---------|---|-----------|---|-----------|

○ PSEG

PSEG Long Island
'0759

**Pay From** TD CONVENIENCE CHECKING
*8848

**Amount** $223.90

**Withdraw On** Feb 12, 2016

**Category** Utilities

**Confirmation** K4MDJ-9F672

*ELECTRONIC*
*DELIVERED*
Feb 12

| Pending | Processing | Delivered |
|---------|-----------|-----------|

○ PSEG Long Island
'0759

**Pay From** TD CONVENIENCE CHECKING
*8848

**Amount** $257.42

**Withdraw On** Mar 17, 2016

**Category** Utilities

**Confirmation** K7M43-GW4L4

*ELECTRONIC*
DELIVERED
Mar 17

○ PSEG

PSEG Long Island
'0759

**Pay From** TD CONVENIENCE CHECKING
*0319

*ELECTRONIC*
*DELIVERED*

Apr 19

**Amount** $222.21

**Withdraw On** Apr 19, 2016

**Category** Utilities

**Confirmation** KCGF5-458KP

○ PSEG

**PSEG Long Island**
'0759

**Pay From**  TD CONVENIENCE CHECKING
*8848

**Amount**  $279.80

**Withdraw On**  May 17, 2016

**Category**  Utilities

**Confirmation**  KG1FG-H7BGK

*ELECTRONIC*
DELIVERED
May 17




 Chubb
CHUBB 001P
·001P

**Pay From** TD CONVENIENCE CHECKING
*8848

**Amount** $1,870.00

**Withdraw On** Mar 1, 2016

**Category** Insurance

**Confirmation** K6F48-03B3K

*ELECTRONIC*
*DELIVERED*
Mar 1