Tuesday, Jul 28, 2015
**Attorney's Response Letter**


Court Orders and Levies
P.O. Box 183164
Columbus, OH 43218-3164
Phone: 1-866-578-7022
Fax: 1-866-699-0618



STERN AND MONTANA LLP
ONE WORLD FINANCIAL CENTER - 30TH FLOOR
NEW YORK, NY 10281

**Re: ALLSTATE INSURANCE COMPANY vs RAVEN KATZ , et al. (2008CV4405STVVP)**

| | | | |
|---|---|---|---|
| Index # | : 2008CV4405STVVP | Bank File No | : COAL-27Jul15-2492 |
| Employer | : | SSN/TIN | : 8906 |

To expedite a response to your document we are using this method of reply.

Judgment Debtor Address:



NORTMED MANAGEMENT INC



\\ \\

Answer to No. 1: If funds not held, provide reasons:

Accounts which are not held.


Accounts which are held.




```
-----------------------------------
Amount Held                         :  $91,314,802.02
Amount Captured                     :  $2,632.26
Account Number                      :  8365
Account Title                       :  NORTMED MANAGEMENT INC
Account Type                        :  Checking
Account Relationship                :  Sole Owner
Account Status                      :  OPEN
Account Closed Date (If Any):       :
Comments                            :  NORTMED MANAGEMENT INC
-----------------------------------
```

The amount captured may be subject to exemption claims, including amounts the customer may withdraw immediately under New York law.

KAWANNA V MCCARTER
Court Orders and Levies Department
Document Review Specialist

These responses are based upon a search of data contained in JPMorgan Chase's centralized customer identification and account information system. That system may not necessarily capture all relevant information concerning the judgment debtor(s) or accounts. Please be advised, the Actual Amount Held is subject to bank charges, fees, right to setoff, and right of charge back.

SUBSCRIBED AND SWORN to before me on this __5__ day of __August__, 20 _15_.

_____
NOTARY PUBLIC

Residing at : County of Bexar, State of TEXAS

My commission expires : _____

KIZZY HODGES
Notary Public, State of Texas
My Commission Expires
March 11, 2019