17-Nov-15                                                                                                                       17Nov15-72

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G17Nov15-72
Sequence number 007380747159  Posting date 11-Apr-12  Amount 3000.00

---

**NORTMED MANAGEMENT, INC.**
79 - 09B NORTHERN BLVD.
JACKSON HEIGHTS, NY 11372

No. 5637

DATE 4/10/12

PAY TO THE ORDER OF: Queens Billing Inc       $3000.00

Three Thousand ———————————————— DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
New York, New York 10017
www.Chase.com

FOR _____

⑆005637⑆ ⑈021000021⑈ ████ 8365⑆

FOR DEPOSIT ONLY
QUEENS BILLING INC.
9166