THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G17Nov15-72
Sequence number 008380724229  Posting date 10-Feb-12  Amount 8829.00

**QUEENS BILLING INC.**
9147 - 88TH RD., APT. 1-I
WOODHAVEN, NY 11421-2634

Check #1154
DATE 1.31.12

PAY TO THE ORDER OF: NorthMed Mgmt. Inc — $8,829.00
eight thousand eight hundred twenty nine — 00/100 DOLLARS

CHASE ○
JPMorgan Chase Bank, N.A.
www.Chase.com

BusinessPlus

FOR: Jeff

⑈001154⑈ ⑆021000021⑆      8166⑈

[Endorsement on back:]
PAY TO THE ORDER OF
THE CHASE MANHATTAN BANK
PLAINVIEW, NY 11803
* 021000021 *
FOR DEPOSIT ONLY
NORTHMED MANAGEMENT INC
8355