**Exhibit "A"**



Financial Management Account

January 1 - January 31, 2010

Page 1 of 4

Ref: 00006203  00045493

A100006203 310029AJ01  WSC00109A
MARK MIRVIS AND
LYUBOV MIRVIS JTWROS
289 BAYBERRY DRIVE
HEWLETT NY  11557-2721

Morgan Stanley Smith Barney LLC.  Member SIPC
Your Financial Advisor

Account number

$   890

Website: www.smithbarney.com

FMA Client Services: 1-800-634-0855
Branch Phone: 800-468-0019
TTY/TDD Deaf & Hard of hearing: 800-227-4238

Account carried by Citigroup Global Markets Inc.  Member SIPC

Account value

Last period     This period     %     Cash, money fund, bank deposits     This period     This year



Financial Management Account

January 1 - January 31, 2010

Account number

Page 3 of 4

MARK MIRVIS AND

Ref: 00006203 00045495

**Checks written**

Account number ******2439 - Citibank NA

| Check no | Date written | Date cleared | Description | Tracking code | Amount | Check no | Date written | Date cleared | Description | Tracking code | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 99997 | 01/29/10 | 01/29/10 | MORGAN STANLEY HOME LOANS | 1 | 360.00 |

*Check missing in sequence

Total checks written $ 890

**Summary of tracking codes**

**Bank Deposit Program¢ activity**

The term DEPOSIT typically refers to client initiated deposit of funds. The term AUTODEPOSIT typically refers to the 'sweep' of funds into a Program Bank that results from proceeds of a transaction, a dividend from a stock or interest from a bond. Conversely, WITHDRAWAL is the term that refers to transactions that cause funds to be redeemed from a Program Bank, such as the payment for an investment purchase or the payment of FMA checks that you have written.

| Date | Activity | Description | Amount | Date | Activity | Description | Amount |
|---|---|---|---|---|---|---|---|
| Opening balance | | | | | | | |

Financial Management Account

March 1 - March 31, 2010

Page 1 of 4

Ref: 00035740 00173809

C1000035740 310090A001 WSC000060A
MARK MIRVIS AND
LYUBOV MIRVIS JTWROS
289 BAYBERRY DRIVE
HEWLETT NY 11557-2721



Morgan Stanley Smith Barney LLC. Member SIPC.
Your Financial Advisor

Account number

$ 890

FMA Client Services: 1-800-634-9855
Branch Phone: 800 468 0019
TTY/TDD Deaf & Hard of hearing: 800-227-4238

Website: www.smithbarney.com

Account carried by Citigroup Global Markets Inc. Member SIPC.

Case 1:08-cv-04405-PKC-PK   Document 367-2   Filed 05/27/16   Page 5 of 47 PageID #: 10236

Financial Management Account
March 1 - March 31, 2010

MARK MIRVIS AND

Page 3 of 4

Ref: 0003574000173811

Account number 401-41361-15 890

**Checks written**

Account number ******2439 - Citibank NA

**Checks written**

| Check no. | Date written | Date cleared | Description | Tracking code | Amount | Check no. | Date written | Date cleared | Description | Tracking code | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 99997 | 03/08/10 | 03/08/10 | MORGAN STANLEY HOME LOANS | 1 | 360.00 | 99997 | 03/30/10 | 03/31/10 | MORGAN STANLEY HOME LOANS | 1 | 360.00 |

Total checks written

*Check missing in sequence

Summary of tracking codes

**Bank Deposit Program® activity**

The term DEPOSIT typically refers to client initiated deposit of funds. The term AUTODEPOSIT typically refers to the "sweep" of funds into a Program Bank that results from proceeds of a transaction, a dividend from a stock or interest from a bond. Conversely, WITHDRAWAL is the term that refers to transactions that cause funds to be redeemed from a Program Bank, such as the payment for an investment purchase or the payment of FMA checks that you have written.

| Date | Activity | Description | Amount |
|---|---|---|---|
| | Opening balance | | |

| Date | Activity | Description | Amount |
|---|---|---|---|



Financial Management Account

May 31 - June 30, 2010

Page 1 of 4

Ref: 00042141 00201803

F100004241 310181AE01 WSC00060A
MARK MIRVIS AND
LYUBOV MIRVIS JTWROS
289 BAYBERRY DRIVE
HEWLETT NY 11557-2721

Morgan Stanley Smith Barney LLC. Member SIPC.
Your Financial Advisor

Website: www.smithbarney.com

Account number
890

FMA Client Services: 1-800-634-9855
Branch Phone: 800 468 0019
TTY/TDD Deaf & Hard of hearing: 800-227-4238

Account carried by Citigroup Global Markets Inc. Member SIPC.



Financial Management Account

May 31 - June 30, 2010

MARK MIRVIS AND

Account number ███████ 5 890

Page 3 of 4

Ref: 00042141 00201805

## Checks written

Account number: ******2439 - Citibank N.A.

| Check no. | Date written | Date cleared | Description | Tracking code | Amount | Check no. | Date written | Date cleared | Description | Tracking code | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 99997 | 06/02/10 | 06/03/10 | MORGAN STANLEY HOME LOANS | 1 | 750.00 | | | | | | |

*Check missing in sequence

## Summary of tracking codes



## Bank Deposit Program‡ activity

The term DEPOSIT typically refers to client initiated deposit of funds. The term AUTODEPOSIT typically refers to the "sweep" of funds into a Program Bank that results from proceeds of a transaction, a dividend from a stock or interest from a bond.  Conversely, WITHDRAWAL is the term that refers to transactions that cause funds to be redeemed from a Program Bank, such as the payment for an investment purchase or the payment of FMA checks that you have written.

| Date | | Activity | Description | | | Amount |
|---|---|---|---|---|---|---|
| Opening balance | | | | | | ███ |



| Date | Activity | Description | | Amount |
|---|---|---|---|---|

Message:  If you are currently enrolled in Women & Co.‡, an educational resource provided by Citi, Morgan Stanley Smith Barney will no longer offer this service to you after July 31, 2010. Women & Co. will continue to recognize you as a valued member.  Please contact Women & Co. at 800-936-2544 if you have any questions about your current or future membership benefits.

Financial Management Account

July 1 - July 31, 2010

Page 1 of 4

Ref. 0002942I 00157245

Account number

G100002942I 310211AE01 WSC00060A
MARK MIRVIS AND
LYUBOV MIRVIS JTWROS
289 BAYBERRY DRIVE
HEWLETT NY 11557-2721



Morgan Stanley Smith Barney LLC. Member SIPC.
Your Financial Advisor

Website: www.smithbarney.com

5 890

FMA Client Services: 1-800-634-9855
Branch Phone: 800 468 0019
TTY/TDD Deaf & Hard of hearing: 800-227-4238

Account carried by Citigroup Global Markets Inc. Member SIPC.

Financial Management Account

July 1 - July 31, 2010

MARK MIRVIS AND

Account number  $   890

Page 3 of 4

Ref 0002942 | 00157247

Account number *****2439  -  Citibank NA

Checks written

| Check no. | Date written | Date cleared | Description | Tracking code | Amount | Check no. | Date written | Date cleared | Description | Tracking code | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 99597 | 07/07/10 | 07/08/10 | MORGAN STANLEY HOME LOANS | 1 | 360.00 | | | | | | |

*Check missing in sequence

Summary of tracking codes

Bank Deposit Program‡ activity

The term DEPOSIT typically refers to client initiated deposit of funds. The term AUTODEPOSIT typically refers to the "sweep" of funds into a Program Bank that results from proceeds of a transaction, a dividend from a stock or interest from a bond. Conversely, WITHDRAWAL is the term that refers to transactions that cause funds to be redeemed from a Program Bank, such as the payment for an investment purchase or the payment of FMA checks that you have written.

| Date | Activity | Description | Amount |
|---|---|---|---|
| Opening balance | | | |

Ref: 00023372 00121908

H100002372 310243AE01  WSC00060A
MARK MIRVIS AND
LYUBOV MIRVIS JTWROS
289 BAYBERRY DRIVE
HEWLETT NY  11557-2721

Account carried by Citigroup Global Markets Inc. Member SIPC.

