# Exhibit "B"

i-ARC!

Page 1 of 1



Posting Date: 01/14/2010
Sequence Number: 3590270834
Amount: 2,070.00
Account: 3239
Routing Transit Number: 02127272
Check/Serial Number: 000000000227
Bank Number: 802
IRD Indicator: 0
Image type: P
BOFD: 074909962
Cost Center: 407
Teller Number: 3
Teller Sequence Number: 93
Capture Source: BY
Entry Number: 3290
UDK: 8021001140035902708
ICLr: No

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved

https://transviewer.jpmchase.net/aidwviewer/checkItemIframe.jsp

1/28/2016

i-ARC!

Page 1 of 1

**MARK MIRVIS**
**LYUBOV MIRVIS**
289 BAYBERRY DRIVE
HEWLETT, NY 11557-2721

citigroupJ
SMITHBARNEY
1211
55-7265/212

11/15/10
Date

Pay to the Order of CHASE      $ 2070.00

Two Thousand Seventy 00/100 Dollars

FINANCIAL MANAGEMENT ACCOUNT
800-423-7248
Citibank, N.A. Englewood Cliffs, N.J

For 5266    M. Mirvis

⑆026276655⑆ 8219⑊ 1211

| | |
|---|---|
| Posting Date: | 11/15/2010 |
| Sequence Number: | 2180586641 |
| Amount: | 2,070.00 |
| Account: | 8219 |
| Routing Transit Number: | 02127265 |
| Check/Serial Number: | 000000000000 |
| Bank Number: | 802 |
| IRD Indicator: | 0 |
| Image type: | P |
| BOFD: | 074909962 |
| Cost Center: | 747318 |
| Teller Number: | 9 |
| Teller Sequence Number: | 284 |
| Capture Source: | BY |
| Entry Number: | 5560 |
| UDK: | 8021011150021 80586641 |
| ICLr: | No |

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved



i-ARC!

Page 1 of 1

MARK MIRVIS 11-10
LYUBOV MIRVIS
289 BAYBERRY DR
HEWLETT HARBOR, NY 11557

108

3/12/11

1-1367/260
715

Pay to the Order of CHASE | $1870.00

Eighteen Hundred Seventy Dollars

TD Bank
America's Most Convenient Bank®

For ▮▮▮▮▮ 5266  /s/ M. Mirvis

⑈026013673⑈  9935⑈'  0108

Posting Date: 03/14/2011
Sequence Number: 4670731248
Amount: 1,870.00
Account: ▮▮▮▮9935
Routing Transit Number: 02601367
Check/Serial Number: 000000000000
Bank Number: 802
IRD Indicator: 0
Image type: P
BOFD: 074909962
Cost Center: 407
Teller Number: 6
Teller Sequence Number: 131
Capture Source: BY
Entry Number: 4812
UDK: 8021103140046707 31248
ICLr: No

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved

i-ARC!

Page 1 of 1



Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved

i-ARC!

Page 1 of 1



Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved

i-ARC!

Page 1 of 1

| | |
|---|---|
| **LYUBOV MIRVIS**<br>**MARK MIRVIS**<br>Pay to the Order of: CHASE<br>Date: 2/07/13<br>$ 4127.58<br>Fourty One Hundred Twenty Seven 58/100<br>ROSLYN<br>For: 5266 124 Mirvis<br>:226071004: 0642  0131<br>Check # 131 | Posting Date: 02/08/2013<br>Sequence Number: 9070588748<br>Amount: 4,127.58<br>Account: ▮▮▮▮0642<br>Routing Transit Number: 22607100<br>Check/Serial Number: 000000000000<br>Bank Number: 802<br>IRD Indicator: 0<br>Image type: P<br>BOFD: 074909962<br>Cost Center: 747318<br>Teller Number: 1<br>Teller Sequence Number: 158<br>Capture Source: BY<br>Entry Number: 0000002785<br>UDK: 802130208009070588748<br>ICLr: No |

JPMorganChaseBank 02080 747318 94133094253

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved