**Exhibit "C"**



Account: 9935
Amount: 3,726.21
PostDate: 20110126
Tran_ID: 505051967

MARK MIRVIS 11-10
LYUBOV MIRVIS
289 BAYBERRY DR
HEWLETT HARBOR, NY 11557

Date: 1/22/11
Pay to the Order of: Donald Kr Clavin to Receiver of Taxes — $ 3726.21
Thirty Seven Hundred Twenty Six 21/100 Dollars

For: Sect 60lc 282017

Account: 9935
Amount: 3,726.21
PostDate: 20110126
Tran_ID: 505051967











**MARK MIRVIS**
289 BAYBERRY DR.
HEWLETT, NY 11557

1-8/210 **230**   104

Date 5/20/13

Pay to the order of  The Incorporated Village of Hewlett Harbor   $ 909.59

Nine Hundred and nine 59/100 Dollars

**citibank**

CITIBANK N A BR #230
287 MERRICK ROAD
ROCKVILLE CENTRE, NY 11570

Memo  Property ID: 42-266   /s/ M. Mirvis

⑆021000089⑆    3539⑉ 0104

JPMorganChaseBank 060701 747318 941330025362



FOR DEPOSIT ONLY
INC. VILLAGE OF HEWLETT HARBOR
OPERATING ACCOUNT

**MARK MIRVIS**
289 BAYBERRY DR.
HEWLETT, NY 11557

1-4/210 230     112

Date 5/07/14

Pay to the order of Donald X. Clavin Jr, Receiver   $ 8057 45 or 50¢~

Eight Thousand Fifty Seven 45/100 Dollars

citibank

CITIBANK N.A. BR #230
297 MERRICK ROAD
ROCKVILLE CENTRE, NY 11570

Blk 266 Lot 0001

Memo  SD, 014, Sec 42     M. Mirvis

⑇021000089⑇ ▮▮▮▮▮▮3539⑇ 0112

---

C

Pay to DXC, Jr. Receiver of Taxes 05/14/2014.002.008317.35.2
851514  ▮▮▮▮3581>826813576<Sig Bank