**Exhibit "D"**

Financial Management Account

February 1 - February 28, 2010

Ref. 00005983 00612871

B100000005983 310057AJ01 WSC00109A
MARK MIRVIS AND
LYUBOV MIRVIS JTWROS
289 BAYBERRY DRIVE
HEWLETT NY 11557-2721

Account carried by Citigroup Global Markets Inc. Member SIPC.



Morgan Stanley Smith Barney LLC. Member SIPC.
Your Financial Advisor

Website: www.smithbarney.com

Account number  $ 890

FMA Client Services: 1-800-634-9855
Branch Phone: 800 468 0019
TTY/TDD Deaf & Hard of hearing: 800-227-4238

Page 1 of 4

Financial Management Account

February 1 - February 28, 2010

MARK MIRVIS AND

Account number ██████ 5 890

Ref. 00005983 00042873

Account number ••••••2439 - Citibank NA

**Checks written**

| Check no | Date written | Date cleared | Description | Tracking code | Amount |  Check no | Date written | Date cleared | Description | Tracking code | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 99997 | 01/29/10 | 02/01/10 | CHUBB & SON | K | 1,300.00 | | | | | | |

*Check missing in sequence

**Summary of tracking codes**



**Bank Deposit Program‡ activity**

The term DEPOSIT typically refers to client initiated deposit of funds. The term AUTODEPOSIT typically refers to the "sweep" of funds into a Program Bank that results from proceeds of a transaction, a dividend from a stock or interest from a bond. Conversely, WITHDRAWAL is the term that refers to transactions that cause funds to be redeemed from a Program Bank, such as the payment for an investment purchase or the payment of FMA checks that you have written.

| Date | Activity | Description | Amount |
|---|---|---|---|
| | Opening balance | | ██████ |



Ref: 00035740 00173809

C1000003574G 3100008AI01  WSC00060A
MARK MIRVIS AND
LYUBOV MIRVIS JTWROS
289 BAYBERRY DRIVE
HEWLETT NY  11557-2721

Account carried by Citigroup Global Markets Inc.  Member SIPC.

Financial Management Account
March 1 - March 31, 2010

Morgan Stanley Smith Barney LLC.  Member SIPC.
Your Financial Advisor



Account number

$ 890

Website  www.smithbarney.com

FMA Client Services: 1-800-634-9855
Branch Phone: 800 468 0019
TTY/TDD Deaf & Hard of hearing: 800-227-4238

Page 1 of 4



Financial Management Account
March 1 - March 31, 2010

MARK MIRVIS AND

Account number 401-41361-15 890

Page 3 of 4

Ref: 00035740 00173811

**Checks written**

Account number ******2439 - Citibank NA

| Check no. | Date written | Date cleared | Description | Tracking code | Amount | Check no. | Date written | Date cleared | Description | Tracking code | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 99997 | 03/02/10 | 03/03/10 | CHUBB & SON | K | 1,310.00 | | | | | | |

*Check missing in sequence

**Summary of tracking codes**

**Bank Deposit Program: activity**

The term DEPOSIT typically refers to client initiated deposit of funds. The term AUTODEPOSIT typically refers to the "sweep" of funds into a Program Bank that results from proceeds of a transaction, a dividend from a stock or interest from a bond. Conversely, WITHDRAWAL is the term that refers to transactions that cause funds to be redeemed from a Program Bank, such as the payment for an investment purchase or the payment of FMA checks that you have written.

| Date | Activity | Description | Amount |
|---|---|---|---|
| | | Opening balance | |
| | | | |
| Date | Activity | Description | Amount |

Ref: 00027467 00131190

D)000002746/7  310120A01  WSC000669A
MARK MIRVIS AND
LYUBOV MIRVIS JTWROS
289 BAYBERRY DRIVE
HEWLETT NY  11557-2721

Financial Management Account

April 1 - April 30, 2010

Page 1 of 4

Morgan Stanley Smith Barney LLC. Member SIPC
Your Financial Advisor

Account number

$   890

FMA Client Services: 1-800-634-9855
Branch Phone: 800 468 0019
TTY/TDD Deaf & Hard of hearing: 800-227-4238

Website: www.smithbarney.com

.



Account carried by Citigroup Global Markets Inc. Member SIPC

Ref: 00627467 00131192

Financial Management Account
April 1 - April 30, 2010

MARK MIRVIS AND

Page 3 of 4

Account number          $   890

Checks written

Account number  ••••••2439  -  Citibank NA

| Check no. | Date written | Date cleared | Description | Tracking code | Amount | Check no. | Date written | Date cleared | Description | Tracking code | Amount |
|-----------|-------------|-------------|-------------|---------------|--------|-----------|-------------|-------------|-------------|---------------|--------|
| 99997 | 04/02/10 | 04/05/10 | CHUBB & SON | K | 1,311.85 | | | | | | |

Summary of tracking codes



Bank Deposit Program® activity

The term DEPOSIT typically refers to client initiated deposit of funds. The term AUTODEPOSIT typically refers to the "sweep" of funds into a Program Bank that results from proceeds of a transaction, a dividend from a stock or interest from a bond. Conversely, WITHDRAWAL is the term that refers to transactions that cause funds to be redeemed from a Program Bank, such as the payment for an investment purchase or the payment of FMA checks that you have written.

| Date | Activity | Description | Amount |
|------|----------|-------------|--------|
| | Opening balance | | |

Financial Management Account

May 31 - June 30, 2010

Page 1 of 4

Ref: 00042141 00201803

F100000042141 310181AE01 WSC000060A
MARK MIRVIS AND
LYUBOV MIRVIS JTWROS
289 BAYBERRY DRIVE
HEWLETT NY 11557-2721

Morgan Stanley Smith Barney LLC, Member SIPC
Your Financial Advisor

Account number $ 890

FMA Client Services: 1-800-634-9855
Branch Phone: 800 468 0019
TTY/TDD Deaf & Hard of hearing: 800-227-4238

Website: www.smithbarney.com

Account carried by Citigroup Global Markets Inc. Member SIPC.

