Exhibit "E"

Ref: 0000G203 00045493

Financial Management Account

January 1 - January 31, 2010

Page 1 of 4

A100000G203 310029AJ01 WSC00109A
MARK MIRVIS AND
LYUBOV MIRVIS JTWROS
289 BAYBERRY DRIVE
HEWLETT NY 11557-2721

Morgan Stanley Smith Barney LLC. Member SIPC.
Your Financial Advisor



Account number
$ 890

Website www.smithbarney.com

FMA Client Services: 1-800-634-9855
Branch Phone: 800 468 0019
TTY/TDD Deaf & Hard of hearing: 800-227-4238

Account carried by Citigroup Global Markets Inc. Member SIPC.



| Account value | Last period | This period | % | Cash, money fund, bank deposits | This period | This year |
|---|---|---|---|---|---|---|

Financial Management Account
January 1 - January 31, 2010

MARK MIRVIS AND

Ref: 00000203 00045495

Account number

$ 890

Account number ******2439 - Citibank NA

Checks written



| Check no. | Date written | Date cleared | Description | Tracking code | Amount |
|---|---|---|---|---|---|
| | | | | | |

| Check no. | Date written | Date cleared | Description | Tracking code | Amount |
|---|---|---|---|---|---|
| 99997 | 01/19/10 | 01/19/10 | NATIONAL GRID/KEYSPAN LI | N | 467.31 |

*Check missing in sequence

Summary of tracking codes

Bank Deposit Program® activity
The term DEPOSIT typically refers to client initiated deposit of funds. The term AUTODEPOSIT typically refers to the "sweep" of funds into a Program Bank that results from proceeds of a transaction, a dividend from a stock, or interest from a bond. Conversely, WITHDRAWAL is the term that refers to transactions that cause funds to be redeemed from a Program Bank, such as the payment for an investment purchase or the payment of FMA checks that you have written.

| Date | Activity | Description | Amount |
|---|---|---|---|
| Opening balance | | | |

| Date | Activity | Description | Amount |
|---|---|---|---|
| | | | |



Ref: 00005983 00012871

B100000005983  310057AJ01  WSC001090A
MARK MIRVIS AND
LYUBOV MIRVIS JTWROS
289 BAYBERRY DRIVE
HEWLETT NY  11557-2721

Account carried by Citigroup Global Markets Inc.  Member SIPC

Financial Management Account
February 1 - February 28, 2010

Morgan Stanley Smith Barney LLC  Member SIPC
Your Financial Advisor

Website  www.smithbarney.com

Account number

890

FMA Client Services: 1-800-634-5855
Branch Phone: 800 468 0019
TTY/TDD Deaf & Hard of hearing: 800-227-4238

Page 1 of 4



Financial Management Account

February 1 - February 28, 2010

MARK MIRVIS AND

Page 3 of 4

Account number ▮ $ 890

Ref: 00005983 00042873

Checks written

Account number ******2439 - Citibank NA

| Check no. | Date written | Date cleared | Description | Tracking code | Amount | Check no. | Date written | Date cleared | Description | Tracking code | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 99997 | 02/12/10 | 02/16/10 | NATIONAL GRID/KEYSPAN LI | N | 676.48 |

* Check missing in sequence

Summary of tracking codes

Bank Deposit Program: activity

The term DEPOSIT typically refers to client initiated deposit of funds. The term AUTODEPOSIT typically refers to the "sweep" of funds into a Program Bank that results from proceeds of a transaction, a dividend from a stock or interest from a bond. Conversely, WITHDRAWAL is the term that refers to transactions that cause funds to be redeemed from a Program Bank, such as the payment for an investment purchase or the payment of FMA checks that you have written.

| Date | Activity | Description | Amount | Date | Activity | Description | Amount |
|---|---|---|---|---|---|---|---|
| | Opening balance | ▮ | | | | | |

Ref 0003574Q 00173809

C100000603574Q  310Q90A101  WSC00060A
MARK MIRVIS AND
LYUBOV MIRVIS JTWROS
289 BAYBERRY DRIVE
HEWLETT NY  11557-2721

Account carried by Citigroup Global Markets Inc. Member SIPC

Financial Management Account
March 1 - March 31, 2010

Page 1 of 4

Morgan Stanley Smith Barney LLC. Member SIPC.
Your Financial Advisor

Account number ███ S 890

FMA Client Services: 1-800-634-9855
Branch Phone: 800 468 0019
TTY/TDD Deaf & Hard of hearing: 800-227-4238

