# Exhibit "F"

Financial Management Account

January 1 - January 31, 2010

Page 1 of 4

Ref: 0006203_0045493

A1000006203-310029-AJ01   WSC00109A
MARK MIRVIS AND
LYUBOV MIRVIS JTWROS
289 BAYBERRY DRIVE
HEWLETT NY 11557-2721

Morgan Stanley Smith Barney LLC, Member SIPC.
Your Financial Advisor



Website: www.smithbarney.com

Account number  $ 890

FMA Client Services: 1-800-634-9855
Branch Phone: 800-468-0019
TTY/TDD Deaf & Hard of hearing: 800-227-4238

Account carried by Citigroup Global Markets Inc. Member SIPC.



| Account value | Last period | This period | % | Cash, money fund, bank deposits | This period | This year |
|---|---|---|---|---|---|---|

Ref: 00000203 00045495

Financial Management Account
January 1 - January 31, 2010

MARK MIRVIS AND

Page 3 of 4

Account number ▮ $ 890

Checks written

Account number ******2439 - Citibank NA



| Check no. | Date written | Date cleared | Description | Tracking code | Amount | Check no. | Date written | Date cleared | Description | Tracking code | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | *9997 | 01/19/10 | 01/20/10 | LIPA | N | 477.57 |

Summary of tracking codes

*Check missing in sequence

Bank Deposit Program‡ activity

The term DEPOSIT typically refers to client initiated deposit of funds. The term AUTODEPOSIT typically refers to the "sweep" of funds into a Program Bank that results from proceeds of a transaction, a dividend from a stock or interest from a bond. Conversely, WITHDRAWAL is the term that refers to transactions that cause funds to be redeemed from a Program Bank, such as the payment for an investment purchase or the payment of FMA checks that you have written.

| Date | Activity | Description | Amount |
|---|---|---|---|
| Opening balance | | | |

Ref: 00005983 00042871

B100000005983 310657A001 WSC00109A
MARK MIRVIS AND
LYUBOV MIRVIS JTWROS
289 BAYBERRY DRIVE
HEWLETT NY 11557-2721

Account carried by Citigroup Global Markets Inc. Member SIPC.

Financial Management Account
February 1 - February 28, 2010

Page 1 of 4

Account number        S 890

Morgan Stanley Smith Barney LLC. Member SIPC.
Your Financial Advisor

Website: www.smithbarney.com

FMA Client Services: 1-800-634-9855
Branch Phone: 800 468 0019
TTY/TDD Deaf & Hard of hearing: 800-227-4238



Ref: 00005983 00042873

Financial Management Account
February 1 - February 28, 2010

MARK MIRVIS AND

Account number $ 890

Page 3 of 4

**Checks written**

Account number ******2439 - Citibank NA

| Check no. | Date written | Date cleared | Description | Tracking code | Amount |
|---|---|---|---|---|---|

*Check missing in sequence

Summary of tracking codes

| Check no. | Date written | Date cleared | Description | Tracking code | Amount |
|---|---|---|---|---|---|
| 99997 | 02/12/10 | 02/16/10 | LIPA | N | 436.13 |

**Bank Deposit Program activity**

The term DEPOSIT typically refers to client initiated deposit of funds. The term AUTODEPOSIT typically refers to the "sweep" of funds into a Program Bank that results from proceeds of a transaction, a dividend from a stock or interest from a bond. Conversely, WITHDRAWAL is the term that refers to transactions that cause funds to be redeemed from a Program Bank, such as the payment for an investment purchase or the payment of FMA checks that you have written.

Opening balance

| Date | Activity | Description | Amount |
|---|---|---|---|

Financial Management Account

March 1 - March 31, 2010

Page 1 of 4

Ref: 00035740 00173809

C1000003574O 310090A101 WSC000060A
MARK MIRVIS AND
LYUBOV MIRVIS JTWROS
289 BAYBERRY DRIVE
HEWLETT NY  11557-2721

Account number

$ 890

Morgan Stanley Smith Barney LLC  Member SIPC
Your Financial Advisor

Website: www.smithbarney.com

FMA Client Services: 1-800-634-9855
Branch Phone: 800 468 0019
TTY/TDD Deaf & Hard of hearing: 800-227-4238

Account carried by Citigroup Global Markets Inc.  Member SIPC.



