# Exhibit "G"

Financial Management Account

January 1 - January 31, 2010

Page 1 of 4

Ref. 00006203 00045493

A100006203 310029.A/01 WSC00109A
MARK MIRVIS AND
LYUBOV MIRVIS JTWROS
289 BAYBERRY DRIVE
HEWLETT NY  11557-2721

Morgan Stanley Smith Barney LLC. Member SIPC.
Your Financial Advisor

Account number

$   890

Website  www.smithbarney.com

FMA Client Services: 1-800-634-9855
Branch Phone: 800 468 0019
TTY/TDD Deaf & Hard of Hearing: 800-227-4238



Account value | Last period | This period | % | Cash, money fund, bank deposits | This period | This year

Account carried by Citigroup Global Markets Inc. Member SIPC.

Financial Management Account
January 1 - January 31, 2010

MARK MIRVIS AND

Page 3 of 4

Account number ████ $ 890

Ref: 00006203 00045495

Checks written

Account number ******2439 - Citibank NA

| Check no. | Date written | Date cleared | Description | Tracking code | Amount | | Check no. | Date written | Date cleared | Description | Tracking code | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 99997 | 01/29/10 | 01/29/10 | LONG ISLAND WATER CORPORATION | N | 98.92 |

*Check missing in sequence

Summary of tracking codes



Bank Deposit Program‡ activity

The term DEPOSIT typically refers to client initiated deposit of funds. The term AUTODEPOSIT typically refers to the "sweep" of funds into a Program Bank that results from proceeds of a transaction, a dividend from a stock or interest from a bond. Conversely, WITHDRAWAL is the term that refers to transactions that cause funds to be redeemed from a Program Bank, such as the payment for an investment purchase or the payment of FMA checks that you have written.

| Date | Activity | Description | Amount | | Date | Activity | Description | Amount |
|---|---|---|---|---|---|---|---|---|
| | | Opening balance | | | | | | |



Ref: 00005983 00042871

B10000005983 310037A/01 WSC00109A
MARK MIRVIS AND
LYUBOV MIRVIS JTWROS
289 BAYBERRY DRIVE
HEWLETT NY 11557-2721

Account carried by Citigroup Global Markets Inc. Member SIPC.

Financial Management Account
February 1 - February 28, 2010

Page 1 of 4

Account number          5 890

Morgan Stanley Smith Barney LLC. Member SIPC.
Your Financial Advisor

FMA Client Services: 1-800-634-9855
Branch Phone: 800 468 0019
TTY/TDD Deaf & Hard of hearing: 800-227-4238

Website: www.smithbarney.com



Financial Management Account
February 1 - February 28, 2010

MARK MIRVIS AND

Account number ▮ $ 890

Page 3 of 4

Ref: 00005983 00412873

Account number ******2439 - Citibank NA

Checks written

| Check no | Date written | Date cleared | Description | Tracking code | Amount | | Check no | Date written | Date cleared | Description | Tracking code | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 99997 | 02/22/10 | 02/22/10 | LONG ISLAND WATER CORPORATION | N | 101.23 |

*Check missing in sequence

Summary of tracking codes

Bank Deposit Program® activity

The term DEPOSIT typically refers to client initiated deposit of funds. The term AUTODEPOSIT typically refers to the "sweep" of funds into a Program Bank that results from proceeds of a transaction, a dividend from a stock or interest from a bond. Conversely, WITHDRAWAL is the term that refers to transactions that cause funds to be redeemed from a Program Bank, such as the payment for an investment purchase or the payment of FMA checks that you have written.

| Date | Activity | Description | Amount |
|---|---|---|---|
| Opening balance | | | ▮ |

Ref. 00035740 00173809

C1000035740 310090A101 WSC00060A
MARK MIRVIS AND
LYUBOV MIRVIS JTWROS
289 BAYBERRY DRIVE
HEWLETT NY 11557-2721

Account carried by Citigroup Global Markets Inc. Member SIPC.

Financial Management Account
March 1 - March 31, 2010

Page 1 of 4

Morgan Stanley Smith Barney LLC. Member SIPC
Your Financial Advisor

Account number ███ $ 890

FMA Client Services: 1-800-634-9855
Branch Phone: 800 468 0019
TTY/TDD Deaf & Hard of hearing: 800-227-4238

Website: www.smithbarney.com





Ref: 0003574() ()()173811

Financial Management Account

March 1 - March 31, 2010

MARK MIRVIS AND

LONG ISLAND WATER CORPORATION

Page 3 of 4

Account number 401-41361-15  890

**Checks written**

Account number ********2439  -  Citibank NA

| Check no. | Date written | Date cleared | Description | Tracking code | Amount | Check no. | Date written | Date cleared | Description | Tracking code | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 99997 | 03/24/10 | 03/24/10 | | N | 102.30 |

\*Check missing in sequence

**Summary of tracking codes**

**Bank Deposit Program‡ activity**

The term DEPOSIT typically refers to client initiated deposit of funds. The term AUTODEPOSIT typically refers to the "sweep" of funds into a Program Bank that results from proceeds of a transaction, a dividend from a stock or interest from a bond. Conversely, WITHDRAWAL is the term that refers to transactions that cause funds to be redeemed from a Program Bank, such as the payment for an investment purchase or the payment of FMA checks that you have written.

| Date | Activity | Description | Amount |
|---|---|---|---|

Opening balance

Ref: 00027467 00131190

D100002746\7  3101230A101   WSC00060A
MARK MIRVIS AND
LYUBOV MIRVIS JTWROS
289 BAYBERRY DRIVE
HEWLETT NY  11557-2721

Account carried by Citigroup Global Markets Inc.  Member SIPC

Financial Management Account
April 1 - April 30, 2010

Morgan Stanley Smith Barney LLC. Member SIPC.
Your Financial Advisor

Website: www.smithbarney.com



Account number        890

FMA Client Services: 1-800-634-9855
Branch Phone: 800 468 0019
TTY/TDD Deaf & Hard of hearing: 800-227-4238

Page 1 of 4



Financial Management Account
April 1 - April 30, 2010

Page 3 of 4

Ref 00027467 00131192

MARK MIRVIS AND

Account number [redacted] $ 890

## Checks written

Account number ******2439 - Citibank NA

| Check no. | Date written | Date cleared | Description | Tracking code | Amount | | Check no. | Date written | Date cleared | Description | Tracking code | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 99997 | 04/26/10 | 04/26/10 | LONG ISLAND WATER CORPORATION | N | 86.58 |

## Summary of tracking codes

## Bank Deposit Program® activity

The term DEPOSIT typically refers to client initiated deposit of funds. The term AUTODEPOSIT typically refers to the "sweep" of funds into a Program Bank that results from proceeds of a transaction, a dividend from a stock or interest from a bond. Conversely, WITHDRAWAL is the term that refers to transactions that cause funds to be redeemed from a Program Bank, such as the payment for an investment purchase or the payment of FMA checks that you have written.

| Date | Activity | Description | Amount |
|---|---|---|---|
| Opening balance | | | |

| Date | Activity | Description | Amount |
|---|---|---|---|

Ref: 00042141 00201803

Financial Management Account

May 31 - June 30, 2010

Page 1 of 4

F100004214I 310181AE01 WSC00060A
MARK MIRVIS AND
LYUBOV MIRVIS JTWROS
289 BAYBERRY DRIVE
HEWLETT NY 11557-2721

Morgan Stanley Smith Barney LLC. Member SIPC.
Your Financial Advisor

Account number　 890



FMA Client Services: 1-800-634-9855
Branch Phone: 800 468 0019
TTY/TDD Deaf & Hard of hearing: 800-227-4238

Website: www.smithbarney.com

Account carried by Citigroup Global Markets Inc. Member SIPC.



