Exhibit "H"

Ref: 00005983-00042871

B1000005983 310057AJ01 WSC00109A
MARK MIRVIS AND
LYUBOV MIRVIS JTWROS
289 BAYBERRY DRIVE
HEWLETT NY 11557-2721

Account carried by Citigroup Global Markets Inc. Member SIPC.



Financial Management Account
February 1 - February 28, 2010

Page 1 of 4

Account number                        890

Morgan Stanley Smith Barney, LLC. Member SIPC.
Your Financial Advisor

Website: www.smithbarney.com

FMA Client Services: 1-800-634-9855
Branch Phone: 800 468 0019
TTY/TDD Deaf & Hard of hearing: 800-227-4238

Ref: 00005983 00042873

Financial Management Account
February 1 - February 28, 2010

MARK MIRVIS AND

Account number: [REDACTED] 890

Page 3 of 4



## Checks written

Account number: ******2439 - Citibank NA

| Check no. | Date written | Date cleared | Description | Tracking code | Amount |
|---|---|---|---|---|---|
| 10803 | 01/30/10 | 02/10/10 | ARROW EXTERMINATING | | 353.03 |
| 10804 | 01/30/10 | 02/10/10 | ARROW EXTERMINATING CO IN | N | 53.77 |

| Check no. | Date written | Date cleared | Description | Tracking code | Amount |
|---|---|---|---|---|---|

Total checks written [REDACTED]

## Summary of tracking codes

*Check missing in sequence

## Bank Deposit Program‡ activity

The term DEPOSIT typically refers to client-initiated deposit of funds. The term AUTODEPOSIT typically refers to the "sweep" of funds into a Program Bank that results from proceeds of a transaction, a dividend from a stock or interest from a bond. Conversely, WITHDRAWAL is the term that refers to transactions that cause funds to be redeemed from a Program Bank, such as the payment for an investment purchase or the payment of FMA checks that you have written.

Opening balance [REDACTED]

| Date | Activity | Description | Amount |
|---|---|---|---|

| Date | Activity | Description | Amount |
|---|---|---|---|

Financial Management Account

March 1 - March 31, 2010

Page 1 of 4

Ref: 0003574J 00173809

C100I0003574J 310090A101 WSC00060A
MARK MIRVIS AND
LYUBOV MIRVIS JTWROS
289 BAYBERRY DRIVE
HEWLETT NY 11557-2721



Morgan Stanley Smith Barney LLC. Member SIPC.
Your Financial Advisor

Account number

5 890

Website: www.smithbarney.com

FMA Client Services: 1-800-634-9855
Branch Phone: 800 468 0019
TTY/TDD Deaf & Hard of hearing: 800-227-4238

Account carried by Citigroup Global Markets Inc. Member SIPC.

Ref: 00035740 00173811

Financial Management Account
March 1 - March 31, 2010

MARK MIRVIS AND

Page 3 of 4

Account number 401-41361-15  890

Checks written

Account number ******2439  -  Citibank NA

| Check no. | Date written | Date cleared | Description | Tracking code | Amount | Check no. | Date written | Date cleared | Description | Tracking code | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10816* | 02/21/10 | 03/02/10 | ARROW EXTERMINATING CO IN | N | 53.77 | | | | | | |
| 10827 | 03/16/10 | 03/24/10 | ARROW EXTERMINATING CO IN | N | 53.77 | | | | | | |

*Check missing in sequence

Summary of tracking codes

Bank Deposit Program® activity

The term DEPOSIT typically refers to client initiated deposit of funds. The term AUTODEPOSIT typically refers to the "sweep" of funds into a Program Bank that results from proceeds of a transaction, a dividend from a stock or interest from a bond. Conversely, WITHDRAWAL is the term that refers to transactions that cause funds to be redeemed from a Program Bank, such as the payment for an investment purchase or the payment of FMA checks that you have written.

| Date | Activity | Description | Amount |
|---|---|---|---|
| Opening balance | | | |

Ref. 0002942I 00157245

G1000029421 31021IAE01  WSC000060A
MARK MIRVIS AND
LYUBOV MIRVIS JTWROS
289 BAYBERRY DRIVE
HEWLETT NY  11557-2721

Account carried by Citigroup Global Markets Inc. Member SIPC.

