# Exhibit "I"

Ref: 00042141 00201803

F10000042141 310181AE01 WSC00060A
MARK MIRVIS AND
LYUBOV MIRVIS JTWROS
289 BAYBERRY DRIVE
HEWLETT NY 11557-2721

Financial Management Account
May 31 - June 30, 2010

Morgan Stanley Smith Barney LLC. Member SIPC.
Your Financial Advisor



Website: www.smithbarney.com

Account number 890

FMA Client Services: 1-800-634-9855
Branch Phone: 800 468 0019
TTY/TDD Deaf & Hard of hearing: 800-227-4238

Account carried by Citigroup Global Markets Inc. Member SIPC.

Page 1 of 4

Ref: 00042141 00201805

Financial Management Account
May 31 - June 30, 2010

MARK MIRVIS AND

Account number ▇ 5 890

Page 3 of 4

### Checks written

Account number ******2439 - Citibank NA

| Check no. | Date written | Date cleared | Description | Tracking code | Amount | Check no. | Date written | Date cleared | Description | Tracking code | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01100 | 06/15/10 | 06/18/10 | AUTOMATIC IRRIGATION DESI | | $ 197.43 | | | | | | |

*Check missing in sequence

### Summary of tracking codes

### Bank Deposit Program℠ activity

The term DEPOSIT typically refers to client initiated deposit of funds. The term AUTODEPOSIT typically refers to the "sweep" of funds into a Program Bank that results from proceeds of a transaction, a dividend from a stock or interest from a bond. Conversely, WITHDRAWAL is the term that refers to transactions that cause funds to be redeemed from a Program Bank, such as the payment for an investment purchase or the payment of FMA checks that you have written.

Opening balance ▇

| Date | Activity | Description | Amount | Date | Activity | Description | Amount |
|---|---|---|---|---|---|---|---|

Message: If you are currently enrolled in Women & Co.℠, an educational resource provided by Citi, Morgan Stanley Smith Barney will no longer offer this service to you after July 31, 2010. Women & Co. will continue to recognize you as a valued member. Please contact Women & Co. at 800-930-2544 if you have any questions about your current or future membership benefits.



Vision Archive Print: Set 1 of 1

Page 1 of 5



**MARK MIRVIS**
289 BAYBERRY DR.
HEWLETT, NY 11557

1-9/210 **230**

105

Date 5/21/13

Pay to the order of  Automatic Irrigation   $ 152.08

One Hundred Fifty Two 08/ Dollars

**citibank**

CITIBANK N.A. BR #230
297 MERRICK ROAD
ROCKVILLE CENTRE, NY 11570

Memo  Service                M. Mir

⑆021000089⑆  ▮▮▮▮▮▮▮ 3539⑈ 0105

JPMorganChaseBank 052202 004944 951690014365

For Deposit Only
Automatic Irrigation Design
3431