# Exhibit "M"

**MARK MIRVIS**
289 BAYBERRY DR.
HEWLETT, NY 11557

1-4/210 **230**   101

Date 5/15/13

Pay to the order of  Tatyana Mirvis   | $ 7000 ⁰⁰

Seven Thousand ⁰⁰/100   Dollars

citibank®

CITIBANK N.A. BR #230
287 MERRICK ROAD
ROCKVILLE CENTRE, NY 11570

Memo  Gift Loan Return  /s/ M. Mirvis

⑆021000089⑆     3539⑈ 0101

1440010146 20120516 HSBC HBUS



Vision Archive Print: Set 1 of 1

Page 5 of 5

