UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
                                                          :
ALLSTATE INSURANCE COMPANY, *et al.*,                     :
                                                          :    08-CV-4405
                                    Plaintiffs,           :    (SLT) (PK)
                                                          :
              -against-                                   :
                                                          :    AFFIDAVIT OF
MARK MIRVIS, *et al.*,                                    :    SERVICE
                                                          :
                                    Defendants.           :
                                                          :
----------------------------------------------------------X

STATE OF NEW YORK       )
                        )..:ss
COUNTY OF NEW YORK      )

Kwesi Disney duly deposes and says that:

1. I am not a party to the action, am over 18 years of age and am an employee of the law firm of Stern & Montana, LLP, located at One World Financial Center, New York, 10281.

2. On July 6, 2016, I served a true and correct copy of an Order To Show Cause with Temporary Restraining Order and Preliminary Injunction, signed on July 5, 2016 by the Honorable Sandra L. Townes, District Judge of the Eastern District of New York (the "Order"), upon HSBC Bank USA, N.A. ("HSBC") by transmitting the papers by facsimile to (716) 841-7651, in accordance with the Order.

3. On July 6, 2016 I served an additional copy of the Order, together with the underlying papers upon which it was based, upon HSBC by depositing the foregoing with an employee of Federal Express Corporation in a sealed envelope and marked for overnight delivery on July 7, 2016 to:

HSBC Bank USA, N.A.
2929 Walden Avenue
Depew, New York 14043
**FedEx Tracking No: 7766-8428-3690**

the above being the address for service designated in the Order.

4. Attached is (1) a fax confirmation sheet confirming the Order was received at the fax number specified in the Order, and (2) a copy of the FedEx air bill relating to the overnight delivery of the Order as described above.

Dated: New York, New York
July 8, 2016

By _____
Kwesi Disney

Sworn to before me this
8th day of July, 2016.

_____
NOTARY PUBLIC

Richard Montana
Notary Public State Of New York
Qualified In King County
Lic. #4951518
Commission Expires August 23, 2016

2

Page 1 of 2



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/shipping/html/en//PrintIFrame.html         7/6/2016

 Shipment Receipt

**Address Information**

Ship to:
Restraint Team
HSBC Bank USA, N.A.
2929 Walden Avenue

DEPEW, NY
14043
US
212-532-8100

Ship from:
Robert Stern
Stern & Montana, LLP
One World Financial Center
30th Floor
New York, NY
10281
US
2125328100

**Shipment Information:**
Tracking no.: 776684283690
Ship date: 07/06/2016
Estimated shipping charges: 19.16

**Package Information**
Pricing option: FedEx Standard Rate
Service type: Standard Overnight
Package type: FedEx Envelope
Number of packages: 1
Total weight: 0.50 LBS
Declared Value: 0.00 USD
Special Services:
Pickup/Drop-off: Use an already scheduled pickup at my location

**Billing Information:**
Bill transportation to: MyAccount-895
Your reference: 1280.050/KRD
P.O. no.:
Invoice no.:
Department no.:

Thank you for shipping online with FedEx ShipManager at fedex.com.

**Please Note**
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

https://www.fedex.com/shipping/html/en//PrintIFrame.html                                              7/6/2016

# HP LaserJet *3390*

# Fax Call Report

HP LASERJET FAX

Jul-6-2016   3:43PM

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|---|
| 3782 | 7/ 6/2016 | 3:39:31PM | Send | 17168417651 | 3:49 | 8 | OK |

STERN & MONTANA, LLP
ONE WORLD FINANCIAL CENTER
30TH FLOOR
NEW YORK, NEW YORK 10281

Telephone: 212-532-8100
Telefacsimile: 212-532-7271
E-MAIL: info@stern-montana.com

## TELEFACSIMILE TRANSMITTAL

| TO: | FAX NO.: |
|---|---|
| HSBC Bank USA, N.A. Restraint Team | 716-841-7651 |
| | |
| | |

DATE: July 6, 2016

FROM: Kristy Eagan, Esq.

TOTAL NUMBER OF PAGES ⌐7 INCLUDING THIS COVER PAGE.

Re: *Allstate Ins. Co., et al. v. Mirvis et al., 08-CV-4405 (SLT) (PK)*

OUR FILE NO.: 1280.050

SPECIAL INSTRUCTIONS OR NOTES:

..............................................................................................
### CONFIDENTIALITY NOTE

The information transmitted by this facsimile is considered attorney privileged and confidential and is intended only for the use of the individual or entity named. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you should be aware that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone, and return this original message to us at the above address via the U.S. Postal Service. Thank you.