# THE SILBER LAW FIRM, LLC

11 BROADWAY · SUITE 715
NEW YORK, NEW YORK 10004

TELEPHONE: (212) 765-4567
FACSIMILE: (212) 504-8165

MEYER Y. SILBER
MSILBER@SILBERLAWNY.COM

DANIELLE I. PEDRAS
DPEDRAS@SILBERLAWNY.COM

342 BEDFORD AVENUE
BROOKLYN, NEW YORK 11211
TELEPHONE: (718) 599-3500

January 23, 2017

Magistrate Judge Peggy Kuo
United States District Court
  Eastern District of New York
225 Camden Plaza East
Brooklyn, New York  11201

Re: *Allstate Ins. Co. v. Mirvis*; 08-CV-4405 (SLT)(PK)

Dear Judge Kuo:

This Firm represents non-parties Tatyana Mirvis, Alexander Boriskin and Lyubov Mirvis (the "Tatyana Non-Parties").

By Declaration filed at ECF No. 465, dated January 20, 2017, counsel for plaintiff Allstate Insurance Company, Kristy R. Eagan, Esq., pointed out that my prior filing of a Supplemental Affidavit of Mark Mirvis, at ECF 459 (filed with the Court's permission in further opposition to plaintiff's motion at ECF 335), was missing a page. Ms. Eagan noted that Mr. Mirvis's Supplemental Affidavit was missing a page, and that she had asked me about that by email but that I did not follow up in correcting that Affidavit. Ms. Eagan is correct. That Affidavit is missing a page and I forgot to file a corrected copy. Seemingly, Ms. Eagan was too busy, or perhaps could not be bothered, to follow up on her email to me, a common courtesy. But this is not surprising given Allstate's regular "gotcha" approach to this case.

The corrected and complete Supplemental Affidavit is annexed to this letter.

My apologies to the Court and counsel.

Respectfully submitted,

Meyer Y. Silber

By ECF