UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 08 2017 ★

BROOKLYN OFFICE

---

**ALLSTATE INSURANCE COMPANY,** *et al.*,

                  **Plaintiffs,**

-against-

**MARK MIRVIS,** *et al.*,

                  **Defendants.**

08-CV-4405 (SLT) (PK)

ORDER

---

Upon the findings of the court set forth in the Report and Recommendation, dated 7/31/17 and Decision and Order adopting the Report and Recommendation in its entirety, dated 9/6/17:

**IT IS HEREBY ORDERED** that the May 11, 2015, conveyance, for "$10.00 and other valuable consideration" by judgment debtor Mark Mirvis (the "Judgment Debtor") of his interest in his house, located at 289 Bayberry Drive North, Hewlett Harbor, New York (Section 42, Block 266, Lot 1) (the "Subject Property"), to his daughter, Tatyana Mirvis (the "Conveyance"), is voided as fraudulent pursuant to New York Debtor Creditor Law § 270 *et seq.*; and it is further

**ORDERED** that the deed for the Conveyance, recorded on June 19, 2015, in the Nassau County Clerk's Office, Liber Book D 13222, Pages 678-683, is cancelled and discharged; and it is further

**ORDERED** that the Nassau County Clerk shall record the cancellation and discharge of the Conveyance, together with a a copy of this Order in the official liber of deeds, mortgages, assignments of mortgages and satisfactions of mortgages for the County of Nassau in the State of New York; and it is further

**ORDERED** that the Judgment Debtor's interest in the Subject Property is subject to levy toward satisfaction of the judgment in the above-captioned matter in Plaintiffs' favor that was entered on April 8, 2015, and corrected on May 5, 2015; and it is further

**ORDERED** that the Judgment Debtor's interest in the Subject Property shall be levied upon by the United States Marshal in accordance with the annexed writ of execution.

Dated: New York, New York
Sept. ~~June~~ 6, 2017
SLT

/s/ *Sandra L. Townes*
DISTRICT JUDGE