## THE SILBER LAW FIRM, LLC

11 BROADWAY · SUITE 715
NEW YORK, NEW YORK 10004

TELEPHONE: (212) 765-4567
FACSIMILE: (212) 504-8165

MEYER Y. SILBER
MSILBER@SILBERLAWNY.COM

DANIELLE I. PEDRAS
DPEDRAS@SILBERLAWNY.COM

342 BEDFORD AVENUE
BROOKLYN, NEW YORK 11211
TELEPHONE: (718) 599-3500

January 12, 2018

Magistrate Judge Peggy Kuo
United States District Court
 Eastern District of New York
225 Camden Plaza East
Brooklyn, New York 11201

Re: *Allstate Ins. Co. v. Mirvis*; 08-CV-4405 (SLT)(PK)

Dear Judge Kuo:

    This Firm represents non-parties Lyubov Mirvis, Tatyana Mirvis and Alexander Boriskin. I write at the suggestion of Ms. Claudia Riquelme to explain the hardship that the adjournment of today's conference/hearing operates on my clients.

    As we know, by Order dated October 23, 2017 (ECF No. 524), Allstate received, *ex-parte*, a restraint on the significant income of non-party Tatyana Mirvis. All of it. Allstate knows that this income supports not just Tatyana, but four other people. After I objected to that *ex-parte* restraint, which I believe the Court issued based on questionable facts and circumstances, the Court scheduled this matter to be heard on December 20, 2017. Allstate, however, asked that I consent to an adjournment. Given the *ex-parte* restraint, I was reluctant to do so, but agreed to a short adjournment. That agreed-upon adjourned date was today, January 12, 2018. I understand that there was some Court confusion in accepting this date, but waiting until March 6, 2017, creates a difficult financial situation for my clients. By that date, this income will have been restrained, *ex-parte*, for close to five months.

    My clients and I appreciate the Court's consideration. Thank you.

Respectfully submitted,

Meyer Y. Silber

By ECF