9/12/18.

Re: Allstate Ins. Co v. Mirvis. 08-CV-4405 (PKC) (PK) (E.D.N.Y).

Dear Magistrate Judge Peggy Kuo

On September 8th 2018 I have recieved a notice from "Morrison Mahony LLP." stating that the status conference will be held on September 24/2018. This notice does not indicate if my appearance is needed. I live in a state of New Jersey, and its not easy for me to travel to Kings County. But, I will appear if you feel that there is a need for my appearance. I also would like to point out to you some important factors.

1). I have no objections in filling out the information subpoena.

2). I was never notified and instructed properly that I was ordered by court to fill out the information subpoena.

3). Long time ago I recieved information subpoena from: Stern & Montana LLP. But I was to emotionaly disturbed to fill it out.

4). I then recieved correspondence from "Morrison Mohony LLP." which always was addresed to the court, but never gave me clear instructions on what should be done by me.

→

5). One of the correspondences that I received was sometime in August, indicating that they have served me with some kind of documents, but on Exibit A sworn statement of service it says, that the documents were recieved by a relative, and discription of a person unknown to me. It's me and my wife are the only people that live at this address.

Once again Judge, I have no objection to comply with information subpoena, Please advise on what my actions should be at this point. My contact info:

Mark Lupolover
248 Navesink court
Holmdel, N.J. 07733

H: (732) 671-0190
C: (718) 938-0477.

Kind regards.
Mark Lupolover

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ SEP 14 2018 ★
BROOKLYN OFFICE

2018 SEP 14 AM 8:36
U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK
FILED
CLERK