**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

**ALLSTATE INSURANCE COMPANY,** *et al.*,

                    **Plaintiffs,**

      -against-

**MARK MIRVIS,** *et al.*,

                    **Defendants.**

-----------------------------------------------------------------X

08-CV-4405
(PKC) (PK)

**SATISFACTION OF JUDGMENT SOLELY AS TO IGOR ZHURAVSKY**

**TO:**    **DOUGLAS C. PALMER, CLERK**
          **UNITED STATES DISTRICT COURT**
          **EASTERN DISTRICT OF NEW YORK**

      **PLEASE BE ADVISED** that the Judgment entered against Defendant Igor Zhuravsky ("Zhuravsky") by Deputy Clerk Janet Hamilton on April 8, 2015 pursuant to the order of the Hon. Sandra L. Townes, U.S.D.J., of the United States District Court for the Eastern District of New York in case number 1:08-CV-4405 (PKC) (PK) dated March 31, 2015, as amended by the Corrected Judgment dated May 5, 2015, in the amount of $45,657,401.01, in favor of Plaintiffs-Judgment Creditors ("Plaintiffs") has been satisfied solely with respect to Defendant Zhuravsky.

      This Satisfaction of Judgment shall be your authority to cancel the record of the aforesaid Judgment solely as to Defendant Zhuravsky. Nothing herein shall be construed or interpreted as affecting or discharging the aforementioned Judgment or any other judgment Plaintiffs have obtained against any other Defendant in the above-captioned action.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: New York, New York
February 21, 2019

**MORRISON MAHONEY LLP**

By:    /s/ Andrew Midgett
Robert A. Stern, Esq.
Daniel S. Marvin, Esq.
Andrew S. Midgett, Esq.
120 Broadway, Suite 1010
New York, New York 10271
(212) 825-1212
amidgett@morrisonmahoney.com

*Counsel for Plaintiffs-Judgment Creditors Allstate Insurance Company, Allstate Indemnity Company, Deerbrook Insurance Company, Allstate New Jersey Insurance Company and Allstate Property & Casualty Insurance Company*