**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Allstate Insurance Company, et al. | 08-CV-4405 (PKC) (PK) |
| DEFENDANT | TYPE OF PROCESS |
| Mark Mirvis | Writ of Execution |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Mark Mirvis
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
289 Bayberry Drive North, Hewlett Harbor, NY 11557

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Morrison Mahoney, LLP
Attn: Andrew S. Midgett, Esq.
120 Broadway, Suite 1010
New York, New York 10271

| | | |
|---|---|---|
| Number of process to be served with this Form 285 | 1 | |
| Number of parties to be served in this case | 1 | 2 |
| Check for service on U.S.A. | | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Plaintiffs estimate that Defendant would most likely be available for service at the above-referenced address in the early morning. Accordingly, Plaintiffs respectfully request that this Writ be served at 9:00 a.m., or as soon thereafter as feasible.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (646) 870-1741
DATE: 4/23/18

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin: No. 53
District to Serve: No. 53
Signature of Authorized USMS Deputy or Clerk
Date: 4/23/18

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): MARK MIRVIS

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 4/27/18   Time: 11:30 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $520.00 | $22.00 | — | $542.00 | $542.00 | $0.00 |

REMARKS:

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13