Case 1:08-cv-04405-PKC-PK   Document 631-4   Filed 06/17/19   Page 1 of 1 PageID #: 18627

```
LOAN#:                          INVESTOR#:   12515   POOL#: 1         DATE PAYMENT DUE:  07/01/2018    INTEREST RATE:  3.87500           PRINCIPAL BAL:    122,336.88
BORR1: Mark Mirvis                                                                                                                        ESCROW BAL:           0.00
BORR2: Lyubov Mirvis
PROP:  289 Bayberry Dr                                                MAIL: 289 Bayberry Dr
       Hewlett NY 11557-2721                                                Hewlett NY 11557-2721
```

| Check/Ref. Number | Date Payment Due | Date Payment Received | Date Assessed/Transaction Date | Description | Amount Applied/Assessed | Principal Application | Interest Application | Escrow Application | Optional Products | Late Charges | Fees/Other (See Description) | Suspense Application | Principal Balance | Escrow Balance | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 07/01/2015 | 06/29/2015 | | Payment | 1,204.93 | 928.99 | 275.94 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 154,896.54 | 0.00 | 0.00 |
| | | 06/29/2015 | | Principal Payment | 0.07 | 0.07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 154,896.47 | 0.00 | 0.00 |
| | 08/01/2015 | 07/30/2015 | | Payment | 1,204.92 | 930.62 | 274.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 153,965.85 | 0.00 | 0.00 |
| | | 07/30/2015 | | Principal Payment | 0.08 | 0.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 153,965.77 | 0.00 | 0.00 |
| | 09/01/2015 | 08/31/2015 | | Payment | 1,204.92 | 932.27 | 272.65 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 153,033.50 | 0.00 | 0.00 |
| | | 08/31/2015 | | Principal Payment | 0.08 | 0.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 153,033.42 | 0.00 | 0.00 |
| | 10/01/2015 | 09/29/2015 | | Payment | 1,213.64 | 926.70 | 286.94 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 152,106.72 | 0.00 | 0.00 |
| | | 09/29/2015 | | Principal Payment | 1.36 | 1.36 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 152,105.36 | 0.00 | 0.00 |
| | 11/01/2015 | 10/28/2015 | | Payment | 1,213.64 | 928.44 | 285.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 151,176.92 | 0.00 | 0.00 |
| | | 10/28/2015 | | Principal Payment | 1.36 | 1.36 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 151,175.56 | 0.00 | 0.00 |
| | | | 10/29/2015 | Insurance Disbursement  -SWBC | -1,375.63 | 0.00 | 0.00 | -1,375.63 | 0.00 | 0.00 | 0.00 | 0.00 | 151,175.56 | -1,375.63 | 0.00 |
| | | | 11/03/2015 | Insurance Disbursement  -SWBC | -1,359.01 | 0.00 | 0.00 | -1,359.01 | 0.00 | 0.00 | 0.00 | 0.00 | 151,175.56 | -2,734.64 | 0.00 |
| | | | 11/06/2015 | Insurance Credit | 1,375.63 | 0.00 | 0.00 | 1,375.63 | 0.00 | 0.00 | 0.00 | 0.00 | 151,175.56 | -1,359.01 | 0.00 |
| | | | 11/06/2015 | Insurance Credit | 1,359.01 | 0.00 | 0.00 | 1,359.01 | 0.00 | 0.00 | 0.00 | 0.00 | 151,175.56 | 0.00 | 0.00 |
| | 12/01/2015 | 11/30/2015 | | Payment | 1,213.63 | 930.18 | 283.45 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 150,245.38 | 0.00 | 0.00 |
| | | 11/30/2015 | | Principal Payment | 0.37 | 0.37 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 150,245.01 | 0.00 | 0.00 |
| | 01/01/2016 | 12/29/2015 | | Payment | 1,213.63 | 931.92 | 281.71 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 149,313.09 | 0.00 | 0.00 |
| | 02/01/2016 | 02/01/2016 | | Payment | 1,213.61 | 933.65 | 279.96 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 148,379.44 | 0.00 | 0.00 |
| | 03/01/2016 | 03/01/2016 | | Payment | 1,222.09 | 928.42 | 293.67 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 147,451.02 | 0.00 | 0.00 |
| | | | 03/29/2016 | Investor Billable Exp Payment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 147,451.02 | 0.00 | 0.00 |
| | 04/01/2016 | 04/01/2016 | | Payment | 1,222.09 | 930.26 | 291.83 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 146,520.76 | 0.00 | 0.00 |
| | 05/01/2016 | 04/27/2016 | | Payment | 1,230.48 | 925.23 | 305.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 145,595.53 | 0.00 | 0.00 |
| | | 04/27/2016 | | Principal Payment | 0.02 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 145,595.51 | 0.00 | 0.00 |
| | 06/01/2016 | 06/01/2016 | | Payment | 1,222.14 | 933.98 | 288.16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 144,661.53 | 0.00 | 0.00 |
| | 07/01/2016 | 07/01/2016 | | Payment | 1,222.14 | 935.83 | 286.31 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 143,725.70 | 0.00 | 0.00 |
| | | | 08/08/2016 | Insurance Disbursement  -SWBC | -1,222.53 | 0.00 | 0.00 | -1,222.53 | 0.00 | 0.00 | 0.00 | 0.00 | 143,725.70 | -1,222.53 | 0.00 |
| | 08/01/2016 | 08/30/2016 | | Late Charge Assessment | -24.61 | 0.00 | 0.00 | 0.00 | 0.00 | -24.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 08/29/2016 | | Late Charge Waived | 24.61 | 0.00 | 0.00 | 0.00 | 0.00 | 24.61 | 0.00 | 0.00 | 143,725.70 | -1,222.53 | 0.00 |
