Case 1:08-cv-04405-PKC-PK   Document 631-5   Filed 06/17/19   Page 1 of 3 PageID #: 18628

JPMorgan Chase & Co.
PO Box 183164
Columbus, OH 43218-3164



MORRISON MAHONEY LLP
120 BROADWAY SUITE 1010
NEW YORK, NY 10271

**CHASE** 
Court Orders and Levies
P.O. Box 183164
Columbus, OH 43218-3164
Phone: 1-866-578-7022

Monday, Apr 16, 2018

MORRISON MAHONEY LLP
120 BROADWAY SUITE 1010
NEW YORK, NY 10271

**RE: ALLSTATE INSURANCE COMPANY ET AL v. MARK MIRVIS, Index No.: 08CV4405PKCPK**

JPMorgan Chase Bank, N.A is in receipt of your Information Subpoena against the following debtor(s): MARK MIRVIS

Memo: NO HOLDS PLACED

### Answers for the Information Subpoena

| Answer1 | CREDIT CARDS ENDING IN 1892-BALANCE $5,967.76 ; 0201 BALANCE OF$3,887.07 ; 3906 BALANCE OF $3,182.23 ; 0184 BALANCE OF $5,967.76 ; 0438 - CLOSED. HOME EQUITY ENDING IN 5266 BALANCE OF $657,063.94 OPEN DATE 04/04/2005 . ALL OTHER REQUEST AND INFO NOT FOUND IN CUSTOMER SYSTEMS |
|---|---|
| Answer2 | INFORMATION NOT FOUND IN CUSTOMER SYSTEMS |
| Answer3 | INFORMATION NOT FOUND IN CUSTOMER SYSTEMS |
| Answer4 | INFORMATION NOT FOUND IN CUSTOMER SYSTEMS |
| Answer5 | INFORMATION NOT FOUND IN CUSTOMER SYSTEMS |
| Answer6 | INFORMATION NOT FOUND IN CUSTOMER SYSTEMS |
| Answer7 | Name: VICTOR R GONZALEZ, Phone : 866-578-7022, Processor Title: Doc Review Sr Specialist II |

These responses are based upon a search of data contained in JPMorgan Chase Bank, N.A's centralized customer identification and account information system. That system may not necessarily capture all relevant information concerning the judgment debtor(s) or accounts.

Please allow this letter to serve as JPMorgan Chase Bank, N.A's answer to the Information Subpoena. If you should have any questions regarding this matter, please contact JPMorgan Chase Bank, N.A at 1-866-578-7022.

Sincerely,

*[signature]* 4/17/18

VICTOR R GONZALEZ
Doc Review Sr Specialist II
JPMorgan Chase Bank, N.A.

Subscribed and sworn to before me on this ___17___ day of __April__, 20_18_

_____
NOTARY PUBLIC

Residing at: County of __Bexar__, State of __Texas__

My commission expires: __1/28/20__

```
RITA PEREZ
Notary Public, State of Texas
Comm. Expires 01-28-2020
Notary ID 130514969
```