✉ SHARE

City, State, or Zip

289 Bayberry Dr, Hewlett, NY 11557



## 289 Bayberry Dr,
### Hewlett, NY 11557
5 beds · 5 baths · 4,612 sqft

**OFF MARKET**
Zestimate®: $1,949,171
Rent Zestimate®: $7,800 /mo

Note: This property is not currently for sale or for rent. The description below may be from a previous listing.

Prestigious House.All Redone With Higest Quality Materials &amp; Appliances.Magnificent Custom Kitchen/W Cathedral Ceiling.Dream Mastersuite/W Jacuzzi Rm/W Tv.Granit Floors/W Radian Ht.Manicured Property/W Ig-Gunite-Heated Pool/W Automated Sweeper&amp; Ig-Jacuzzi.Circular Brick Driveway,Architectual Shingles Roof/W 100-Y Warranty.To Many Details To Mantion.Must See!!. (Listing 4848091 Confirmed 1/12/2014)

## Facts and Features

| | | |
|---|---|---|
| **Type** Single Family | **Year Built** 1951 | **Heating** Other |
| **Cooling** Central | **Parking** 2 spaces | **Lot** 0.38 acres |

**INTERIOR FEATURES**

**Bedrooms**
Beds: 5

**Heating and Cooling**
Heating: Other
Cooling: Central

**Basement**
Finished basement

**Flooring**
Floor size: 4,612 sqft

**Other Interior Features**
Fireplace
Room count: 10

## Home Value

Zestimate

**$1,949,171**

| ZESTIMATE RANGE | LAST 30 DAY CHANGE | ONE YEAR FORECAST |
| --- | --- | --- |
| $1.77M - $2.12M | +$23,560 (+1.2%) | $1,994,977 (+2.4%) |

## Owner Dashboard



Do you own this home? See your Owner Dashboard.

## Price / Tax History

| DATE | EVENT | PRICE | $/SQFT | SOURCE |
| --- | --- | --- | --- | --- |
| 01/13/14 | Listing removed | $2,199,000 | $476 | VI Properties |
| 10/18/13 | Listed for sale | $2,199,000 | $476 | VI Properties |
| 10/05/11 | Listing removed | $2,199,000 | $476 | -- |
| 03/30/11 | Price change | $2,199,000  -8.3% | $476 | -- |
| 12/01/10 | Listed for sale | $2,399,000 | $520 | Agent |
| 10/23/10 | Listing removed | $2,399,000  -7.7% | $520 | VIPropertiesIn… |
| 10/07/10 | Listed for sale | $2,599,000  +251% | $563 | VIPropertiesIn… |
| 10/08/99 | Sold | $740,000 | $160 | Public Record |

## Neighborhood: 11557

MEDIAN ZESTIMATE

**$675,100**

↑ 5.0%
Past 12 months

Zillow predicts will increase 4.3% next year, compared to a 5.1% rise for Hewlett Harbor as a whole. Among 11557 homes, this home is valued 203.3% more than the midpoint (median) home, and is valued 34.4% more per square foot.

NEIGHBORHOOD MAP



NEARBY HOMES



# Nearby Schools in Hewlett Harbor

| GREATSCHOOLS RATING | | GRADES | DISTANCE |
|---|---|---|---|
| 7 out of 10 | Marion Street School | 1-5 | 0.9 mi |
| 7 out of 10 | Lynbrook South Middle | 6-8 | 0.6 mi |
| 8 out of 10 | George W Hewlett High | 9-12 | 1.0 mi |

Data by GreatSchools.org

**About the ratings:** Historically, GreatSchools ratings have been based solely on a comparison of standardized test results for all schools in a given state. As of September 2017, the GreatSchools ratings also incorporate additional information, when available, such as college readiness, academic progress, advanced courses, equity, discipline and

attendance data. GreatSchools ratings are designed to be a starting point to help parents compare schools, and should not be the only factor used in selecting the right school for your family.

**Disclaimer:** School attendance zone boundaries are provided by a third party and subject to change. Check with the applicable school district prior to making a decision based on these boundaries.

## Similar Homes for Sale


**FOR SALE**
$1,699,999
7 beds, 5.0 baths, 5100 sqft
290 Heather Ln, Hewlett, NY


**FOR SALE**
$1,795,000
5 beds, 3.0 baths, 4794 sqft
293 Pepperidge Rd, Hewlett,


**FOR SALE**
$1,589,000
5 beds, 4.0 baths, 3600 sqft
6 Willow Ln, Hewlett, NY 1155


**FOR SALE**
$1,399,000
5 beds, 3.5 baths, 3040 sqft
255 Pepperidge Rd, Hewlett,


**FOR SALE**
$1,279,000
6 beds, 5.0 baths, 4900 sqft
201 Richards Ln, Hewlett, NY

## Nearby Similar Sales

**SOLD: $990,000**
Sold on 1/9/2019
3 beds, 4.0 baths, 3100 sqft
1 Birch Dr, Hewlett, NY 11557

**SOLD: $1,050,000**
Sold on 4/8/2019
3 beds, 4.2 baths, 5100 sqft
1336 Harbor Rd, Hewlett, NY 11557

**SOLD: $1,175,000**
Sold on 6/12/2019
6 beds, 5.0 baths, 3628 sqft
355 Heather Ln, Hewlett, NY 11557

**SOLD: $1,544,128**
Sold on 1/30/2019
5 beds, 5.0 baths, 4549 sqft
1313 Harbor Rd, Hewlett, NY 11557

**SOLD: $1,544,128**
Sold on 1/30/2019
Studio, -- baths, -- sqft
Hewlett Ln, Hewlett, NY 11557