UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ALLSTATE INSURANCE COMPANY, *et al.*,

            Plaintiffs,

-against-

MARK MIRVIS, *et al.*,

            Defendants.

08-CV-4405
(PKC) (PK)

AFFIDAVIT OF SERVICE

---

STATE OF NEW YORK  )
                           ) :ss
COUNTY OF NEW YORK  )

Kiley Edgley, being duly sworn, deposes and says that:

1. I am not a party to the above-captioned action, am over 18 years of age and am an employee of the law firm of Morrison Mahoney LLP, located at Wall Street Plaza, 88 Pine Street, Suite 1900, New York, New York 10005.

2. On June 17, 2019, I served upon each individual named below one true copy of all papers supporting Plaintiffs' Motion to Direct U.S. Marshals to Conduct Execution Sale of Real Property Owned by Judgment Debtor Mark Mirvis in the above-captioned action, including the Notice of Motion, Plaintiffs' Memorandum of Law, the Declaration of Andrew S. Midgett, Esq., and Exhibits A-F thereto, by depositing true copies of the same, enclosed in an envelope prepared and marked for USPS Certified Mail, return receipt requested, in an official depository of the United States Postal Service within the State of New York, with the two respective envelopes properly addressed to:

Cont'd

| Mark Mirvis | Lyubov Mirvis |
| --- | --- |
| 289 Bayberry Drive | 289 Bayberry Drive |
| Hewlett, New York 11557 | Hewlett, New York 11557 |
| USPS Certified Tracking No.: | USPS Certified Tracking No.: |
| 7018 1830 0002 1946 6435 | 7018 1830 0002 1946 6442 |

that being, in each case, the last known residential address of said individual.

New York, New York
June 17, 2019

By: _____
Kiley Edgley

Sworn to before me this

17th day of June, 2019

_____
Notary Public

LEE P PINZOW
NOTARY PUBLIC - STATE OF NEW YORK
Registration No. 02PI6342811
Qualified in Kings County
Commission Expires 05/31/20**20**

2