```
               UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF NEW YORK

------------------------------X **Docket#**
ALLSTATE INSURANCE COMPANY,   : 08-cv-04405-SLT-PK
         et al.,              :
             Plaintiffs,      :
     - versus -               : U.S. Courthouse
                              : Brooklyn, New York
MIRVIS, et al.,               : June 6, 2017
             Defendants       :
------------------------------X
         TRANSCRIPT OF CIVIL CAUSE FOR CONFERENCE
              BEFORE THE HONORABLE PEGGY KUO
              UNITED STATES MAGISTRATE JUDGE
```

**A  P  P  E  A  R  A  N  C  E  S:**

**For the Plaintiffs**:     **Robert A. Stern, Esq.**
                            Stern & Montana, LP
                            Trinity Centre
                            115 Broadway
                            New York, NY 10006

                            **William J. Natbony, Esq.**
                            Cadwalader, Wickersham & Taft
                            1 World Financial Center
                            New York, NY 10281

                            **Daniel Scott Marvin, Esq.**
                            **Kristy Eagan, Esq.**
                            Morrison Mahoney LLP
                            120 Broadway, Suite 1010
                            New York, NY 10271

**For Defendant Mirvis**:   **Meyer Y. Silber, Esq.**
                            The Silber Law Firm, LLC
                            233 Broadway
                            Suite 900
                            New York, NY 10007

**For Defendants**          **Mark L. Furman, Esq.**
**Judgment Debtor**:        Abrams Fensterman
                            1 MetroTech Center, Suite 1701
                            Brooklyn, NY 11201

**Transcription Service**:  **Transcriptions Plus II, Inc.**
                            61 Beatrice Avenue
                            West Islip, New York 11795
                            laferrara44@gmail.com

Proceedings recorded by electronic sound-recording,
transcript produced by transcription service

```
                                                            22
                         Proceedings
 1              MR. SILBER:  He was trying to make those funds
 2   available to pay his and his family's expenses.
 3              THE COURT:  So it was still his money even
 4   though it was in Tatyana's name.
 5              MR. SILBER:  Agreed.
 6              THE COURT:  Okay.
 7              MR. SILBER:  Agreed.
 8              THE COURT:  Okay.
 9              MR. SILBER:  That money -- this is a critical
10   section that Allstate completely smudges.
11              THE COURT:  Okay.
12              MR. SILBER:  That money was spent by 2012.
13              THE COURT:  Right, but when you say spent, I am
14   curious what you mean by spent.  You can spend the money
15   by paying off a mortgage.  You can spend the money by
16   throwing a big party.  How was it spent?  Was the money
17   spent to pay off --
18              MR. SILBER:  All the above.
19              THE COURT:  Okay.
20              MR. SILBER:  All of the above.
21              THE COURT:  So some of that money went to pay
22   the mortgage.
23              MR. SILBER:  Mark and his wife used the money
24   that belonged to them, it was their money in Tatyana's
25   name, to pay the mortgage and to go on vacation and to
```

```
                                                                  23
                            Proceedings
 1   buy food and to do whatever they're going to do for
 2   approximately a three year -- almost a three-year period.
 3             THE COURT:  Okay.
 4             MR. SILBER:  At the end of 2012, that money was
 5   gone.  It was spent.
 6             THE COURT:  So that account went to zero?
 7             MR. SILBER:  Pretty much.  I can't represent to
 8   the Court that it was -- because I don't have that
 9   information in front of me but it was pretty --
10             THE COURT:  Okay.  So the money that you said
11   Tatyana paid, the carrying costs, where did that money --
12   which account did that money come from?
13             MR. SILBER:  That came from that - largely from
14   that account.
15             THE COURT:  The same account, okay.
16             MR. SILBER:  Because that was the money that
17   came in 2013, that's when she started burning her own
18   money.
19             THE COURT:  I see.
20             MR. SILBER:  In 2013 --
21             THE COURT:  Okay.  I understand the point.
22             MR. SILBER:  -- she (indiscernible) $250,000.
23             THE COURT:  Right.
24             MR. SILBER:  In 2000- --
25             THE COURT:  But it's all going into the same
```

70

# C E R T I F I C A T E

I, LINDA FERRARA, hereby certify that the foregoing transcript of the said proceedings is a true and accurate transcript from the electronic sound-recording of the proceedings reduced to typewriting in the above-entitled matter.

I FURTHER CERTIFY that I am not a relative or employee or attorney or counsel of any of the parties, nor a relative or employee of such attorney or counsel, or financially interested directly or indirectly in this action.

IN WITNESS WHEREOF, I hereunto set my hand this **7th** day of **June**, 2017.

*Linda Ferrara*
Linda Ferrara

AAERT CET**D 656
Transcriptions Plus II, Inc.