```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------X
ALLSTATE INSURANCE COMPANY, ALLSTATE
INDEMNITY COMPANY, DEERBROOK INSURANCE
COMPANY, ALLSTATE NEW JERSEY INSURANCE
COMPANY AND ALLSTATE PROPERTY & CASUALTY
INSURANCE COMPANY,

                        Plaintiffs,
                                          2008 CV 4405
            -against-                     (SLT)(PK)

MARK MIRVIS, MARK LUPOLOVER, MICHAEL
BEZENYAN, RUVEN KATZ, IGOR ZHURAVSKY,
GEORGY STATNROSH a/k/a GARY STATNIGROSH
a/k/a GEORGY STATNIGROSH, OCEAN L.
MANAGEMENT GROUP INC., FLATLANDS BEST
MANAGEMENT GROUP, INC., HILLMED MANAGEMENT,
INC. f/k/a 97-12 ASSOCIATES, INC., B-WAY
MANAGEMENT, INC., FLAT-80 MANAGEMENT, INC.,
NORTMED MANAGEMENT, INC., L&B MEDICAL, P.C.,
LAMED MEDICAL, P.C., 825 BROADWAY MEDICAL
CARE, P.C., DOVER MEDICAL, P.C., FLATLANDS 78
MEDICAL, P.C., GENERAL MEDICAL CARE, P.C.,
S&L MEDICAL, P.C., ZDR MEDICAL, P.C., DEL
PRADO ONE, LLC, DEL PRADO TWO, LLC, DEL
PRADO THREE, LLC, DEL PRADO FOUR, LLC, EL
DORADO ONE, LLC, M&M OCEANFRONT, LLC, NE 10,
LLC, NE 24, LLC, TROPICANA ONE, LLC, YAKOV
RAUFOV, M.D., DALE ALEXANDER a/k/a ALEXANDER
DALE, M.D., SOFIA BENTSIANOV, M.D., EMMA
BENJAMIN, M.D., AUDREY IVANUSHKIN a/k/a ANDREW
IVANSON, M.D., LEV BENTSIANOV, M.D., LEONID
SLUTSKY, GARY TSIRELMAN, IRENA SHPERLING, M.D.,
LYUBOV MOYSIK, M.D., YEFIM SOSONKIN, GRIGORY
SHTENDER, M.D., ALEXANDER ISRAELI, M.D.,
MIKHAIL MIRER, M.D., ZHANNA ROIT, M.D., RENAT
SUKHOV, M.D., HUIKANG DANIEL LAI, M.D., JEAN
FRANCOIS, M.D., JOHN DOES 1 THROUGH 20, ABC
CORPORATIONS 1 THROUGH 20 AND XYZ CORPORATIONS
1 THROUGH 20,

                        Defendants.
---------------------------------------------------X
```

```
                    200 Liberty Street
                    New York, New York

                    August 17, 2016
                    10:11 A.M.
```

VIDEOTAPED EXAMINATION UNDER OATH OF TATYANA MIRVIS, a Non-Party Witness herein, taken pursuant to Order, and held at the above time and place before Terri Fudens, a Stenotype Reporter and Notary Public of the State of New York.

```
 1                    Tatyana Mirvis
 2         A     United Health Care, Oxford.
 3         Q     Do you have your own personal policy?
 4         A     I believe, yes.
 5         Q     Is that a policy that you get through
 6   any place of employment?
 7         A     I don't know what I get.  I don't
 8   know.
 9         Q     Do you drive?
10         A     Yes.
11         Q     Do you own a car?
12         A     Yes.
13         Q     What kind of car?
14         A     I rent a car.  I don't own it.
15         Q     What?
16         A     I rent a car.  I don't own it.
17         Q     Are you leasing a car, or do you rent
18   a car whenever you want?
19         A     I'm sorry.  I lease a car.  Sorry.
20         Q     And what kind of car do you lease?
21         A     We have two.
22         Q     When you're saying we, who are you
23   speaking about now?
24         A     My husband and I.  We use it for the
25   family.
```

```
 1                    Tatyana Mirvis
 2          Q    Okay.  What kind of car?
 3          A    Range Rover.
 4          Q    Okay.  And what else?
 5          A    BMW.
 6          Q    What's the make and model of the BMW?
 7          A    750.
 8          Q    How long have you leased the BMW?
 9          A    I don't know.
10          Q    What about your father, does he
11   drive?
12          A    Yes.
13          Q    What kind of car does he have?
14          A    He drives the BMW.
15          Q    The same BMW that you're saying that
16   you also drive?
17          A    Yes.
18          Q    Whose name is on the lease, yours or
19   your father's?
20          A    I believe mine.
21          Q    Is your father's name also on the
22   lease?
23          A    It may be.
24          Q    Do you have a copy of the lease?
25          A    I don't know.
```

C E R T I F I C A T E

I, Terri Fudens, a stenotype reporter and Notary Public within and for the State of New York, do hereby certify:

That the witness whose testimony is hereinbefore set forth was duly sworn by me and that such testimony is a true record of the testimony given by such witness.

I further certify that I am not related to any of the parties by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand.

_____
Terri Fudens