

LISTING INFORMATION

# The Michael Lorber Team

| THEMICHAELLORBERTEAM.ELLIMAN.COM

**Alexander Boriskin**
575 Madison Ave
New York, NY 10022
Office: 212.350.8055
Mobile: 347.260.0664



Michael Lorber Team Co-Founder/Partner Alexander Boriskin is one of New York City's top-producing realtors. Spending over half a decade with Douglas Elliman, he has overseen more than $500M in sales, and completed transactions in some of NYC's most notable condominiums and co-ops such as 432 Park Avenue, The Sherry Netherland, One Beacon Court, Madison Square Park Tower, 480 Park Avenue, The Ritz Tower and many others. No deal is too big or small, and he has broken price records in buildings across the city. Beyond Manhattan, his successful track record of sales extends to the Brooklyn and Hamptons markets as well as an extensive network in Miami and Palm Beach.

As a real estate expert, he has been quoted by Forbes, The Real Deal, Bloomberg, The New York Times, Time Magazine, Yahoo Finance, Hamptons Magazine, Variety, Town & Country Magazine, The Guardian and others.

In addition to representing sellers, buyers and investors, Alexander began focusing on new development sales in 2014 where he has also achieved record-breaking sales. Besides handling sales, he works alongside developers advising them on floorplans, finishes, stacking plans, marketing and other key aspects of their projects. The fact that Alexander continuously services buyers is a major asset to his developers, as he is in tuned to what today's home seekers want. He brings that same high value to his buyers with his new development expertise, being able to guide them in selecting the best product that's available or coming to market in the future.

Alexander is committed to serving his clients and does so with honesty and discretion. He takes great pride in his profession, and with an unparalleled work ethic, makes himself available 24/7. "My relationship with my clients is very important to me and goes way beyond the transaction." Alexander's services are not limited to just the sale. He collaborates with the industry's best photographers, stagers, architects, graphics designers and publicists to cover every base. His high-level network of connections allows him to offer his clients the top attorneys, mortgage brokers, bankers, and anything else they may need.

Alexander holds a B.S. in Economics degree with a double minor in Accounting and Sociology. Outside of work, he is a huge proponent of giving back and supports various charities. "If you are fortunate enough to be able to give, you owe it to the world to do so". He also enjoys traveling the world and taking the time to enjoy New York City with his family.

## MY SALES LISTINGS



The Westbury, 15 East 69th Street, PH - Upper East Side, New York
Upper East Side, New York
**$45,000,000**
4 Beds | 6 Baths | 1 Half Bath
Listing ID: 3813321



432 Park Avenue, 62A - Midtown, New York
Midtown, New York
**$28,000,000**
3 Beds | 4 Baths | 1 Half Bath
Listing ID: 1945443





**25 Potato Rd - Sagaponack South, New York**
Sagaponack South, New York
**$24,995,000**
6 Beds | 5 Baths | 1 Half Bath
Listing ID: H46330



**133 East 64th Street, PENTHOUSEB - Upper East Side, New York**
Upper East Side, New York
**$22,000,000**
7 Beds | 9 Baths
Listing ID: 3725442



**420 Spook Hollow Rd - Bedminster, New Jersey**
Bedminster, New Jersey
**$14,999,000**
8 Beds | 9 Baths | 4 Half Baths
Listing ID: NJ1909903



**1100 S Flagler Drive, 18b - West Palm Beach, Florida**
West Palm Beach, Florida
**$11,700,000**
4 Beds | 5 Baths | 1 Half Bath
Listing ID: RX-10321099

**Contract signed**



**The Royale, 188 East 64th Street, PENTHOUSE4 - Upper East Side, New York**
Upper East Side, New York
**$10,950,000**
3 Beds | 4 Baths
Listing ID: 3795561



**8701 Collins Avenue, Miami, FL**
Miami
**$7,800,000**
3 Beds | 3 Baths | 1 Half Bath
Listing ID: DE11108

**Contract signed**



**510 Park Avenue, 6 - Upper East Side, New York**
Upper East Side, New York
**$6,500,000**



6 Beds | 5 Baths | 1 Half Bath
Listing ID: 3251331

**Contract signed**



**278 Main St - Sag Harbor Village, New York**
Sag Harbor Village, New York
$6,495,000
5 Beds | 4 Baths
Listing ID: H345517

OPEN HOUSE DETAILS

Saturday, August 10th, 10:00 AM - 11:30 AM



**1100 S Flagler Drive, 11C - West Palm Beach, Florida**
West Palm Beach, Florida
$6,200,000
3 Beds | 3 Baths | 1 Half Bath
Listing ID: 16-2534

**Contract signed**



**SHERRY NETHERLAND, 781 Fifth Avenue, 1101 - Upper East Side, New York**
Upper East Side, New York
$4,995,000
2 Beds | 2 Baths
Listing ID: 3612088



