UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Allstate Ins. Co., et al.,

                              Plaintiffs,

- against-

Mark Mirvis, et al.,

                              Defendants.

Civil Action No. 1:08-cv-4405-SLT-PK

**Notice of Appeal**

Notice is hereby given that Lyubov Mirvis and Tatyana Mirvis hereby appeal to the United States Court of Appeals for the Second Circuit from the District Court's Order entered on April 24, 2020, adopting Judge Kuo's Report and Recommendations that granted Plaintiffs' motion to enforce the judgment and direct the United States Marshal Service for the Eastern District of New York to sell the real property located at 289 Bayberry Drive North, Hewlett Harbor, New York 11557, pursuant to Federal Rule of Civil Procedure 69 and Sections 5206(e) and 5236 of the New York Civil Practice Law and Rules in the above-captioned case.

Dated:  Brooklyn, NY

April 27, 2020

                                                          /s/
                                        Nicholas Bowers, Esq.
                                        Gary Tsirelman, Esq.
                                        Gary Tsirelman, P.C.
                                        *Attorneys for Lyubov Mirvis and Tatyana Mirvis*
                                        129 Livingston Street
                                        2nd and 3rd Floors
                                        Brooklyn, NY  11201
                                        (718)438-1200