# MORRISON MAHONEY LLP

COUNSELLORS AT LAW

WALL STREET PLAZA
88 PINE STREET, SUITE 1900
NEW YORK, NY 10005
212-825-1212

MASSACHUSETTS
BOSTON
FALL RIVER
SPRINGFIELD
WORCESTER

CONNECTICUT
BRIDGEPORT
HARTFORD

ENGLAND
LONDON

NEW HAMPSHIRE
MANCHESTER

NEW JERSEY
PARSIPPANY

NEW YORK
NEW YORK

RHODE ISLAND
PROVIDENCE

Daniel S. Marvin
Phone: 646-870-1739
Fax:    212-804-7631
dmarvin@morrisonmahoney.com

October 18, 2021

**Via ECF**

Hon. Peggy Kuo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Allstate Ins. Co. v. Mirvis*, **No. 08-CV-4405 (PKC) (PK)**

Dear Magistrate Judge Kuo:

    Along with Cadwalader, Wickersham & Taft LLP, we represent Plaintiffs-Judgment Creditors ("Plaintiffs") in the above-referenced matter, and write in accordance with the Court's October 8, 2021 Docket Order directing Plaintiffs to inform the Court how Plaintiffs intend to proceed with the 289 Bayberry Property (the "Property"). In that regard, Plaintiffs are in the process of identifying potential buyers for Judgment Debtor Mark Mirvis's ("Mirivs") interest in the Property, and intend to continue such search until the Judgment in this matter is satisfied or otherwise resolved, or until Mark Mirvis's interest in the Property transfers to his wife by operation of law.

    In addition, as alluded to by the Second Circuit Court of Appeals during oral argument in connection with L. Mirvis's challenge to the District Court's Order eliminating the Mirvises' tenancy by the entirety, Plaintiffs intend to seek attorneys' fees and costs relating to Plaintiffs' successful efforts to have the transfers of interest in the Property, by and between the Mirvises, declared fraudulent.

100684729

**MORRISON MAHONEY LLP**

Hon. Peggy Kuo
United States Magistrate Judge
October 18, 2021
Page 2

       Thank you for the Court's consideration.

                        Very truly yours,

                        **MORRISON MAHONEY LLP**

                    By:     /s/ Daniel S. Marvin
                          Daniel S. Marvin, Esq.

cc: All Counsel (via electronic filing)

100684729