UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, et al<br>*Plaintiffs*,<br>v.<br>MARK MIRVIS, et al.,<br>*Defendants*. | Case No. 08-cv-04405 (PKC) (PK) |

**PLAINTIFFS AND RESPONDENTS' JOINT STATUS REPORT**

Plaintiffs and Respondents jointly and respectfully submit this Status Report pusuant to the Court's Docket Entry Order of September 30, 2024 (the "Order"). In thet Order, the Court directed Plaintiffs and Respondents "to file another joint status report by 12/10/2024".

The bankruptcy proceedings in Florida are ongoing.

The Trustee and Allstate have served document requests on the Debtor and have served subpoenas on numerous third parties including various banks, the Non-Debtor Respondents and others to obtain relevant information. Depositions were scheduled to move forward as quickly as possible upon completion of thr various productions. As part of the ongoing discovery, Allstate was among other things, seeking discovery on the various alter ego claims raised wth this Court previously.

Over the past several weeks, the parties have been engaged in settlement discussions to attempt to resolve the issues between them. No settlement has been reached at this time but the parties continue to talk. Absent a settlement, the parties will be moving forward with the noticed

discovery and the Implead Parties will be filing a motion to vacate this Court's Temporqary Restraining Order.

There are currently certain deadlines in place in the bankruptcy proceeding, which were extended during the settlement negotiations. The Trustee and Allstate have until January 6, 2025 to object to the Debor's claimed exemptions. The Trustee has until January 6, 2025 to object to the Debtor's discharge. Allstate also has until January 6, 2025 to file a complaint objecting to the dischargeability of Debtor's debt to Allstate.

Dated: December 10, 2024
New York, New York

CADWALADER, WICKERSHAM & TAFT LLP

*/s/ William J. Natbony*
William J. Natbony
200 Liberty Street
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666
bill.natbony@cwt.com

MANNING KASS

*/s/ Robert A. Stern*
Robert A. Stern
Lee P. Pinzow
Kristy R. Eagan
100 Wall Street – Suite 700
New York, New York 10005
Telephone: (212) 858-7769
Lee.Pinzow@manningkass.com
Robert.Stern@manningkass.com

*Attorneys for Plaintiffs-Judgment Creditors Allstate Insurance Company, Allstate Indemnity Company, Deerbrook Insurance Company, Allstate New Jersey Insurance Company, and Allstate Property & Casualty Insurance Company*

*WEISSS SEROTA HELFMAN COLE & BIERMAN*

*/s/ Howard D. Dubosar*
Howard D. Dubosar
2255 Glades Road – Suite 200E
Bocan Raton, Florida 33431
Telephone: (561) 835-2111
hdubosar@wsh-law.com

*Attorneys for Non-Debtor Respondents Michael Lupolover and NJTM Venrures LLC*

PANETH & O'MAHONY PLLC

/s/ Michael Paneth
Michael Paneth, Esq.
1074 East 24th Street
Brooklyn, New York 11210
Telephone: (718) 274-8888
mpaneth@polawyers.com

Attorneys for Non-Debtor Respondents LIJT Management Inc. ,Irene Lupolover and World of Leads, Inc.