**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **ALLSTATE INSURANCE COMPANY, *et al.*,**<br><br>**Plaintiffs,**<br><br>**-against-**<br><br>**MARK MIRVIS, *et al.*,**<br><br>**Defendants.** | **08-CV-4405 (PKC) (PK)**<br><br>**SATISFACTION OF JUDGMENT SOLELY AS TO MARK LUPOLOVER** |

To: **BRENNA B. MAHONEY, CLERK OF COURT**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**PLEASE BE ADVISED** that the Judgment entered against Defendant Mark Lupolover by Deputy Clerk Janet Hamilton on April 8, 2015 (ECF No. 298), and corrected on May 5, 2015 (ECF No. 303), pursuant to the order of the Honorable Sandra L. Townes, United States District Judge of the United States District Court for the Eastern District of New York in case number 08-cv-4405 (PKC)(PK), in the original principal amount of $45,657,401.01 in favor of Plaintiffs, has been mutually adjusted between Plaintiffs and Defendant Mark Lupolover. This Satisfaction of Judgment shall be your authority to cancel the record of the aforesaid Judgment solely as to Defendant Mark Lupolover. Nothing herein shall be construed or interpreted as affecting or discharging any other judgment Plaintiffs have obtained against any other defendant in the above-captioned action.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: February 19, 2025
New York, New York

Respectfully submitted,

**MANNING & KASS, ELLROD, RAMIREZ, TRESTER LLP**

By: /s/ Kristy R. Eagan

Robert A. Stern, Esq.
Kirsty R. Eagan, Esq.
Lee Pinzow, Esq.
*Attorneys for Plaintiffs-Judgment Creditors*
100 Wall Street, Suite 700
New York, New York 10005
Phone: (212) 858-7769
E: kristy.eagan@manningkass.com

**CADWALADER, WICKERSHAM & TAFT LLP**

By: /s/ William J. Natbony

William J. Natbony, Esq.
*Attorneys for Plaintiffs-Judgment Creditors*
200 Liberty Street
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666
bill.natbony@cwt.com