UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, et al<br>*Plaintiffs*,<br>v.<br>MARK MIRVIS, et al.,<br>*Defendants*. | Case No. 08-cv-04405 (PKC) (PK) |

**PLAINTIFFS AND RESPONDENTS' JOINT STATUS REPORT**

Pursuant to the Court's Docket Entry Order, dated December 11, 2024, Plaintiffs and Respondents respectfully submit this joint status report concerning the related bankrutpcy proceedings pending in the U.S. Bankrtupcy Court for the Southern District of Florida, *In re Lupolover*, 24-16740 (MAM).

The bankruptcy proceedings are ongoing, but the dispute among the relevant parties therein is now resolved. Plaintiffs-Judgment Creditors ("Plaintiffs"), Defendant-Judgment Debtor Mark Lupolover ("Lupolover"), and Non-Debtor Respondents Michael Lupolover, Irene Lipolover, NJTM Ventures LLC, World of Leads Inc., LIJT Management LLC, Creditors Relief LLC, and the Law Office of Michael Lupolover, P.C. (collectively, the "Non-Debtor Respondents") recently reached a settlement, which was approved by the Bankruptcy Court on February 12, 2025. *See* ECF No. 795. This settlement satisfies the judgment entered in this action as to Lupolover, *see* ECF Nos. 298, 303, and resolves all remaining issues among Plaintiffs, Lupolover and the Non-Debtor Respondents in both the bankruptcy matter and the instant action.

On February 19, 2025, Plaintiffs filed a Satisfaction of Judgment as to Lupolover in this action and moved this Court to terminate the June 4, 2024 and July 29, 2024 temporary restraining

orders ("TROs") concerning Lupolover and the Non-Debtor Respondents. *See* ECF Nos. 794, 795. By Docket Entry Order, dated February 26, 2025, the Court granted this request and terminated the TROs. Plaintiffs have since notified the relevant entities of the Court's termination of the TROs. On February 27, 2025, Plaintiffs also filed a notice to withdraw its claims against Lupolover in the bankruptcy action. *See In re Lupolover*, 24-16740 (MAM) (Bankr. S.D. Fla.), ECF No. 135.

The parties thank the Court for its consideration in this regard.

Dated: March 11, 2025
New York, New York

CADWALADER, WICKERSHAM & TAFT LLP

*/s/ William J. Natbony*
William J. Natbony, Esq.
200 Liberty Street
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666
bill.natbony@cwt.com

MANNING & KASS, ELLROD, RAMIREZ, TRESTER LLP

*/s/ Robert A. Stern*
Robert A. Stern, Esq.
Kristy R. Eagan, Esq.
100 Wall Street – Suite 700
New York, New York 10005
Telephone: (212) 858-7769
Robert.Stern@manningkass.com
Kristy.Eagan@manningkass.com

*Attorneys for Plaintiffs-Judgment Creditors Allstate Insurance Company, Allstate Indemnity Company, Deerbrook Insurance Company, Allstate New Jersey Insurance Company, and Allstate Property & Casualty Insurance Company*

WEISSS SEROTA HELFMAN COLE & BIERMAN

_/s/ Howard D. Dubosar_
Howard D. Dubosar, Esq.
2255 Glades Road – Suite 200E
Bocan Raton, Florida 33431
Telephone: (561) 835-2111
hdubosar@wsh-law.com

*Attorneys for Non-Debtor Respondents Michael Lupolover and NJTM Ventures LLC*

PANETH & O'MAHONY PLLC

_/s/ Michael Paneth_
Michael Paneth, Esq.
1074 East 24th Street
Brooklyn, New York 11210
Telephone: (718) 274-8888
mpaneth@polawyers.com

*Attorneys for Non-Debtor Respondents LIJT Management Inc., Irene Lupolover and World of Leads, Inc.*