Financial Management Account
August 1 - August 31, 2010

Morgan Stanley Smith Barney LLC. Member SIPC.
Your Financial Advisor

Website: www.smithbarney.com

Account number            $  890

Page 1 of 4

FMA Client Services: 1-800-634-0855
Branch Phone: 800 468 0019
TTY/TDD Deaf & Hard of hearing: 800-227-4238

Ref. 00023372 00121910

Financial Management Account
August 1 – August 31, 2010

MARK MIRVIS AND

Account number ▓▓▓▓▓ 890

Page 3 of 4

**Checks written**

Account number ******2439 - Citibank, NA

| Check no. | Date written | Date cleared | Description | Tracking code | Amount | Check no. | Date written | Date cleared | Description | Tracking code | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 99997 | 08/05/10 | 08/05/10 | MORGAN STANLEY HOME LOANS | 1 | 400.00 | | | | | | |

**Summary of tracking codes**



**Bank Deposit Program‡ activity**

The term DEPOSIT typically refers to client initiated deposit of funds. The term AUTODEPOSIT typically refers to the "sweep" of funds into a Program Bank that results from proceeds of a transaction, a dividend from a stock or interest from a bond. Conversely, WITHDRAWAL is the term that refers to transactions that cause funds to be redeemed from a Program Bank, such as the payment for an investment purchase or the payment of FMA checks that you have written.

| Date | Activity | Description | Amount | | Date | Activity | Description | Amount |
|---|---|---|---|---|---|---|---|---|
| Opening balance | | | | | | | | |

Message:  Important information if you are a margin customer
If you have a margin account with us, as permitted by law we may use certain securities in your account for, among other things, setting short sales and lending the securities for short sales, and as a result may receive compensation in connection therewith.

Financial Management Account
September 1 - September 30, 2010

Page 1 of 4

Ref: 00049040 00229024

I10000049040  310273A301  WSC00060A
MARK MIRVIS AND
LYUBOV MIRVIS JTWROS
289 BAYBERRY DRIVE
HEWLETT NY  11557-2721

Morgan Stanley Smith Barney LLC. Member SIPC.
Your Financial Advisor

Account number  $ 890

FMA Client Services: 1-800-634-9855
Branch Phone: 800 468 0019
TTY/TDD Deaf & Hard of hearing: 800-227-4238

Website: www.smithbarney.com

Account carried by Citigroup Global Markets Inc. Member SIPC.

Ref 00049040 00229026

Financial Management Account
September 1 - September 30, 2010

MARK MIRVIS AND

Account number: ████ 890



**Checks written**

Account number: ••••••2439 - Citibank NA

| Check no. | Date written | Date cleared | Description | Tracking code | Amount | Check no. | Date written | Date cleared | Description | Tracking code | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 99997 | 09/02/10 | 09/03/10 | MORGAN STANLEY HOME LOANS | 1 | 400.00 | | | | | | |

*Check missing in sequence

**Summary of tracking codes**

**Bank Deposit Program‡ activity**

The term DEPOSIT typically refers to client initiated deposit of funds. The term AUTODEPOSIT typically refers to the "sweep" of funds into a Program Bank that results from proceeds of a transaction, a dividend from a stock or interest from a bond. Conversely, WITHDRAWAL is the term that refers to transactions that cause funds to be redeemed from a Program Bank, such as the payment for an investment purchase or the payment of FNIA checks that you have written.

| Date | Activity | Description | Amount | Date | Activity | Description | Amount |
|---|---|---|---|---|---|---|---|
| | Opening balance | | | | | | |

Message: Consolidated Statement of Financial Condition: At June 30, 2010, Citigroup Global Markets Inc. had net capital of $8.31 billion which exceeded the Securities and Exchange Commission's minimum requirement by $7.56 billion. A copy of the Citigroup Global Markets Inc. Consolidated Statement of Financial Condition can be viewed online at www.smithbarney.com/pdf/sfc2436.pdf or may be mailed to you at no cost by calling (877) 536-2737.

Ref: 00034388 00165563

J1000034388 310302.A01 WSC00060A
MARK MIRVIS AND
LYUBOV MIRVIS JTWROS
289 BAYBERRY DRIVE
HEWLETT NY 11557-2721

Account carried by Citigroup Global Markets Inc. Member SIPC.

Financial Management Account
October 1 - October 31, 2010

Page 1 of 4

Morgan Stanley Smith Barney LLC. Member SIPC.
Your Financial Advisor

Website: www.smithbarney.com

Account number
$ 890

FMA Client Services: 1-800-634-9855
Branch Phone: 800 468 0019
TTY/TDD Deaf & Hard of hearing: 800-227-4238





Financial Management Account
October 1 - October 31, 2010

MARK MIRVIS AND

Account number                $ 890

Page 3 of 4

Ref: 00034388 00163565

Checks written

Account number ******2439  -  Citibank NA

| Check no. | Date written | Date cleared | Description | Tracking code | Amount | Check no. | Date written | Date cleared | Description | Tracking code | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 99997 | 10/05/10 | 10/06/10 | MORGAN STANLEY HOME LOANS | 1 | 400.00 | | | | | | |

Summary of tracking codes

Bank Deposit Program® activity
The term DEPOSIT typically refers to client initiated deposit of funds. The term AUTODEPOSIT typically refers to the "sweep" of funds into a Program Bank that results from proceeds of a transaction, a dividend from a stock or interest from a bond. Conversely, WITHDRAWAL is the term that refers to transactions that cause funds to be redeemed from a Program Bank, such as the payment for an investment purchase or the payment of FMA checks that you have written.

| Date | Activity | Description | Amount | Date | Activity | Description | Amount |
|---|---|---|---|---|---|---|---|
| Opening balance | | | | | | | |

Message:   Important information if you are a margin customer
If you have a margin account with us, as permitted by law we may use certain securities in your account for, among other things, settling short sales and lending the securities for short sales,
and as a result may receive compensation in connection therewith.

Ref: 00030230 00154001

KI000030230  310534AE01  WSC00060A
MARK MIRVIS AND
LYUBOV MIRVIS JTWROS
289 BAYBERRY DRIVE
HEWLETT NY  11557-2721

Financial Management Account
November 1 - November 30, 2010

Morgan Stanley Smith Barney LLC. Member SIPC.
Your Financial Advisor

Website www.smithbarney.com

Account number
$  890

Page 1 of 4

FMA Client Services: 1-800-634-9855
Branch Phone: 800 468 0019
TTY/TDD Deaf & Hard of hearing: 800-227-4238

Account carried by Citigroup Global Markets Inc. Member SIPC.