Financial Management Account

May 31 - June 30, 2010

Page 3 of 4

Ref 00042141 00201805

MARK MIRVIS AND

Account number [REDACTED] 890

Checks written

Account number ******2439  -  Citibank NA

| Check no. | Date written | Date cleared | Description | Tracking code | Amount | Check no. | Date written | Date cleared | Description | Tracking code | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 99997 | 06/08/10 | 06/08/10 | CHUBB & SON | K | 100 00 |

*Check missing in sequence

Summary of tracking codes



Bank Deposit Program‡ activity

The term DEPOSIT typically refers to client initiated deposit of funds. The term AUTODEPOSIT typically refers to the "sweep" of funds into a Program Bank that results from proceeds of a transaction, a dividend from a stock or interest from a bond. Conversely, WITHDRAWAL is the term that refers to transactions that cause funds to be redeemed from a Program Bank, such as the payment for an investment purchase or the payment of FMA checks that you have written.

| Date | Activity | Description | Amount | Date | Activity | Description | Amount |
|---|---|---|---|---|---|---|---|
| Opening balance | | | | | | | |

Message:  If you are currently enrolled in Women & Co.E, an educational resource provided by Citi, Morgan Stanley Smith Barney will no longer offer this service to you after July 31, 2010. Women & Co. will continue to recognize you as a valued member. Please contact Women & Co. at 800-930-2544 if you have any questions about your current or future membership benefits.

Ref: 00029421 00157245

G1000029421 31021AE01 WSC00060A
MARK MIRVIS AND
LYUBOV MIRVIS JTWROS
289 BAYBERRY DRIVE
HEWLETT NY 11557-2721

Account carried by Citigroup Global Markets Inc. Member SIPC.

Financial Management Account
July 1 - July 31, 2010

Morgan Stanley Smith Barney LLC, Member SIPC.
Your Financial Advisor

Website: www.smithbarney.com

Account number
 890

Page 1 of 4

FMA Client Services: 1-800-634-9855
Branch Phone: 800 468 0019
TTY/TDD Deaf & Hard of hearing: 800-227-4238

Financial Management Account

July 1 - July 31, 2010

MARK MIRVIS AND

Account number  $ 890

Page 3 of 4

Ref: 00029421 00157247

Checks written

Account number ******2439 - Citibank NA

| Check no | Date written | Date cleared | Description | Tracking code | Amount |
|---|---|---|---|---|---|
| 99997 | 07/07/10 | 07/07/10 | CHUBB & SON | K | 70.00 |

*Check missing in sequence

Summary of tracking codes

Bank Deposit Program® activity

The term DEPOSIT typically refers to client initiated deposit of funds. The term AUTODEPOSIT typically refers to the "sweep" of funds into a Program Bank that results from proceeds of a transaction, a dividend from a stock or interest from a bond. Conversely, WITHDRAWAL is the term that refers to transactions that cause funds to be redeemed from a Program Bank, such as the payment for an investment purchase or the payment of FMA checks that you have written.

| Date | Activity | Description | Amount |
|---|---|---|---|
| Opening balance | | | |

| Check no | Date written | Date cleared | Description | Tracking code | Amount |
|---|---|---|---|---|---|

| Date | Activity | Description | Amount |
|---|---|---|---|



Ref. 00023372 00121908

H1000023372 310243AE01 WSC00060A
MARK MIRVIS AND
LYUBOV MIRVIS JTWROS
289 BAYBERRY DRIVE
HEWLETT NY 11557-2721

Account carried by Citigroup Global Markets Inc. Member SIPC.

Financial Management Account

August 1 - August 31, 2010

Page 1 of 4

Morgan Stanley Smith Barney LLC. Member SIPC.
Your Financial Advisor

Account number $ 890

Website www.smithbarney.com

FMA Client Services: 1-800-634-0855
Branch Phone: 800 468 0019
TTY/TDD Deaf & Hard of hearing: 800-227-4238



Page 3 of 4

Financial Management Account
August 1 - August 31, 2010

MARK MIRVIS AND

Account number ███████ 5 890

Ref 00023372 00121910

Checks written

Account number ******2439 - Citibank NA

| Check no. | Date written | Date cleared | Description | Tracking code | Amount | Check no. | Date written | Date cleared | Description | Tracking code | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 99997 | 08/03/10 | 08/03/10 | CHUBB & SON | K | 82.40 | | | | | | |

Total checks written

Summary of tracking codes

**Bank Deposit Program® activity**

The term DEPOSIT typically refers to client initiated deposit of funds. The term AUTODEPOSIT typically refers to the "sweep" of funds into a Program Bank that results from proceeds of a transaction, a dividend from a stock or interest from a bond. Conversely, WITHDRAWAL is the term that refers to transactions that cause funds to be redeemed from a Program Bank, such as the payment for an investment purchase or the payment of FMA checks that you have written.

| Date | Activity | Description | Amount | Date | Activity | Description | Amount |
|---|---|---|---|---|---|---|---|
| | Opening balance | | | | | | |

Message: Important information if you are a margin customer
If you have a margin account with us, as permitted by law we may use certain securities in your account for, among other things, settling short sales and lending the securities for short sales, and as a result may receive compensation in connection therewith.