Website www.smithbarney.com



Financial Management Account

March 1 - March 31, 2010

MARK MIRVIS AND

Page 3 of 4

Account number 401-41361-15  890

Ref: 00035740 00173811

## Checks written

Account number ·······2439  -  Citibank NA

| Check no. | Date written | Date cleared | Description | Tracking code | Amount | Check no. | Date written | Date cleared | Description | Tracking code | Amount |
|-----------|--------------|--------------|-------------|---------------|--------|-----------|--------------|--------------|-------------|---------------|--------|
|           |              |              |             |               |        | 59997     | 03/24/10     | 03/25/10     | NATIONAL GRID(KEYSPAN) I | N | 353.87 |

*Check missing in sequence

## Summary of tracking codes

Bank Deposit Program# activity

The term DEPOSIT typically refers to client-initiated deposit of funds. The term AUTODEPOSIT typically refers to the "sweep" of funds into a Program Bank that results from proceeds of a transaction, a dividend from a stock or interest from a bond. Conversely, WITHDRAWAL is the term that refers to transactions that cause funds to be redeemed from a Program Bank, such as the payment for an investment purchase or the payment of FMA checks that you have written.

| Date | Activity | Description | Amount |
|------|----------|-------------|--------|
| Opening balance | | | |

Ref: 0002467 00131190

D1000027467 31012OAI01 WSC00060A
MARK MIRVIS AND
LYUBOV MIRVIS JTWROS
289 BAYBERRY DRIVE
HEWLETT NY 11557-2721

Account carried by Citigroup Global Markets Inc. Member SIPC.

Financial Management Account
April 1 - April 30, 2010

Morgan Stanley Smith Barney LLC. Member SIPC.
Your Financial Advisor

Website: www.smithbarney.com

Account number                    S 890

FMA Client Services: 1-800-634-9855
Branch Phone: 800 468 0019
TTY/TDD Deaf & Hard of hearing: 800-227-4238

Page 1 of 4



Ref: 00027467 00131192

Financial Management Account
April 1 - April 30, 2010

MARK MIRVIS AND

Account number [redacted] $ 890

Page 3 of 4

**Checks written**

Account number ******2439 - Citibank NA

| Check no. | Date written | Date cleared | Description | Tracking code | Amount |
|---|---|---|---|---|---|

**Summary of tracking codes**

| Check no. | Date written | Date cleared | Description | Tracking code | Amount |
|---|---|---|---|---|---|
| 99997 | 04/28/10 | 04/28/10 | NATIONAL GRID/KEYSPAN LI | N | 398.97 |

**Bank Deposit Program‡ activity**

The term DEPOSIT typically refers to client initiated deposit of funds. The term AUTODEPOSIT typically refers to the "sweep" of funds into a Program Bank that results from proceeds of a transaction, a dividend from a stock or interest from a bond. Conversely, WITHDRAWAL is the term that refers to transactions that cause funds to be redeemed from a Program Bank, such as the payment for an investment purchase or the payment of FMA checks that you have written.

Opening balance

| Date | Activity | Description | Amount |
|---|---|---|---|



Ref: 00029421 00157245

G100002942I 310211AE01  WSC00060A
MARK MIRVIS AND
LYUBOV MIRVIS JTWROS
289 BAYBERRY DRIVE
HEWLETT NY  11557-2721

Account carried by Citigroup Global Markets Inc.  Member SIPC.

Financial Management Account

July 1 - July 31, 2010

Page 1 of 4

Morgan Stanley Smith Barney LLC. Member SIPC
Your Financial Advisor

Account number           $ 890

FMA Client Services: 1-800-634-9855
Branch Phone: 800 468 0019
TTY/TDD Deaf & Hard of hearing: 800-227-4238

Website: www.smithbarney.com



Financial Management Account

July 1 - July 31, 2010

Page 3 of 4

Ref. 00029421 00157247

MARK MIRVIS AND

Account number ▮ $ 890

Checks written

Account number ******2439  -  Citibank NA

| Check no. | Date written | Date cleared | Description | Tracking code | Amount | Check no. | Date written | Date cleared | Description | Tracking code | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 99997 | 07/20/10 | 07/20/10 | NATIONAL GRID/KEYSPAN LI | N | 276.34 |