Ref: 00035740 00173811

Financial Management Account
March 1 - March 31, 2010

MARK MIRVIS AND

Account number 404-41361-15  890

## Checks written

Account number ******2439  -  Citibank N.A.

| Check no. | Date written | Date cleared | Description | Tracking code | Amount | | Check no. | Date written | Date cleared | Description | Tracking code | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 99997 | 03/24/10 | 03/24/10 | LIPA | N | 272.76 |

Summary of tracking codes

*Check missing in sequence

## Bank Deposit Program® activity

The term DEPOSIT typically refers to client initiated deposit of funds. The term AUTODEPOSIT typically refers to the "sweep" of funds into a Program Bank that results from proceeds of a transaction, a dividend from a stock or interest from a bond. Conversely, WITHDRAWAL is the term that refers to transactions that cause funds to be redeemed from a Program Bank, such as the payment for an investment purchase or the payment of FMA checks that you have written.

| Date | Activity | Description | Amount | | Date | Activity | Description | Amount |
|---|---|---|---|---|---|---|---|---|
| Opening balance | | | | | | | | |



Ref: 00027467 00131190

D100002746 31012bA001 WSC00060A
MARK MIRVIS AND
LYUBOV MIRVIS JTWROS
289 BAYBERRY DRIVE
HEWLETT NY  11557-2721

Account carried by Citigroup Global Markets Inc.  Member SIPC.

Financial Management Account
April 1 - April 30, 2010

Morgan Stanley Smith Barney LLC.  Member SIPC.
Your Financial Advisor

Account number [redacted] $ 890

Website: www.smithbarney.com

FMA Client Services: 1-800-634-9855
Branch Phone: 800 468 0019
TTY/TDD Deaf & Hard of hearing: 800-227-4238

Page 1 of 4

Financial Management Account
April 1 - April 30, 2010

MARK MIRVIS AND

Page 3 of 4

Ref 0002467 00131192

Account number    $ 890

Checks written

Account number ••••••2439 - Citibank NA

| Check no. | Date written | Date cleared | Description | Tracking code | Amount | Check no | Date written | Date cleared | Description | Tracking code | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 99997 | 04/28/10 | 04/28/10 | LIPA | N | 436.37 |

Total checks written

Summary of tracking codes

Bank Deposit Program‡ activity
The term DEPOSIT typically refers to client initiated deposit of funds. The term AUTODEPOSIT typically refers to the "sweep" of funds into a Program Bank that results from proceeds of a transaction, a dividend from a stock or interest from a bond. Conversely, WITHDRAWAL is the term that refers to transactions that cause funds to be redeemed from a Program Bank, such as the payment for an investment purchase or the payment of FMA checks that you have written.

| Date | Activity | Description | Amount |
|---|---|---|---|
| | | Opening balance | |



STATEMENT OF ACCOUNT

MARK MIRVIS
LYUBOV MIRVIS

| | |
|---|---|
| Page: | 3 of 5 |
| Statement Period: | Jan 12 2011-Feb 11 2011 |
| Cust Ref #: | ████████-T-### |
| Primary Account #: | ████9935 |

DAILY ACCOUNT ACTIVITY



| 1/13 | eBillPay | 294.15 |
|---|---|---|
| | BILL PYMT LIPA | |

Call 1-800-YES-2000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED    ©    WWW.TDBANK.COM    



**TD Bank**

America's Most Convenient Bank®

MARK MIRVIS
LYUBOV MIRVIS

| | |
|---|---|
| Page: | 4 of 4 |
| Statement Period: | Mar 12 2011-Apr 11 2011 |
| Cust Ref #: | ███████T-### |
| Primary Account #: | ████9935 |