Financial Management Account

May 31 - June 30, 2010

Page 3 of 4

Ref: 00042141 00201805

MARK MIRVIS AND

Account number ☐ S 890

Checks written

Account number ******2439 - Citibank NA

| Check no. written | Date written | Date cleared | Description | Tracking code | Amount | Check no. written | Date written | Date cleared | Description | Tracking code | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 99997 | 06/16/10 | 06/17/10 | LONG ISLAND WATER CORPORATION | N | 97.34 |

Total checks written

*Check missing in sequence

Summary of tracking codes

Bank Deposit Program® activity

The term DEPOSIT typically refers to client initiated deposit of funds. The term AUTODEPOSIT typically refers to the "sweep" of funds into a Program Bank that results from proceeds of a transaction, a dividend from a stock or interest from a bond. Conversely, WITHDRAWAL is the term that refers to transactions that cause funds to be redeemed from a Program Bank, such as the payment for an investment purchase or the payment of FMA checks that you have written.

| Date | Activity | Description | Amount | Date | Activity | Description | Amount |
|---|---|---|---|---|---|---|---|
| | Opening balance | | | | | | |

Message:  If you are currently enrolled in Women & Co.®, an educational resource provided by Citi, Morgan Stanley Smith Barney will no longer offer this service to you after July 31, 2010. Women & Co. will continue to recognize you as a valued member.  Please contact Women & Co. at 800-930-2544 if you have any questions about your current or future membership benefits.

Ref: 0002942I 00157245

Financial Management Account

July 1 - July 31, 2010

Page 1 of 4

GI000029421 3I02I1AE0I  WSC00060A
MARK MIRVIS AND
LYUBOV MIRVIS JTWROS
289 BAYBERRY DRIVE
HEWLETT NY 11557-2721

Morgan Stanley Smith Barney LLC. Member SIPC.
Your Financial Advisor



Website: www.smithbarney.com

Account number

S 890

FMA Client Services: 1-800-634-9855
Branch Phone: 800 468 0019
TTY/TDD Deaf & Hard of hearing: 800-227-4238

Account carried by Citigroup Global Markets Inc. Member SIPC.

Ref. 0029421 00157247

Financial Management Account

July 1 - July 31, 2010

MARK MIRVIS AND

Page 3 of 4

Account number [redacted] $ 890

## Checks written

Account number ******2439 - Citibank NA



| Check no. | Date written | Date cleared | Description | Tracking code | Amount |
|---|---|---|---|---|---|
| 99997 | 07/07/10 | 07/07/10 | LONG ISLAND WATER CORPORATION | N | 227.41 |
| 99997 | 07/20/10 | 07/20/10 | LONG ISLAND WATER CORPORATION | N | 11.60 |

*Check missing in sequence

## Summary of tracking codes

## Bank Deposit Program activity

The term DEPOSIT typically refers to client initiated deposit of funds. The term AUTODEPOSIT typically refers to the "sweep" of funds into a Program Bank that results from proceeds of a transaction, a dividend from a stock or interest from a bond. Conversely, WITHDRAWAL is the term that refers to transactions that cause funds to be redeemed from a Program Bank, such as the payment for an investment purchase or the payment of FMA checks that you have written.

| Date | Activity | Description | Amount |
|---|---|---|---|
| Opening balance | | | |

Ref: 00023372 00121908

Account number
.......5 890

Financial Management Account
August 1 - August 31, 2010

H1000002337231024 3-AE01  WSC00060A
MARK MIRVIS AND
LYUBOV MIRVIS JTWROS
289 BAYBERRY DRIVE
HEWLETT NY   11557-2721

Morgan Stanley Smith Barney LLC, Member SIPC
Your Financial Advisor



Website: www.smithbarney.com

FMA Client Services: 1-800-634-9855
Branch Phone: 800 468 0019
TTY/TDD Deaf & Hard of hearing: 800-227-4238

Account carried by Citigroup Global Markets Inc.  Member SIPC

Financial Management Account

August 1 - August 31, 2010

MARK MIRVIS AND

Page 3 of 4

Account number ████ 890

Ref: 00023372 00121910

**Checks written**

Account number  ******2439  -  Citibank NA

| Check no. | Date written | Date cleared | Description | Tracking code | Amount |
|---|---|---|---|---|---|
| 99997 | 08/23/10 | 08/23/10 | LONG ISLAND WATER CORPORATION | N | 386.13 |
| 99997 | 08/26/10 | 08/26/10 | LONG ISLAND WATER CORPORATION | N | 186.09 |

**Summary of tracking codes**

Total checks written



**Bank Deposit Program‡ activity**

The term DEPOSIT typically refers to client initiated deposit of funds. The term AUTODEPOSIT typically refers to the "sweep" of funds into a Program Bank that results from proceeds of a transaction, a dividend from a stock or interest from a bond. Conversely, WITHDRAWAL is the term that refers to transactions that cause funds to be redeemed from a Program Bank, such as the payment for an investment purchase or the payment of FMA checks that you have written.

| Date | Activity | Description | Amount |
|---|---|---|---|
| | Opening balance | | |

| Date | Activity | Description | Amount |
|---|---|---|---|

**Message:**  Important information if you are a margin customer

If you have a margin account with us, as permitted by law, we may use certain securities in your account for, among other things, settling short sales and lending the securities for short sales, and as a result may receive compensation in connection therewith.

Financial Management Account
October 1 - October 31, 2010

Page 1 of 4

Ref. 00054388 00163563

J100000034388  310302.A101  WSC00060A
MARK MIRVIS AND
LYUBOV MIRVIS JTWROS
289 BAYBERRY DRIVE
HEWLETT NY  11557-2721

Account carried by Citigroup Global Markets Inc.  Member SIPC.