Financial Management Account
July 1 - July 31, 2010

Account number █ 890

Morgan Stanley Smith Barney LLC  Member SIPC
Your Financial Advisor

Website  www.smithbarney.com

FMA Client Services: 1-800-634-9855
Branch Phone:  800 468 0019
TTY/TDD Deaf & Hard of hearing: 800-227-4238

Page 1 of 4

Ref: 0002942I 00157247

Financial Management Account
July 1 - July 31, 2010

MARK MIRVIS AND

Page 3 of 4

Account number █████ 5 890



Checks written

Account number ******2439 - Citibank NA

| Check no. | Date written | Date cleared | Description | Tracking code | Amount | Check no. | Date written | Date cleared | Description | Tracking code | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10860* | 07/15/10 | 07/21/10 | ARROW EXTERMINATING CO IN | N | 161.31 | | | | | | |

*Check missing in sequence

Summary of tracking codes

Bank Deposit Program® activity
The term DEPOSIT typically refers to client initiated deposit of funds. The term AUTODEPOSIT typically refers to the "sweep" of funds into a Program Bank that results from proceeds of a transaction, a dividend from a stock or interest from a bond. Conversely, WITHDRAWAL is the term that refers to transactions that cause funds to be redeemed from a Program Bank, such as the payment for an investment purchase or the payment of FMA checks that you have written.

| | Opening balance | | |
|---|---|---|---|
| Date | Activity | Description | Amount |

Ref: 00030230 0015400I

K100006030230  310334AE01  WSC00060A
MARK MIRVIS AND
LYUBOV MIRVIS JTWROS
289 BAYBERRY DRIVE
HEWLETT NY   11557-2721

Account carried by Citigroup Global Markets Inc.  Member SIPC.



Financial Management Account
November 1 - November 30, 2010

Page 1 of 4

Account number                    5  890

Morgan Stanley Smith Barney LLC.  Member SIPC.
Your Financial Advisor

Website: www.smithbarney.com

FMA Client Services: 1-800-634-9855
Branch Phone: 800 468 0019
TTY/TDD Deaf & Hard of hearing: 800-227-4238



Financial Management Account

November 1 - November 30, 2010

Page 3 of 4

MARK MIRVIS AND

Account number ■ 5 890

Ref: 00030230 00154003

**Checks written**

Account number ******2439 - Citibank NA

**Checks written**

| Check no. | Date written | Date cleared | Description | Tracking code | Amount | Check no. | Date written | Date cleared | Description | Tracking code | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10896 | 11/02/10 | 11/08/10 | ARROW EXTERMINATING CO IN | N | $ 353.03 | | | | | | |
| 10897 | 11/02/10 | 11/10/10 | ARROW EXTERMINATING CO IN | N | 53.77 | | | | | | |

*Check missing in sequence

**Summary of tracking codes**

**Bank Deposit Program® activity**

The term DEPOSIT typically refers to client initiated deposit of funds. The term AUTODEPOSIT typically refers to the "sweep" of funds into a Program Bank that results from proceeds of a transaction, a dividend from a stock or interest from a bond. Conversely, WITHDRAWAL is the term that refers to transactions that cause funds to be redeemed from a Program Bank, such as the payment for an investment purchase or the payment of FMA checks that you have written.

| Date | Activity | Description | Amount | Date | Activity | Description | Amount |
|---|---|---|---|---|---|---|---|
| Opening balance | | | ■ | | | | |



**TD Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MARK MIRVIS
LYUBOV MIRVIS

Page:                              4 of 5
Statement Period:   Jan 12 2011-Feb 11 2011
Cust Ref #:                        ▮▮▮▮T-###
Primary Account #:                 ▮▮▮▮9935

---

## DAILY ACCOUNT ACTIVITY

Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 1/24 | eBillPay BILL PYMT ARR0W EXTERMINATING | | 161.31 |

Call 1-800-YES-2000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED            WWW.TDBANK.COM      



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MARK MIRVIS
LYUBOV MIRVIS

Page:                                                3 of 4
Statement Period:  Feb 12 2011-Mar 11 2011
Cust Ref #:                                 T-###
Primary Account #:                          9935

---

**DAILY ACCOUNT ACTIVITY**

Other Credits

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| | INTEREST PAID | | |
| | | Subtotal: | |