| 2367969 | 08/01/2016 | 08/30/2016 | | Payment | 1,230.36 | 930.93 | 299.43 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 142,794.77 | -1,222.53 | 0.00 |
| | | | 09/01/2016 | Insurance Credit | 1,222.53 | 0.00 | 0.00 | 1,222.53 | 0.00 | 0.00 | 0.00 | 0.00 | 142,794.77 | 0.00 | 0.00 |
| | 09/01/2016 | 09/16/2016 | | Payment | 1,230.36 | 932.87 | 297.49 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 141,861.90 | 0.00 | 0.00 |
| | | 09/16/2016 | | Principal Payment | 19.64 | 19.64 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 141,842.26 | 0.00 | 0.00 |
| 2417820 | 10/01/2016 | 10/21/2016 | | Payment | 1,230.36 | 934.86 | 295.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 140,907.40 | 0.00 | 0.00 |
| | 11/01/2016 | 11/06/2016 | | Payment | 1,230.36 | 936.80 | 293.56 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 139,970.60 | 0.00 | 0.00 |
| | 12/01/2016 | 12/06/2016 | | Payment | 1,230.19 | 938.58 | 291.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 139,032.02 | 0.00 | 0.00 |
| | 01/01/2017 | 01/06/2017 | | Payment | 1,230.19 | 940.54 | 289.65 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 138,091.48 | 0.00 | 0.00 |
| | 02/01/2017 | 02/10/2017 | | Payment | 1,238.09 | 936.01 | 302.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 137,155.47 | 0.00 | 0.00 |
| | | 02/10/2017 | | Principal Payment | 0.01 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 137,155.46 | 0.00 | 0.00 |
| | 03/01/2017 | 03/07/2017 | | Payment | 1,245.96 | 931.65 | 314.31 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 136,223.81 | 0.00 | 0.00 |
| | 04/01/2017 | 04/04/2017 | | Payment | 1,245.96 | 933.78 | 312.18 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 135,290.03 | 0.00 | 0.00 |
| | 05/01/2017 | 05/03/2017 | | Payment | 1,245.96 | 935.92 | 310.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 134,354.11 | 0.00 | 0.00 |
| | 06/01/2017 | 06/01/2017 | | Payment | 1,261.45 | 925.56 | 335.89 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 133,428.55 | 0.00 | 0.00 |
| | 07/01/2017 | 07/07/2017 | | Payment | 1,261.45 | 927.88 | 333.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 132,500.67 | 0.00 | 0.00 |
| | | 07/07/2017 | | Principal Payment | 0.55 | 0.55 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 132,500.12 | 0.00 | 0.00 |
| | 08/01/2017 | 08/02/2017 | | Payment | 1,261.45 | 930.20 | 331.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 131,569.92 | 0.00 | 0.00 |
| | | 08/02/2017 | | Principal Payment | 0.55 | 0.55 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 131,569.37 | 0.00 | 0.00 |
| | 09/01/2017 | 08/31/2017 | | Payment | 1,276.70 | 920.37 | 356.33 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 130,649.00 | 0.00 | 0.00 |
| 10986673 | 10/01/2017 | 10/06/2017 | | Payment | 1,276.69 | 922.85 | 353.84 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 129,726.15 | 0.00 | 0.00 |
| | | 10/06/2017 | | Principal Payment | 0.01 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 129,726.14 | 0.00 | 0.00 |
| | 11/01/2017 | 11/14/2017 | | Payment | 1,276.69 | 925.35 | 351.34 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 128,800.79 | 0.00 | 0.00 |
| | | 11/14/2017 | | Principal Payment | 0.31 | 0.31 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 128,800.48 | 0.00 | 0.00 |
| | 12/01/2017 | 12/08/2017 | | Payment | 1,276.69 | 927.86 | 348.83 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 127,872.62 | 0.00 | 0.00 |
| | | 12/08/2017 | | Principal Payment | 0.01 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 127,872.61 | 0.00 | 0.00 |
| | 01/01/2018 | 01/08/2018 | | Payment | 1,276.69 | 930.37 | 346.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 126,942.24 | 0.00 | 0.00 |
| | | 01/08/2018 | | Principal Payment | 0.31 | 0.31 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 126,941.93 | 0.00 | 0.00 |
| | 02/01/2018 | 02/07/2018 | | Payment | 1,284.06 | 927.04 | 357.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 126,014.89 | 0.00 | 0.00 |
| | 03/01/2018 | 03/05/2018 | | Payment | 1,298.76 | 918.09 | 380.67 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 125,096.80 | 0.00 | 0.00 |
| | | 03/05/2018 | | Principal Payment | 0.24 | 0.24 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 125,096.56 | 0.00 | 0.00 |
| | 04/01/2018 | 04/09/2018 | | Payment | 1,298.75 | 920.85 | 377.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 124,175.71 | 0.00 | 0.00 |
| | 05/01/2018 | 05/08/2018 | | Payment | 1,298.75 | 923.64 | 375.11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 123,252.07 | 0.00 | 0.00 |
| | 06/01/2018 | 05/24/2018 | | Payment | 1,313.19 | 915.19 | 398.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 122,336.88 | 0.00 | 0.00 |
| | | | | Ending Balance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 122,336.88 | 0.00 | 0.00 |