**PARK TEN, 10 West 66th Street, 28B - Lincoln Square, New York**
Lincoln Square, New York
$4,295,000
4 Beds | 4 Baths | 1 Half Bath
Listing ID: 3772795



**100 Franklin Street, 3N - TriBeCa, New York**
TriBeCa, New York
$3,995,000
3 Beds | 3 Baths
Listing ID: 3774144



**323 Georgica Rd - East Hampton South, New York**
East Hampton South, New York
$3,695,000
5 Beds | 4 Baths | 2 Half Baths



Listing ID: H44936



**105 Mills Road - North Salem, New York**
North Salem, New York
**$3,250,000**
4 Beds | 4 Baths | 1 Half Bath
Listing ID: 4842231



**AZURE, 333 East 91st Street, 27A - Upper East Side, New York**
Upper East Side, New York
**$2,295,000**
3 Beds | 3 Baths
Listing ID: 3814059



**505 West 43rd Street, 9D - Clinton, New York**
Clinton, New York
**$2,165,000**
2 Beds | 2 Baths
Listing ID: 2961015

**Contract signed**



**505 West 43rd Street, 7M - Clinton, New York**
Clinton, New York
**$2,090,000**
2 Beds | 2 Baths
Listing ID: 2961964

**Contract signed**



**505 West 43rd Street, 5F - Clinton, New York**
Clinton, New York
**$2,000,000**
2 Beds | 2 Baths
Listing ID: 2961080

**Contract signed**



**7 West 96th Street, 2C - Upper West Side, New York**
Upper West Side, New York
**$1,795,000**
3 Beds | 2 Baths
Listing ID: 3890055



**215 Degraw Street, 1C - Cobble Hill, New York**
Cobble Hill, New York
$1,595,000
2 Beds | 2 Baths
Listing ID: 3844763



**631 East 9th Street, 4A - East Village, New York**
East Village, New York
$1,499,999
2 Beds | 2 Baths
Listing ID: 3707037



**350 West 42nd Street, 11L - Clinton, New York**
Clinton, New York
$1,450,000
2 Beds | 2 Baths
Listing ID: 3681993

**Contract signed**



**480 Park Avenue, 7J - Midtown, New York**
Midtown, New York
$1,399,000
2 Beds | 1 Bath
Listing ID: 3836928



**303 East 57th Street, 21L - Midtown, New York**
Midtown, New York
$1,395,000
2 Beds | 2 Baths | 1 Half Bath
Listing ID: 3798455



**505 West 43rd Street, 7K - Clinton, New York**
Clinton, New York
$1,335,000
1 Bed | 1 Bath
Listing ID: 2961905

**Contract signed**



**DOWNTOWN BY STARCK, 15 Broad Street, 1704 - Financial District, New York**
Financial District, New York
**$1,299,000**
Loft | 2 Beds | 1 Bath
Listing ID: 3776839

**Contract signed**



**505 West 43rd Street, 6K - Clinton, New York**
Clinton, New York
**$1,260,000**
1 Bed | 1 Bath
Listing ID: 2961904

**Contract signed**



**505 West 43rd Street, 6D - Clinton, New York**
Clinton, New York
**$1,260,000**
1 Bed | 1 Bath
Listing ID: 3046773

**Contract signed**



**505 West 43rd Street, 5D - Clinton, New York**
Clinton, New York
**$1,245,000**
1 Bed | 1 Bath
Listing ID: 3039428

**Contract signed**



**505 West 43rd Street, 3K - Clinton, New York**
Clinton, New York
**$1,240,000**
1 Bed | 1 Bath
Listing ID: 2961866

**Contract signed**



**534 West 42nd Street, 3 - Clinton, New York**
Clinton, New York
**$1,239,999**
1 Bed | 1 Bath | 1 Half Bath
Listing ID: 3606829



**505 West 43rd Street, 5J - Clinton, New York**
Clinton, New York
**$965,000**


Studio | 1 Bath
Listing ID: 2961405

Contract signed


**20 Sutton Place South Inc, 20 Sutton Pl South, 4A - Sutton Area, New York**
**Sutton Area, New York**
**$950,000**
3 Beds | 2 Baths | 1 Half Bath
Listing ID: 3616996

Contract signed


**505 West 43rd Street, 3J - Clinton, New York**
**Clinton, New York**
**$925,000**
Studio | 1 Bath
Listing ID: 2961403

Contract signed


**505 West 43rd Street, 4C - Clinton, New York**
**Clinton, New York**
**$895,000**
Studio | 1 Bath
Listing ID: 2960892

Contract signed


**505 West 43rd Street, 7J - Clinton, New York**
**Clinton, New York**
**$875,000**
Studio | 1 Bath
Listing ID: 2961407

Contract signed


**75 Henry Street, 6D - Brooklyn Heights, New York**
**Brooklyn Heights, New York**
**$525,000**
Studio | 1 Bath
Listing ID: 3778369