Financial Management Account

November 1 - November 30, 2010

MARK MIRVIS AND

Account number                                      $ 890

Page 3 of 4

Ref: 00030230 0015400.3

Account number ******2439  -  Citibank NA

Checks written

| Check no. | Date written | Date cleared | Description | Tracking code | Amount | Check no. | Date written | Date cleared | Description | Tracking code | Amount |
|-----------|--------------|--------------|-------------|---------------|--------|-----------|--------------|--------------|-------------|---------------|--------|
| | | | | | | 99997 | 11/12/10 | 11/15/10 | MORGAN STANLEY HOME LOANS | 1 | 400.00 |

Summary of tracking codes

*Check missing in sequence

Bank Deposit Program activity

The term DEPOSIT typically refers to client initiated deposit of funds. The term AUTODEPOSIT typically refers to the "sweep" of funds into a Program Bank that results from proceeds of a transaction, a dividend from a stock or interest from a bond. Conversely, WITHDRAWAL is the term that refers to transactions that cause funds to be redeemed from a Program Bank, such as the payment for an investment purchase or the payment of FMA checks that you have written.

| Date | Activity | Description | Amount |
|------|----------|-------------|--------|
| Opening balance | | | |



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MARK MIRVIS
LYUBOV MIRVIS

Page:                                          3 of 5
Statement Period:  Jan 12 2011-Feb 11 2011
Cust Ref #:                         T-###
Primary Account #:                  9935

DAILY ACCOUNT ACTIVITY



**Electronic Payments**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 1/13 | eBillPay | | 400.00 |
| | BILL PYMT | | |
| | MORGAN STANLEYHOME LOANS | | |



Call 1-800-YES-2000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED           ©          WWW.TDBANK.COM          



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MARK MIRVIS
LYUBOV MIRVIS

Page:                                    4 of 5
Statement Period:   Jan 12 2011-Feb 11 2011
Cust Ref #:          ████████T-###
Primary Account #:   ███████9935

---

DAILY ACCOUNT ACTIVITY

Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|



| 2/1 | eBillPay | | 400.00 |
| | BILL PYMT | | |
| | MORGAN STANLEYHOME LOANS | | |



Call 1-800-YES-2000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED        ©        WWW.TDBANK.COM        EQUAL HOUSING LENDER



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

MARK MIRVIS
LYUBOV MIRVIS

Page:                                    3 of 4
Statement Period:  Feb 12 2011-Mar 11 2011
Cust Ref #:                         T-###
Primary Account #:               9935

---

DAILY ACCOUNT ACTIVITY



| 2/28 | eBillPay | 400.00 |

BILL PYMT
MORGAN STANLEYHOME LOANS



Call 1-800-YES-2000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED          ©          WWW.TDBANK.COM



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MARK MIRVIS
LYUBOV MIRVIS

Page:                                          3 of 4
Statement Period:  Mar 12 2011-Apr 11 2011
Cust Ref #:                        -T-###
Primary Account #:                      9935

---

DAILY ACCOUNT ACTIVITY

Electronic Payments

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 3/25 | eBillPay | | 400.00 |
| | BILL PYMT | | |
| | MORGAN STANLEY HOME LOANS | | |





Call 1-800-YES-2000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED          ©          WWW.TDBANK.COM          EQUAL HOUSING LENDER



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

MARK MIRVIS
LYUBOV MIRVIS

| | |
|---|---|
| Page: | 4 of 4 |
| Statement Period: | Mar 12 2011-Apr 11 2011 |
| Cust Ref #: | T-### |
| Primary Account #: | 9935 |

---

DAILY ACCOUNT ACTIVITY

Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| | | | |
| 4/11 | eBillPay | | 400.00 |
| | BILL PYMT | | |
| | MORGAN STANLEYHOME LOANS | | |







Call 1-800-YES-2000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED          ©          WWW.TDBANK.COM

PRINTSET=10053200010642027000200000000021155727210428110S2711                    0113

```
                                          1280 BROADWAY
                                          HEWLETT, NY 11557
                                          (516)295-7750
                                          320
      2    LYUBOV MIRVIS
           MARK MIRVIS
           289 BAYBERRY DR
           HEWLETT NY 11557-2721
```



```
      Statement Date: 05/27/11 Account Number:     ███0642

      ************ My Community Free Checking    ███0642 ***********************

      ***********    REWARD POINT SUMMARY     ███0642 ***********************
      STMT DATE   DESCRIPTION            BEGINNING    POINTS     REDEEMED/    ENDING
                                         BALANCE +   EARNED  -  EXPIRED  =  BALANCE
      05/27/2011 EVEN MORE REWARDS           0          0          0          0
      ***************************************************************************

        Account Summary
      Previous Statement Date: 04/27/11
         Beginning              Interest              Service         Ending
          Balance    +    Deposits  + Paid  -  Withdrawals - Charge    =    Balance

      Account Detail
         Date Description                     Credits      Debits      Balance



      05/11 BILL PAY - MORGAN STANLEY #3374                 400.00-



      Checks in Order
         Date   Number         Amount   Date   Number      Amount



      Statement from 04/28/11 Thru 05/27/11

      *************Summary of Deposit Accounts *********************************
      AP    ACCOUNT                     BALANCE INT-RATE%   YTD-INT YTD-PENALTY  MATURITY
      CK   ███0642

                ------ Continued on next page ------
```

PRINTSET=10053200010642027000000000000002115572721062811072711

1280 BROADWAY
HEWLETT, NY 11557
(516)295-7750
320

0113

LYUBOV MIRVIS
MARK MIRVIS
289 BAYBERRY DR
HEWLETT NY 11557-2721

Statement Date: 07/27/11 Account Number: ███████0642

************** My Community Free Checking ██████0642 ***********************

**********   REWARD POINT SUMMARY ██████0642 **************************
STMT DATE  DESCRIPTION               BEGINNING    POINTS     REDEEMED/    ENDING
                                     BALANCE +  EARNED  -  EXPIRED  =  BALANCE
07/27/2011 EVEN MORE REWARDS             0         0           0          0
****************************************************************************

Account Summary
Previous Statement Date: 06/27/11

| Beginning Balance | + | Deposits | + | Interest Paid | - | Withdrawals | - | Service Charge | = | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|

Account Detail

| Date | Description | Credits | Debits | Balance |
|---|---|---|---|---|
| 06/27 | Balance Forward | | | |
| 07/11 | BILL PAY - MORGAN STANLEY #2561 | | 400.00- | |

Statement from 06/28/11 Thru 07/27/11

*************Summary of Deposit Accounts ************************************
AP      ACCOUNT                BALANCE INT-RATE%    YTD-INT YTD-PENALTY  MATURITY
CK ████████████████████

Effective 07/21/11, the first $200 of a day's total deposits will be
available on the first business day after the day of deposit for cash
withdrawal or to pay checks written to others.