Ref: 00049040 00229024

I1000049040  310273AJ01  WSC000603A
MARK MIRVIS AND
LYUBOV MIRVIS JTWROS
289 BAYBERRY DRIVE
HEWLETT NY  11557-2721

Financial Management Account
September 1 - September 30, 2010

Page 1 of 4

Account number
     890

Morgan Stanley Smith Barney LLC. Member SIPC
Your Financial Advisor



Website: www.smithbarney.com

FMA Client Services: 1-800-634-0855
Branch Phone: 800 468 0019
TTY/TDD Deaf & Hard of hearing: 800-227-4238

Account carried by Citigroup Global Markets Inc. Member SIPC



Financial Management Account

September 1 – September 30, 2010

MARK MIRVIS AND

Page 3 of 4

Account number ███████ $ 890

Ref: 00049040 00229026

**Checks written**

Account number •••••2439  -  Citibank N.A.

| Check no | Date written | Date cleared | Description | Tracking code | Amount | Check no | Date written | Date cleared | Description | Tracking code | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 99997 | 09/07/10 | 09/07/10 | CHUBB & SON | K | 200.00 | | | | | | |

*Check missing in sequence

**Summary of tracking codes**

**Bank Deposit Program® activity**

The term DEPOSIT typically refers to client initiated deposit of funds. The term AUTODEPOSIT typically refers to the "sweep" of funds into a Program Bank that results from proceeds of a transaction, a dividend from a stock or interest from a bond. Conversely, WITHDRAWAL is the term that refers to transactions that cause funds to be redeemed from a Program Bank, such as the payment for an investment purchase or the payment of FMA checks that you have written.

| Date | Activity | Description | Amount | Date | Activity | Description | Amount |
|---|---|---|---|---|---|---|---|
| Opening balance | | | | | | | |

Message:  Consolidated Statement of Financial Condition:
At June 30, 2010, Citigroup Global Markets Inc. had net capital of $8.31 billion which exceeded the Securities and Exchange Commission's minimum requirement by $7.56 billion.  A copy of the Citigroup Global Markets Inc. Consolidated Statement of Financial Condition can be viewed online at : www.smithbarney.com/pdf/sb62436.pdf or may be mailed to you at no cost by calling (877) 936-2737.

Ref: 00030230 00154001

K1000030230  310334AE01  WSC00060A
MARK MIRVIS AND
LYUBOV MIRVIS JTWROS
289 BAYBERRY DRIVE
HEWLETT NY   11557-2721

Account carried by Citigroup Global Markets Inc.  Member SIPC

Financial Management Account
November 1 - November 30, 2010

Morgan Stanley Smith Barney LLC. Member SIPC.
Your Financial Advisor

Website: www.smithbarney.com

Account number
890

FMA Client Services: 1-800-634-9855
Branch Phone: 800 468 0019
TTY/TDD Deaf & Hard of hearing: 800-227-1238

Page 1 of 4

Financial Management Account
November 1 - November 30, 2010

MARK MIRVIS AND

Account number ▮ ▮▮▮▮ $  890

Page 3 of 4

Ref 00030230 001S4003

Account number  ******2439  -  Citibank NA

Checks written

Checks written

| Check no | Date written | Date cleared | Description | Tracking code | Amount |
|---|---|---|---|---|---|

| Check no | Date written | Date cleared | Description | Tracking code | Amount |
|---|---|---|---|---|---|
| 99997 | 11/01/10 | 11/02/10 | CHUBB & SON | K | 200.00 |

*Check missing in sequence

Summary of tracking codes

Bank Deposit Program® activity

The term DEPOSIT typically refers to client-initiated deposit of funds. The term AUTODEPOSIT typically refers to the "sweep" of funds into a Program Bank that results from proceeds of a transaction, a dividend from a stock or interest from a bond. Conversely, WITHDRAWAL is the term that refers to transactions that cause funds to be redeemed from a Program Bank, such as the payment for an investment purchase or the payment of FMA checks that you have written.

| Date | Activity | Description | Amount |
|---|---|---|---|
| Opening balance | | | |





**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MARK MIRVIS
LYUBOV MIRVIS

Page: 4 of 5
Statement Period:  Jan 12 2011-Feb 11 2011
Cust Ref #: ███████████ T-###
Primary Account #: ███████ 9935

---

DAILY ACCOUNT ACTIVITY

Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 1/31 | eBillPay BILL PYMT CHUBB & SON | | 1,500.00 |
| 2/10 | eBillPay BILL PYMT CHUBB & SON | | 227.60 |



Call 1-800-YES-2000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED          WWW.TDBANK.COM



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MARK MIRVIS
LYUBOV MIRVIS

Page:                                                    3 of 4
Statement Period:  Mar 12 2011-Apr 11 2011
Cust Ref #:                            -T-###
Primary Account #:                    9935

---

DAILY ACCOUNT ACTIVITY

Electronic Payments

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| | | | |
| 3/25 | eBillPay | | 1,351.37 |
| | BILL PYMT | | |
| | CHUBB & SON | | |



Call 1-800-YES-2000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED        ©         WWW.TDBANK.COM