* Check missing in sequence

Summary of tracking codes

Bank Deposit Program® activity

The term DEPOSIT typically refers to client initiated deposit of funds. The term AUTODEPOSIT typically refers to the "sweep" of funds into a Program Bank that results from proceeds of a transaction, a dividend from a stock or interest from a bond. Conversely, WITHDRAWAL is the term that refers to transactions that cause funds to be redeemed from a Program Bank, such as the payment for an investment purchase or the payment of FMA checks that you have written.

| Date | Activity | Description | Amount |
|---|---|---|---|
| | Opening balance | | |



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

MARK MIRVIS
LYUBOV MIRVIS

| | |
|---|---|
| Page: | 3 of 5 |
| Statement Period: | Jan 12 2011-Feb 11 2011 |
| Cust Ref #: | T-### |
| Primary Account #: | 9935 |

DAILY ACCOUNT ACTIVITY



| 1/13 | eBillPay | 328.82 |
|---|---|---|
| | BILL PYMT | |
| | NATIONAL GRID | |



Call 1-800-YES-2000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED          ©          WWW.TDBANK.COM



**STATEMENT OF ACCOUNT**

MARK MIRVIS
LYUBOV MIRVIS

| | |
|---|---|
| Page: | 3 of 4 |
| Statement Period: | Mar 12 2011-Apr 11 2011 |
| Cust Ref #: | ▮▮▮▮-T-### |
| Primary Account #: | ▮▮▮9935 |

---

**DAILY ACCOUNT ACTIVITY**

Electronic Payments

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 3/30 | eBillPay BILL PYMT NATIONAL GRID | | 620.00 |

Call 1-800-YES-2000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED          WWW.TDBANK.COM     

PRINTSET=1005320001064202700020000000002115572710428110527711

1280 BROADWAY
HEWLETT, NY 11557
(516)295-7750
320

O113

2   LYUBOV MIRVIS
MARK MIRVIS
289 BAYBERRY DR
HEWLETT NY 11557-2721

Statement Date: 05/27/11 Account Number: ████0642

************** My Community Free Checking ████0642 ***********************

**********   REWARD POINT SUMMARY ████0642 ***********************
STMT DATE  DESCRIPTION                    BEGINNING   POINTS    REDEEMED/    ENDING
                                          BALANCE +  EARNED -  EXPIRED =   BALANCE
05/27/2011 EVEN MORE REWARDS                  0          0         0          0
**********************************************************************

Account Summary
Previous Statement Date: 04/27/11
        Beginning  +  Deposits  +  Interest  -  Withdrawals  -  Service  =  Ending
        Balance                     Paid                        Charge       Balance



Account Detail
  Date Description                         Credits       Debits       Balance

  05/11 BILL PAY - NATIONAL GRID #3379                  115.09-

Checks in Order
  Date   Number          Amount      Date   Number          Amount

Statement from 04/28/11 Thru 05/27/11

*************Summary of Deposit Accounts ********************************
AP      ACCOUNT                   BALANCE INT-RATE%   YTD-INT YTD-PENALTY MATURITY
CK   ████0642

------ Continued on next page ------

Ref: 0005123 2  00173181

B12000051232  312060AE01  WSCO0060A
MARK MIRVIS AND
LYUBOV MIRVIS JTWROS
289 BAYBERRY DRIVE
HEWLETT NY  11557-2721

Account carried by Citigroup Global Markets Inc.  Member SIPC.

Financial Management Account
February 1 - February 29, 2012

Morgan Stanley Smith Barney LLC. Member SIPC.
Your Financial Advisor

Website: www.smithbarney.com

Account number
$ 890

FMA Client Services: 1-800-634-9855
Branch Phone: 800 468 0019
TTY/TDD Deaf & Hard of hearing: 800-227-4238