DAILY ACCOUNT ACTIVITY

Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 3/30 | eBillPay | | 340.00 |
| | BILL PYMT | | |
| | LIPA | | |



| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 4/11 | eBillPay | | 220.00 |
| | BILL PYMT | | |
| | LIPA | | |



Call 1-800-YES-2000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED          ©           WWW.TDBANK.COM

PRINTSET=10053200010642027000200000000211557271042811052711

```
                                        1280 BROADWAY                         0113
                                        HEWLETT, NY 11557
                                        (516)295-7750
                                        320
    2  LYUBOV MIRVIS
       MARK MIRVIS
       289 BAYBERRY DR
       HEWLETT NY 11557-2721
```

Statement Date: 05/27/11 Account Number: ████0642

************* My Community Free Checking ████0642 ***********************

*********   REWARD POINT SUMMARY ████0642 ************************
STMT DATE  DESCRIPTION              BEGINNING   POINTS    REDEEMED/   ENDING
                                    BALANCE +  EARNED  -  EXPIRED  = BALANCE
05/27/2011 EVEN MORE REWARDS            0        0         0          0
************************************************************************

    Account Summary
Previous Statement Date: 04/27/11
       Beginning          Interest          Service         Ending
       Balance   +  Deposits + Paid  -  Withdrawals - Charge  = Balance
       ██████████████████████████████████████████████████████████████

Account Detail
    Date Description                Credits      Debits     Balance
    ████████████████████████████████████████████████████████████████
    ████████████████████████████████████████████████████████████████
    05/11 BILL PAY - LIPA #3387                  164.45-
    ████████████████████████████████████████████████████████████████
    ████████████████████████████████████████████████████████████████
    ████████████████████████████████████████████████████████████████

Checks in Order
    Date  Number      Amount    Date   Number      Amount
    ██████████████████████████████████████████████████████

Statement from 04/28/11 Thru 05/27/11

*************Summary of Deposit Accounts *********************************
AP   ACCOUNT                    BALANCE INT-RATE%  YTD-INT YTD-PENALTY MATURITY
CK   ████0642