Morgan Stanley Smith Barney LLC. Member SIPC.
Your Financial Advisor

Website: www.smithbarney.com

Account number

$ 890

FMA Client Services: 1-800-634-9855
Branch Phone: 800 468 0019
TTY/TDD Deaf & Hard of hearing: 800-227-4238

Ref: 0003438 00163565

Financial Management Account
October 1 - October 31, 2010

MARK MIRVIS AND
LONG ISLAND WATER CORPORATION

Account number ███████ $ 890

Page 3 of 4

**Checks written**

Account number ******2439 · Citibank NA



| Check no. | Date written | Date cleared | Description | Tracking code | Amount | Check no. | Date written | Date cleared | Description | Tracking code | Amount |
|-----------|--------------|--------------|-------------|---------------|--------|-----------|--------------|--------------|-------------|---------------|--------|
|           |              |              |             |               |        | 99997     | 10/11/10     | 10/12/10     |             | N             | 112.38 |

**Summary of tracking codes**

**Bank Deposit Program† activity**

The term DEPOSIT typically refers to client initiated deposit of funds. The term AUTODEPOSIT typically refers to the "sweep" of funds into a Program Bank that results from proceeds of a transaction, a dividend from a stock or interest from a bond. Conversely, WITHDRAWAL is the term that refers to transactions that cause funds to be redeemed from a Program Bank, such as the payment for an investment purchase or the payment of FMA checks that you have written.

| Date | Activity | Description | Amount | Date | Activity | Description | Amount |
|------|----------|-------------|--------|------|----------|-------------|--------|
| Opening balance | | | | | | | |

Message: Important information if you are a margin customer
If you have a margin account with us, as permitted by law we may use certain securities in your account for, among other things, settling short sales and lending the securities for short sales, and as a result may receive compensation in connection therewith.

Ref: 00030230 00154001

K1000030230 310634AE01  WSC00060A
MARK MIRVIS AND
LYUBOV MIRVIS JTWROS
289 BAYBERRY DRIVE
HEWLETT NY  11557-2721

Account carried by Citigroup Global Markets Inc.  Member SIPC.

Financial Management Account
November 1 - November 30, 2010

Page 1 of 4

Account number

$ 890

Morgan Stanley Smith Barney LLC. Member SIPC.
Your Financial Advisor

FMA Client Services: 1-800-634-9855
Branch Phone: 800 468 0019
TTY/TDD Deaf & Hard of hearing: 800-227-4238

Website: www.smithbarney.com

Ref: 00050230 00154003

Financial Management Account
November 1 - November 30, 2010

MARK MIRVIS AND

Account number ████ $ 890

Page 3 of 4



**Checks written**

Account number ******2439 - Citibank NA

| Check no. | Date written | Date cleared | Description | Tracking code | Amount | Check no. | Date written | Date cleared | Description | Tracking code | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 99997 | 11/01/10 | 11/02/10 | LONG ISLAND WATER CORPORATION | N | 162.09 | | | | | | |

* Check missing in sequence

**Summary of tracking codes**

**Bank Deposit Program activity**

The term DEPOSIT typically refers to client initiated deposit of funds. The term AUTODEPOSIT typically refers to the "sweep" of funds into a Program Bank that results from proceeds of a transaction, a dividend from a stock or interest from a bond. Conversely, WITHDRAWAL is the term that refers to transactions that cause funds to be redeemed from a Program Bank, such as the payment for an investment purchase or the payment of FMA checks that you have written.

| Date | Activity | Description | Amount |
|---|---|---|---|
| Opening balance | | | |

| Date | Activity | Description | Amount |
|---|---|---|---|



**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MARK MIRVIS
LYUBOV MIRVIS

Page:                                           3 of 5
Statement Period:   Jan 12 2011-Feb 11 2011
Cust Ref #:                         ▉▉T-###
Primary Account #:               ▉▉9935

---

DAILY ACCOUNT ACTIVITY

Other Credits

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| ▉▉▉▉▉▉ | ▉▉▉▉▉▉ | ▉▉▉▉▉▉ | ▉▉▉▉▉▉ |
| | | Subtotal: | ▉▉▉ |

Checks Paid     No. Checks: 3     *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |

Electronic Payments

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| | | | |
| 1/24 | eBillPay | | 190.55 |
| | BILL PYMT | | |
| | LONG ISLAND AMERICAN WATER | | |

---

Call 1-800-YES-2000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED                    WWW.TDBANK.COM



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MARK MIRVIS
LYUBOV MIRVIS

Page:                                        3 of 4
Statement Period:  Feb 12 2011-Mar 11 2011
Cust Ref #:                        LT-###
Primary Account #:                      9935

DAILY ACCOUNT ACTIVITY

Electronic Payments

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 3/1 | eBillPay BILL PYMT LONG ISLAND AMERICAN WATER | | 160.90 |



Call 1-800-YES-2000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED          ©          WWW.TDBANK.COM


**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MARK MIRVIS
LYUBOV MIRVIS

Page:                                    3 of 4
Statement Period:  Mar 12 2011-Apr 11 2011
Cust Ref #:                      -T-###
Primary Account #:              9935

DAILY ACCOUNT ACTIVITY

Electronic Payments

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 3/25 | eBillPay BILL PYMT LONG ISLAND AMERICAN WATER | | 50.22 |



Call 1-800-YES-2000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED        ©        WWW.TDBANK.COM

PRINTSET=1005320001064202700010000000000211557272107281108261            O113

```
                                    1280 BROADWAY
                                    HEWLETT, NY 11557
                                    (516)295-7750
                                    320
  1   LYUBOV MIRVIS
      MARK MIRVIS
      289 BAYBERRY DR
      HEWLETT NY 11557-2721
```

Statement Date: 08/26/11 Account Number: ██████0642

************** My Community Free Checking    ████0642 ************************

********** REWARD POINT SUMMARY            ████0642 ************************
STMT DATE  DESCRIPTION             BEGINNING    POINTS    REDEEMED/    ENDING
                                   BALANCE +   EARNED  -  EXPIRED  =  BALANCE
08/26/2011 EVEN MORE REWARDS           0         0          0           0
**********************************************************************

Account Summary
Previous Statement Date: 07/27/11

| Beginning Balance | + | Deposits | + | Interest Paid | − | Withdrawals | − | Service Charge | = | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|

Account Detail

| Date | Description | Credits | Debits | Balance |
|---|---|---|---|---|
| 08/22 | BILL PAY - LI AM. WATER 065-8 #9 | | 380.01- | |
| 08/22 | BILL PAY - LI AM WATER 064-1 #96 | | 108.17- | |

Checks in Order

| Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|

Statement from 07/28/11 Thru 08/26/11

**************Summary of Deposit Accounts *************************************
| AP | ACCOUNT | BALANCE | INT-RATE% | YTD-INT | YTD-PENALTY | MATURITY |
|---|---|---|---|---|---|---|
| CK | ████0642 | | | | | |