Checks Paid          No  Checks: 2          *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|

| | | Subtotal: | 1,009.75 |

Electronic Payments

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|



| 2/28 | eBillPay | | 53.77 |
| | BILL PYMT | | |
| | ARROW EXTERMINATING | | |





Call 1-800-YES-2000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED            ©            WWW.TDBANK.COM



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

MARK MIRVIS
LYUBOV MIRVIS

Page: 3 of 4
Statement Period: Mar 12 2011-Apr 11 2011
Cust Ref #: ██████████-T-###
Primary Account #: ██████9935

DAILY ACCOUNT ACTIVITY

Electronic Payments

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 3/25 | eBillPay BILL PYMT ARROW EXTERMINATING | | 53.77 |



Call 1-800-YES-2000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED          ©          WWW.TDBANK.COM

PRINTSET=100532000106420270001000000000211557272108271092711

```
                                         1280 BROADWAY                      0113
                                         HEWLETT, NY 11557
                                         (516)295-7750
                                         320
1   LYUBOV MIRVIS
    MARK MIRVIS
    289 BAYBERRY DR
    HEWLETT NY 11557-2721
```

Statement Date: 09/27/11 Account Number: ███████0642

************* My Community Free Checking    █████0642 **********************

**********   REWARD POINT SUMMARY            █████0642 **********************
STMT DATE  DESCRIPTION          BEGINNING    POINTS    REDEEMED/    ENDING
                               BALANCE +  EARNED  -  EXPIRED  =  BALANCE
09/27/2011 EVEN MORE REWARDS        0        0          0          0
*************************************************************************

Account Summary
Previous Statement Date: 08/26/11
    Beginning                Interest                Service       Ending
    Balance   +   Deposits + Paid  -  Withdrawals - Charge    =   Balance

Account Detail
  Date Description                      Credits     Debits      Balance

09/13 BILL PAY - ARROW #3841                        109.17-

Checks in Order
  Date    Number        Amount    Date____Number_____Amount

Statement from 08/27/11 Thru 09/27/11

------ Continued on next page ------

Vision Archive Print: Set 1 of 1



PRINTSET=100532000106420270000000000000211557272112281101212

```
                                    1280 BROADWAY                    0113
                                    HEWLETT, NY 11557
                                    (516)295-7750
                                    320

      LYUBOV MIRVIS
      MARK MIRVIS
      289 BAYBERRY DR
      HEWLETT NY 11557-2721


    Statement Date: 01/27/12 Account Number:  ████0642

    ************** My Community Free Checking  ████0642 ************************

    **********   REWARD POINT SUMMARY  ████0642 ************************
    STMT DATE  DESCRIPTION             BEGINNING   POINTS     REDEEMED/     ENDING
                                       BALANCE +   EARNED  -  EXPIRED  =    BALANCE
    01/27/2012 Even >more Rewards          0          0          0            0
    ************************************************************************

    Account Summary
    Previous Statement Date: 12/27/11
              Beginning           Interest          Service           Ending
              Balance   +  Deposits + Paid -  Withdrawals - Charge =  Balance
    ████████████████████████████████████████████████████████████████████

    Account Detail
        Date Description                     Credits       Debits       Balance
    ████████████████████████████████████████████████████████
    ████████████████████████████████████████████████████████

    01/19 BILL PAY - ARROW #2779                          55.40-

    Statement from 12/28/11 Thru 01/27/12

    **************Summary of Deposit Accounts ******************************
    AP      ACCOUNT
    CK  ████████0642              BALANCE INT-RATE%   YTD-INT YTD-PENALTY  MATURITY
```

Effective 07/21/11, the first $200 of a day's total deposits will be available on the first business day after the day of deposit for cash withdrawal or to pay checks written to others.

Effective 7/31/11, transactions performed through ATMs, online banking and telephone banking are no longer covered by our Overdraft Shield Service.



Ref: 00011789 00067105

C1200001T89  312090AE01  WSC000060A
MARK MIRVIS AND
LYUBOV MIRVIS JTWROS
289 BAYBERRY DRIVE
HEWLETT NY  11557-2721

Account carried by Citigroup Global Markets Inc.  Member SIPC.