Contract signed

## MY RENTAL LISTINGS


**330 East 6th Street, 1R - East Village, New York**


**East Village, New York**
$8,795 (Monthly)
4 Beds | 3 Baths
Listing ID: 3883914


**The Eastland, 377 East 33rd Street, 14GH - Kips Bay, New York**
Kips Bay, New York
$8,600 (Monthly)
3 Beds | 3 Baths
Listing ID: 3884872


**AVA High Line, 525 West 28th Street, 158 - Chelsea, New York**
Chelsea, New York
$8,045 (Monthly)
2 Beds | 2 Baths
Listing ID: 3834260


**363 West 19th Street, BR - Chelsea, New York**
Chelsea, New York
$7,950 (Monthly)
2 Beds | 1 Bath | 1 Half Bath
Listing ID: 3886680


**Mulberry South, 298 Mulberry Street, 7K - Little Italy - Chinatown, New York**
Little Italy - Chinatown, New York
$7,850 (Monthly)
3 Beds | 2 Baths
Listing ID: 3887968


**Murray Hill Tower, 245 East 40th Street, 33H - Murray Hill, New York**
Murray Hill, New York
$7,571 (Monthly)
2 Beds | 2 Baths
Listing ID: 3858697


Murray Hill Tower, 245 East 40th Street, 21H - Murray Hill, New York
Murray Hill, New York
$7,448 (Monthly)
2 Beds | 2 Baths
Listing ID: 3883775


The Archive, 666 Greenwich Street, 749 - West Village - Meatpacking District, New York
West Village - Meatpacking District, New York
$7,275 (Monthly)
1 Bed | 2 Baths
Listing ID: 3874199


203 East 82nd Street, 1 - Upper East Side, New York
Upper East Side, New York
$7,250 (Monthly)
5 Beds | 2 Baths
Listing ID: 3857568


Avalon Bowery Place, 11 East 1st Street, 722 - East Village, New York
East Village, New York
$7,070 (Monthly)
2 Beds | 2 Baths
Listing ID: 3895914


250 Houston Street, 5D - East Village, New York
East Village, New York
$7,000 (Monthly)
2 Beds | 2 Baths
Listing ID: 3819477


Carlton Towers, 200 East 64th Street, 6D - Upper East Side, New York
Upper East Side, New York
$7,000 (Monthly)
2 Beds | 3 Baths
Listing ID: 3875512





**Archstone Camargue, 303 East 83rd Street, 28B - Upper East Side, New York**
Upper East Side, New York
$6,999 (Monthly)
3 Beds | 2 Baths
Listing ID: 3832351



**Soho Abbey, 284 Mott Street, 5M - SoHo - Nolita, New York**
SoHo - Nolita, New York
$6,675 (Monthly)
3 Beds | 2 Baths
Listing ID: 3879919



**Gramercy 19, 239 Park Avenue South, 10D - Gramercy - Union Square, New York**
Gramercy - Union Square, New York
$6,600 (Monthly)
4 Beds | 1 Bath
Listing ID: 3879876



**The Murray Park, 120 East 34th Street, 21G - Murray Hill, New York**
Murray Hill, New York
$6,450 (Monthly)
2 Beds | 2 Baths
Listing ID: 3903439



**50 East 28th Street, 18H - NoMad, New York**
NoMad, New York
$6,410 (Monthly)
1 Bed | 1 Bath
Listing ID: 3872544



**INDEPENDENCE PLAZA, 40 Harrison Street, 5K - TriBeCa, New York**



**TriBeCa, New York**
**$6,295 (Monthly)**
2 Beds | 2 Baths
Listing ID: 3884969



**355 East 72nd Street, 18EG - Upper East Side, New York**
**Upper East Side, New York**
**$6,195 (Monthly)**
2 Beds | 2 Baths
Listing ID: 3895737



**The Sierra, 130 West 15th Street, 4E - Chelsea, New York**
**Chelsea, New York**
**$6,145 (Monthly)**
1 Bed | 1 Bath
Listing ID: 3793219



**Carteret, 208 West 23rd Street, 700 - Chelsea, New York**
**Chelsea, New York**
**$5,995 (Monthly)**
2 Beds | 2 Baths
Listing ID: 3895153



**Gramercy 19, 239 Park Avenue South, 10A - Gramercy - Union Square, New York**
**Gramercy - Union Square, New York**
**$5,735 (Monthly)**
3 Beds | 1 Bath
Listing ID: 3904632



**800 Sixth, 800 Sixth Avenue, 28F - NoMad, New York**
**NoMad, New York**
**$5,419 (Monthly)**
1 Bed | 1 Bath
Listing ID: 3884010