Effective 7/31/11, transactions performed through ATMs, online
banking and telephone banking are no longer covered by our
Overdraft Shield Service.

```
PRINTSET=100532000106420270001000000000211557272107281108261
                                          1280 BROADWAY                        0113
                                          HEWLETT, NY 11557
                                          (516)295-7750
                                          320

    1  LYUBOV MIRVIS
       MARK MIRVIS
       289 BAYBERRY DR
       HEWLETT NY 11557-2721



    Statement Date: 08/26/11 Account Number:      ████0642

    ************** My Community Free Checking    ████0642 ***********************

    **********    REWARD POINT SUMMARY          ████0642 ***********************
    STMT DATE  DESCRIPTION             BEGINNING    POINTS      REDEEMED/    ENDING
                                       BALANCE +   EARNED   -   EXPIRED  =  BALANCE
    08/26/2011 EVEN MORE REWARDS           0          0            0          0
    *************************************************************************

    Account Summary
    Previous Statement Date: 07/27/11
         Beginning              Interest              Service           Ending
          Balance   +  Deposits + Paid  - Withdrawals - Charge   =     Balance
        ██████████████████████████████████████████████████████████████

Account Detail
     Date Description                 Credits       Debits          Balance
        ████████████████████████████████████████████████████████████████
    08/04 BILL PAY - MORGAN STANLEY #2588            400.00-
        ████████████████████████████████████████████████████████████████

Checks in Order
     Date   Number          Amount   Date   Number          Amount
        ██████████████████████████████

    Statement from 07/28/11 Thru 08/26/11

    **************Summary of Deposit Accounts *************************************
    AP     ACCOUNT                    BALANCE INT-RATE%   YTD-INT YTD-PENALTY  MATURITY
    CK    ████0642                  ████████
            ------ Continued on next page ------
```

```
PRINTSET=100532000106420270001000000000211557272108271109271
```
                                                                                              0113
                                          1280 BROADWAY
                                          HEWLETT, NY 11557
                                          (516)295-7750
                                          320

    1   LYUBOV MIRVIS
        MARK MIRVIS
        289 BAYBERRY DR
        HEWLETT NY 11557-2721


    Statement Date: 09/27/11 Account Number: ███████0642

    ************** My Community Free Checking ██████0642 ***********************

    **********   REWARD POINT SUMMARY       ██████0642 ***********************
    STMT DATE  DESCRIPTION                 BEGINNING    POINTS    REDEEMED/     ENDING
                                           BALANCE +   EARNED  -  EXPIRED  =  BALANCE
    09/27/2011 EVEN MORE REWARDS               0          0          0           0
    ********************************************************************************

    Account Summary
    Previous Statement Date: 08/26/11
        Beginning              Interest              Service            Ending
         Balance   +  Deposits + Paid  - Withdrawals - Charge   =     Balance

Account Detail
    Date Description                    Credits      Debits      Balance


    09/06 BILL PAY - MORGAN STANLEY #2116             400.00-



Checks in Order
    Date   Number          Amount      Date___Number_____Amount


    Statement from 08/27/11 Thru 09/27/11

            ------ Continued on next page ------

PRINTSET=100532000106420270000000000000211557272109281110Z711

```
                                          1280 BROADWAY                    0113
                                          HEWLETT, NY 11557
                                          (516)295-7750
                                          320

        LYUBOV MIRVIS
        MARK MIRVIS
        289 BAYBERRY DR
        HEWLETT NY 11557-2721


     Statement Date: 10/27/11 Account Number: ████0642

     ************ My Community Free Checking   ████0642 ***********************

     **********   REWARD POINT SUMMARY         ████0642 ***********************
     STMT DATE  DESCRIPTION          BEGINNING   POINTS   REDEEMED/      ENDING
                                     BALANCE +   EARNED - EXPIRED  =   BALANCE
     10/27/2011 Even >more Rewards         0         0         0           0
     ****************************************************************************
```

Account Summary
Previous Statement Date: 09/27/11

| Beginning Balance | + | Interest Deposits + Paid | − | Withdrawals | Service − Charge | = | Ending Balance |
|---|---|---|---|---|---|---|---|
| ████████████████████████████████████████████████████████████ | | | | | | | |

Account Detail

| Date | Description | Credits | Debits | Balance |
|---|---|---|---|---|
| 09/27 | Balance Forward | | | ████████ |
| 09/28 | BILL PAY - MORGAN STANLEY #6592 | | 400.00- | ████████ |

Statement from 09/28/11 Thru 10/27/11

```
************Summary of Deposit Accounts ***********************************
AP    ACCOUNT            BALANCE INT-RATE%   YTD-INT YTD-PENALTY  MATURITY
```

Effective 07/21/11, the first $200 of a day's total deposits will be
available on the first business day after the day of deposit for cash
withdrawal or to pay checks written to others.

Effective 7/31/11, transactions performed through ATMs, online
banking and telephone banking are no longer covered by our
Overdraft Shield Service.

PRINTSET=1005320001064202700030000000002115572721102611112511

```
                                    1280 BROADWAY
                                    HEWLETT, NY 11557
                                    (516)295-7750
                                    320
    3   LYUBOV MIRVIS
        MARK MIRVIS
        289 BAYBERRY DR
        HEWLETT NY 11557-2721
```

0113

Statement Date: 11/25/11 Account Number: ███████0642

************** My Community Free Checking ███████0642 **********************

**********  REWARD POINT SUMMARY ████████0642 **********************
STMT DATE  DESCRIPTION          BEGINNING  POINTS     REDEEMED/   ENDING
                               BALANCE +  EARNED  -  EXPIRED  =  BALANCE
11/25/2011 Even >more Rewards      0         0          0          0
***********************************************************************

Account Summary
Previous Statement Date: 10/27/11
                      Interest              Service
Beginning   +  Deposits  + Paid  - Withdrawals - Charge  =  Ending
Balance                                                      Balance
████████████████████████████████████████████████████████████████

Account Detail
    Date Description              Credits        Debits      Balance
████████████████████████████████████████████████████████████

11/02 BILL PAY - MORGAN STANLEY #9591            400.00-
████████████████████████████████████████████████████████████

Checks in Order
    Date  Number      Amount   Date   Number      Amount
████████████████████████████████████████████████████████

Statement from 10/28/11 Thru 11/25/11

***************Summary of Deposit Accounts *****************************************
AP      ACCOUNT         BALANCE INT-RATE%   YTD-INT YTD-PENALTY  MATURITY
CK  ████████0642

            ------ Continued on next page ------
```

PRINTSET=100532000106420270000000000000002115572721112611122711

```
                                          1280 BROADWAY
                                          HEWLETT, NY 11557
                                          (516)295-7750                      0113
                                          320
     LYUBOV MIRVIS
     MARK MIRVIS                                        ,
     289 BAYBERRY DR
     HEWLETT NY 11557-2721
```

Statement Date: 12/27/11 Account Number: ██████0642

************** My Community Free Checking ██████0642 ***********************

**********   REWARD POINT SUMMARY ██████0642 ***********************
STMT DATE   DESCRIPTION                BEGINNING    POINTS     REDEEMED/    ENDING
                                       BALANCE +   EARNED  -  EXPIRED  =   BALANCE
12/27/2011 Even >more Rewards               0          0          0          0
*******************************************************************************

Account Summary
Previous Statement Date: 11/25/11

| Beginning Balance | + | Interest Deposits | + | Paid | - | Withdrawals | - | Service Charge | = | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|

Account Detail

| Date Description | Credits | Debits | Balance |
|---|---|---|---|
| 12/06 BILL PAY - MORGAN STANLEY #0932 | | 400.00- | |

Statement from 11/26/11 Thru 12/27/11

************Summary of Deposit Accounts ************************************
AP      ACCOUNT
CK      ██████0642        BALANCE INT-RATE%    YTD-INT YTD-PENALTY  MATURITY

    Effective 07/21/11, the first $200 of a day's total deposits will be
    available on the first business day after the day of deposit for cash
    withdrawal or to pay checks written to others.

    Effective 7/31/11, transactions performed through ATMs, online
    banking and telephone banking are no longer covered by our
    Overdraft Shield Service.

PRINTSET=100532000106420270000000000000021155727212281101271 2

                                              1280 BROADWAY                          0113
                                              HEWLETT, NY 11557
                                              (516)295-7750
                                              320

        LYUBOV MIRVIS
        MARK MIRVIS
        289 BAYBERRY DR
        HEWLETT NY 11557-2721


        Statement Date: 01/27/12 Account Number:  ████0642

        ************** My Community Free Checking  ████0642 ************************

        **********   REWARD POINT SUMMARY  ████0642 ************************
        STMT DATE  DESCRIPTION              BEGINNING   POINTS    REDEEMED/     ENDING
                                           BALANCE +  EARNED  -  EXPIRED  =  BALANCE
        01/27/2012 Even >more Rewards          0         0          0           0
        ***************************************************************************

        Account Summary
        Previous Statement Date: 12/27/11
           Beginning              Interest                  Service
           Balance  +  Deposits + Paid   -  Withdrawals - Charge   =  Ending
                                                                       Balance
        ████████████████████████████████████████████████████████████████

        Account Detail
           Date Description                    Credits      Debits      Balance
        ████████████████████████████████████████████████████████████████
        01/06 BILL PAY - MORGAN STANLEY #2583               400.00-
        ████████████████████████████████████████████████████████████████
        ████████████████████████████████████████████████████████████████
        ████████████████████████████████████████████████████████████████


        Statement from 12/28/11 Thru 01/27/12

        ***************Summary of Deposit Accounts ************************************
        AP     ACCOUNT              BALANCE INT-RATE%   YTD-INT YTD-PENALTY  MATURITY
        CK  ████0642           ██████

            Effective 07/21/11, the first $200 of a day's total deposits will be
            available on the first business day after the day of deposit for cash
            withdrawal or to pay checks written to others.

            Effective 7/31/11, transactions performed through ATMs, online
            banking and telephone banking are no longer covered by our
            Overdraft Shield Service.

PRINTSET=10053200010642027000100000000021155727101281202712

0113

1280 BROADWAY
HEWLETT, NY 11557
(516)295-7750
320