PRINTSET=10053200010642027000100000000021155727210827110927111

1280 BROADWAY
HEWLETT, NY 11557
(516)295-7750
320

0113

```
1   LYUBOV MIRVIS
    MARK MIRVIS
    289 BAYBERRY DR
    HEWLETT NY 11557-2721
```

Statement Date: 09/27/11 Account Number: ████0642

************** My Community Free Checking ████0642 ***********************

********** REWARD POINT SUMMARY ████0642 ***********************

| STMT DATE | DESCRIPTION | BEGINNING BALANCE + | POINTS EARNED - | REDEEMED/ EXPIRED = | ENDING BALANCE |
|---|---|---|---|---|---|
| 09/27/2011 | EVEN MORE REWARDS | 0 | 0 | 0 | 0 |

*****************************************************************

Account Summary
Previous Statement Date: 08/26/11

| Beginning Balance + | Deposits + | Interest Paid - | Withdrawals - | Service Charge = | Ending Balance |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Account Detail

| Date | Description | Credits | Debits | Balance |
|---|---|---|---|---|
| 09/06 | BILL PAY - Chubb  001P #5151 |  | 1,400.00- |  |
| 09/06 | BILL PAY - CHUBB  002P #7898 |  | 295.00- |  |

Checks in Order

| Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Statement from 08/27/11 Thru 09/27/11

------ Continued on next page ------

PRINTSET=10053200010642027000000000000211557272109281110 2711

1280 BROADWAY
HEWLETT, NY 11557
(516)295-7750
320

LYUBOV MIRVIS
MARK MIRVIS
289 BAYBERRY DR
HEWLETT NY 11557-2721

0113

Statement Date: 10/27/11 Account Number: ████0642

************** My Community Free Checking ████0642 **********************

**********  REWARD POINT SUMMARY ████0642 **********************

| STMT DATE | DESCRIPTION | BEGINNING BALANCE + | POINTS EARNED − | REDEEMED/ EXPIRED = | ENDING BALANCE |
|---|---|---|---|---|---|
| 10/27/2011 | Even >more Rewards | 0 | 0 | 0 | 0 |

**************************************************************

Account Summary
Previous Statement Date: 09/27/11

| Beginning Balance + | Deposits + | Interest Paid − | Withdrawals − | Service Charge = | Ending Balance |
|---|---|---|---|---|---|

Account Detail

| Date | Description | Credits | Debits | Balance |
|---|---|---|---|---|
| 09/28 | BILL PAY - Chubb  001P #6581 | | 1,400.00− | |

Statement from 09/28/11 Thru 10/27/11

**************Summary of Deposit Accounts **************************************

| AP | ACCOUNT | BALANCE | INT-RATE% | YTD-INT | YTD-PENALTY | MATURITY |
|---|---|---|---|---|---|---|

Effective 07/21/11, the first $200 of a day's total deposits will be available on the first business day after the day of deposit for cash withdrawal or to pay checks written to others.

Effective 7/31/11, transactions performed through ATMs, online banking and telephone banking are no longer covered by our Overdraft Shield Service.

PRINTSET=100532000106420270003000000000021155727211028111112511

1280 BROADWAY
HEWLETT, NY 11557
(516)295-7750
320

0113

3   LYUBOV MIRVIS
    MARK MIRVIS
    289 BAYBERRY DR
    HEWLETT NY 11557-2721

Statement Date: 11/25/11 Account Number: ███0642

████████████ My Community Free Checking ███0642 ████████████████████

████████    REWARD POINT SUMMARY ███0642 ████████████████████
STMT DATE  DESCRIPTION              BEGINNING   POINTS   REDEEMED/   ENDING
                                    BALANCE +   EARNED - EXPIRED =  BALANCE
11/25/2011 Even >more Rewards           0          0        0          0
████████████████████████████████████████████████████████████████████

Account Summary
Previous Statement Date: 10/27/11
           Beginning           Interest           Service          Ending
           Balance  +  Deposits + Paid  -  Withdrawals - Charge  =  Balance



Account Detail
    Date Description                  Credits      Debits      Balance

11/02 BILL PAY - Chubb  001P #9606               1,400.00-

Checks in Order
    Date  Number       Amount    Date   Number       Amount

Statement from 10/28/11 Thru 11/25/11

████████████*Summary of Deposit Accounts ████████████████████████████████
AP    ACCOUNT                    BALANCE INT-RATE%  YTD-INT YTD-PENALTY MATURITY
CK  ████0642

------ Continued on next page ------

PRINTSET=100532000106420270000000000000211557272112611122711

0113

1280 BROADWAY
HEWLETT, NY 11557
(516)295-7750
320

LYUBOV MIRVIS
MARK MIRVIS
289 BAYBERRY DR
HEWLETT NY 11557-2721

Statement Date: 12/27/11 Account Number: ████0642

************* My Community Free Checking ████0642 ***********************

**********   REWARD POINT SUMMARY ████0642 ***********************
STMT DATE  DESCRIPTION          BEGINNING    POINTS    REDEEMED/    ENDING
                                BALANCE +   EARNED  -  EXPIRED  =  BALANCE
12/27/2011 Even >more Rewards        0         0          0          0
******************************************************************************

Account Summary
Previous Statement Date: 11/25/11
    Beginning           Interest              Service        Ending
     Balance  +  Deposits + Paid - Withdrawals - Charge  =  Balance
████████████████████████████████████████████████████████████

Account Detail
 Date Description                    Credits      Debits     Balance
████████████████████████████████████████████████████████████

12/06 BILL PAY - Chubb  001P #0948               1,400.00-
████████████████████████████████████████████████████████████

Statement from 11/26/11 Thru 12/27/11

*************Summary of Deposit Accounts ********************************
AP     ACCOUNT                    BALANCE INT-RATE%   YTD-INT YTD-PENALTY  MATURITY
CK  ████████0642        ██████████

Effective 07/21/11, the first $200 of a day's total deposits will be
available on the first business day after the day of deposit for cash
withdrawal or to pay checks written to others.