Page 1 of 4



Ref. 00051232 00173183

Financial Management Account
February 1 - February 29, 2012

MARK MIRVIS AND

Account number

$ 890

Page 3 of 4

Withdrawals

| Date | Description | Reference no. | Amount |
|---|---|---|---|

| Date | Description | Reference no. | Amount |
|---|---|---|---|

Checks written

Account number ••••••2459 - Citibank NA

| Check no. | Date written | Date cleared | Description | Tracking code | Amount |
|---|---|---|---|---|---|

| Check no. | Date written | Date cleared | Description | Tracking code | Amount |
|---|---|---|---|---|---|
| 99997 | 02/22/12 | 02/22/12 | NATIONAL GRID/KEYSPAN LI | N | 562.08 |

*Check missing in sequence

Summary of tracking codes

Rewards Summary

| | Points |
|---|---|
| Earned this period | 0 |
| Bonus this period | 0 |
| Bonus this period | 0 |
| Adjustments this period | 0 |
| Total current activity | 0 |

Rewards Account Balance

| | Points |
|---|---|
| Balance as of 02/20/12 | 0 |

For more details about your point balance, and to redeem points, visit www.mssbrewards.com or call 1-800-634-9855.

PRINTSET=1005320001064202700010000000002115572721052612062712                    0113

```
                                        1280 BROADWAY
                                        HEWLETT, NY 11557
                                        (516)295-7750
                                        320

   1   LYUBOV MIRVIS
       MARK MIRVIS
       289 BAYBERRY DR
       HEWLETT NY 11557-2721
```

Statement Date: 06/27/12 Account Number: ███████0642

*************** My Community Free Checking ████0642 *************************

**********   REWARD POINT SUMMARY ████0642 *************************
STMT DATE  DESCRIPTION                    BEGINNING    POINTS    REDEEMED/    ENDING
                                          BALANCE +   EARNED  -  EXPIRED  =  BALANCE
06/27/2012 Even >more Rewards                 0          0          0          0
*****************************************************************************

Account Summary
Previous Statement Date: 05/25/12
     Beginning          Interest          Service
     Balance   +   Deposits  + Paid  -  Withdravals - Charge   =   Ending
                                                                   Balance

Account Detail
   Date Description                     Credits       Debits      Balance

06/19 BILL PAY - NATIONAL GRID #3460                  110.35-

Checks in Order
    Date   Number        Amount    Date___Number_____Amount

Statement from 05/26/12 Thru 06/27/12

***************Summary of Deposit Accounts *********************************
AP      ACCOUNT                 BALANCE INT-RATE%   YTD-INT YTD-PENALTY  MATURITY
CK  ██████0642



PRINTSET=100532000106420270003000000000211557272112281201251 3

```
                                          1280 BROADWAY
                                          HEWLETT, NY 11557
                                          (516)295-7750
                                          320
3    LYUBOV MIRVIS
     MARK MIRVIS
     289 BAYBERRY DR
     HEWLETT NY 11557-2721
```

0113

Statement Date: 01/25/13 Account Number: ████ 0642

************** My Community Free Checking ████ 0642 *********************

```
**********     REWARD POINT SUMMARY            ████ 0642 *********************
STMT DATE  DESCRIPTION              BEGINNING    POINTS     REDEEMED/    ENDING
                                    BALANCE +   EARNED  -   EXPIRED  =  BALANCE
01/25/2013 Even >more Rewards           0         0             0          0
************************************************************************************
```

Account Summary
Previous Statement Date: 12/27/12

```
    Beginning              Interest                 Service
    Balance    +  Deposits + Paid -  Withdrawals - Charge    =   Ending
                                                                 Balance
```

Account Detail

| Date Description | Credits | Debits | Balance |
|---|---|---|---|

01/17 BILL PAY - NATIONAL GRID #7962 | | 244.41- | |

Checks in Order

| Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|

Statement from 12/28/12 Thru 01/25/13

```
** Eff 11/1/12, the address to report a loss relating to a substitute **
** ck that was posted to your acct has changed to New York Community  **
** Bank, 1601 Veterans Highway, Suite 100, Islandia, NY 11749         **
```

------ Continued on next page ------

PRINTSET=100532000106420270005000000002115572721012613022713                    0113

                                        1280 BROADWAY
                                        HEWLETT, NY 11557
                                        (516)295-7750
                                        320