            ------ Continued on next page ------
```

Ref: 00051232 00173181

B12000051232 312060AE01 WSCO0060A
MARK MIRVIS AND
LYUBOV MIRVIS JTWROS
289 BAYBERRY DRIVE
HEWLETT NY   11557-2721

Financial Management Account
February 1 - February 29, 2012

Morgan Stanley Smith Barney LLC, Member SIPC
Your Financial Advisor

Website: www.smithbarney.com

Account number                    $   890

Page 1 of 4

FMA Client Services: 1-800-634-9855
Branch Phone: 800-468-0019
TTY/TDD Deaf & Hard of hearing: 800-227-4238

Account carried by Citigroup Global Markets Inc.  Member SIPC.



Ref: 00051232 00173183

Financial Management Account
February 1 - February 29, 2012

MARK MIRVIS AND

| Date | Description | Reference no. | Amount |
|---|---|---|---|
| | | Account number | $ 890 |



Withdrawals

| Date | Description | Reference no. | Amount |
|---|---|---|---|

Checks written

Account number   ******2439   -   Citibank NA

| Check no. | Date written | Date cleared | Description | Tracking code | Amount |
|---|---|---|---|---|---|

| Check no. | Date written | Date cleared | Description | Tracking code | Amount |
|---|---|---|---|---|---|
| 99997 | 02/22/12 | 02/22/12 | LIPA | N | 398.14 |

*Check missing in sequence

Summary of tracking codes

Rewards Summary

| | Points |
|---|---|
| Earned this period | 0 |
| Bonus this period | 0 |
| Adjustments this period | 0 |
| Total current activity | 0 |

| Rewards Account Balance | Points |
|---|---|
| Balance as of 02/20/12 | 0 |

For more details about your point balance, and to redeem points, visit www.msabrewards.com or call 1-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.

Ref: 00006278 00045295

Financial Management Account
June 1 - June 30, 2012

Page 1 of 4

F1200006278 31218I/AE01  WSC000603A
MARK MIRVIS AND
LYUBOV MIRVIS JTWROS
289 BAYBERRY DRIVE
HEWLETT NY  11557-2721

Morgan Stanley Smith Barney LLC. Member SIPC.
Your Financial Advisor

Account number

$  890

FMA Client Services: 1-800-634-9855
Branch Phone: 800 468 0019
TTY/TDD Deaf & Hard of hearing: 800-227-4238

Website: www.smithbarney.com

Account carried by Citigroup Global Markets Inc. Member SIPC.

Financial Management Account

June 1 - June 30, 2012

MARK MIRVIS AND

Account number ▆▆▆▆▆   $   890

Page 2 of 4

Ref. 00006278 00045296

## PORTFOLIO DETAILS

Your holdings are valued using the most current prices available to Citigroup Global Markets Inc. (CGMI). In most cases, these values are as of 06/30/12, but in some cases CGMI's sources are unable to provide timely information. To see the date of the most recent price update, please view your account online at www.smithbarney.com.

Securities purchased or sold are included or excluded in this section as of the trade-date. This section may include securities that have not settled as of this statement closing date. Please see the "Unsettled Purchases/Sales" section for more information. Dividend yield is the estimated annual income, assuming the current dividend, divided by the security's market price at the end of the statement period. We do not guarantee the accuracy of the prices reflected on the statement nor do these prices represent levels at which securities can be bought or sold. Please Note: unrealized gain/(loss) is being shown for informational purposes only and should not be used for tax preparation without the assistance of your tax advisor.

| Principal | Description | Current value | Accrued interest | Annualized % return | Anticipated income (annualized) |
|---|---|---|---|---|---|

Bank Deposit Program E

The Federal Deposit Insurance Corporation (FDIC) provides insurance on deposits up to $250,000 per account owner, per bank. However, the Smith Barney Bank Deposit Program (BDP) applies certain limits to the maximum deposit amount permitted in certain banks, which may be below the maximum FDIC insurance limits for certain types of accounts. In those instances where an account type exceeds the maximum FDIC insurance limits, these deposits will be uninsured. Balances maintained in Deposit Accounts at each Affiliated Program Bank are not protected by the Securities Investor Protection Corporation ("SIPC") or any excess-SIPC coverage provided by Citigroup Global Markets Inc. For complete details please refer to the "Bank Deposit Program Disclosure Statement."

## TRANSACTION DETAILS

Checks written

Account number ******2439 - Citibank NA

| Check no. written | Date written | Date cleared | Description | Tracking code | Amount |
|---|---|---|---|---|---|
| 99997 | 06/18/12 | 06/18/12 | LIPA | N | 532.20 |

**MARK MIRVIS**
289 BAYBERRY DR.
HEWLETT, NY 11557

1-8/210 230

110

Date 11/20/12

Pay to the order of _L I P A_

$ 522 81

_Five    Hundred    Twenty Two_ Dollars 81/100

**citibank**

CITIBANK N.A. BR #290
897 MERRICK ROAD
ROCKVILLE CENTER, NY 11570

Memo _0759/12_

⑆021000089⑆ 3539⑈ 0110 ⑈00000052281⑈

PAY ANY BANK TPMC-BANK 11/25/2013   BA2252405258

For Deposit Only
Long Island Power Authority
LIPA 002
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-5 $522.81
OTC 3325 3155 1372533 5-1 2
Thu Nov 21 2013 11:56:14

Vision Archive Print: Set 1 of 1



PRINTSET=100532000106420270003000000000211557272112281201251 3
                                  1280 BROADWAY                0113
                                  HEWLETT, NY 11557
                                  (516)295-7750
                                  320

3  LYUBOV MIRVIS
   MARK MIRVIS
   289 BAYBERRY DR
   HEWLETT NY 11557-2721

Statement Date: 01/25/13 Account Number: ████0642

*************** My Community Free Checking ████0642 ***********************

**********   REWARD POINT SUMMARY   ████0642 ***********************
STMT DATE  DESCRIPTION              BEGINNING    POINTS    REDEEMED/    ENDING
                            BALANCE +  EARNED  -  EXPIRED =  BALANCE
01/25/2013 Even >more Rewards         0      0        0      0
*****************************************************************************

Account Summary
Previous Statement Date: 12/27/12

| Beginning Balance | + | Deposits | + | Interest Paid | - | Withdrawals | - | Service Charge | = | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|

Account Detail

| Date | Description | Credits | Debits | Balance |
|---|---|---|---|---|
| 01/17 | BILL PAY - LIPA #4188 | | 240.34- | |

Checks in Order

| Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|

Statement from 12/28/12 Thru 01/25/13

** Eff 11/1/12, the address to report a loss relating to a substitute **
** ck that was posted to your acct has changed to New York Community **
** Bank, 1601 Veterans Highway, Suite 100, Islandia, NY 11749        **

------ Continued on next page ------