------ Continued on next page ------

PRINTSET-10053200010642027000000000000021155727210928111102711

0113

1280 BROADWAY
HEWLETT, NY 11557
(516)295-7750
320

LYUBOV MIRVIS
MARK MIRVIS
289 BAYBERRY DR
HEWLETT NY 11557-2721

Statement Date: 10/27/11 Account Number: ▮▮▮▮0642

************* My Community Free Checking   ▮▮▮▮0642 **********************

***********   REWARD POINT SUMMARY       ▮▮▮▮0642 **********************
STMT DATE   DESCRIPTION           BEGINNING   POINTS     REDEEMED/    ENDING
                                  BALANCE +  EARNED   -  EXPIRED  =  BALANCE
10/27/2011 Even >more Rewards         0          0           0          0
**********************************************************************************

Account Summary
Previous Statement Date: 09/27/11
    Beginning                Interest                Service             Ending
    Balance   +  Deposits  + Paid  -  Withdrawals - Charge      =      Balance
    ▮▮▮▮▮

Account Detail
  Date Description                         Credits       Debits       Balance
  09/27 Balance Forward

  09/28 BILL PAY - LI AM WATER 064-1 #65                 50.54-

Statement from 09/28/11 Thru 10/27/11

*************Summary of Deposit Accounts *************************************
AP    ACCOUNT              BALANCE INT-RATE%   YTD-INT YTD-PENALTY MATURITY
      ▮▮▮▮▮

    Effective 07/21/11, the first $200 of a day's total deposits will be
    available on the first business day after the day of deposit for cash
    withdrawal or to pay checks written to others.

    Effective 7/31/11, transactions performed through ATMs, online
    banking and telephone banking are no longer covered by our
    Overdraft Shield Service.

PRINTSET=100532000106420270003000000000211557272110261112511

1280 BROADWAY
HEWLETT, NY 11557
(516) 295-7750
320

0113

3    LYUBOV MIRVIS
     MARK MIRVIS
     289 BAYBERRY DR
     HEWLETT NY 11557-2721

Statement Date: 11/25/11 Account Number: ████0642

************* My Community Free Checking ██████0642 **********************

**********    REWARD POINT SUMMARY ██████0642 **********************
STMT DATE   DESCRIPTION                 BEGINNING   POINTS    REDEEMED/   ENDING
                                        BALANCE +   EARNED  - EXPIRED  = BALANCE
11/25/2011 Even >more Rewards               0          0         0         0
***********************************************************************

Account Summary
Previous Statement Date: 10/27/11
    Beginning                    Interest              Service        Ending
    Balance   +    Deposits  + Paid  - Withdrawals - Charge    =   Balance

Account Detail
    Date Description                        Credits     Debits      Balance

11/02 BILL PAY - LI AM WATER 064-1 #95                  47.02-

Checks in Order
  Date    Number          Amount     Date    Number         Amount

Statement from 10/28/11 Thru 11/25/11

*************Summary of Deposit Accounts *************************************
AP     ACCOUNT                  BALANCE INT-RATE%   YTD-INT YTD-PENALTY  MATURITY
CK   ████████0642          ███████

       ------ Continued on next page ------

PRINTSET=100532000106420270000000000000211557272111261122711

1280 BROADWAY
HEWLETT, NY 11557
(516) 295-7750
320

0113

LYUBOV MIRVIS
MARK MIRVIS
289 BAYBERRY DR
HEWLETT NY 11557-2721

Statement Date: 12/27/11 Account Number: ▓▓▓0642

************* My Community Free Checking   ▓▓▓0642 **********************

*********** REWARD POINT SUMMARY ▓▓▓0642 **********************
STMT DATE  DESCRIPTION             BEGINNING    POINTS      REDEEMED/    ENDING
                                   BALANCE +  EARNED  -  EXPIRED  =  BALANCE
12/27/2011 Even >more Rewards         0         0           0           0
*********************************************************************************

Account Summary
Previous Statement Date: 11/25/11

| Beginning Balance | + | Deposits | + | Interest Paid | − | Withdrawals | − | Service Charge | = | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|

Account Detail

| Date Description | Credits | Debits | Balance |
|---|---|---|---|
| 12/06 BILL PAY - LI AM. WATER 065-8 #0 | | 339.72- | |

Statement from 11/26/11 Thru 12/27/11

*************Summary of Deposit Accounts **********************************
AP     ACCOUNT              BALANCE INT-RATE%   YTD-INT YTD-PENALTY  MATURITY
CK ▓▓▓▓0642

Effective 07/21/11, the first $200 of a day's total deposits will be
available on the first business day after the day of deposit for cash
withdrawal or to pay checks written to others.

Effective 7/31/11, transactions performed through ATMs, online
banking and telephone banking are no longer covered by our
Overdraft Shield Service.

Financial Management Account

February 1 - February 29, 2012

Page 1 of 4

Ref: 00051232_0017318I

B1200005123213206OAE01   WSC00060A
MARK MIRVIS AND
LYUBOV MIRVIS JTWROS
289 BAYBERRY DRIVE
HEWLETT NY 11557-2721

Morgan Stanley Smith Barney LLC. Member SIPC.
Your Financial Advisor

Account number
S 890

FMA Client Services: 1-800-634-9855
Branch Phone: 800 468 0019
TTY/TDD Deaf & Hard of hearing: 800-227-4238

Website: www.smithbarney.com

Account carried by Citigroup Global Markets Inc. Member SIPC.

Ref: 00051232 00173183

Financial Management Account
February 1 - February 29, 2012

MARK MIRVIS AND

Page 3 of 4

Account number ▮ $ 890



**Withdrawals**

| Date | Description | Reference no. | Amount |
|---|---|---|---|

**Checks written**

Account number ••••••2439 · Citibank NA

| Check no. | Date written | Date cleared | Description | Tracking code | Amount |
|---|---|---|---|---|---|
| 99997 | 02/13/12 | 02/14/12 | LONG ISLAND WATER CORPORATION | N | 38.40 |

*Check missing in sequence

| Check no. | Date written | Date cleared | Description | Tracking code | Amount |
|---|---|---|---|---|---|

**Summary of tracking codes**

**Rewards Summary**

| | Points |
|---|---|
| Earned this period | 0 |
| Bonus this period | 0 |
| Adjustments this period | 0 |
| Total current activity | 0 |

| Rewards Account Balance | Points |
|---|---|
| Balance as of 02/20/12 | 0 |

For more details about your point balance, and to redeem points, visit www.mssbrewards.com or call 1-800-634-9855.