Financial Management Account

March 1 - March 31, 2012

Page 1 of 4

Morgan Stanley Smith Barney, LLC.  Member SIPC.
Your Financial Advisor

Account number            890

Website: www.smithbarney.com

FMA Client Services: 1-800-634-9855
Branch Phone: 800 468 0019
TTY/TDD Deaf & Hard of hearing: 800-227-4238

Ref: 00011789 00067107

Financial Management Account
March 1 - March 31, 2012

MARK MIRVIS AND

Page 3 of 4

Account number

$ 890

Checks written

Account number ••••••2439 - Citibank NA

| Check no | Date written | Date cleared | Description | Tracking code | Amount |
|---|---|---|---|---|---|
| 10919 | 02/20/12 | 03/06/12 | ARROW EXTERMINATING CO IN | N | $ 55.40 |

Summary of tracking codes



| Check no | Date written | Date cleared | Description | Tracking code | Amount |
|---|---|---|---|---|---|

| Rewards Summary | Points |
|---|---|
| Earned this period | 0 |
| Bonus this period | 0 |
| Adjustments this period | 0 |
| Total current activity | 0 |

| | Points |
|---|---|
| Rewards Account Balance | |
| Balance as of 03/20/2012 | 0 |

For more details about your point balance, and to redeem points, visit www.msdorewards.com or call 1-800-634-9855.

PRINTSET=1005320001064202700000000000002115572721022812032712                    0113

```
                                        1280 BROADWAY
                                        HEWLETT, NY 11557
                                        (516)295-7750
                                        320
        LYUBOV MIRVIS
        MARK MIRVIS
        289 BAYBERRY DR
        HEWLETT NY 11557-2721
```

```
        Statement Date: 03/27/12 Account Number: ████0642

        ************** My Community Free Checking ████0642 ************************

        **********    REWARD POINT SUMMARY ████0642 ************************
        STMT DATE  DESCRIPTION          BEGINNING   POINTS    REDEEMED/    ENDING
                                        BALANCE + EARNED  -  EXPIRED  =  BALANCE
        03/27/2012 Even >more Rewards       0        0         0           0
        ***********************************************************************
```

Account Summary
Previous Statement Date: 02/27/12

```
          Beginning              Interest             Service       Ending
          Balance    +  Deposits + Paid - Withdravals - Charge  =  Balance
          ████████████████████████████████████████████████████████████
```

Account Detail

```
      Date Description                    Credits      Debits     Balance
      ███████████████████████████████████████████████████████████████████
      ███████████████████████████████████████████████████████████████████
      03/26 BILL PAY - ARROW #9637                     55.40-
      ███████████████████████████████████████████████████████████████████
```

Statement from 02/28/12 Thru 03/27/12

```
        **************Summary of Deposit Accounts ***********************************
        AP       ACCOUNT            BALANCE INT-RATE%   YTD-INT YTD-PENALTY  MATURITY
        CK  ████0642
```

PRINTSET=1005320001064202700000000000002115572721032812042712

1280 BROADWAY
HEWLETT, NY 11557
(516)295-7750
320

0113

LYUBOV MIRVIS
MARK MIRVIS
289 BAYBERRY DR
HEWLETT NY 11557-2721

Statement Date: 04/27/12 Account Number: ██████0642

************** My Community Free Checking          ██████0642 **********************



***********      REWARD POINT SUMMARY                       ██████0642 **********************
STMT DATE  DESCRIPTION                    BEGINNING     POINTS       REDEEMED/     ENDING
                                          BALANCE +  EARNED  -  EXPIRED  =  BALANCE
04/27/2012 Even >more Rewards                  0           0            0            0
***************************************************************************************

Account Summary
Previous Statement Date: 03/27/12
     Beginning                Interest                Service            Ending
      Balance   +   Deposits + Paid  -  Withdrawals - Charge     =     Balance

Account Detail
   Date Description                          Credits       Debits      Balance

04/23 BILL PAY - ARROW #1094                              55.40-

Statement from 03/28/12 Thru 04/27/12

*************Summary of Deposit Accounts *************************************
AP     ACCOUNT                    BALANCE INT-RATE%   YTD-INT YTD-PENALTY  MATURITY
CK ██████0642

Ref: 00006278 00045295

F1200006278  312181AE01  WSC00060A
MARK MIRVIS AND
LYUBOV MIRVIS JTWROS
289 BAYBERRY DRIVE
HEWLETT NY  11557-2721

Account carried by Citigroup Global Markets Inc. Member SIPC.