**839 West End Avenue, 7C - Upper West Side, New York**
Upper West Side, New York
$5,400 (Monthly)
2 Beds | 2 Baths
Listing ID: 3825112



**The Sierra, 130 West 15th Street, 10W - Chelsea, New York**
Chelsea, New York
$5,290 (Monthly)
1 Bed | 1 Bath
Listing ID: 3765841



**276 First Avenue, MA - Gramercy - Union Square, New York**
Gramercy - Union Square, New York
$5,207 (Monthly)
2 Beds | 1 Bath
Listing ID: 3877110



**Rivers Bend, 501 East 87th Street, 15H - Upper East Side, New York**
Upper East Side, New York
$5,200 (Monthly)
1 Bed | 1 Bath | 1 Half Bath
Listing ID: 3869330



**Mulberry South, 298 Mulberry Street, 3R - Little Italy - Chinatown, New York**
Little Italy - Chinatown, New York
$5,150 (Monthly)
1 Bed | 1 Bath
Listing ID: 3900432



**41 Park Avenue, 7C - Murray Hill, New York**
Murray Hill, New York
$4,835 (Monthly)
1 Bed | 1 Bath
Listing ID: 3895593





**75 Wall Street, 34H - Financial District, New York**
Financial District, New York
$4,825 (Monthly)
1 Bed | 2 Baths
Listing ID: 3893617



**100 West 26th Street, 27E - NoMad, New York**
NoMad, New York
$4,795 (Monthly)
1 Bed | 1 Bath
Listing ID: 3874313



**250 Houston Street, 3J - East Village, New York**
East Village, New York
$4,408 (Monthly)
1 Bed | 1 Bath
Listing ID: 3889757



**221 East 33rd Street, 1B - Kips Bay, New York**
Kips Bay, New York
$4,375 (Monthly)
2 Beds | 1 Bath | 1 Half Bath
Listing ID: 3860329



**48 West 68th Street, 1A - Upper West Side, New York**
Upper West Side, New York
$4,300 (Monthly)
1 Bed | 1 Bath
Listing ID: 3881816



**303 West 76th Street, B - Upper West Side, New York**
**Upper West Side, New York**
**$4,100 (Monthly)**
Studio | 1 Bath | 1 Half Bath
Listing ID: 3891915



**248 Mott Street, 12 - Little Italy - Chinatown, New York**
**Little Italy - Chinatown, New York**
**$3,895 (Monthly)**
1 Bed | 1 Bath
Listing ID: 3892699



**309 East 69th Street, 5E - Upper East Side, New York**
**Upper East Side, New York**
**$3,800 (Monthly)**
2 Beds | 2 Baths
Listing ID: 3821440



**250 Houston Street, 8F - East Village, New York**
**East Village, New York**
**$3,700 (Monthly)**
Studio | 1 Bath
Listing ID: 3857156



**363 West 19th Street, 3FW - Chelsea, New York**
**Chelsea, New York**
**$3,400 (Monthly)**
1 Bed | 1 Bath
Listing ID: 3827489



**363 West 19th Street, BF - Chelsea, New York**
**Chelsea, New York**
**$3,100 (Monthly)**
Studio | 1 Bath
Listing ID: 3860106





**142 East 49th Street, 3C - Midtown, New York**
Midtown, New York
$3,000 (Monthly)
1 Bed | 1 Bath
Listing ID: 3847813



**304 East 41st Street, 807A - Murray Hill, New York**
Murray Hill, New York
$2,695 (Monthly)
1 Bed | 1 Bath
Listing ID: 3889657

Offer pending



**323 Georgica Rd - East Hampton South, New York**
East Hampton South, New York
$30,000 (June)
5 Beds | 4 Baths | 2 Half Baths
Listing ID: H343229



**57 Seventh Avenue South, GRND - West Village - Meatpacking District, New York**
West Village - Meatpacking District, New York
Price: Upon Request
Listing ID: 3827933

All data is deemed reliable but is not guaranteed accurate by the RLS or Douglas Elliman. See Terms of Service for additional restrictions.

© 2019. Douglas Elliman Real Estate. All material presented herein is intended for information purposes only. While, this information is believed to be correct, it is represented subject to errors, omissions, changes or withdrawal without notice. All property information, including, but not limited to square footage, room count, number of bedrooms and the school district in property listings are deemed reliable, but should be verified by your own attorney, architect or zoning expert. The number of bedrooms listed above is not a legal conclusion. Each person should consult with his/her own attorney, architect or zoning expert to make a determination as to the number of rooms in the unit that may be legally used as a bedroom.

We are an equal housing opportunity provider. Consistent with applicable law, we do not discriminate on the basis of race, creed, color, national origin, sexual orientation, lawful source of income, military status, sex, gender identity, age, disability, familial status (having children under age 18), or religion. Equal Housing Opportunity. ⌂