```
1   LYUBOV MIRVIS
    MARK MIRVIS
    289 BAYBERRY DR
    HEWLETT NY 11557-2721
```

Statement Date: 02/27/12 Account Number: ██████0642

************** My Community Free Checking ██████0642 ************************

*********** REWARD POINT SUMMARY ██████0642 ************************
STMT DATE  DESCRIPTION                BEGINNING   POINTS    REDEEMED/   ENDING
                                      BALANCE +   EARNED  -  EXPIRED  = BALANCE
02/27/2012 Even >more Rewards             0          0         0         0
************************************************************************

Account Summary
Previous Statement Date: 01/27/12
   Beginning            Interest              Service          Ending
   Balance  +  Deposits + Paid - Withdrawals - Charge      =   Balance
   ███████████████████████████████████████████████████████████████

Account Detail
   Date Description                     Credits      Debits      Balance
   ████████████████████████████████████████████████████████████
   ████████████████████████████████████████████████████████████
   02/03 BILL PAY - MORGAN STANLEY #7089            400.00-
   ████████████████████████████████████████████████████████████

Checks in Order
   Date    Number      Amount    Date    Number          Amount
   ██████████████████████████████

Statement from 01/28/12 Thru 02/27/12

*************Summary of Deposit Accounts ************************************
AP      ACCOUNT                BALANCE INT-RATE%   YTD-INT YTD-PENALTY  MATURITY
CK   ███████0642        █████████

PRINTSET=10053200010642027000000000000002115572721022812032712

0113

1280 BROADWAY
HEWLETT, NY 11557
(516)295-7750
320

LYUBOV MIRVIS
MARK MIRVIS
289 BAYBERRY DR
HEWLETT NY 11557-2721

Statement Date: 03/27/12 Account Number: ███████0642

************* My Community Free Checking ████0642 *************************

**********    REWARD POINT SUMMARY     ████0642 *************************
STMT DATE  DESCRIPTION                  BEGINNING  POINTS       REDEEMED/    ENDING
                                        BALANCE +  EARNED   -   EXPIRED  =   BALANCE
03/27/2012 Even >more Rewards               0        0            0           0
****************************************************************************

Account Summary
Previous Statement Date: 02/27/12
      Beginning            Interest              Service        Ending
      Balance    +  Deposits + Paid  -  Withdrawals - Charge  =  Balance
      ████████       ██████████████████████████████████      ████████████

Account Detail
   Date Description                    Credits      Debits      Balance
                                                                ████████
   ████████████████████████████████████████████████████████████
   03/05 BILL PAY - MORGAN STANLEY #8679          400.00-   ██████████
   █████████████████████████████████████████████████████████
   03/26 BILL PAY - MORGAN STANLEY #9639          400.00-   ██████████

Statement from 02/28/12 Thru 03/27/12

*************Summary of Deposit Accounts ***********************************
AP    ACCOUNT                   BALANCE INT-RATE%    YTD-INT YTD-PENALTY MATURITY
CK    ██████0642                ████████

PRINTSET=100532000106420270001000000000211557721052612062712

0113

1280 BROADWAY
HEWLETT, NY 11557
(516)295-7750
320

1  LYUBOV MIRVIS
   MARK MIRVIS
   289 BAYBERRY DR
   HEWLETT NY 11557-2721

Statement Date: 06/27/12  Account Number: ▮▮▮▮0642

*************** My Community Free Checking    ▮▮▮0642 ***********************

***********    REWARD POINT SUMMARY    ▮▮▮0642 ***********************
STMT DATE  DESCRIPTION          BEGINNING   POINTS      REDEEMED/    ENDING
                                BALANCE +   EARNED   -  EXPIRED  =  BALANCE
06/27/2012 Even >more Rewards       0          0           0           0
***************************************************************************

Account Summary
Previous Statement Date: 05/25/12
      Beginning              Interest            Service          Ending
      Balance   +  Deposits + Paid  - Withdrawals - Charge   =   Balance
                                                                ▮▮▮▮▮▮▮

Account Detail
   Date Description                     Credits      Debits      Balance
                                                              ▮▮▮▮▮▮▮▮▮▮▮▮

   05/31 BILL PAY - MORGAN STANLEY OCWEN            720.00-   ▮▮▮▮▮▮▮▮▮

   06/21 BILL PAY - MORGAN STANLEY OCWEN            400.00-   ▮▮▮▮▮▮▮▮▮

Checks in Order
   Date   Number          Amount    Date  Number          Amount
   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Statement from 05/26/12 Thru 06/27/12

*************Summary of Deposit Accounts ****************************************
AP       ACCOUNT           BALANCE INT-RATE%   YTD-INT YTD-PENALTY  MATURITY
CK  ▮▮▮▮▮▮0642

PRINTSET=1005320001064202700030000000002115572721102712122712                                    0113

                                                    1280 BROADWAY
                                                    HEWLETT, NY 11557
                                                    (516)295-7750
                                                    320

    3   LYUBOV MIRVIS
        MARK MIRVIS
        289 BAYBERRY DR
        HEWLETT NY 11557-2721


    Statement Date: 12/27/12 Account Number: ███████0642

    ************** My Community Free Checking  ██████0642 **********************

    **********  REWARD POINT SUMMARY  ██████0642 **********************
    STMT DATE  DESCRIPTION              BEGINNING   POINTS   REDEEMED/   ENDING
                                        BALANCE +  EARNED  - EXPIRED  = BALANCE
    12/27/2012 Even >more Rewards           0         0         0          0
    **********************************************************************

        Account Summary
    Previous Statement Date: 10/26/12
        Beginning          Interest                 Service        Ending
        Balance  +  Deposits  +  Paid -  Withdrawals - Charge   =  Balance
    ████████████████████████████████████████████████████████████

Account Detail
    Date Description                      Credits     Debits     Balance
    ████████████████████████████████████████████████████████████
    ████████████████████████████████████████████████████████████
    ████████████████████████████████████████████████████████████
    ████████████████████████████████████████████████████████████
    12/27 BILL PAY - MORGAN STANLEY OCUEN          1,300.00-
    ████████████████████████████████████████████████████████████
    ████████████████████████████████████████████████████████████

Checks in Order
    Date  Number        Amount    Date  Number         Amount
    ████████████████████████████████████████████████████████


    Statement from 10/27/12 Thru 12/27/12

                ------ Continued on next page ------

PRINTSET=1C0532000106420270005000000000021155727210126130022713                                    0113