Effective 7/31/11, transactions performed through ATMs, online
banking and telephone banking are no longer covered by our
Overdraft Shield Service.

```
PRINTSET=100532000106420270001000000000211557272101281202271                                    0113
                                        1280 BROADWAY
                                        HEWLETT, NY 11557
                                        (516)295-7750
                                        320
     1   LYUBOV MIRVIS
         MARK MIRVIS
         289 BAYBERRY DR
         HEWLETT NY 11557-2721


     Statement Date: 02/27/12 Account Number: ████0642

     ************* My Community Free Checking ████0642 ***********************

     **********   REWARD POINT SUMMARY ████0642 *****************************
     STMT DATE  DESCRIPTION           BEGINNING    POINTS    REDEEMED/    ENDING
                                      BALANCE +   EARNED  -  EXPIRED  =  BALANCE
     02/27/2012 Even >more Rewards         0          0         0           0
     ***********************************************************************

     Account Summary
     Previous Statement Date: 01/27/12
          Beginning            Interest               Service
          Balance   +  Deposits + Paid - Withdrawals - Charge  =  Ending
                                                                  Balance
     ██████████████████████████████████████████████████████

     Account Detail
          Date Description                      Credits    Debits    Balance

     █████████████████████████████████████████████████████████

     02/03 BILL PAY - Chubb  001P #7070                   1,400.00-

     █████████████████████████████████████████████████████████

     Checks in Order
          Date   Number        Amount     Date___Number_____Amount

     Statement from 01/28/12 Thru 02/27/12

     **************Summary of Deposit Accounts *******************************
     AP      ACCOUNT
     CK    ████████0642         ████████ BALANCE INT-RATE% YTD-INT YTD-PENALTY MATURITY
```

PRINTSET=1005320001064202700000000000002115572721022812032712

1280 BROADWAY
HEWLETT, NY 11557
(516)295-7750
320

0113

LYUBOV MIRVIS
MARK MIRVIS
289 BAYBERRY DR
HEWLETT NY 11557-2721



Statement Date: 03/27/12 Account Number: ████0642

************* My Community Free Checking ████0642 ************************

**********    REWARD POINT SUMMARY    ████0642 ************************
STMT DATE  DESCRIPTION           BEGINNING    POINTS    REDEEMED/     ENDING
                                 BALANCE +   EARNED  -  EXPIRED  =   BALANCE
03/27/2012 Even >more Rewards        0         0          0            0
*******************************************************************

Account Summary
Previous Statement Date: 02/27/12
     Beginning              Interest            Service        Ending
     Balance    +    Deposits + Paid  - Withdrawals - Charge  = Balance

Account Detail
Date Description                      Credits      Debits      Balance

03/05 BILL PAY - Chubb  001P #8656                1,400.00-

Statement from 02/28/12 Thru 03/27/12

************Summary of Deposit Accounts ****************************
AP        ACCOUNT
CK   ████0642              BALANCE INT-RATE%   YTD-INT YTD-PENALTY  MATURITY

Ref: 00011789 00067105

C120000117S9 312090AE01   WSC00060A
MARK MIRVIS AND
LYUBOV MIRVIS JTWROS
289 BAYBERRY DRIVE
HEWLETT NY 11557-2721

Account carried by Citigroup Global Markets Inc. Member SIPC.

Financial Management Account
March 1 - March 31, 2012

Account number                    Page 1 of 4



Morgan Stanley Smith Barney LLC. Member SIPC.
Your Financial Advisor

Website: www.smithbarney.com

                                          S 890

FMA Client Services: 1-800-634-9855
Branch Phone: 800 468 0019
TTY/TDD Deaf & Hard of hearing: 800-227-4238

Financial Management Account
March 1 - March 31, 2012

MARK MIRVIS AND

Page 3 of 4

Ref 00011789 00067107

Account number [████] 890

Checks written

Account number ******2439 - Citibank NA

| Check no. | Date written | Date cleared | Description | Tracking code | Amount | Check no. | Date written | Date cleared | Description | Tracking code | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 99997 | 03/26/12 | 03/27/12 | CHUBB & SON | K | 1,390.00 |

Summary of tracking codes



Rewards Summary

| | Points |
|---|---|
| Earned this period | 0 |
| Bonus this period | 0 |
| Adjustments this period | 0 |
| Total current activity | 0 |

| | Points |
|---|---|
| Rewards Account Balance | |
| Balance as of 03/20/12 | 0 |

For more details about your point balance, and to redeem points, visit www.msidrewards.com or call 1-800-634-9855.