    5    LYUBOV MIRVIS
         MARK MIRVIS
         209 BAYBERRY DR
         HEWLETT NY 11557-2721


    Statement Date: 02/27/13 Account Number: ████0642

    ************* My Community Free Checking    ████0642 ********************

    **********    REWARD POINT SUMMARY          ████0642 ********************
    STMT DATE DESCRIPTION          BEGINNING    POINTS     REDEEMED/    ENDING
                                   BALANCE +   EARNED  -  EXPIRED  =  BALANCE
    02/27/2013 Even >more Rewards      0           0          0           0
    ****************************************************************************

    Account Summary
    Previous Statement Date: 01/25/13
         Beginning            Interest                Service        Ending
         Balance    +  Deposits  +  Paid -  Withdrawals - Charge   =  Balance

Account Detail
    Date Description                  Credits        Debits      Balance

02/14 BILL PAY - NATIONAL GRID #3430                 522.59-

                ------ Continued on next page ------

Citibank Client Services     000
PO Box 769013
San Antonio, TX 78245-9013

0-0/R1/04F000

000
CITIBANK, N. A.
**Account**        3539

MARK MIRVIS
289 BAYBERRY DR
HEWLETT NY

11557-2721

**Statement Period**
**May 6 - Jun 6, 2013**

Page 1 of 4

**Relationship Summary:**

**Checking**
**Savings**
**Investments**
**(not FDIC Insured)**
**Loans**
**Credit Cards**

Checking
    Basic Checking

**Balance**

**Savings**
    Savings

**Total Checking and Savings at Citibank**

Citi Bike , NYC's new bike sharing program proudly sponsored by Citi, has arrived. It will be the largest planned bike share system in North America, featuring thousands of bikes and operated by NYC Bike Share, LLC. There are optional daily, weekly or annual passes to choose from. Whether you live in, work in or are visiting the NYC area, you now have a great way of getting around. To find out more, go to NYC Bike Share's website at citibikenyc.com.

You've got enough to take care of before the big trip. With World Wallet®, get next business day delivery of foreign currencies to your home, office or nearest branch.
(Anywhere in the Continental U.S.)

Visit your nearest Branch or Call 1-800-756-7050
Ordering limits/fees apply.

**MARK MIRVIS**

Account ▇▇▇▇3539

Page 2 of 4

Statement Period -  May 6 - Jun 6, 2013

0-0/R1/04F000

| Basic Checking Fees* | | Your Fees this Statement Period | |
|---|---|---|---|
| Monthly Service Fee | | | |
| Waived with either 1 Direct Deposit AND 1 qualifying Bill Payment OR $1,500 in average combined deposit balances ** | | $10.00 | Waived due to deposit balances |
| Fee for non-Citibank ATM transaction | | $2.00 | None |

*A transaction is deemed to have been made on the date the transaction is posted to your account which is not necessarily the date you initiated the transaction. Any fees for that transaction, including non-Citibank ATM fees, will appear as charges on your next Citibank statement (to the account that is debited for your monthly service fee).

** 1 Direct Deposit AND 1 qualifying Bill Payment within the statement period; $1,500 in average combined deposit balances for previous calendar month. Qualifying bill payments are those made using Citibank® Online, Citi Mobile (SM) or CitiPhone Banking®.

**Basic Checking**

▇▇▇3539

Beginning Balance:

Ending Balance:

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 05/13 | Payment NATIONAL GRID/KEYSPAN LI    010004  DA | 268.73 | | |

All transaction times and dates reflected are based on Eastern Time.

¹ Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.

Citibank Client Services    000
PO Box 769013
San Antonio, TX 78245-9013

001/R1/04F000

000
CITIBANK, N. A.
**Account**
⬛⬛3539

**MARK MIRVIS**
**289 BAYBERRY DR**
**HEWLETT NY**                    11557-2721

**Statement Period**
**Nov 7 - Dec 7, 2014**

Page 1  of  3

**Relationship Summary:**

**Checking**
**Savings**
**Investments**
**(not FDIC Insured)**
**Loans**
**Credit Cards**

Please help Fundacion Teleton USA improve the lives of children
with autism, cancer and other disabilities. You can donate at a
Citibank branch or at teletonusa.org.
Watch Univision® and donate live, December 12-13, 2014.