```
PRINTSET=1005320001064202700050000000000211557272101261302713
                                          1280 BROADWAY                        0113
                                          HEWLETT, NY 11557
                                          (516)295-7750
                                          320
   5  LYUBOV MIRVIS
      MARK MIRVIS
      289 BAYBERRY DR
      HEWLETT NY 11557-2721
```



```
   Statement Date: 02/27/13 Account Number: ████0642

   ************* My Community Free Checking ████0642 ***********************

   **********    REWARD POINT SUMMARY    ████0642 ***********************
   STMT DATE   DESCRIPTION            BEGINNING   POINTS    REDEEMED/      ENDING
                                      BALANCE +   EARNED  - EXPIRED  =    BALANCE
   02/27/2013 Even >more Rewards          0         0          0            0
   *************************************************************************

      Account Summary
      Previous Statement Date: 01/25/13
        Beginning                   Interest              Service         Ending
         Balance  +  Deposits  +  Paid -  Withdrawals  - Charge   =      Balance

   Account Detail
      Date Description                  Credits       Debits       Balance
```

```
   02/14 BILL PAY - LIPA #2165                        356.30-
```

------ Continued on next page ------

Citibank Client Services    000
PO Box 769013
San Antonio, TX 78269-9013

0-0/R1/04F000

000
CITIBANK, N. A.
**Account** 3539

MARK MIRVIS
289 BAYBERRY DR
HEWLETT NY

11557-2721

**Statement Period**
May 6 - Jun 6, 2013

Page 1 of 4

**Relationship Summary:**

Checking
Savings
Investments
(not FDIC Insured)
Loans
Credit Cards

Checking
Basic Checking

Balance

Savings
Savings

Total Checking and Savings at Citibank

Citi Bike , NYC's new bike sharing program proudly sponsored by Citi, has arrived. It will be the largest planned bike share system in North America, featuring thousands of bikes and operated by NYC Bike Share, LLC. There are optional daily, weekly or annual passes to choose from. Whether you live in, work in or are visiting the NYC area, you now have a great way of getting around. To find out more, go to NYC Bike Share's website at citibikenyc.com.

You've got enough to take care of before the big trip. With World Wallet®, get next business day delivery of foreign currencies to your home, office or nearest branch.
(Anywhere in the Continental U.S.)

Visit your nearest Branch or Call 1-800-756-7050
Ordering limits/fees apply.

MARK MIRVIS

Account ████3539                    Page 2 of 4            0-0/R1/04F000
Statement Period - May 6 - Jun 6, 2013

| Basic Checking Fees* | Your Fees this Statement Period | |
|---|---|---|
| Monthly Service Fee | | |
| Waived with either 1 Direct Deposit AND 1 qualifying Bill Payment OR $1,500 in average combined deposit balances ** | $10.00 | Waived due to deposit balances |
| Fee for non-Citibank ATM transaction | $2.00 | None |

*A transaction is deemed to have been made on the date the transaction is posted to your account which is not necessarily the date you initiated the transaction. Any fees for that transaction, including non-Citibank ATM fees, will appear as charges on your next Citibank statement (to the account that is debited for your monthly service fee).

** 1 Direct Deposit AND 1 qualifying Bill Payment within the statement period; $1,500 in average combined deposit balances for previous calendar month. Qualifying bill payments are those made using Citibank® Online, Citi Mobile (SM) or CitiPhone Banking®.

**Basic Checking**
████3539

Beginning Balance:
Ending Balance:

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 05/13 | Payment on 05/11¹ LIPA        010005  DA | | 334.14 | |

All transaction times and dates reflected are based on Eastern Time.
¹ Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.

Citibank Client Services    000
PO Box 769013
San Antonio, TX 78245-9013

001/R1/04F000

000
CITIBANK, N. A.
**Account** ███3539

MARK MIRVIS
289 BAYBERRY DR
HEWLETT NY                     11557-2721