Financial Management Account

March 1 - March 31, 2012

Page 1 of 4

Ref: 00011789 0006710S

C1200011789 312090AE01 WSC00060A
MARK MIRVIS AND
LYUBOV MIRVIS JTWROS
289 BAYBERRY DRIVE
HEWLETT NY 11557-2721

Morgan Stanley Smith Barney LLC. Member SIPC.
Your Financial Advisor

Account number

$ 890

FMA Client Services: 1-800-634-9855
Branch Phone: 800-468-0019
TTY/TDD Deaf & Hard of hearing: 800-227-4238

Website www.smithbarney.com

Account carried by Citigroup Global Markets Inc. Member SIPC.

Financial Management Account
March 1 - March 31, 2012

MARK MIRVIS AND

Page 3 of 4

Account number     890

Ref: 00011789-00067107

Checks written

Account number   ******2439   -   Citibank NA

| Check no. | Date written | Date cleared | Description | Tracking code | Amount | | Check no. | Date written | Date cleared | Description | Tracking code | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 99997 | 03/14/12 | 03/14/12 | LONG ISLAND WATER CORPORATION | N | 73.28 | | | | | | | |

Summary of tracking codes



Rewards Summary

| | Points |
|---|---|
| Earned this period | 0 |
| Bonus this period | 0 |
| Adjustments this period | 0 |
| Total current activity | 0 |

| | Points |
|---|---|
| Rewards Account Balance | |
| Balance as of 03/20/12 | 0 |

For more details about your point balance, and to redeem points, visit www.mssbrewards.com or call 1-800-634-9855.

PRINTSET=1005320001064202700000000000002115572721032812042712

```
                                    1280 BROADWAY
                                    HEWLETT, NY 11557
                                    (516)295-7750
                                    320
      LYUBOV MIRVIS
      MARK MIRVIS
      289 BAYBERRY DR
      HEWLETT NY 11557-2721
```

0113

```
   Statement Date: 04/27/12  Account Number: ████0642

   ************** My Community Free Checking ████0642 ****************

   **********    REWARD POINT SUMMARY    ████0642 ****************
   STMT DATE  DESCRIPTION          BEGINNING    POINTS     REDEEMED/     ENDING
                                   BALANCE +   EARNED  -  EXPIRED =   BALANCE
   04/27/2012 Even >more Rewards        0        0          0          0
   ***********************************************************************
```

   Account Summary
   Previous Statement Date: 03/27/12

```
    Beginning                    Interest               Service          Ending
    Balance     +  Deposits  +  Paid   -  Withdrawals - Charge    =     Balance
   ████████████████████████████████████████████████████████████████
```

   Account Detail

```
    Date Description                   Credits      Debits       Balance
   █████████████████████████████████████████████████████████████████
   █████████████████████████████████████████████████████████████████
   04/23 BILL PAY - LI AM WATER 064-1 #45          34.78-
   ████████████████████████████████████████
```

   Statement from 03/28/12 Thru 04/27/12

```
   **************Summary of Deposit Accounts *******************************
   AP       ACCOUNT                   BALANCE INT-RATE%   YTD-INT YTD-PENALTY  MATURITY
   CK    ████0642                ████████
```

PRINTSET=100532000106420270002000000000211557272104281205251 2

```
                                    1280 BROADWAY                        0113
                                    HEWLETT, NY 11557
                                    (516)295-7750
                                    320
   2   LYUBOV MIRVIS
       MARK MIRVIS
       289 BAYBERRY DR
       HEWLETT NY 11557-2721
```

Statement Date: 05/25/12 Account Number: ██████0642

************** My Community Free Checking ██████0642 *****************

**********  REWARD POINT SUMMARY ██████0642 ******************
STMT DATE  DESCRIPTION           BEGINNING    POINTS    REDEEMED/    ENDING
                                 BALANCE +    EARNED  -  EXPIRED  =  BALANCE
05/25/2012 Even >more Rewards         0          0          0          0
*************************************************************************

Account Summary
Previous Statement Date: 04/27/12
    Beginning              Interest            Service         Ending
    Balance    +  Deposits + Paid  -  Withdrawals - Charge  =  Balance
    ███████████████████████████████████████████████████████████

Account Detail
    Date Description                   Credits      Debits      Balance
    ████████████████████████████████████████████████████████████████
    ████████████████████████████████████████████████████████████████
    ████████████████████████████████████████████████████████████████
    05/21 BILL PAY - LI AM WATER 064-1 #60          49.72-
    ████████████████████████████████████████████████████████████████

Checks in Order
    Date   Number        Amount    Date   Number        Amount
    ██████████████████████████████████████████████████████████
      (*) Check Numbers Missing

Statement from 04/28/12 Thru 05/25/12

*************Summary of Deposit Accounts ************************************
AP      ACCOUNT
CK    ██████0642              ████████ BALANCE INT-RATE%   YTD-INT YTD-PENALTY   MATURITY



Ref: 00006278 0004529S

Account carried by Citigroup Global Markets Inc. Member SIPC

F1200006278 312181AE01 WSC00060A
MARK MIRVIS AND
LYUBOV MIRVIS JTWROS
289 BAYBERRY DRIVE
HEWLETT NY 11557-2721

Financial Management Account
June 1 - June 30, 2012

Page 1 of 4

Account number [redacted] S 890

Morgan Stanley Smith Barney LLC. Member SIPC.
Your Financial Advisor

FMA Client Services: 1-800-634-9855
Branch Phone: 800 468 0019
TTY/TDD Deaf & Hard of Hearing: 800-227-4238

Website: www.smithbarney.com

Ref: 00006278 0045296

## PORTFOLIO DETAILS ▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐

Your holdings are valued using the most current prices available to Citigroup Global Markets Inc. ("CGM"). In most cases, these values are as of 06/30/12, but in some cases CGM's sources are unable to provide timely information. To see the date of the most recent price update, please view your account online at www.smithbarney.com.

Securities purchased or excluded are included in this section as of the trade date. This section may include securities that have not settled as of this statement closing date. Please see the "Unsettled Purchases/Sales" section for more information. Dividend yield is the estimated annual income, assuming the current dividend, divided by the security's market price at the end of the statement period. We do not guarantee the accuracy of the prices reflected on the statement nor do these prices represent levels at which securities can be bought or sold. Please Note: unrealized gain/(loss) is being shown for informational purposes only and should not be used for tax preparation without the assistance of your tax advisor.

### Bank Deposit Program

The Federal Deposit Insurance Corporation (FDIC) provides insurance on deposits up to $250,000 per account owner, per bank. However, the Smith Barney Bank Deposit Program (BDP) applies certain limits to the maximum deposit amount permitted in certain banks, which may be below the maximum FDIC insurance limits for certain types of accounts. In those instances where an account type exceeds the maximum FDIC insurance limits, those deposits will be uninsured. Balances maintained in Deposit Accounts at each Affiliated Program Bank are not protected by the Securities Investor Protection Corporation ("SIPC") or any excess-SIPC coverage provided by Citigroup Global Markets Inc. For complete details please refer to the "Bank Deposit Program Disclosure Statement."