Financial Management Account
June 1 - June 30, 2012

Morgan Stanley Smith Barney LLC. Member SIPC.
Your Financial Advisor

Website: www.smithbarney.com

Account number                    $  890

Page 1 of 4

FMA Client Services: 1-800-634-9855
Branch Phone: 800 468 0019
TTY/TDD Deaf & Hard of Hearing: 800-227-4238

Ref: 00006278 0004529 6

Financial Management Account
June 1 - June 30, 2012

MARK MIRVIS AND

Account number ▮▮▮▮ $ 890

Page 2 of 4

## PORTFOLIO DETAILS ||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||

Your holdings are valued using the most current prices available to Citigroup Global Markets Inc. (CGMI). In most cases, these values are as of 06/30/12, but in some cases CGMI's sources are unable to provide timely information. To see the date of the most recent price update, please view your account online at www.smithbarney.com.

Securities purchased or sold are included or excluded in this section as of the trade-date. This section may include securities that have not settled as of this statement closing date. Please see the "Unsettled Purchases/Sales" section for more information. Dividend yield is the estimated annual income, assuming the current dividend, divided by the security's market price at the end of the statement period. We do not guarantee the accuracy of the prices reflected on the statement nor do these prices represent levels at which securities can be bought or sold. Please Note: unrealized gain/(loss) is being shown for informational purposes only and should not be used for tax preparation without the assistance of your tax advisor.

Bank Deposit Program§

The Federal Deposit Insurance Corporation (FDIC) provides insurance on deposits up to $250,000 per account owner, per bank. However, the Smith Barney Bank Deposit Program (BDP) applies certain limits to the maximum deposit amount permitted in certain banks, which may be below the maximum FDIC insurance limits for certain types of accounts. In those instances where an account type exceeds the maximum FDIC insurance limits, those deposits will be uninsured. Balances maintained in Deposit Accounts at each Affiliated Program Bank are not protected by the Securities Investor Protection Corporation ("SIPC") or any excess-SIPC coverage provided by Citigroup Global Markets Inc. For complete details please refer to the "Bank Deposit Program Disclosure Statement."

| Principal | Description | Current value | Accrued interest | Annualized % return | Anticipated income (annualized) |
|---|---|---|---|---|---|
| | | | | | |

## TRANSACTION DETAILS ||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||

Checks written

Account number ******2459 - Citibank NA

| Check no. | Date written | Date cleared | Description | Tracking code | Amount | Check no. | Date written | Date cleared | Description | Tracking code | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10936 | 06/07/12 | 06/18/12 | ARROW EXTERMINATING CO IN | N | $ 55.40 | | | | | | |
| 10941 | 06/22/12 | 06/29/12 | ARROW EXTERMINATING CO IN | N | 55.40 | | | | | | |



PRINTSET=100532000106420270001000000000211557272106281207271 2

1280 BROADWAY
HEWLETT, NY 11557
(516)295-7750
320

0113

1   LYUBOV MIRVIS
MARK MIRVIS
289 BAYBERRY DR
HEWLETT NY 11557-2721



Statement Date: 07/27/12 Account Number: ▓0642

************* My Community Free Checking  ▓0642 *********************

**********  REWARD POINT SUMMARY  ▓0642 *********************
STMT DATE  DESCRIPTION          BEGINNING    POINTS    REDEEMED/    ENDING
                                BALANCE +    EARNED  - EXPIRED  =  BALANCE
07/27/2012 Even >more Rewards        0          0          0          0
*****************************************************************************

Account Summary
Previous Statement Date: 06/27/12
    Beginning              Interest              Service        Ending
    Balance    +  Deposits + Paid  -  Withdrawals - Charge   =  Balance

Account Detail
  Date Description                        Credits     Debits      Balance




  07/19 BILL PAY - ARROW #3751                        57.03-



Checks in Order
  Date   Number        Amount     Date   Number        Amount
  0
     (8) Check converted to Electronic(ACH) item

Statement from 06/28/12 Thru 07/27/12

*************Summary of Deposit Accounts *************************************
AP    ACCOUNT                 BALANCE INT-RATE%   YTD-INT YTD-PENALTY  MATURITY
CK  ▓0642

------ Continued on next page ------

PRINTSET=10053200010642027000400000000211557272108281209271 2                    0113

```
                                          1280 BROADWAY
                                          HEWLETT, NY 11557
                                          (516)295-7750
                                          320
     4   LYUBOV MIRVIS
         MARK MIRVIS
         289 BAYBERRY DR
         HEWLETT NY 11557-2721
```