```
                                   1280 BROADWAY
                                   HEWLETT, NY 11557
                                   (516)295-7750
                                   320
    5  LYUBOV MIRVIS
       MARK MIRVIS
       289 BAYBERRY DR
       HEWLETT NY 11557-2721
```

Statement Date: 02/27/13 Account Number: ███████0642

*************** My Community Free Checking █████0642 ***********************

************    REWARD POINT SUMMARY    ████0642 ***********************

| STMT DATE DESCRIPTION | BEGINNING BALANCE + | POINTS EARNED − | REDEEMED/ EXPIRED = | ENDING BALANCE |
|---|---|---|---|---|
| 02/27/2013 Even >more Rewards | 0 | 0 | 0 | 0 |

*********************************************************************************

Account Summary
Previous Statement Date: 01/25/13

| Beginning Balance + | Deposits + | Interest Paid − | Withdrawals − | Service Charge = | Ending Balance |
|---|---|---|---|---|---|
| ████ | ████ | ████ | ████ | ████ | ████ |

Account Detail

| Date Description | Credits | Debits | Balance |
|---|---|---|---|
| 02/11 BILL PAY - MORGAN STANLEY OCWEN | | 1,300.00− | |

------ Continued on next page ------

```
                                    1280 BROADWAY
                                    HEWLETT, NY 11557
                                    (516)295-7750
                                    320
PAGE   LYUBOV MIRVIS
  2    MARK MIRVIS
       289 BAYBERRY DR
       HEWLETT NY 11557-2721
```

Statement Date: 02/27/13 Account Number: ████0642

************* My Community Free Checking    ████0642 **********************

DATE DESCRIPTION                        CREDITS      DEBITS          BALAN
     Balance Forward from Previous Page

02/25 BILL PAY - MORGAN STANLEY OCWEN              1,300.00-

Checks in Order
     Date    Number        Amount    Date    Number        Amount

     (*) Check Numbers Missing

Statement from 01/26/13 Thru 02/27/13