PRINTSET=10053200010642027000200000000021155727210428120525I2

█████ 0113

```
                                    1280 BROADWAY
                                    HEWLETT, NY 11557
                                    (516)295-7750
                                    320

2    LYUBOV MIRVIS
     MARK MIRVIS
     289 BAYBERRY DR
     HEWLETT NY 11557-2721
```

Statement Date: 05/25/12 Account Number: ████ 0642

************* My Community Free Checking ███ 0642 ***********************

**********   REWARD POINT SUMMARY ███ 0642 **********************
STMT DATE  DESCRIPTION              BEGINNING    POINTS    REDEEMED/   ENDING
                                    BALANCE +    EARNED -  EXPIRED =   BALANCE
05/25/2012 Even >more Rewards          0           0         0           0
*****************************************************************************

Account Summary
Previous Statement Date: 04/27/12
     Beginning              Interest              Service          Ending
     Balance   +  Deposits + Paid  -  Withdrawals - Charge    =    Balance
     ███████████████████████████████████████████████████████████

Account Detail
     Date Description                  Credits        Debits       Balance
     █████████████████████████████████████████████████████████████
     05/03 BILL PAY - CHUBB 002P #1027              400.00-
     █████████████████████████████████████████████████████████████
     █████████████████████████████████████████████████████████████

Checks in Order
     Date   Number         Amount    Date    Number        Amount
     ███████████████████████████████████████████████████████████
        (*) Check Numbers Missing

Statement from 04/28/12 Thru 05/25/12

************Summary of Deposit Accounts *****************************
AP     ACCOUNT                  BALANCE INT-RATE%   YTD-INT YTD-PENALTY  MATURITY
CK     ████ 0642                ████████

PRINTSET=10053200010642027000000000000002115572721092812102612                                0113

```
                                                  1280 BROADWAY
                                                  HEWLETT, NY 11557
                                                  (516)295-7750
                                                  320

        LYUBOV MIRVIS
        MARK MIRVIS
        289 BAYBERRY DR
        HEWLETT NY 11557-2721
```

Statement Date: 10/26/12 Account Number: ████████0642

*********** My Community Free Checking ██████0642 ***********************

***********    REWARD POINT SUMMARY    ██████0642 ***********************
STMT DATE  DESCRIPTION               BEGINNING    POINTS    REDEEMED/    ENDING
                                     BALANCE +   EARNED  -  EXPIRED =   BALANCE
10/26/2012 Even >more Rewards           0          0          0          0
*****************************************************************************

   Account Summary
   Previous Statement Date: 09/27/12
        Beginning              Interest                  Service       Ending
         Balance   +  Deposits + Paid  - Withdrawals - Charge    =    Balance
████████████████████████████████████████████████████████████████████████████

Account Detail
    Date Description                    Credits      Debits       Balance
    10/04 BILL PAY - Chubb  001P #4965              1,560.00~   ███████████

    Statement from 09/28/12 Thru 10/26/12


    ** Eff 11/1/12, the address to report a loss relating to a substitute **
    ** ck that was posted to your acct has changed to New York Community  **
    ** Bank, 1601 Veterans Highway, Suite 100, Islandia, NY 11749        **

    *************Summary of Deposit Accounts ***********************************
    AP     ACCOUNT                     BALANCE INT-RATE%  YTD-INT YTD-PENALTY  MATURITY
████████████████████████████████████████████████
```

```
PRINTSET=10053200010642027000300000000002115572721102712122712
                                        1280 BROADWAY
                                        HEWLETT, NY 11557
                                        (516)295-7750
                                        320

    3   LYUBOV MIRVIS
        MARK MIRVIS
        289 BAYBERRY DR
        HEWLETT NY 11557-2721
```

0113

```
    Statement Date: 12/27/12 Account Number: ████0642

    ************ My Community Free Checking  ████0642 **********************

    **********   REWARD POINT SUMMARY  ████0642 **********************
    STMT DATE  DESCRIPTION              BEGINNING    POINTS    REDEEMED/    ENDING
                                        BALANCE +  EARNED  -  EXPIRED  =  BALANCE
    12/27/2012 Even >more Rewards           0          0          0          0
    *********************************************************************************
```

```
    Account Summary
    Previous Statement Date: 10/26/12
         Beginning           Interest          Service
         Balance  +  Deposits  +  Paid -  Withdrawals -  Charge  =  Ending
                                                                    Balance
```

```
Account Detail
     Date Description                   Credits      Debits      Balance
```

```
    12/27 BILL PAY - Chubb  001P #0485                1,560.00-
```

```
    Checks in Order
         Date   Number     Amount     Date   Number       Amount
```

```
    Statement from 10/27/12 Thru 12/27/12
```

------ Continued on next page ------

PRINTSET=1005320001064202700050000000021155727210126130227 13

```
                                          1280 BROADWAY                    0113
                                          HEWLETT, NY 11557
                                          (516)295-7750
                                          320
   5   LYUBOV MIRVIS
       MARK MIRVIS
       289 BAYBERRY DR
       HEWLETT NY 11557-2721


   Statement Date: 02/27/13 Account Number:        ████0642

   *************** My Community Free Checking      ████0642 ***********************

   **********     REWARD POINT SUMMARY      ████0642 ***********************
   STMT DATE   DESCRIPTION              BEGINNING   POINTS       REDEEMED/      ENDING
                                       BALANCE +   EARNED   -   EXPIRED   =   BALANCE
   02/27/2013 Even >more Rewards           0          0            0            0
   ***********************************************************************************

   Account Summary
   Previous Statement Date: 01/25/13
       Beginning                 Interest              Service        Ending
       Balance   +  Deposits  + Paid -  Withdrawals - Charge    =    Balance
```

Account Detail