This season, give yourself the gift of a new home. Whether you are looking for
your first home or your next, Citibank can help with rate and closing costs discounts
for valued customers like you. For details,call 1-877-707-1799. Offer Code: 13337-5.
NMLS# 412915

| Basic Checking Fees* | Your Fees this Statement Period | |
|---|---|---|
| Monthly Service Fee | | |
| Waived with either 1 Direct Deposit AND 1 qualifying Bill Payment OR $1,500 in average combined deposit balances ** | $10.00 | Waived due to deposit balances |
| Fee for non-Citibank ATM transaction | $2.50 | None |

*A transaction is deemed to have been made on the date the transaction is posted to your account which is
not necessarily the date you initiated the transaction. Any fees for that transaction, including non-Citibank
ATM fees, will appear as charges on your next Citibank statement (to the account that is debited for your
monthly service fee).

** 1 Direct Deposit AND 1 qualifying Bill Payment within the statement period; $1,500 in average combined
deposit balances for previous calendar month. Qualifying bill payments are those made using Citibank®
Online, Citi Mobile (SM) or CitiPhone Banking®.

MARK MIRVIS

Account ████3539          Page 2 of 3          001/R1/04F000
Statement Period - Nov 7 - Dec 7, 2014



**Basic Checking**
████ 3539

Beginning Balance:
Ending Balance:

| Date | Description | Amount Subtracted | Amount Added | Balance |
|------|-------------|-------------------|--------------|---------|
| 11/17 | Payment on 11/16¹ NATIONAL GRID/LONG ISLAND   010055   DA | | 182.50 | |

*All transaction times and dates reflected are based on Eastern Time.*
¹ *Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.*

### ThankYou® Points Summary

| | |
|---|---|
| Points from checking account and other products and services | |
| Total Points forwarded to Citi® ThankYou® Rewards | 0 |
| Go to thankyou.com to review your point balance and redeem! | 0 |

This summary includes only points awarded for the Citibank checking account relationship and may not reflect any bonus points received through a promotional offer. You can obtain updated point information by accessing your ThankYou Member Account at www.thankyou.com. Please refer to the Citibank Program ThankYou Rewards Terms and Conditions provided to the primary (first) signer of the checking account upon enrollment of your Citibank checking account and the Terms and Conditions of ThankYou Rewards for important details.

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 800-627-3999 (For Speech and Hearing Impaired Customers Only TDD: 800-945-0258) | Citibank Client Services 100 Citibank Drive San Antonio, TX 78245-9966 |

**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.**

The products reported on this statement have been combined onto one monthly statement at your request. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

**CHECKING AND SAVINGS**
**FDIC Insurance:**
Products reported in CHECKING and SAVINGS are insured by the Federal Deposit Insurance Corporation. Please consult your Citibank Customer Manual for full details and limitations of FDIC coverage.

**CERTIFICATES OF DEPOSIT**
Certificates of Deposit (CD) information may show dashes in certain fields if on the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period.

Citibank Client Services    000
PO Box 769013
San Antonio, TX 78245-9013

001/R1/04F000

000
CITIBANK, N. A.
**Account** ▓3539

**MARK MIRVIS**
**289 BAYBERRY DR**
**HEWLETT NY**                    **11557-2721**

**Statement Period**
**Dec 9 - Jan 6, 2014**

Page 1  of  3

## Relationship Summary:

**Checking**
**Savings**
**Investments**
**(not FDIC Insured)**
**Loans**
**Credit Cards**

| Basic Checking Fees* | Your Fees this Statement Period | |
|---|---|---|
| Monthly Service Fee | | |
| Waived with either 1 Direct Deposit AND 1 qualifying Bill Payment OR $1,500 in average combined deposit balances ** | $10.00 | Waived due to deposit balances |
| Fee for non-Citibank ATM transaction | $2.00 | None |

*A transaction is deemed to have been made on the date the transaction is posted to your account which is not necessarily the date you initiated the transaction. Any fees for that transaction, including non-Citibank ATM fees, will appear as charges on your next Citibank statement (to the account that is debited for your monthly service fee).

** 1 Direct Deposit AND 1 qualifying Bill Payment within the statement period; $1,500 in average combined deposit balances for previous calendar month. Qualifying bill payments are those made using Citibank® Online, Citi Mobile (SM) or CitiPhone Banking®. .

**Basic Checking**
▓3539

**Beginning Balance:**
**Ending Balance:**

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 12/17 | Payment NATIONAL GRID/KEYSPAN LI    010035  DA | 229.79 | | |