**Statement Period**
**Dec 9 - Jan 6, 2014**

Page 1  of  3

**Relationship Summary:**

**Checking**
**Savings**
**Investments**
**(not FDIC Insured)**
**Loans**
**Credit Cards**

| Basic Checking Fees* | Your Fees this Statement Period | |
|---|---|---|
| Monthly Service Fee | | |
| Waived with either 1 Direct Deposit AND 1 qualifying Bill Payment OR $1,500 in average combined deposit balances ** | $10.00 | Waived due to deposit balances |
| Fee for non-Citibank ATM transaction | $2.00 | None |

*A transaction is deemed to have been made on the date the transaction is posted to your account which is not necessarily the date you initiated the transaction. Any fees for that transaction, including non-Citibank ATM fees, will appear as charges on your next Citibank statement (to the account that is debited for your monthly service fee).

** 1 Direct Deposit AND 1 qualifying Bill Payment within the statement period; $1,500 in average combined deposit balances for previous calendar month. Qualifying bill payments are those made using Citibank® Online, Citi Mobile (SM) or CitiPhone Banking®.

**Basic Checking**
███3539

**Beginning Balance:**
**Ending Balance:**

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 12/17 | Payment LIPA     010034  DA | | 227.70 | |

Citibank Client Services    000
PO Box 769013
San Antonio, TX 78245-9013

001/R1/04F000

000
CITIBANK, N. A.
**Account**
▮▮▮▮3539

MARK MIRVIS
289 BAYBERRY DR
HEWLETT NY                    11557-2721

**Statement Period**
Nov 7 - Dec 7, 2014

Page 1 of 3

**Relationship Summary:**

**Checking**
**Savings**
**Investments**
**(not FDIC Insured)**
**Loans**
**Credit Cards**

Please help Fundacion Teleton USA improve the lives of children
with autism, cancer and other disabilities. You can donate at a
Citibank branch or at teletonusa.org.
Watch Univision® and donate live, December 12-13, 2014.

This season, give yourself the gift of a new home. Whether you are looking for
your first home or your next, Citibank can help with rate and closing costs discounts
for valued customers like you. For details, call 1-877-707-1799. Offer Code: 13337-5.
NMLS# 412915

| Basic Checking Fees* | Your Fees this Statement Period | |
|---|---|---|
| Monthly Service Fee<br><br>Waived with either 1 Direct Deposit AND 1 qualifying Bill Payment OR $1,500 in average combined deposit balances ** | $10.00 | Waived due to deposit balances |
| Fee for non-Citibank ATM transaction | $2.50 | None |

*A transaction is deemed to have been made on the date the transaction is posted to your account which is
not necessarily the date you initiated the transaction. Any fees for that transaction, including non-Citibank
ATM fees, will appear as charges on your next Citibank statement (to the account that is debited for your
monthly service fee).

** 1 Direct Deposit AND 1 qualifying Bill Payment within the statement period; $1,500 in average combined
deposit balances for previous calendar month. Qualifying bill payments are those made using Citibank®
Online, Citi Mobile (SM) or CitiPhone Banking®.

MARK MIRVIS

Account ▆▆▆3539          Page 2 of 3
Statement Period - Nov 7 - Dec 7, 2014          001/R1/04F000



**Basic Checking**
▆▆▆3539

Beginning Balance:
Ending Balance:

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 11/17 | Payment on 11/16¹ PSEG - LI      010054  DA | | 473.69 | |

*All transaction times and dates reflected are based on Eastern Time.*
¹ *Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.*

**ThankYou® Points Summary**

| | |
|---|---|
| Points from checking account and other products and services | |
| Total Points forwarded to Citi® ThankYou® Rewards | 0 |
| Go to thankyou.com to review your point balance and redeem! | 0 |

This summary includes only points awarded for the Citibank checking account relationship and may not reflect any bonus points received through a promotional offer. You can obtain updated point information by accessing your ThankYou Member Account at www.thankyou.com. Please refer to the Citibank Program ThankYou Rewards Terms and Conditions provided to the primary (first) signer of the checking account upon enrollment of your Citibank checking account and the Terms and Conditions of ThankYou Rewards for important details.