## TRANSACTIONS DETAILS ▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐

### Checks written

Account number ******2439 - Citibank NA

| Check no. | Date written | Date cleared | Description | Tracking code | Amount |
|---|---|---|---|---|---|
| 99997 | 06/21/12 | 06/21/12 | LONG ISLAND WATER CORPORATION | N | 56.05 |

PRINTSET=1005320001064202700030000000002115572721102712122712

                                                1280 BROADWAY
                                                HEWLETT, NY 11557
                                                (516) 295-7750
                                                320

3    LYUBOV MIRVIS
     MARK MIRVIS
     289 BAYBERRY DR
     HEWLETT NY 11557-2721

0113

Statement Date: 12/27/12 Account Number: ▆▆▆▆0642

************** My Community Free Checking    ▆▆▆▆0642 **********************

***********    REWARD POINT SUMMARY    ▆▆▆▆0642 **********************
STMT DATE  DESCRIPTION              BEGINNING    POINTS     REDEEMED/    ENDING
                                    BALANCE +  EARNED  -  EXPIRED  =  BALANCE
12/27/2012 Even >more Rewards           0         0            0           0
*******************************************************************************

Account Summary
Previous Statement Date: 10/26/12
     Beginning              Interest                Service         Ending
      Balance    +  Deposits  +  Paid -  Withdrawals - Charge    =  Balance
                                                                  ▆▆▆▆▆▆▆

Account Detail
  Date Description                      Credits      Debits       Balance

12/13 BILL PAY - LI AM. WATER 065-8 #4                379.54-

Checks in Order
   Date   Number        Amount    Date   Number        Amount

Statement from 10/27/12 Thru 12/27/12

------ Continued on next page ------

PRINTSET=100532000106420270003000000000211557272112812012513

1280 BROADWAY
HEWLETT, NY 11557
(516)295-7750
320

0113

3   LYUBOV MIRVIS
MARK MIRVIS
289 BAYBERRY DR
HEWLETT NY 11557-2721

Statement Date: 01/25/13 Account Number: ████0642

************ My Community Free Checking    ███0642 ***********************

**********    REWARD POINT SUMMARY    ███0642 ***********************
STMT DATE  DESCRIPTION                 BEGINNING    POINTS    REDEEMED/    ENDING
                                       BALANCE +  EARNED  -  EXPIRED  =  BALANCE
01/25/2013 Even >more Rewards              0          0          0          0
*******************************************************************************

Account Summary
Previous Statement Date: 12/27/12

| Beginning Balance | + | Deposits | + | Interest Paid | - | Withdrawals | - | Service Charge | = | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|

Account Detail

| Date | Description | Credits | Debits | Balance |
|---|---|---|---|---|
| 12/28 | BILL PAY - LI AM WATER 064-1 #81 | | 29.74- | |

Checks in Order

| Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|

Statement from 12/28/12 Thru 01/25/13

** Eff 11/1/12, the address to report a loss relating to a substitute **
** ck that was posted to your acct has changed to New York Community **
** Bank, 1601 Veterans Highway, Suite 100, Islandia, NY 11749       **

------ Continued on next page ------

PRINTSET=1005320001064202700050000000002115572721012613022713

1280 BROADWAY
HEWLETT, NY 11557
(516)295-7750
320

0113

5    LYUBOV MIRVIS
     MARK MIRVIS
     289 BAYBERRY DR
     HEWLETT NY 11557-2721

Statement Date: 02/27/13 Account Number: ███████0642

************** My Community Free Checking ████████0642 *********************

***********  REWARD POINT SUMMARY ████████0642 ********************
STMT DATE  DESCRIPTION

| | BEGINNING BALANCE + | POINTS EARNED - | REDEEMED/ EXPIRED = | ENDING BALANCE |
|---|---|---|---|---|
| 02/27/2013 Even >more Rewards | 0 | 0 | 0 | 0 |

******************************************************************************

Account Summary
Previous Statement Date: 01/25/13

| Beginning Balance + | Deposits + | Interest Paid - | Withdrawals - | Service Charge = | Ending Balance |
|---|---|---|---|---|---|
| ████ | ████ | ████ | ████ | ████ | ████ |

Account Detail

| Date Description | Credits | Debits | Balance |
|---|---|---|---|
| | | | |
| 02/04 BILL PAY - LI AM WATER 064-1 #62 | | 41.78- | |
| | | | |
| 02/25 BILL PAY - LI AM WATER 064-1 #20 | | 44.06- | |

------ Continued on next page ------

PRINTSET=1005320001064202700000000000000211557272103281304261 3                    0113

```
                                        1280 BROADWAY
                                        HEWLETT, NY 11557
                                        (516)295-7750
                                        320

     LYUBOV MIRVIS
     MARK MIRVIS
     289 BAYBERRY DR
     HEWLETT NY 11557-2721
```

Statement Date: 04/26/13 Account Number:  ██████0642

************** My Community Free Checking  ██████0642 ***********************

**********  REWARD POINT SUMMARY    ██████0642 ***********************
STMT DATE  DESCRIPTION            BEGINNING   POINTS    REDEEMED/     ENDING
                                   BALANCE +  EARNED -  EXPIRED =   BALANCE
04/26/2013 Even >more Rewards         0         0          0           0
*********************************************************************************

Account Summary
Previous Statement Date: 03/27/13
     Beginning                    Interest              Service           Ending
     Balance  +  Deposits  +  Paid  -  Withdrawals  -  Charge  =  Balance
     ████████████████████████████████████████████████████████████████

Account Detail
     Date Description ██████████████████    Credits     Debits      Balance
     ████████████████████████████████████████████████████████████████████
     04/08 BILL PAY - LI AM WATER 064-1 #89              39.11-  ██████████
     ████████████████████████████████████████████████████████████████

Statement from 03/28/13 Thru 04/26/13

```
  --------------------------------------------------------------------------
 |          Overdraft and Returned-Item Charge and Adjustments Summary      |
  --------------------------------------------------------------------------
 |                      TOTAL for this Period       TOTAL Year-to-date       |
  --------------------------------------------------------------------------
 | Total Overdraft Fees    |         $0.00  |              $0.00  |
  --------------------------------------------------------------------------
 | Total Returned Item Fees|         $0.00  |             $36.00  |
  --------------------------------------------------------------------------
```

```
** Eff 11/1/12, the address to report a loss relating to a substitute **
** ck that was posted to your acct has changed to New York Community  **
** Bank, 1601 Veterans Highway, Suite 100, Islandia, NY 11749         **
```

------ Continued on next page ------

Citibank Client Services    000
PO Box 769013
San Antonio, TX 78245-9013

0-0/R1/04F000

000
CITIBANK, N. A.
**Account** ▮▮▮3539

**MARK MIRVIS**
**289 BAYBERRY DR**
**HEWLETT NY**                    11557-2721

**Statement Period**
**May 6 - Jun 6, 2013**

Page 1 of 4

**Relationship Summary:**

Checking

Savings

Investments
(not FDIC Insured)

Loans

Credit Cards

Checking

Basic Checking                                                                          **Balance**

Savings

Savings

Total Checking and Savings at Citibank

Citi Bike , NYC's new bike sharing program proudly sponsored by Citi, has arrived. It will be the largest planned bike share system in North America, featuring thousands of bikes and operated by NYC Bike Share, LLC. There are optional daily, weekly or annual passes to choose from. Whether you live in, work in or are visiting the NYC area, you now have a great way of getting around. To find out more, go to NYC Bike Share's website at citibikenyc.com.