Statement Date: 09/27/12 Account Number: ███████0642

************** My Community Free Checking ██████0642 **********************

**********   REWARD POINT SUMMARY      ██████0642 **********************
STMT DATE  DESCRIPTION            BEGINNING   POINTS    REDEEMED/      ENDING
                                  BALANCE +   EARNED  - EXPIRED  =    BALANCE
09/27/2012 Even >more Rewards         0         0         0            0
*******************************************************************************

Account Summary
Previous Statement Date: 08/27/12

| Beginning Balance | + | Deposits | + | Interest Paid | - | Withdrawals | - | Service Charge | = | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|

Account Detail

| Date Description | Credits | Debits | Balance |
|---|---|---|---|
| 09/20 BILL PAY - ARROW #1077 | | 57.03- | |

Checks in Order

| Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|

Statement from 08/28/12 Thru 09/27/12

** Eff 11/1/12, the address to report a loss relating to a substitute **
** ck that was posted to your acct has changed to New York Community **
** Bank, 1601 Veterans Highway, Suite 100, Islandia, NY 11749        **

------ Continued on next page ------

```
PRINTSET=10053200010642027000300000000211557272110271212712                          0113
                                    1280 BROADWAY
                                    HEWLETT, NY 11557
                                    (516)295-7750
                                    320
    3   LYUBOV MIRVIS
        MARK MIRVIS
        289 BAYBERRY DR
        HEWLETT NY 11557-2721
```

```
Statement Date: 12/27/12 Account Number: ████0642

************** My Community Free Checking   ████0642 ************************

**********   REWARD POINT SUMMARY          ████0642 ************************
STMT DATE  DESCRIPTION          BEGINNING    POINTS    REDEEMED/      ENDING
                                 BALANCE +  EARNED  -  EXPIRED  =    BALANCE
12/27/2012 Even >more Rewards        0         0          0             0
*********************************************************************
```

```
    Account Summary
    Previous Statement Date: 10/26/12
         Beginning           Interest             Service         Ending
          Balance  +  Deposits + Paid - Withdrawals - Charge   =  Balance
```

```
Account Detail
    Date Description                Credits       Debits      Balance
```

```
12/27 BILL PAY - ARROW #0483                      57.03-
```

```
Checks in Order
     Date   Number        Amount    Date   Number          Amount
```

```
Statement from 10/27/12 Thru 12/27/12
```

------ Continued on next page ------

PRINTSET=10053200010642027000500000000211557272101261302713

0113

1280 BROADWAY
HEWLETT, NY 11557
(516)295-7750
320

5   LYUBOV MIRVIS
    MARK MIRVIS
    289 BAYBERRY DR
    HEWLETT NY 11557-2721

Statement Date: 02/27/13 Account Number: �xxxx0642

************** My Community Free Checking    ▓0642 ***********************

***********    REWARD POINT SUMMARY              ▓0642 ***********************
STMT DATE  DESCRIPTION                  BEGINNING    POINTS    REDEEMED/    ENDING
                                        BALANCE +   EARNED  -  EXPIRED  =  BALANCE
02/27/2013 Even >more Rewards               0         0         0          0
**************************************************************************************

Account Summary
Previous Statement Date: 01/25/13
    Beginning              Interest              Service        Ending
    Balance   +  Deposits + Paid -  Withdrawals - Charge   =   Balance

Account Detail
    Date Description                         Credits     Debits     Balance

02/25 BILL PAY - ARROW #8065                             57.03-

------ Continued on next page ------

PRINTSET=100532000106420270001000000000211557271022813032713                    0113
                                              1280 BROADWAY
                                              HEWLETT, NY 11557
                                              (516)295-7750
                                              320

  1  LYUBOV MIRVIS
     MARK MIRVIS
     289 BAYBERRY DR
     HEWLETT NY 11557-2721


  Statement Date: 03/27/13 Account Number: ███████0642

  ************* My Community Free Checking ████████0642 ***********************

  ***********   REWARD POINT SUMMARY  ████████0642 ***********************
  STMT DATE  DESCRIPTION            BEGINNING   POINTS    REDEEMED/     ENDING
                                    BALANCE +   EARNED  ~  EXPIRED =   BALANCE
  03/27/2013 Even >more Rewards          0         0         0            0
  ***********************************************************************************