```
---------------------------------------------------------------
|      Overdraft and Returned-Item Charge and Adjustments Summary |
---------------------------------------------------------------
|                      TOTAL for this Period      TOTAL Year-to-date |
---------------------------------------------------------------
| Total Overdraft Fees    |        $0.00  |              $0.00  |
---------------------------------------------------------------
| Total Returned Item Fees|       $36.00  |             $36.00  |
---------------------------------------------------------------
```

** Eff 11/1/12, the address to report a loss relating to a substitute **
** ck that was posted to your acct has changed to New York Community **
** Bank, 1601 Veterans Highway, Suite 100, Islandia, NY 11749       **

*************Summary of Deposit Accounts *****************************************
AP    ACCOUNT                    BALANCE INT-RATE%  YTD-INT YTD-PENALTY  MATURITY
CK    ████0642

Citibank Client Services    000
PO Box 769013
San Antonio, TX 78245-9013

0-0/R1/04F000

000
CITIBANK, N. A.
**Account** ████3539

MARK MIRVIS
289 BAYBERRY DR
HEWLETT NY                          11557-2721

**Statement Period**
May 6 - Jun 6, 2013

Page 1 of 4

## Relationship Summary:

**Checking**
**Savings**
**Investments**
**(not FDIC Insured)**
**Loans**
**Credit Cards**

**Checking**                                                      **Balance**
   Basic Checking

**Savings**
   Savings

**Total Checking and Savings at Citibank**

---

Citi Bike , NYC's new bike sharing program proudly sponsored by Citi, has arrived. It will be the largest planned bike share system in North America, featuring thousands of bikes and operated by NYC Bike Share, LLC. There are optional daily, weekly or annual passes to choose from. Whether you live in, work in or are visiting the NYC area, you now have a great way of getting around. To find out more, go to NYC Bike Share's website at citibikenyc.com.

---

You've got enough to take care of before the big trip. With World Wallet®, get next business day delivery of foreign currencies to your home, office or nearest branch.
(Anywhere in the Continental U.S.)

Visit your nearest Branch or Call 1-800-756-7050
Ordering limits/fees apply.

MARK MIRVIS

Account ███████3539     Page 2 of 4     0-0/R1/04F000
Statement Period - May 6 - Jun 6, 2013

| Basic Checking Fees* | | Your Fees this Statement Period | |
|---|---|---|---|
| Monthly Service Fee | | | |
| Waived with either 1 Direct Deposit AND 1 qualifying Bill Payment OR $1,500 in average combined deposit balances ** | $10.00 | Waived due to deposit balances | |
| Fee for non-Citibank ATM transaction | $2.00 | None | |

*A transaction is deemed to have been made on the date the transaction is posted to your account which is not necessarily the date you initiated the transaction. Any fees for that transaction, including non-Citibank ATM fees, will appear as charges on your next Citibank statement (to the account that is debited for your monthly service fee).

** 1 Direct Deposit AND 1 qualifying Bill Payment within the statement period; $1,500 in average combined deposit balances for previous calendar month. Qualifying bill payments are those made using Citibank® Online, Citi Mobile (SM) or CitiPhone Banking®.

**Basic Checking**

████████3539

Beginning Balance:
Ending Balance:

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 05/22 | Payment OCWEN LOAN SERVICING    010015  DA | 1,225.00 | | |

*All transaction times and dates reflected are based on Eastern Time.*
' *Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.*

Citibank Client Services    000
PO Box 769013
San Antonio, TX 78245-9013

001/R1/04F000

000
CITIBANK, N. A.
**Account** ████3539

**Statement Period**
Nov 7 - Dec 8, 2013

**MARK MIRVIS**
**289 BAYBERRY DR**
**HEWLETT NY**                    11557-2721

Page 1 of 3

**Relationship Summary:**

**Checking**

**Savings**

**Investments**
**(not FDIC Insured)**

**Loans**

**Credit Cards**

Please help Fundacion Teleton USA improve the lives of children with autism, cancer and other disabilities. You can donate at a Citibank branch or at teletonusa.org. Watch Univision® and donate live, December 13-14, 2013.

In addition to being a Team USA Sponsor, Citi has committed $500,000 to the U.S. Olympic Committee through our Every Step of the Way® program. Each Team Citi athlete has teamed up with a U.S. Olympic, Paralympic or Community program in need. With a simple click you can help award part of Citi's donation. Citi, with you every step of the way. Visit citi.com/EveryStep

| Basic Checking Fees* | Your Fees this Statement Period | |
|---|---|---|
| Monthly Service Fee<br><br>Waived with either 1 Direct Deposit AND 1 qualifying Bill Payment OR $1,500 in average combined deposit balances ** | $10.00 | Waived due to deposit balances |
| Fee for non-Citibank ATM transaction | $2.00 | None |

*A transaction is deemed to have been made on the date the transaction is posted to your account which is not necessarily the date you initiated the transaction. Any fees for that transaction, including non-Citibank ATM fees, will appear as charges on your next Citibank statement (to the account that is debited for your monthly service fee).

** 1 Direct Deposit AND 1 qualifying Bill Payment within the statement period; $1,500 in average combined deposit balances for previous calendar month. Qualifying bill payments are those made using Citibank® Online, Citi Mobile (SM) or CitiPhone Banking®.

MARK MIRVIS

Account ▮▮▮3539          Page 2 of 3          001/R1/04F000
Statement Period - Nov 7 - Dec 8, 2013

## Basic Checking
▮▮▮3539

Beginning Balance:
Ending Balance:

| Date | Description | Amount Subtracted | Amount Added | Balance |
|------|-------------|-------------------|--------------|---------|
| 12/04 | Payment OCWEN LOAN SERVICING    010032  DA | | 1,220.00 | |

*All transaction times and dates reflected are based on Eastern Time.*
¹ *Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.*

### ThankYou® Points Summary

| | |
|---|---|
| Points from checking account and other products and services | |
| Total Points forwarded to Citi® ThankYou® Rewards | 0 |
| Go to thankyou.com to review your point balance and redeem! | 0 |

This summary includes only points awarded for the Citibank checking account relationship and may not reflect any bonus points received through a promotional offer. You can obtain updated point information by accessing your ThankYou Member Account at www.thankyou.com. Please refer to the Citibank Program ThankYou Rewards Terms and Conditions provided to the primary (first) signer of the checking account upon enrollment of your Citibank checking account and the Terms and Conditions of ThankYou Rewards for important details.

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 800-627-3999 (For Speech and Hearing Impaired Customers Only TDD: 800-945-0258) | Citibank Client Services 100 Citibank Drive San Antonio, TX 78245-9966 |

Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.

The products reported on this statement have been combined onto one monthly statement at your request. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

**CHECKING AND SAVINGS**
**FDIC Insurance:**
Products reported in CHECKING and SAVINGS are insured by the Federal Deposit Insurance Corporation. Please consult your Citibank Customer Manual for full details and limitations of FDIC coverage.

**CERTIFICATES OF DEPOSIT**
Certificate of Deposit (CD) information may show dashes in certain fields if on the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period. Updated information will be reflected on a subsequent statement.

Citibank Client Services     000
PO Box 769013
San Antonio, TX 78245-9013

001/R1/04F000

000
CITIBANK, N. A.
**Account** ████3539

**MARK MIRVIS**
**289 BAYBERRY DR**
**HEWLETT NY**                    11557-2721

**Statement Period**
**Nov 7 - Dec 8, 2013**

Page 1 of 3

**Relationship Summary:**

| Checking |
|---|
| Savings |
| Investments (not FDIC Insured) |
| Loans |
| Credit Cards |

Please help Fundacion Teleton USA improve the lives of children with autism, cancer and other disabilities. You can donate at a Citibank branch or at teletonusa.org. Watch Univision® and donate live, December 13-14, 2013.

In addition to being a Team USA Sponsor, Citi has committed $500,000 to the U.S. Olympic Committee through our Every Step of the Way® program. Each Team Citi athlete has teamed up with a U.S. Olympic, Paralympic or Community program in need. With a simple click you can help award part of Citi's donation. Citi, with you every step of the way. Visit citi.com/EveryStep

| Basic Checking Fees* | Your Fees this Statement Period | |
|---|---|---|
| Monthly Service Fee | | |
| Waived with either 1 Direct Deposit AND 1 qualifying Bill Payment OR $1,500 in average combined deposit balances ** | $10.00 | Waived due to deposit balances |
| Fee for non-Citibank ATM transaction | $2.00 | None |

*A transaction is deemed to have been made on the date the transaction is posted to your account which is not necessarily the date you initiated the transaction. Any fees for that transaction, including non-Citibank ATM fees, will appear as charges on your next Citibank statement (to the account that is debited for your monthly service fee).

** 1 Direct Deposit AND 1 qualifying Bill Payment within the statement period; $1,500 in average combined deposit balances for previous calendar month. Qualifying bill payments are those made using Citibank® Online, Citi Mobile (SM) or CitiPhone Banking®.

**MARK MIRVIS**

Account █████3539          Page 2 of 3          001/R1/04F000
Statement Period -  Nov 7 - Dec 8, 2013

## Basic Checking
█████**3539**

Beginning Balance:
Ending Balance:

| Date | Description | Amount Subtracted | Amount Added | Balance |
|------|-------------|-------------------|--------------|---------|
| 12/04 | Payment OCWEN LOAN SERVICING        010032  DA | | 1,220.00 | |

*All transaction times and dates reflected are based on Eastern Time.*
¹ *Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.*

| ThankYou® Points Summary | |
|---|---|
| Points from checking account and other products and services | |
| Total Points forwarded to Citi® ThankYou® Rewards | 0 |
| Go to thankyou.com to review your point balance and redeem! | 0 |

This summary includes only points awarded for the Citibank checking account relationship and may not reflect any bonus points received through a promotional offer. You can obtain updated point information by accessing your ThankYou Member Account at www.thankyou.com. Please refer to the Citibank Program ThankYou Rewards Terms and Conditions provided to the primary (first) signer of the checking account upon enrollment of your Citibank checking account and the Terms and Conditions of ThankYou Rewards for important details.