```
   Date Description                   Credits      Debits       Balance
```

```
   02/04 BILL PAY - Chubb  001P #2365              1,558.00-
```

------ Continued on next page ------

1280 BROADWAY
HEWLETT, NY 11557
(516)295-7750
320

PAGE   LYUBOV MIRVIS
2      MARK MIRVIS
       289 BAYBERRY DR
       HEWLETT NY 11557-2721

Statement Date: 02/27/13 Account Number: ███0642

************** My Community Free Checking ███0642 **********************



DATE DESCRIPTION                              CREDITS        DEBITS           BALAN
     Balance Forward from Previous Page

02/25 BILL PAY - Chubb  OO1P #7248                        1,560.00-

Checks in Order
   Date   Number        Amount    Date   Number        Amount

     (*) Check Numbers Missing

Statement from 01/26/13 Thru 02/27/13

```
------------------------------------------------------------
|     Overdraft and Returned-Item Charge and Adjustments Summary     |
------------------------------------------------------------
|                       TOTAL for this Period      TOTAL Year-to-date |
------------------------------------------------------------
| Total Overdraft Fees   |      $0.00     |          $0.00  |
------------------------------------------------------------
| Total Returned Item Fees|      $36.00    |         $36.00  |
------------------------------------------------------------
```

** Eff 11/1/12, the address to report a loss relating to a substitute **
** ck that was posted to your acct has changed to New York Community  **
** Bank, 1601 Veterans Highway, Suite 100, Islandia, NY 11749        **

*************Summary of Deposit Accounts *********************************
AP      ACCOUNT                    BALANCE INT-RATE%   YTD-INT YTD-PENALTY  MATURITY
CK   ███0642

Citibank Client Services      000
PO Box 769013
San Antonio, TX 78245-9013

0-0/R1/04F000

000
CITIBANK, N. A.
**Account** 3539

MARK MIRVIS
289 BAYBERRY DR
HEWLETT NY

11557-2721

**Statement Period**
**May 6 - Jun 6, 2013**

Page 1  of  4

**Relationship Summary:**

Checking
Savings
Investments
(not FDIC Insured)
Loans
Credit Cards

Checking
  Basic Checking                                                        Balance
Savings
  Savings

Total Checking and Savings at Citibank

Citi Bike , NYC's new bike sharing program proudly sponsored by Citi, has arrived. It will be the largest planned bike share system in North America, featuring thousands of bikes and operated by NYC Bike Share, LLC. There are optional daily, weekly or annual passes to choose from. Whether you live in, work in or are visiting the NYC area, you now have a great way of getting around. To find out more, go to NYC Bike Share's website at citibikenyc.com.

You've got enough to take care of before the big trip. With World Wallet®, get next business day delivery of foreign currencies to your home, office or nearest branch.
(Anywhere in the Continental U.S.)

Visit your nearest Branch or Call 1-800-756-7050
Ordering limits/fees apply.

MARK MIRVIS

Account █████3539          Page 2 of 4
Statement Period - May 6 - Jun 6, 2013          0-0/R1/04F000

| Basic Checking Fees* | Your Fees this Statement Period | |
|---|---|---|
| Monthly Service Fee | | |
| Waived with either 1 Direct Deposit AND 1 qualifying Bill Payment OR $1,500 in average combined deposit balances ** | $10.00 | Waived due to deposit balances |
| Fee for non-Citibank ATM transaction | $2.00 | None |

*A transaction is deemed to have been made on the date the transaction is posted to your account which is not necessarily the date you initiated the transaction. Any fees for that transaction, including non-Citibank ATM fees, will appear as charges on your next Citibank statement (to the account that is debited for your monthly service fee).

** 1 Direct Deposit AND 1 qualifying Bill Payment within the statement period; $1,500 in average combined deposit balances for previous calendar month. Qualifying bill payments are those made using Citibank® Online, Citi Mobile (SM) or CitiPhone Banking®.



**Basic Checking**
█████3539

Beginning Balance:
Ending Balance:

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 05/20 | Payment CHUBB & SON       010016   DA | | 1,664.34 | |
| 05/28 | Payment on 05/25¹ CHUBB & SON       010017   DA | | 300.00 | |

All transaction times and dates reflected are based on Eastern Time.
¹ Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.

Citibank Client Services     000
PO Box 769013
San Antonio, TX 78245-9013

001/R1/04F000

000
CITIBANK, N. A.
**Account**
▮▮▮▮▮3539

MARK MIRVIS
289 BAYBERRY DR
HEWLETT NY                    11557-2721

**Statement Period**
**Aug 7 - Sep 8, 2013**

Page 1 of 4

**Relationship Summary:**

Checking
Savings
Investments
(not FDIC Insured)
Loans
Credit Cards

Checking
   Basic Checking                                    **Balance**

Savings
   Savings

**Total Checking and Savings at Citibank**

Thinking about buying a home or refinancing?  Our Home Lending Specialists can guide you through the mortgage process and recommend options which best suit your needs. Act now while rates are still low.  Ask about the additional mortgage incentives available for Citibank customers.  Visit a local branch to learn more today! Equal Housing Lender. NMLS #412915.

Reduce the clutter and go Paperless.With Paperless, you can manage your statements online only. You will receive a monthly email notification when your statement is ready. Enroll now at www.citi.com\savepaper

**MARK MIRVIS**

Account ████3539

Page 2 of 4

Statement Period - Aug 7 - Sep 8, 2013

001/R1/04F000

| Basic Checking Fees* | Your Fees this Statement Period | |
|---|---|---|
| Monthly Service Fee | | |
| Waived with either 1 Direct Deposit AND 1 qualifying Bill Payment OR $1,500 in average combined deposit balances ** | $10.00 | $10.00 |
| Fee for non-Citibank ATM transaction | $2.00 | None |