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 800-627-3999 (For Speech and Hearing Impaired Customers Only TDD: 800-945-0258) | Citibank Client Services 100 Citibank Drive San Antonio, TX 78245-9966 |

**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.**

The products reported on this statement have been combined onto one monthly statement at your request. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

**CHECKING AND SAVINGS**
**FDIC Insurance:**
Products reported in CHECKING and SAVINGS are insured by the Federal Deposit Insurance Corporation. Please consult your Citibank Customer Manual for full details and limitations of FDIC coverage.

**CERTIFICATES OF DEPOSIT**
Certificates of Deposit (CD) information may show dashes in certain fields if on the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period.

Citibank Client Services    000
PO Box 769013
San Antonio, TX 78245-9013

001/R1/04F000

000
CITIBANK, N. A.
**Account** 3539

**MARK MIRVIS**
**289 BAYBERRY DR**
**HEWLETT NY**                    11557-2721

**Statement Period**
**Dec 8 - Jan 6, 2015**

Page 1 of 3

## Relationship Summary:

| | |
|---|---|
| Checking | |
| Savings | |
| Investments (not FDIC Insured) | |
| Loans | |
| Credit Cards | |

Citibank Global Transfers to and from Germany and Belgium will be discontinued as of December 8th, 2014. We ask that you please use our Wire Transfer service to send funds to these destinations.*
* Please refer to your Client Manual and Marketplace Addendum for information regarding fees and other terms regarding our wire transfer service.

Let Citibank help you start the New Year off in a new home. Whether you're a first time home buyer or need a home that better suits your needs, Citibank can help with rate and closing costs discounts for valued customers like you. Call 1-877-707-1799. Offer Code: 13337-5. NMLS# 412915

| Basic Checking Fees* | Your Fees this Statement Period | |
|---|---|---|
| Monthly Service Fee | | |
| Waived with either 1 Direct Deposit AND 1 qualifying Bill Payment OR $1,500 in average combined deposit balances ** | $10.00 | Waived due to deposit balances |
| Fee for non-Citibank ATM transaction | $2.50 | None |

*A transaction is deemed to have been made on the date the transaction is posted to your account which is not necessarily the date you initiated the transaction. Any fees for that transaction, including non-Citibank ATM fees, will appear as charges on your next Citibank statement (to the account that is debited for your monthly service fee).

** 1 Direct Deposit AND 1 qualifying Bill Payment within the statement period; $1,500 in average combined deposit balances for previous calendar month. Qualifying bill payments are those made using Citibank® Online, Citi Mobile (SM) or CitiPhone Banking®.

## Basic Checking
3539

Beginning Balance:
Ending Balance:

| Date | Description | | | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|---|---|
| 12/08 | Payment PSEG - LI | 010062 DA | | 253.83 | | |

Citibank Client Services   000
PO Box 769013
San Antonio, TX 78245-9013

010/R1/04F000

000
CITIBANK, N. A.
**Account** ████3539

MARK MIRVIS
289 BAYBERRY DR
HEWLETT NY

11557-2721

**Statement Period**
Jun 8 - Jul 6, 2015

Page 1 of 3

**Relationship Summary:**

**Checking**
**Savings**
**Investments**
**(not FDIC Insured)**
**Loans**
**Credit Cards**

---

Effective October 2, 2015, the Citibank service called "Quicken" will no longer be available, or offered, through Citibank. This impacts and discontinues the following Citibank services through Quicken for online bill payments, online account transfers, and automated downloads. This does not affect any transactions done directly through Citibank or Citibank Online.

---

Citibank's Privacy Notice is now available to view. On the Download Recent Statement page, select the Legal and Marketing Notices link for your most recent statement, then select the Legal Notice link to view the Privacy Notice.