You've got enough to take care of before the big trip. With World Wallet®, get next business day delivery of foreign currencies to your home, office or nearest branch.
(Anywhere in the Continental U.S.)

Visit your nearest Branch or Call 1-800-756-7050
Ordering limits/fees apply.

MARK MIRVIS

Account ████ 3539  
Statement Period -  May 6 - Jun 6, 2013

Page 2 of 4

0-0/R1/04F000

| Basic Checking Fees* | Your Fees this Statement Period | |
|---|---|---|
| Monthly Service Fee<br><br>Waived with either 1 Direct Deposit AND 1 qualifying Bill Payment OR $1,500 in average combined deposit balances ** | $10.00 | Waived due to deposit balances |
| Fee for non-Citibank ATM transaction | $2.00 | None |

*A transaction is deemed to have been made on the date the transaction is posted to your account which is not necessarily the date you initiated the transaction. Any fees for that transaction, including non-Citibank ATM fees, will appear as charges on your next Citibank statement (to the account that is debited for your monthly service fee).

** 1 Direct Deposit AND 1 qualifying Bill Payment within the statement period; $1,500 in average combined deposit balances for previous calendar month. Qualifying bill payments are those made using Citibank® Online, Citi Mobile (SM) or CitiPhone Banking®.

**Basic Checking**

████ 3539

Beginning Balance:  
Ending Balance:

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 05/14 | Payment NY AMERICAN WATER   010006  DA | | 151.00 | |
| 05/20 | Payment NY AMERICAN WATER   010014  DA | | 68.57 | |

All transaction times and dates reflected are based on Eastern Time.
¹ Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.

Citibank Client Services    000
PO Box 769013
San Antonio, TX 78245-9013

001/R1/04F000

000
CITIBANK, N. A.
**Account** ▮3539

**MARK MIRVIS**
**289 BAYBERRY DR**
**HEWLETT NY**

11557-2721

**Statement Period**
**Aug 7 - Sep 8, 2013**

Page 1 of 4

**Relationship Summary:**

| | |
|---|---|
| **Checking** | |
| **Savings** | |
| **Investments** **(not FDIC Insured)** | |
| **Loans** | |
| **Credit Cards** | |

| **Checking** | |
|---|---|
| Basic Checking | **Balance** |
| **Savings** | |
| Savings | |
| **Total Checking and Savings at Citibank** | |

Thinking about buying a home or refinancing?  Our Home Lending Specialists can guide you through the mortgage process and recommend options which best suit your needs. Act now while rates are still low.  Ask about the additional mortgage incentives available for Citibank customers.  Visit a local branch to learn more today! Equal Housing Lender. NMLS #412915.

Reduce the clutter and go Paperless.With Paperless, you can manage your statements online only. You will receive a monthly email notification when your statement is ready. Enroll now at www.citi.com\savepaper

MARK MIRVIS

Account ▇▇▇▇3539          Page 2 of 4          001/R1/04F000
Statement Period -  Aug 7 - Sep 8, 2013

| Basic Checking Fees* | Your Fees this Statement Period | |
|---|---|---|
| Monthly Service Fee | | |
| Waived with either 1 Direct Deposit AND 1 qualifying Bill Payment OR $1,500 in average combined deposit balances ** | $10.00 | $10.00 |
| Fee for non-Citibank ATM transaction | $2.00 | None |

*A transaction is deemed to have been made on the date the transaction is posted to your account which is not necessarily the date you initiated the transaction. Any fees for that transaction, including non-Citibank ATM fees, will appear as charges on your next Citibank statement (to the account that is debited for your monthly service fee).

** 1 Direct Deposit AND 1 qualifying Bill Payment within the statement period; $1,500 in average combined deposit balances for previous calendar month. Qualifying bill payments are those made using Citibank® Online, Citi Mobile (SM) or CitiPhone Banking®.

## Basic Checking

▇▇▇▇3539

Beginning Balance:
Ending Balance:

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 08/30 | Payment LONG ISLAND WATER CORPORATION 010027 DA | | 66.37 | |

*All transaction times and dates reflected are based on Eastern Time.*

| ThankYou® Points Summary | |
|---|---|
| Points from checking account and other products and services | |
| Total Points forwarded to Citi® ThankYou® Rewards | 0 |
| Go to thankyou.com to review your point balance and redeem! | 0 |

This summary includes only points awarded for the Citibank checking account relationship and may not reflect any bonus points received through a promotional offer. You can obtain updated point information by accessing your ThankYou Member Account at www.thankyou.com. Please refer to the Citibank Program ThankYou Rewards Terms and Conditions provided to the primary (first) signer of the checking account upon enrollment of your Citibank checking account and the Terms and Conditions of ThankYou Rewards for important details.

## Savings

▇▇▇▇3547

Beginning Balance:
Ending Balance:

Citibank Client Services   000
PO Box 769013
San Antonio, TX 78245-9013

001/R1/04F000

000
CITIBANK, N. A.
**Account**
▬▬▬3539

**MARK MIRVIS**
**289 BAYBERRY DR**
**HEWLETT NY**                    11557-2721

**Statement Period**
**Nov 7 - Dec 7, 2014**

Page 1 of 3

**Relationship Summary:**

Checking
Savings
Investments
(not FDIC Insured)
Loans
Credit Cards

Please help Fundacion Teleton USA improve the lives of children
with autism, cancer and other disabilities. You can donate at a
Citibank branch or at teletonusa.org.
Watch Univision® and donate live, December 12-13, 2014.

This season, give yourself the gift of a new home. Whether you are looking for
your first home or your next, Citibank can help with rate and closing costs discounts
for valued customers like you. For details,call 1-877-707-1799. Offer Code: 13337-5.
NMLS# 412915

| Basic Checking Fees* | Your Fees this Statement Period | |
|---|---|---|
| Monthly Service Fee | | |
| Waived with either 1 Direct Deposit AND 1 qualifying Bill Payment OR $1,500 in average combined deposit balances ** | $10.00 | Waived due to deposit balances |
| Fee for non-Citibank ATM transaction | $2.50 | None |

*A transaction is deemed to have been made on the date the transaction is posted to your account which is not necessarily the date you initiated the transaction. Any fees for that transaction, including non-Citibank ATM fees, will appear as charges on your next Citibank statement (to the account that is debited for your monthly service fee).