  Account Summary
  Previous Statement Date: 02/27/13
       Beginning              Interest              Service         Ending
       Balance    +  Deposits + Paid - Withdrawals - Charge    =    Balance
                  ███████████████████████████████████████████████████████

Account Detail
    Date Description                    Credits     Debits      Balance
  █████████████████████████████████████████████████████████████████████████
  █████████████████████████████████████████████████████████████████████████
  03/20 BILL PAY - ARROW #4608                      57.03-
  █████████████████████████████████████████████████████

Checks in Order
    Date   Number        Amount    Date   Number        Amount
  █████████████████████████████████████████████████████████

  Statement from 02/28/13 Thru 03/27/13

            ------ Continued on next page ------

Citibank Client Services    000
PO Box 769013
San Antonio, TX 78245-9013

001/R1/04F000

000
CITIBANK, N. A.
**Account** ███████3539

MARK MIRVIS
289 BAYBERRY DR
HEWLETT NY                    11557-2721

**Statement Period**
**Mar 7 - Apr 6, 2014**

Page 1  of  3

**Relationship Summary:**

Checking

Savings

Investments
(not FDIC Insured)

Loans

Credit Cards

Effective April 5, 2014, the Citibank® Global Transfer Service to Colombia will resume on Citibank® Online and at proprietary Citibank ATMs. We are continuing to work on restoring this service to Colombia at our branches and will notify you when it becomes available.

Citibank makes homeownership possible with mortgage benefits and incentives for valued customers. Whether you are looking for your first home or your next, Citibank is here to help. Visit your local branch or call 1-877-707-1799 to learn more. Mention Offer Code: 13337-5. NMLS# 412915

| Basic Checking Fees* | Your Fees this Statement Period | |
|---|---|---|
| Monthly Service Fee<br><br>Waived with either 1 Direct Deposit AND 1 qualifying Bill Payment OR $1,500 in average combined deposit balances ** | $10.00 | $10.00 |
| Fee for non-Citibank ATM transaction | $2.00 | None |

*A transaction is deemed to have been made on the date the transaction is posted to your account which is not necessarily the date you initiated the transaction. Any fees for that transaction, including non-Citibank ATM fees, will appear as charges on your next Citibank statement (to the account that is debited for your monthly service fee).

** 1 Direct Deposit AND 1 qualifying Bill Payment within the statement period; $1,500 in average combined deposit balances for previous calendar month. Qualifying bill payments are those made using Citibank® Online, Citi Mobile (SM) or CitiPhone Banking®.

MARK MIRVIS

Account ███████3539    Page 2 of 3
Statement Period - Mar 7 - Apr 6, 2014

001/R1/04F000

**Basic Checking**
████████3539

Beginning Balance:
Ending Balance:

| Date | Description | Amount Subtracted | Amount Added | Balance |
|------|-------------|-------------------|--------------|---------|
| 03/31 | Payment ARROW EXTERMINATING CO INC   010049  DA | 234.64 | | |

**ThankYou® Points Summary**

| | |
|---|---|
| Points from checking account and other products and services | |
| Total Points forwarded to Citi® ThankYou® Rewards | 0 |
| Go to thankyou.com to review your point balance and redeem! | 0 |

This summary includes only points awarded for the Citibank checking account relationship and may not reflect any bonus points received through a promotional offer. You can obtain updated point information by accessing your ThankYou Member Account at www.thankyou.com. Please refer to the Citibank Program ThankYou Rewards Terms and Conditions provided to the primary (first) signer of the checking account upon enrollment of your Citibank checking account and the Terms and Conditions of ThankYou Rewards for important details.

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 800-627-3999 (For Speech and Hearing Impaired Customers Only TDD: 800-945-0258) | Citibank Client Services 100 Citibank Drive San Antonio, TX 78245-9966 |

**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.**

The products reported on this statement have been combined onto one monthly statement at your request. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

**CHECKING AND SAVINGS**
**FDIC Insurance:**
Products reported in CHECKING and SAVINGS are insured by the Federal Deposit Insurance Corporation. Please consult your Citibank Customer Manual for full details and limitations of FDIC coverage.

**CERTIFICATES OF DEPOSIT**
Certificate of Deposit (CD) information may show dashes in certain fields if on the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period. Updated information will be reflected on a subsequent statement.