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 800-627-3999 (For Speech and Hearing Impaired Customers Only TDD: 800-945-0258) | Citibank Client Services 100 Citibank Drive San Antonio, TX 78245-9966 |

**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.**

The products reported on this statement have been combined onto one monthly statement at your request. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

**CHECKING AND SAVINGS**
**FDIC Insurance:**
Products reported in CHECKING and SAVINGS are insured by the Federal Deposit Insurance Corporation. Please consult your Citibank Customer Manual for full details and limitations of FDIC coverage.

**CERTIFICATES OF DEPOSIT**
Certificate of Deposit (CD) information may show dashes in certain fields if on the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period. Updated information will be reflected on a subsequent statement.

Citibank Client Services    000
PO Box 769013
San Antonio, TX 78245-9013

001/R1/04F000

000
CITIBANK, N. A.
**Account** 3539

MARK MIRVIS
289 BAYBERRY DR
HEWLETT NY

11557-2721

**Statement Period**
Dec 9 - Jan 6, 2014

Page 1 of 3

**Relationship Summary:**

| Checking |
| Savings |
| Investments (not FDIC Insured) |
| Loans |
| Credit Cards |

| Basic Checking Fees* | | Your Fees this Statement Period | |
|---|---|---|---|
| Monthly Service Fee | | | |
| Waived with either 1 Direct Deposit AND 1 qualifying Bill Payment OR $1,500 in average combined deposit balances ** | $10.00 | Waived due to deposit balances | |
| Fee for non-Citibank ATM transaction | $2.00 | None | |

*A transaction is deemed to have been made on the date the transaction is posted to your account which is not necessarily the date you initiated the transaction. Any fees for that transaction, including non-Citibank ATM fees, will appear as charges on your next Citibank statement (to the account that is debited for your monthly service fee).

** 1 Direct Deposit AND 1 qualifying Bill Payment within the statement period; $1,500 in average combined deposit balances for previous calendar month. Qualifying bill payments are those made using Citibank® Online, Citi Mobile (SM) or CitiPhone Banking®.

**Basic Checking**
3539

Beginning Balance:
Ending Balance:

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 12/27 | Payment HOMEQ SERVICING CORPORATION   010038  DA | | 1,220.00 | |

Citibank Client Services      000
PO Box 769013
San Antonio, TX 78245-9013

001/R1/04F000

000
CITIBANK, N. A.
**Account** ▮▮▮▮3539

**MARK MIRVIS**
**289 BAYBERRY DR**
**HEWLETT NY**                    11557-2721

**Statement Period**
**Nov 7 - Dec 7, 2014**

Page 1 of 3

**Relationship Summary:**

| Checking |
|---|
| Savings |
| Investments (not FDIC Insured) |
| Loans |
| Credit Cards |

Please help Fundacion Teleton USA improve the lives of children
with autism, cancer and other disabilities. You can donate at a
Citibank branch or at teletonusa.org.
Watch Univision® and donate live, December 12-13, 2014.

This season, give yourself the gift of a new home. Whether you are looking for
your first home or your next, Citibank can help with rate and closing costs discounts
for valued customers like you. For details,call 1-877-707-1799. Offer Code: 13337-5.
NMLS# 412915

| Basic Checking Fees* | Your Fees this Statement Period | |
|---|---|---|
| Monthly Service Fee | | |
| Waived with either 1 Direct Deposit AND 1 qualifying Bill Payment OR $1,500 in average combined deposit balances ** | $10.00 | Waived due to deposit balances |
| Fee for non-Citibank ATM transaction | $2.50 | None |

*A transaction is deemed to have been made on the date the transaction is posted to your account which is
not necessarily the date you initiated the transaction. Any fees for that transaction, including non-Citibank
ATM fees, will appear as charges on your next Citibank statement (to the account that is debited for your
monthly service fee).

** 1 Direct Deposit AND 1 qualifying Bill Payment within the statement period; $1,500 in average combined
deposit balances for previous calendar month. Qualifying bill payments are those made using Citibank®
Online, Citi Mobile (SM) or CitiPhone Banking®.

MARK MIRVIS

Account ▆▆▆3539          Page 2 of 3

Statement Period - Nov 7 - Dec 7, 2014          001/R1/04F000

**Basic Checking**

▆▆▆ 3539

Beginning Balance:
Ending Balance:

| Date | Description | Amount Subtracted | Amount Added | Balance |
|------|-------------|-------------------|--------------|---------|
| 11/25 | Payment HOMEQ SERVICING CORPORATION  010058  DA | 1,240.00 | | |

*All transaction times and dates reflected are based on Eastern Time.*
¹ *Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.*

**ThankYou® Points Summary**

| Points from checking account and other products and services | |
|---|---|
| Total Points forwarded to Citi® ThankYou® Rewards | 0 |
| Go to thankyou.com to review your point balance and redeem! | 0 |

This summary includes only points awarded for the Citibank checking account relationship and may not reflect any bonus points received through a promotional offer. You can obtain updated point information by accessing your ThankYou Member Account at www.thankyou.com. Please refer to the Citibank Program ThankYou Rewards Terms and Conditions provided to the primary (first) signer of the checking account upon enrollment of your Citibank checking account and the Terms and Conditions of ThankYou Rewards for important details.

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 800-627-3999 (For Speech and Hearing Impaired Customers Only TDD: 800-945-0258) | Citibank Client Services 100 Citibank Drive San Antonio, TX 78245-9966 |

**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.**

The products reported on this statement have been combined onto one monthly statement at your request. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

**CHECKING AND SAVINGS**
**FDIC Insurance:**
Products reported in CHECKING and SAVINGS are insured by the Federal Deposit Insurance Corporation. Please consult your Citibank Customer Manual for full details and limitations of FDIC coverage.

**CERTIFICATES OF DEPOSIT**
Certificates of Deposit (CD) information may show dashes in certain fields if on the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period.

Citibank Client Services    000
PO Box 769013
San Antonio, TX 78245-9013

001/R1/04F000

000
CITIBANK, N. A.
**Account**
▮▮▮▮3539
**Statement Period**
**Dec 8 - Jan 6, 2015**

MARK MIRVIS
289 BAYBERRY DR
HEWLETT NY

11557-2721

Page 1 of 3

## Relationship Summary:

**Checking**
**Savings**
**Investments**
**(not FDIC Insured)**
**Loans**
**Credit Cards**

Citibank Global Transfers to and from Germany and Belgium will be discontinued as of December 8th, 2014. We ask that you please use our Wire Transfer service to send funds to these destinations.*
* Please refer to your Client Manual and Marketplace Addendum for information regarding fees and other terms regarding our wire transfer service.

Let Citibank help you start the New Year off in a new home. Whether you're a first time home buyer or need a home that better suits your needs, Citibank can help with rate and closing costs discounts for valued customers like you. Call 1-877-707-1799. Offer Code: 13337-5. NMLS# 412915

| Basic Checking Fees* | Your Fees this Statement Period | |
|---|---|---|
| Monthly Service Fee | | |
| Waived with either 1 Direct Deposit AND 1 qualifying Bill Payment OR $1,500 in average combined deposit balances ** | $10.00 | Waived due to deposit balances |
| Fee for non-Citibank ATM transaction | $2.50 | None |

*A transaction is deemed to have been made on the date the transaction is posted to your account which is not necessarily the date you initiated the transaction. Any fees for that transaction, including non-Citibank ATM fees, will appear as charges on your next Citibank statement (to the account that is debited for your monthly service fee).

** 1 Direct Deposit AND 1 qualifying Bill Payment within the statement period; $1,500 in average combined deposit balances for previous calendar month. Qualifying bill payments are those made using Citibank® Online, Citi Mobile (SM) or CitiPhone Banking®.

## Basic Checking
▮▮▮▮3539

**Beginning Balance:**
**Ending Balance:**

| Date | Description | | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|---|
| 12/08 | Payment PSEG - LI | 010062  DA | 253.83 | | |

MARK MIRVIS

Account ████ 3539          Page 2 of 3

Statement Period - Dec 8 - Jan 6, 2015

001/R1/04F000

| Date | Description | Amount Subtracted | Amount Added | Balance |
|------|-------------|-------------------|--------------|---------|
| 12/29 | Payment HOMEQ SERVICING CORPORATION  010065  DA | 1,250.00 | | |

*All transaction times and dates reflected are based on Eastern Time.*

### ThankYou® Points Summary

| | |
|---|---|
| Points from checking account and other products and services | |
| Total Points forwarded to Citi® ThankYou® Rewards | 0 |
| Go to thankyou.com to review your point balance and redeem! | 0 |

This summary includes only points awarded for the Citibank checking account relationship and may not reflect any bonus points received through a promotional offer. You can obtain updated point information by accessing your ThankYou Member Account at www.thankyou.com. Please refer to the Citibank Program ThankYou Rewards Terms and Conditions provided to the primary (first) signer of the checking account upon enrollment of your Citibank checking account and the Terms and Conditions of ThankYou Rewards for important details.

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 800-627-3999 (For Speech and Hearing Impaired Customers Only TDD: 800-945-0258) | Citibank Client Services 100 Citibank Drive San Antonio, TX 78245-9966 |

**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.**

The products reported on this statement have been combined onto one monthly statement at your request. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

**CHECKING AND SAVINGS**
**FDIC Insurance:**
Products reported in CHECKING and SAVINGS are insured by the Federal Deposit Insurance Corporation. Please consult your Citibank Customer Manual for full details and limitations of FDIC coverage.

**CERTIFICATES OF DEPOSIT**
Certificates of Deposit (CD) information may show dashes in certain fields if on the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period.

**IN CASE OF ERRORS**
**In Case of Errors or Questions About Your Electronic Fund Transfers:**
If you think your statement or record is wrong or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the **first** statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic fund transfer in accordance with the Electronic Fund Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details. **Give us the following information:** (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.