*A transaction is deemed to have been made on the date the transaction is posted to your account which is not necessarily the date you initiated the transaction. Any fees for that transaction, including non-Citibank ATM fees, will appear as charges on your next Citibank statement (to the account that is debited for your monthly service fee).

** 1 Direct Deposit AND 1 qualifying Bill Payment within the statement period; $1,500 in average combined deposit balances for previous calendar month. Qualifying bill payments are those made using Citibank® Online, Citi Mobile (SM) or CitiPhone Banking®.

**Basic Checking**

████3539

**Beginning Balance:**
**Ending Balance:**

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 08/30 | Payment CHUBB & SON   010028  DA | 150.00 | | |

*All transaction times and dates reflected are based on Eastern Time.*

| ThankYou® Points Summary | |
|---|---|
| Points from checking account and other products and services | |
| Total Points forwarded to Citi® ThankYou® Rewards | 0 |
| Go to thankyou.com to review your point balance and redeem! | 0 |

This summary includes only points awarded for the Citibank checking account relationship and may not reflect any bonus points received through a promotional offer. You can obtain updated point information by accessing your ThankYou Member Account at www.thankyou.com. Please refer to the Citibank Program ThankYou Rewards Terms and Conditions provided to the primary (first) signer of the checking account upon enrollment of your Citibank checking account and the Terms and Conditions of ThankYou Rewards for important details.

**Savings**

████3547

**Beginning Balance:**
**Ending Balance:**

Citibank Client Services    000
PO Box 769013
San Antonio, TX 78245-9013

001/R1/04F000

000
CITIBANK, N. A.
**Account** ▮▮▮▮3539

**MARK MIRVIS**
**289 BAYBERRY DR**
**HEWLETT NY**                 11557-2721

**Statement Period**
**Mar 7 - Apr 6, 2014**

Page 1 of 3

**Relationship Summary:**

Checking
Savings
Investments
(not FDIC Insured)
Loans
Credit Cards

Effective April 5, 2014, the Citibank® Global Transfer Service to Colombia will resume on Citibank® Online and at proprietary Citibank ATMs. We are continuing to work on restoring this service to Colombia at our branches and will notify you when it becomes available.

Citibank makes homeownership possible with mortgage benefits and incentives for valued customers. Whether you are looking for your first home or your next, Citibank is here to help. Visit your local branch or call 1-877-707-1799 to learn more. Mention Offer Code: 13337-5. NMLS# 412915

| Basic Checking Fees* | Your Fees this Statement Period | |
|---|---|---|
| Monthly Service Fee | | |
| Waived with either 1 Direct Deposit AND 1 qualifying Bill Payment OR $1,500 in average combined deposit balances ** | $10.00 | $10.00 |
| Fee for non-Citibank ATM transaction | $2.00 | None |

*A transaction is deemed to have been made on the date the transaction is posted to your account which is not necessarily the date you initiated the transaction. Any fees for that transaction, including non-Citibank ATM fees, will appear as charges on your next Citibank statement (to the account that is debited for your monthly service fee).

** 1 Direct Deposit AND 1 qualifying Bill Payment within the statement period; $1,500 in average combined deposit balances for previous calendar month. Qualifying bill payments are those made using Citibank® Online, Citi Mobile (SM) or CitiPhone Banking®.

MARK MIRVIS

Account ████3539       Page 2 of 3
Statement Period - Mar 7 - Apr 6, 2014

001/R1/04F000

**Basic Checking**

████3539

Beginning Balance:
Ending Balance:

| Date | Description | | Amount Subtracted | Amount Added | Balance |
|------|-------------|---|-------------------|--------------|---------|
| 03/07 | Payment CHUBB & SON | 010047 DA | 1,650.00 | | |

### ThankYou® Points Summary

| | |
|---|---|
| Points from checking account and other products and services | |
| Total Points forwarded to Citi® ThankYou® Rewards | 0 |
| Go to thankyou.com to review your point balance and redeem! | 0 |

This summary includes only points awarded for the Citibank checking account relationship and may not reflect any bonus points received through a promotional offer. You can obtain updated point information by accessing your ThankYou Member Account at www.thankyou.com. Please refer to the Citibank Program ThankYou Rewards Terms and Conditions provided to the primary (first) signer of the checking account upon enrollment of your Citibank checking account and the Terms and Conditions of ThankYou Rewards for important details.

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---------------------------|---------------|----------------|
| Checking | 800-627-3999 (For Speech and Hearing Impaired Customers Only TDD: 800-945-0258) | Citibank Client Services 100 Citibank Drive San Antonio, TX 78245-9966 |

**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.**

The products reported on this statement have been combined onto one monthly statement at your request. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

**CHECKING AND SAVINGS**
**FDIC Insurance:**
Products reported in CHECKING and SAVINGS are insured by the Federal Deposit Insurance Corporation. Please consult your Citibank Customer Manual for full details and limitations of FDIC coverage.

**CERTIFICATES OF DEPOSIT**
Certificate of Deposit (CD) information may show dashes in certain fields if on the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period. Updated information will be reflected on a subsequent statement.

**IN CASE OF ERRORS**
**In Case of Errors or Questions About Your Electronic Fund Transfers:**
If you think your statement or record is wrong or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the **first** statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic fund transfer in accordance with the Electronic Fund Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.
***Give us the following information:*** (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.