---

| Basic Checking Fees* | Your Fees this Statement Period | |
|---|---|---|
| Monthly Service Fee | | |
| Waived with either 1 Direct Deposit AND 1 qualifying Bill Payment OR $1,500 in average combined deposit balances ** | $12.00 | Waived due to deposit balances |
| Fee for non-Citibank ATM transaction | $2.50 | None |

*A transaction is deemed to have been made on the date the transaction is posted to your account which is not necessarily the date you initiated the transaction. Any fees for that transaction, including non-Citibank ATM fees, will appear as charges on your next Citibank statement (to the account that is debited for your monthly service fee).

** 1 Direct Deposit AND 1 qualifying Bill Payment within the statement period; $1,500 in average combined deposit balances for previous calendar month. Qualifying bill payments are those made using Citibank® Online, Citi Mobile (SM) or CitiPhone Banking®.

MARK MIRVIS

Account █████3539      Page 2 of 3      010/R1/04F000
Statement Period - Jun 8 - Jul 6, 2015



**Basic Checking**
████3539

| | | Beginning Balance: | | |
| | | Ending Balance: | | |
| Date | Description | Amount Subtracted | Amount Added | Balance |
| 06/10 | Payment PSEG - LI    010084 DA | | 458.59 | |
| | Total Subtracted/Added | | | |

---

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 800-627-3999<br>(For Speech and Hearing Impaired Customers Only TDD: 800-945-0258) | Citibank Client Services<br>100 Citibank Drive<br>San Antonio, TX 78245-9966 |

**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.**

The products reported on this statement have been combined onto one monthly statement at your request. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

**CHECKING AND SAVINGS**
**FDIC Insurance:**
Products reported in CHECKING and SAVINGS are insured by the Federal Deposit Insurance Corporation. Please consult your Citibank Customer Manual for full details and limitations of FDIC coverage.

**CERTIFICATES OF DEPOSIT**
Certificates of Deposit (CD) information may show dashes in certain fields if on the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period.

**IN CASE OF ERRORS**
**In Case of Errors or Questions About Your Electronic Fund Transfers:**
If you think your statement or record is wrong or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the **first** statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic fund transfer in accordance with the Electronic Fund Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details. **Give us the following information:** (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**The following special procedures apply to errors or questions about international wire transfers or International Citibank Global Transfers to a recipient located in a foreign country on or after October 28, 2013:** Telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you within 180 days of the date we indicated to you that the funds would be made available to the recipient of that transfer. At the time you contact us, we may ask for the following information: 1) your name, address and account number; 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; 3) the dollar amount of the transfer; 4) the reference code for the transfer; and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedy (credit to your account in an amount necessary to resolve the error or alternatively, a resend of the transfer in an amount necessary to resolve the error for those cases where bank error is found). We will determine whether an error has occurred within 90 days after you contact us. If we determine that an error has occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual for details.

Citibank is an Equal Housing Lender.



© 2015 Citigroup Inc.  Citibank, N.A. Member FDIC.
Citibank with Arc Design, Checking Plus, MasterCard, Visa, Citibank Preferred Visa and MasterCard, Citibank Platinum Select, Citigold, CitiPhone Banking and Ready Credit are registered service marks of Citigroup, Inc.