** 1 Direct Deposit AND 1 qualifying Bill Payment within the statement period; $1,500 in average combined deposit balances for previous calendar month. Qualifying bill payments are those made using Citibank® Online, Citi Mobile (SM) or CitiPhone Banking®.

MARK MIRVIS

Account ███████3539    Page 2 of 3    001/R1/04F000
Statement Period -  Nov 7 - Dec 7, 2014

**Basic Checking**

███████3539

**Beginning Balance:**
**Ending Balance:**

| Date | Description | | Amount Subtracted | Amount Added | Balance |
|------|-------------|---|-------------------|--------------|---------|
| 11/17 | Payment on 11/16¹ NEW YORK AMERICAN WATER | 010057  DA | | 418.92 | |
| 11/24 | Payment on 11/23¹ NEW YORK AMERICAN WATER | 010059  DA | | 31.65 | |

*All transaction times and dates reflected are based on Eastern Time.*
¹ *Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.*

**ThankYou® Points Summary**

| | |
|---|---|
| Points from checking account and other products and services | |
| Total Points forwarded to Citi® ThankYou® Rewards | 0 |
| Go to thankyou.com to review your point balance and redeem! | 0 |

This summary includes only points awarded for the Citibank checking account relationship and may not reflect any bonus points received through a promotional offer. You can obtain updated point information by accessing your ThankYou Member Account at www.thankyou.com. Please refer to the Citibank Program ThankYou Rewards Terms and Conditions provided to the primary (first) signer of the checking account upon enrollment of your Citibank checking account and the Terms and Conditions of ThankYou Rewards for important details.

---

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---------------------------|---------------|----------------|
| Checking | 800-627-3999 (For Speech and Hearing Impaired Customers Only TDD: 800-945-0258) | Citibank Client Services 100 Citibank Drive San Antonio, TX 78245-9966 |

**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.**

The products reported on this statement have been combined onto one monthly statement at your request. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

**CHECKING AND SAVINGS**
**FDIC Insurance:**
Products reported in CHECKING and SAVINGS are insured by the Federal Deposit Insurance Corporation. Please consult your Citibank Customer Manual for full details and limitations of FDIC coverage.

**CERTIFICATES OF DEPOSIT**
Certificates of Deposit (CD) information may show dashes in certain fields if on the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period.

Citibank Client Services    000
PO Box 769013
San Antonio, TX 78245-9013

010/R1/04F000

000
CITIBANK, N. A.
**Account**
███ 3539

MARK MIRVIS
289 BAYBERRY DR
HEWLETT NY

11557-2721

**Statement Period**
Jul 7 - Aug 6, 2015

Page 1 of 3

## Relationship Summary:

**Checking**
**Savings**
**Investments**
**(not FDIC Insured)**
**Loans**
**Credit Cards**

> Effective October 2, 2015, the Citibank service called "Quicken" will no longer be available, or offered, through Citibank. This impacts and discontinues the following Citibank services through Quicken for online bill payments, online account transfers, and automated downloads. This does not affect any transactions done directly through Citibank or Citibank Online.

| Basic Checking Fees* | Your Fees this Statement Period | |
|---|---|---|
| Monthly Service Fee | | |
| Waived with either 1 Direct Deposit AND 1 qualifying Bill Payment OR $1,500 in average combined deposit balances ** | $12.00 | $12.00 |
| Fee for non-Citibank ATM transaction | $2.50 | None |

*A transaction is deemed to have been made on the date the transaction is posted to your account which is not necessarily the date you initiated the transaction. Any fees for that transaction, including non-Citibank ATM fees, will appear as charges on your next Citibank statement (to the account that is debited for your monthly service fee).

** 1 Direct Deposit AND 1 qualifying Bill Payment within the statement period; $1,500 in average combined deposit balances for previous calendar month. Qualifying bill payments are those made using Citibank® Online, Citi Mobile (SM) or CitiPhone Banking®.

**Basic Checking**
███ 3539

**Beginning Balance:**
**Ending Balance:**

MARK MIRVIS

Account ▓▓▓3539          Page 2 of 3
Statement Period -  Jul 7 - Aug 6, 2015          010/R1/04F000

| Date | Description | | Amount Subtracted | Amount Added | Balance |
|------|-------------|--|-------------------|--------------|---------|
| 07/28 | Payment NEW YORK AMERICAN WATER | 010087  DA | 81.62 | | |

¹ Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---------------------------|---------------|----------------|
| Checking | 800-627-3999<br>(For Speech and Hearing<br>Impaired Customers Only<br>TDD: 800-945-0258) | Citibank Client Services<br>100 Citibank Drive<br>San Antonio, TX 78245-9966 |

**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.**

The products reported on this statement have been combined onto one monthly statement at your request. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

**CHECKING AND SAVINGS**
**FDIC Insurance:**
Products reported in CHECKING and SAVINGS are insured by the Federal Deposit Insurance Corporation. Please consult your Citibank Customer Manual for full details and limitations of FDIC coverage.

**CERTIFICATES OF DEPOSIT**
Certificates of Deposit (CD) information may show dashes in certain fields if on the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period.

**IN CASE OF ERRORS**
**In Case of Errors or Questions About Your Electronic Fund Transfers:**
If you think your statement or record is wrong or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the **first** statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic fund transfer in accordance with the Electronic Fund Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.
**Give us the following information:** (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

The following special procedures apply to errors or questions about international wire transfers or international Citibank Global Transfers to a recipient located in a foreign country on or after October 28, 2013: Telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you within 180 days of the date we indicated to you that the funds would be made available to the recipient of that transfer. At the time you contact us, we may ask for the following information: 1) your name, address and account number; 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; 3) the dollar amount of the transfer; 4) the reference code for the transfer; and 5) a description of the error or why you need additional information. You may also ask you to select a choice of remedy (credit to your account in an amount necessary to resolve the error or alternatively, a resend of the transfer in an amount necessary to resolve the error for those cases where bank error is found). We will determine whether an error has occurred within 90 days after you contact us. If we determine that an error has occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual for details.

Citibank is an Equal Housing Lender.



EQUAL HOUSING
LENDER

© 2015 Citigroup Inc.  Citibank, N.A. Member FDIC.
Citibank with Arc Design, Checking Plus, MasterCard, Visa, Citibank Preferred Visa and MasterCard, Citibank Platinum Select, Citigold, CitiPhone Banking and Ready Credit are registered service marks of Citigroup, Inc.