**IN CASE OF ERRORS**
**In Case of Errors or Questions About Your Electronic Fund Transfers:**
If you think your statement or record is wrong or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the **first** statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic fund transfer in accordance with the Electronic Fund Transfer Act and federal Regulation E in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.
**Give us the following information:** (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

Citibank Client Services    000
PO Box 769013
San Antonio, TX 78245-9013

010/R1/04F000

000
CITIBANK, N. A.
**Account**
▇▇▇3539

**Statement Period**
**Jul 7 - Aug 6, 2015**

MARK MIRVIS
289 BAYBERRY DR
HEWLETT NY                    11557-2721

Page 1  of  3

## Relationship Summary:

**Checking**
**Savings**
**Investments**
**(not FDIC Insured)**
**Loans**
**Credit Cards**

Effective October 2, 2015, the Citibank service called "Quicken" will no longer be available, or offered, through Citibank. This impacts and discontinues the following Citibank services through Quicken for online bill payments, online account transfers, and automated downloads. This does not affect any transactions done directly through Citibank or Citibank Online.

| Basic Checking Fees* | Your Fees this Statement Period | |
|---|---|---|
| Monthly Service Fee | | |
| Waived with either 1 Direct Deposit AND 1 qualifying Bill Payment OR $1,500 in average combined deposit balances ** | $12.00 | $12.00 |
| Fee for non-Citibank ATM transaction | $2.50 | None |

*A transaction is deemed to have been made on the date the transaction is posted to your account which is not necessarily the date you initiated the transaction. Any fees for that transaction, including non-Citibank ATM fees, will appear as charges on your next Citibank statement (to the account that is debited for your monthly service fee).

** 1 Direct Deposit AND 1 qualifying Bill Payment within the statement period; $1,500 in average combined deposit balances for previous calendar month. Qualifying bill payments are those made using Citibank® Online, Citi Mobile (SM) or CitiPhone Banking®.

**Basic Checking**
▇▇▇3539

**Beginning Balance:**
**Ending Balance:**

MARK MIRVIS

Account ▮▮▮▮3539          Page 2 of 3          010/R1/04F000
Statement Period -  Jul 7 - Aug 6, 2015

| Date | Description | Amount Subtracted | Amount Added | Balance |
|------|-------------|-------------------|--------------|---------|
| 07/28 | Payment ARROW EXTERMINATING CO INC   010089   DA | 118.95 | | |

*Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.*

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 800-627-3999<br>(For Speech and Hearing Impaired Customers Only<br>TDD: 800-945-0258) | Citibank Client Services<br>100 Citibank Drive<br>San Antonio, TX 78245-9966 |

**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.**

The products reported on this statement have been combined onto one monthly statement at your request. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

**CHECKING AND SAVINGS**
**FDIC Insurance:**
Products reported in CHECKING and SAVINGS are insured by the Federal Deposit Insurance Corporation. Please consult your Citibank Customer Manual for full details and limitations of FDIC coverage.

**CERTIFICATES OF DEPOSIT**
Certificates of Deposit (CD) information may show dashes in certain fields if on the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period.

**IN CASE OF ERRORS**
**In Case of Errors or Questions About Your Electronic Fund Transfers:**
If you think your statement or record is wrong or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic fund transfer in accordance with the Electronic Fund Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details. *Give us the following information:* (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**The following special procedures apply to errors or questions about International wire transfers or International Citibank Global Transfers to a recipient located in a foreign country on or after October 28, 2013:** Telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you within 180 days of the date we indicated to you that the funds would be made available to the recipient of that transfer. At the time you contact us, we may ask for the following information: 1) your name, address and account number; 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; 3) the dollar amount of the transfer; 4) the reference code for the transfer; and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedy (credit to your account in an amount necessary to resolve the error or alternatively, a resend of the transfer in an amount necessary to resolve the error for those cases where bank error is found). We will determine whether an error has occurred within 90 days after you contact us. If we determine that an error has occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual for details.

**Citibank is an Equal Housing Lender.**


EQUAL HOUSING LENDER

© 2015 Citigroup Inc.  Citibank, N.A. Member FDIC.
Citibank with Arc Design, Checking Plus, MasterCard, Visa, Citibank Preferred Visa and MasterCard, Citibank Platinum Select, Citigold, CitiPhone Banking and Ready Credit are registered service marks of Citigroup, Inc.